# EXHIBIT 4

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Open Native Graph DB (ONgDB)

**The free and open source Neo4j Enterprise project**

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## Licensing

ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

## ONgDB 3.5.4

10 May 2019: Release Notes | Source Code

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


Go to:   http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3
- ONgDB 3.5.1
- ONgDB 3.4.12
- ONgDB 3.4.11

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
    - ONgDB Releases
        - ONgDB 3.4.11
        - ONgDB 3.4.12
        - ONgDB 3.4.9
        - ONgDB 3.5.1
        - ONgDB 3.5.3
        - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
    - Articles of Incorporation
    - Code of Regulations

# Site Search

Search …

Search

# Support GF Today!



Copyright © 2019 Graph Foundation, Inc.