EXHIBIT 6



graphfoundation / **ongdb**

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo.
https://www.graphfoundation.org/proje...

**61,025** commits | **26** branches | **278** releases | **177** contributors | AGPL-3.0

Branch: 3.5 ▾ | New pull request | Find File | Clone or download ▾

**bradnussbaum** Merge remote-tracking branch 'neo4j/3.5' into 3.5 — Latest commit 4b160f7 9 hours ago

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
| .mvn | Add the maven-profiler extension | 3 years ago |
| build-resources | 3.5.12 | 9 hours ago |
| build | Added build and intellij codestyle file for developers of ONgDB who u… | 9 months ago |
| community | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| enterprise | 3.5.12 | 9 hours ago |
| integrationtests | 3.5.12 | 9 hours ago |
| packaging | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| stresstests | 3.5.12 | 9 hours ago |
| tools | 3.5.12 | 9 hours ago |
| .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| CONTRIBUTING.md | Change some more http to https | 3 years ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate the fs… | 7 months ago |
| README.asciidoc | Updated documentation to reference jdkman usage for building distribu… | last month |
| pom.xml | 3.5.12 | 9 hours ago |

**README.asciidoc**

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONGDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"` .

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.