**EXHIBIT 8**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.4

### RELEASE DATE: 5 APRIL 2019

ONgDB 3.5.4 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub <br><br> ```<br>docker run \<br>     --publish=7474:7474 --publish=7687:7687 \<br>     --volume=$HOME/neo4j/data:/data \<br>     graphfoundation/ongdb:3.5.4<br><br>Go to:  http://localhost:7474<br>``` |

## Highlights

- Three improvements around uniqueness constraint creation: (1) Indexes of type UNIQUE without a constraint can be dropped using DROP INDEX ON :Label(key). (2) Uniqueness constraint creation will not be subject to the dbms.transaction.timeout timeout. (3) Uniqueness constraint creation transaction will notice termination, e.g. termination using killQuery/killTransaction procedures will actually terminate it.
- Show query termination message when closing frame that has an active query

- Only print number of commands in toString() of PhysicalTransactionRepresentation
- ClusterBinding Shutdown
- Fix rare bug in slotted runtime which would manifest as an exception with the message Tried to copy more data into less in Cypher queries with execution plans containing an Apply with a Optional and a Distinct on its right hand side
- BlockBasedIndexPopulator uniqueness check handle false negatives

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation

- Code of Regulations

# Site Search

Search …

Search

# Support GF Today!



Copyright © 2019 Graph Foundation, Inc.