**EXHIBIT 9**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**21** MAR 2019    ADD A COMMENT

We are excited to announce today that we have reached our **1,000th download of ONgDB 3.5**, the Open Neo4j Enterprise project!

Up until 3.5, Neo4j Enterprise had always been an open source project managed by Neo4j, Inc. After Neo4j, Inc. raised an 80M Series E round in October 2018, it quickly closed the open source code and removed it entirely from the neo4j GitHub project. This sudden shock to the community was swiftly responded to by The Graph Foundation to organize a community that will keep the original vision of a developing a native, scalable open source graph database alive. You can learn more about the Neo4j, Inc. shift to Open Core in this article.

We are proud of this community that has worked to keep Neo4j Enterprise 3.5 open source. Building an open native graph database to reach the masses is our mission and reaching the 1000th download is a sign that we are succeeding in our mission to put a scalable graph to work for everyone. We are excited to be on this journey with you all and to keep this project advancing in the open for all to see, experience and build exciting businesses and products around. For more information on the ONgDB project and access to downloads visit the ONgDB Project page.

Thank you all and hope to see you around in the community!

 Brad Nussbaum

Tags: **FOSS**, **Neo4j**, **ONgDB**

PREVIOUS

Neo4j is Open Core – Now What?

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

## Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search …

Search

# Support GF Today!



Copyright © 2019 Graph Foundation, Inc.