**EXHIBIT 11**

 Home  🗲 Moments    🔍 #ongdb    Have an account? **Log in** ▾

# #ongdb

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⋮

**Search filters** · Show



**Want to take advantage of all the new Twitter features?**

It's simple — just log in.

**Log in**

Sign up

**Worldwide trends**

**Spidey**
38K Tweets

**#SpiderMan**
50.6K Tweets

**#FridayFeeling**
76.1K Tweets

**Kevin Gates**
🎧 Hear what's here this new music Friday 🎧

**#ChickenNoodleSoup**
BTS' J-Hope and Becky G teamed up on new track Chicken Noodle Soup

**Liddle**
'Liddle,' hyphens and apostrophes: Dissecting Trump's latest criticism of the media

**#FridayThoughts**
31.1K Tweets

**Bojack**
7,763 Tweets

**#FridayMotivation**
29.5K Tweets

© 2019 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

 **The Graph Foundation** @GraphFoundation · Mar 21   ▾
**#ONgDB**, Open **#Neo4j** Enterprise, marches on with 1,000th download. Read more:

> **1,000th ONgDB (Open Neo4j Enterprise) 3.5 Downl…**
> We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
> graphfoundation.org

💬    🔁 3    ♡ 2

 **The Graph Foundation** @GraphFoundation · Mar 21   ▾
Our **#ONgDB**/**#Neo4j** Enterprise CI server is up and running builds at
bamboo.graphfoundation.org/browse/GF

💬    🔁    ♡ 1

 **The Graph Foundation** @GraphFoundation · 27 Sep 2018   ▾
Nasty move by Oracle but expected. We advise you use OpenJDK when running OpenNeo4j distributions from us. If you're using our docker images they are running OpenJDK already and our distributions always use an open source license. **#ongdb** **#neo4j**

> **Stephen Colebourne** @jodastephen
> [blog] Do not fall into Oracle's Java 11 trap. Use an OpenJDK build, not Oracle JDK: blog.joda.org/2018/09/do-not…

💬    🔁 1

 **The Graph Foundation** @GraphFoundation · May 10   ▾
**#ONgDB** (**#FOSS** **#Neo4j** Enterprise) 3.5.4 support release is out:

> **ONgDB - Open Neo4j Enterprise - The Graph Found…**
> The Graph Foundation develops and distributes ONgDB releases of the open source Neo4j Enterprise codebase under the AGPLv3 License.
> graphfoundation.org

💬    🔁 3    ♡ 2

 **The Graph Foundation** @GraphFoundation · 25 Oct 2018   ▾
Latest **#ONgDB** 3.4.9 support release is out with important security fixes for LDAP integrations. graphfoundation.org/projects/ongdb/

💬    🔁 1

 **GraphGrid** @graphgrid · Jan 7   ▾
**#GraphCloud** delivers crucial features to developers and operators in unified manners that capture, store, manage and analyze large and diverse collections of

Home   Moments                                                    #ongdb                 Have an account? Log in

# #ongdb

Top    Latest    People    Photos    Videos    News    Broadcasts

On another note - Neo has some major competition from TigerGraph which is impressive from what I have seen so far!

1

**The Graph Foundation** @GraphFoundation · 13 Oct 2018
The @neo4j community needs to prevent this from happening to us. Fact is that neo4j does not become the most popular graph without GPL/AGPL #OSS license. #StopCommonsClause #Neo4j use #ONgDB

**OpenSourceInitiative** ✓ @OpenSourceOrg
"[@RedisLabs is] now selling licenses of their software which includes #opensource contributions...I bet they knew, many people wouldn't have contributed if they had this #CommonClause from the beginning." - @vruizext, Redis contributor

2    2

**John Mark Suhy** @jmsuhy · Feb 23
Replying to @chpanto @akchux @neo4j
If you ever want to use causal clustering while staying 100% open source, you can do so with #ONgDB
(Neo4j core + enterprise features they removed when they closed Neo4j Enterprise edition at 3.5).
Just ensure you use the same version number as your current Neo4j version.

2    1

**GraphGrid** @graphgrid · 21 Nov 2018
GraphGrid #GovCloud customers can run Multi-Region #ONgDB/#Neo4j graph deployments to satisfy Disaster Recovery requirements while achieving regional availability with geo-replication and latency based routing. #AWS #reInvent2018

**AWS for Government** ✓ @AWS_Gov
Introducing AWS GovCloud (US-East) – Both GovCloud Regions are staffed with US citizens on US soil to address compliance with FedRAMP High, DOD SRG IL 2, 4 & 5, CJIS & ITAR requirements. Learn more. amzn.to/2Bic3Ti

4

**John Mark Suhy** @jmsuhy · 26 Oct 2018
Replying to @Htbaa @graph_stack
#ONgDB is a straight fork.   There are no additional features, it does add back the code that Neo tried to remove to make into a paid feature.



# #ongdb

Top | Latest | People | Photos | Videos | News | Broadcasts



💬  🔁 1

**GraphGrid** @graphgrid · 6 Nov 2018
Get building your next app on #Neo4j/#**ONgDB** 3.4 for as low $7/mo. Start small and scale as you grow with on-demand cloud pricing. We mirror #AWS scalability and pricing to give you the best rates with availability in 15 Regions including #GovCloud.



💬  🔁  1

 **John Mark Suhy** @jmsuhy · 25 Oct 2018
Replying to @codek1
Just use Neo4j Enterprise under it's open source license, or the #**ONgDB** enterprise fork.   I would bet  they are going to go the closed source route starting at  3.5.

Home   Moments                    #ongdb           Have an account? Log in

# #ongdb

**Top**  Latest  People  Photos  Videos  News  Broadcasts

💬 1    🔁         1

**Bradley Nussbaum** @bradnussbaum · Mar 13
The Graph Foundation is continuing forward development of open source #Neo4j Enterprise under the #ONgDB Project. You can read TGF response to @neo4j taking enterprise closed here:

💬 1    🔁         2

Show this thread

**Bradley Nussbaum** @bradnussbaum · 21 Sep 2018
Excited to help @GraphGrid customer deployments expand #graphcloud capabilities in Tokyo with @GraphFoundation support of #ongdb 🙇

💬    🔁 1       1

**Bradley Nussbaum** @bradnussbaum · 20 Dec 2018
Graph Hack Exclusive to start off the New Year. If you're already building with graph (#ONgDB/#Neo4j) or interested in creating an app you don't want to miss this! meetup.com/Graph-Database… #Meetup #SantaMonica

Home　　Moments　　　　　　　　　　#ongdb　　　　　　　Have an account? Log in

# #ongdb

Top　Latest　People　Photos　Videos　News　Broadcasts

**John Mark Suhy** @jmsuhy · Apr 30
Replying to @leviw @neo4j

Neo4j Enterprise up to 3.4 (They removed enterprise code at 3.5) is 100% free and open source. After 3.4 - drop in #ONgDB. graphfoundation.org/ongdb/ - or checkout #GraphGrid if you need support , which is a big chunk of what you are paying for in commercial subscriptions.

Back to top ↑