**EXHIBIT 12**

# Errors while building ONgDB

Asked 7 months ago   Viewed 34 times



**0**







Github Soruce: https://github.com/GraphFoundation/ongdb/tree/3.2.3



Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

I did a cd to `ongdb-3.2.3/enterprise/neo4j-enterprise` and did a mvn install but its failing

```
sudo mvn clean install -Dlicense.skip=true -Dmaven.test.skip=true -e -U
[INFO] Error stacktraces are turned on.
[INFO] Scanning for projects...
[WARNING]
[WARNING] Some problems were encountered while building the effective model for org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT
[WARNING] Reporting configuration should be done in <reporting> section, not in maven-site-plugin <configuration> as reportPlugins parameter.
[WARNING]
[WARNING] It is highly recommended to fix these problems because they threaten the stability of your build.
[WARNING]
[WARNING] For this reason, future Maven versions might no longer support building such malformed projects.
[WARNING]
[INFO]
[INFO] ------------------------------------------------------------------------
[INFO] Building Neo4j - Enterprise 3.2.3-SNAPSHOT
[INFO] ------------------------------------------------------------------------
Downloading from central:
...A bunch of downloads...

[INFO] ------------------------------------------------------------------------
[INFO] BUILD FAILURE
[INFO] ------------------------------------------------------------------------
[INFO] Total time: 01:03 min
[INFO] Finished at: 2019-02-13T15:07:11+05:30
[INFO] Final Memory: 16M/226M
[INFO] ------------------------------------------------------------------------
[ERROR] Failed to execute goal on project neo4j-enterprise: Could not resolve dependencies for project org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT: The following artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
(http://m2.neo4j.org/content/repositories/snapshots/) -> [Help 1]
org.apache.maven.lifecycle.LifecycleExecutionException: Failed to execute goal on
project neo4j-enterprise: Could not resolve dependencies for project org.neo4j:neo4j-
enterprise:jar:3.2.3-SNAPSHOT: The following artifacts could not be resolved:
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-query-logging:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-causal-clustering:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-enterprise:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-cluster:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-enterprise-
kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-consistency-check:jar:tests:3.2.3-
SNAPSHOT: Could not find artifact org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-
repository (http://m2.neo4j.org/content/repositories/snapshots/)
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:249)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
        at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
        at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
        at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
        at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
        at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
        at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
        at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
        at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
        at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
        at java.lang.reflect.Method.invoke (Method.java:498)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
        at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
        at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.apache.maven.project.DependencyResolutionException: Could not resolve
dependencies for project org.neo4j:neo4j-enterprise:jar:3.2.3-SNAPSHOT: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
        at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
        at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
        at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
        at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
        at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
        at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
        at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
        at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
        at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
        at java.lang.reflect.Method.invoke (Method.java:498)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
        at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
        at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.resolution.DependencyResolutionException: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
consistency-check:jar:tests:3.2.3-SNAPSHOT: Could not find artifact
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
        at org.eclipse.aether.internal.impl.DefaultRepositorySystem.resolveDependencies
(DefaultRepositorySystem.java:355)
        at org.apache.maven.project.DefaultProjectDependenciesResolver.resolve
(DefaultProjectDependenciesResolver.java:202)
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
(LifecycleModuleBuilder.java:81)
        at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
        at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
(LifecycleStarter.java:128)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:309)
        at org.apache.maven.DefaultMaven.doExecute (DefaultMaven.java:194)
        at org.apache.maven.DefaultMaven.execute (DefaultMaven.java:107)
        at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
        at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
        at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
        at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
        at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
        at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
        at java.lang.reflect.Method.invoke (Method.java:498)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
        at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
        at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.resolution.ArtifactResolutionException: The following
artifacts could not be resolved: org.neo4j:neo4j:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-
query-logging:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-com:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-backup:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-ha:jar:3.2.3-SNAPSHOT,
org.neo4j:neo4j-causal-clustering:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-metrics:jar:3.2.3-
SNAPSHOT, org.neo4j:neo4j-management:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j-security-
enterprise:jar:3.2.3-SNAPSHOT, org.neo4j:neo4j:jar:tests:3.2.3-SNAPSHOT,
org.neo4j:neo4j-ha:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-cluster:jar:tests:3.2.3-
SNAPSHOT, org.neo4j:neo4j-enterprise-kernel:jar:tests:3.2.3-SNAPSHOT, org.neo4j:neo4j-
consistency-check:jar:tests:3.2.3-SNAPSHOT: Could not find artifact
org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
        at org.eclipse.aether.internal.impl.DefaultArtifactResolver.resolve
(DefaultArtifactResolver.java:422)
        at org.eclipse.aether.internal.impl.DefaultArtifactResolver.resolveArtifacts
(DefaultArtifactResolver.java:224)
        at org.eclipse.aether.internal.impl.DefaultRepositorySystem.resolveDependencies
(DefaultRepositorySystem.java:338)
        at org.apache.maven.project.DefaultProjectDependenciesResolver.resolve
(DefaultProjectDependenciesResolver.java:202)
        at org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.getDependencies
(LifecycleDependencyResolver.java:223)
        at
org.apache.maven.lifecycle.internal.LifecycleDependencyResolver.resolveProjectDependencies
 (LifecycleDependencyResolver.java:145)
        at org.apache.maven.lifecycle.internal.MojoExecutor.ensureDependenciesAreResolved
(MojoExecutor.java:246)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:200)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:154)
        at org.apache.maven.lifecycle.internal.MojoExecutor.execute (MojoExecutor.java:146)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:117)
        at org.apache.maven.lifecycle.internal.LifecycleModuleBuilder.buildProject
(LifecycleModuleBuilder.java:81)
        at
org.apache.maven.lifecycle.internal.builder.singlethreaded.SingleThreadedBuilder.build
(SingleThreadedBuilder.java:51)
        at org.apache.maven.lifecycle.internal.LifecycleStarter.execute
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
        at org.apache.maven.cli.MavenCli.execute (MavenCli.java:955)
        at org.apache.maven.cli.MavenCli.doMain (MavenCli.java:290)
        at org.apache.maven.cli.MavenCli.main (MavenCli.java:194)
        at sun.reflect.NativeMethodAccessorImpl.invoke0 (Native Method)
        at sun.reflect.NativeMethodAccessorImpl.invoke (NativeMethodAccessorImpl.java:62)
        at sun.reflect.DelegatingMethodAccessorImpl.invoke
(DelegatingMethodAccessorImpl.java:43)
        at java.lang.reflect.Method.invoke (Method.java:498)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launchEnhanced
(Launcher.java:289)
        at org.codehaus.plexus.classworlds.launcher.Launcher.launch (Launcher.java:229)
        at org.codehaus.plexus.classworlds.launcher.Launcher.mainWithExitCode
(Launcher.java:415)
        at org.codehaus.plexus.classworlds.launcher.Launcher.main (Launcher.java:356)
Caused by: org.eclipse.aether.transfer.ArtifactNotFoundException: Could not find
artifact org.neo4j:neo4j:jar:3.2.3-SNAPSHOT in neo4j-snapshot-repository
(http://m2.neo4j.org/content/repositories/snapshots/)
        at org.eclipse.aether.connector.basic.ArtifactTransportListener.transferFailed
(ArtifactTransportListener.java:48)
        at org.eclipse.aether.connector.basic.BasicRepositoryConnector$TaskRunner.run
(BasicRepositoryConnector.java:365)
        at org.eclipse.aether.util.concurrency.RunnableErrorForwarder$1.run
(RunnableErrorForwarder.java:75)
        at java.util.concurrent.ThreadPoolExecutor.runWorker (ThreadPoolExecutor.java:1149)
        at java.util.concurrent.ThreadPoolExecutor$Worker.run (ThreadPoolExecutor.java:624)
        at java.lang.Thread.run (Thread.java:748)
[ERROR]
[ERROR] Re-run Maven using the -X switch to enable full debug logging.
[ERROR]
[ERROR] For more information about the errors and possible solutions, please read the
following articles:
[ERROR] [Help 1]
http://cwiki.apache.org/confluence/display/MAVEN/DependencyResolutionException
```

maven



asked Feb 13 at 10:22

Srinath Ganesh
**1,174**  14  32

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.