**EXHIBIT 13**

# Gremlin-server not starting with ongdb

Asked 7 months ago   Viewed 92 times



0



I am trying to start the Gremlin server with ONgDB. I am using Gremlin Server (v3.4.0) and ONgDB (v3.2.3). Following the conf changes, I made

**neo4j-empty.properties**

```
gremlin.graph=org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph
gremlin.neo4j.directory=/home/rgupta/Documents/Gremlin-db/neo4j.server1
gremlin.neo4j.conf.ha.server_id=1
gremlin.neo4j.conf.ha.initial_hosts=localhost:5001\,localhost:5002\,localhost:5003
gremlin.neo4j.conf.ha.host.coordination=localhost:5001
gremlin.neo4j.conf.ha.host.data=localhost:6001
```

**gremlin-server-neo4j.yaml**

```
host: localhost
port: 8182
scriptEvaluationTimeout: 30000
channelizer: org.apache.tinkerpop.gremlin.server.channel.WebSocketChannelizer
graphs: {
  graph: conf/neo4j-empty.properties}
scriptEngines: {
  gremlin-groovy: {
    plugins: { org.apache.tinkerpop.gremlin.server.jsr223.GremlinServerGremlinPlugin: {},
               org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin: {},
               org.apache.tinkerpop.gremlin.jsr223.ImportGremlinPlugin: {classImports: [java.lang.Math], methodImports: [java.lang.Math#*]},
               org.apache.tinkerpop.gremlin.jsr223.ScriptFileGremlinPlugin: {files: [scripts/empty-sample.groovy]}}}}
serializers:
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0, config: { ioRegistries: [org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}
# application/vnd.gremlin-v3.0+gryo
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0, config: { serializeResultToString: true }}
# application/vnd.gremlin-v3.0+gryo-stringd
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphSONMessageSerializerV3d0, config: { ioRegistries: [org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}    # application/json
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphBinaryMessageSerializerV1 }
# application/vnd.graphbinary-v1.0
processors:
  - { className: org.apache.tinkerpop.gremlin.server.op.session.SessionOpProcessor, config: { sessionTimeout: 28800000 }}
  - { className: org.apache.tinkerpop.gremlin.server.op.traversal.TraversalOpProcessor, config: { cacheExpirationTime: 600000, cacheMaxSize: 1000 }}
metrics: {
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
        slf4jReporter: {enabled: true, interval: 180000}}
    strictTransactionManagement: false
    idleConnectionTimeout: 0
    keepAliveInterval: 0
    maxInitialLineLength: 4096
    maxHeaderSize: 8192
    maxChunkSize: 8192
    maxContentLength: 65536
    maxAccumulationBufferComponents: 1024
    resultIterationBatchSize: 64
    writeBufferLowWaterMark: 32768
    writeBufferHighWaterMark: 65536
    ssl: {
      enabled: false}
```

At the time of running the gremlin server, I get the following error:

```
    [INFO] GremlinServer - 3.4.0
             \,,,/
             (o o)
    -----oOOo-(3)-oOOo-----

    [INFO] GremlinServer - Configuring Gremlin Server from conf/gremlin-server-neo4j.yaml
    [INFO] MetricManager - Configured Metrics ConsoleReporter configured with report
    interval=180000ms
    [INFO] MetricManager - Configured Metrics CsvReporter configured with report
    interval=180000ms to fileName=/tmp/gremlin-server-metrics.csv
    [INFO] MetricManager - Configured Metrics JmxReporter configured with domain= and
    agentId=
    [INFO] MetricManager - Configured Metrics Slf4jReporter configured with
    interval=180000ms and
    loggerName=org.apache.tinkerpop.gremlin.server.Settings$Slf4jReporterMetrics
    [WARN] DefaultGraphManager - Graph [graph] configured at [conf/neo4j-empty.properties]
    could not be instantiated and will not be available in Gremlin Server.  GraphFactory
    message: GraphFactory could not find
    [org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
    the classpath
    java.lang.RuntimeException: GraphFactory could not find
    [org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
    the classpath
        at
    org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:63)
        at
    org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:104)
        at
    org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.lambda$new$0(DefaultGraphMana

        at java.util.LinkedHashMap$LinkedEntrySet.forEach(LinkedHashMap.java:671)
        at org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.<init>
    (DefaultGraphManager.java:55)
        at sun.reflect.NativeConstructorAccessorImpl.newInstance0(Native Method)
        at
    sun.reflect.NativeConstructorAccessorImpl.newInstance(NativeConstructorAccessorImpl.java:6

        at
    sun.reflect.DelegatingConstructorAccessorImpl.newInstance(DelegatingConstructorAccessorImp

        at java.lang.reflect.Constructor.newInstance(Constructor.java:423)
        at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
[INFO] ServerGremlinExecutor - Initialized Gremlin thread pool.  Threads in pool named
with pattern gremlin-*
Exception in thread "main" java.lang.IllegalStateException:
java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa
        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:108)
        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:77)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor$Builder.create(GremlinExecutor.
        at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
(ServerGremlinExecutor.java:128)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:122)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:86)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.main(GremlinServer.java:345)
Caused by: java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at java.net.URLClassLoader.findClass(URLClassLoader.java:381)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:424)
        at sun.misc.Launcher$AppClassLoader.loadClass(Launcher.java:349)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:357)
        at java.lang.Class.forName0(Native Method)
        at java.lang.Class.forName(Class.java:264)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa
        ... 7 more
[INFO] OpLoader - Adding the standard OpProcessor.
[INFO] OpLoader - Adding the session OpProcessor.
[INFO] OpLoader - Adding the traversal OpProcessor.
[INFO] GremlinServer - Shutting down OpProcessor[]
[INFO] GremlinServer - Shutting down OpProcessor[session]
[INFO] GremlinServer - Shutting down OpProcessor[traversal]
[INFO] GremlinServer - Shutting down thread pools.
Exception in thread "gremlin-server-shutdown" java.lang.NullPointerException
        at org.apache.tinkerpop.gremlin.server.GremlinServer.stop(GremlinServer.java:255)
        at
org.apache.tinkerpop.gremlin.server.GremlinServer.lambda$new$0(GremlinServer.java:103)
        at java.lang.Thread.run(Thread.java:748)
```

I also tried ONgdb (neo4j) with different gremlin server versions like v3.3.0 and v3.3.1

python   neo4j   gremlin-server

edited Feb 27 at 15:27          asked Feb 21 at 8:41
Radostin Nanov                  Ravindra Gupta
132    1   5                    368    1   20

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.