**EXHIBIT 14**

# Loading large cypher file in Neo4J

Asked 7 months ago   Active 7 months ago   Viewed 196 times



0



I'm having some difficulty loading a Cypher file into Neo4J in Windows 10. The file in question is a 175 Mb .cql file filled with more than a million lines of nodes and edges (separated by semicolons) in the Cypher language -- CREATE [node], that sort of thing. For smaller items, I have been using an APOC command in the web browser:

```
call apoc.cypher.runFile('file:///<file path>')
```

but this is too slow for a million+ query file. I've created indexes for the nodes, and am currently running it through a command:

```
neo4j-shell -file <file path> -path localhost
```

but this is still slow. I was wondering, is there any way to speed up the intake?

Also, note that I am using an recent ONGDB build, rather than straight Neo4J; I do not believe this will make any substantial difference.

performance    neo4j    cypher

edited Jan 16 at 20:14                    asked Jan 16 at 19:45
                                          tq343
                                          45 • 8

## 2 Answers

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.   ✕



**2**

If you are ingesting into a new neo4j DB, you should consider refactoring the data out of it and using the import command of neo4j-admin tool to efficiently ingest the data.

If you are ingesting into an existing DB, you should consider refactoring the data and logic out of the CQL file and using LOAD CSV.

answered Jan 16 at 20:50

 cybersam
45.3k ●5 ●35 ●58

---



**1**



I ended up ingesting it using cypher-shell. It's still slow, but at least it does finish. Using it requires one to first open a Neo4J console then, in a second command line, use:

```
type <filepath>\data.cql | bin\cypher-shell.bat -a localhost -u <user> -p <password> --fail-at-end
```

 This works for Windows 10, although it does take a while.

answered Jan 22 at 14:56

 tq343
45 ●8

---

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service. ✕