**EXHIBIT 15**

# Unable to connect to Neo4J/ONgDB Browser when port forwarding

Asked 7 months ago   Active 7 months ago   Viewed 115 times



0



⭐ 1

I am running the ONgDB container as per their Docker run command.
I have tested this locally on my laptop and it worked before, I was able to navigate to the graph browser and log in.

Now I am running this Graph in a server.
I did port forwarding to my laptop successfully, and am able to see ONgDB Browser in my laptop.
However I am unable to log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found Neo4J article on how to resolve it.
I entered the ONgDB container filesystem and opened the .conf file, but there was no line to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it does not work as well.

How can I enable ONgDB Docker container for remote access?

`neo4j`

asked Feb 18 at 4:10

cryanbhu
834  7  15

## 1 Answer



0



I figured out the problem, in Neo4J/ONgDB browser, it fills the database host with `localhost` by default.
You just have to fill it in with the server's IP there and it works.

Also, you can connect using a desktop Neo4J/ONgDB browser to a remote graph, its just like a database (RDBMS) where you can connect to it from a client running locally.

answered Feb 18 at 5:05

cryanbhu
834  7  15

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.