**EXHIBIT 16**

# Unable to connect to Neo4J / ONgDB browser when port forwarding

`Neo4j`

I run the ONgDB container according to [their Docker run command](#) .

I have tested locally on my laptop and it worked before, I was able to navigate to the graphical browser and log in.

Now I am running this Graph on the server.

I successfully forwarded the port to my laptop and was able to see the ONgDB browser on my laptop. But I can't log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found a [Neo4J article](#) on how to fix it .

I entered the ONgDB container filesystem and opened the .conf file, but there are no rows to uncomment.

I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it doesn't work.

How do I enable the ONgDB Docker container for remote access?

`Author: cryanbhu`  `source`

Posted by: February 18, 2019



Talk To An Expert With Weebly Customer Service.

广告

Email, Phone, and Live Chat Available On Your Site!

www.Weebly.com

`Learn more`

## Response 1

I figured out the problem, in the Neo4J / ONgDB browser, it `localhost` populates the database host by default.
You only need to fill it in the server's IP.

In addition, you can connect to remote graphics using the desktop Neo4J / ONgDB browser, which is like a database (RDBMS), which you can connect to from a locally running client.

`Author: cryanbhu`

Posted by: February 18, 2019