John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>            Defendant. | CASE NO. 5:19-cv-06226<br><br>**NOTICE OF APPEARANCE OF COUNSEL – JEFFREY M. RATINOFF** |

1   PLEASE TAKE NOTICE of the appearance of Jeffrey M. Ratinoff of the firm of
2 Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiff Neo4j,
3 Inc. in the above-entitled matter.  Copies of all filings, orders, pleadings, letter briefs, and all
4 other documents and notices pertaining to the above-entitled action not otherwise filed through
5 the Court's electronic filing system should be forwarded to counsel at the following address:

> Jeffrey M. Ratinoff
> jratinoff@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 998-4790

Dated:  October 1, 2019              HOPKINS & CARLEY
                                     A Law Corporation


                                     By: */s/ Jeffrey M. Ratinoff*
                                         Jeffrey M. Ratinoff
                                         Attorneys for Plaintiff
                                         NEO4J, INC.