| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
| | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
| | jratinoff@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
| | A Law Corporation |
| 4 | The Letitia Building |
| | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |
| 6 | *mailing address:* |
| | P.O. Box 1469 |
| 7 | San Jose, CA 95109-1469 |
| | Telephone:     (408) 286-9800 |
| 8 | Facsimile:      (408) 998-4790 |
| 9 | Attorneys for Plaintiff |
| | NEO4J, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEO4J, INC., a Delaware corporation, | CASE NO.  5:19-cv-06226 |
|---|---|
| Plaintiff, | **PLAINTIFF NEO4J, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15** |
| v. | |
| GRAPH FOUNDATION, INC., an Ohio corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Europe Ventures L.P.
- Greenbridge Investment Partners Limited
- Sunstone Technology Ventures Fund II K/S
- One Peak Expansion Europe LP

Dated:  October 1, 2019

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiff
NEO4J, INC.