1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   NEO4J, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 | NEO4J, INC., a Delaware corporation, | CASE NO.  5:19-cv-06226 |
14 | Plaintiff, | **PLAINTIFF NEO4J, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
15 | v. | |
16 | GRAPH FOUNDATION, INC., an Ohio corporation, | |
17 | | |
18 | Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Neo4j, Inc. ("Neo4j") certifies that Neo4j, Inc., as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

Dated:  October 1, 2019                                HOPKINS & CARLEY
                                                                         A Law Corporation


                                                                         By: */s/ Jeffrey M. Ratinoff*
                                                                                John V. Picone III
                                                                                Jeffrey M. Ratinoff
                                                                                Attorneys for Plaintiff
                                                                                NEO4J, INC.