| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
|   | jratinoff@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 4 | The Letitia Building |
|   | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |
| 6 | *mailing address:* |
|   | P.O. Box 1469 |
| 7 | San Jose, CA 95109-1469 |
|   | Telephone:    (408) 286-9800 |
| 8 | Facsimile:     (408) 998-4790 |
| 9 | Attorneys for Plaintiff |
|   | NEO4J, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, | CASE NO.  5:19-cv-06226 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL – JOHN V. PICONE III** |
| v. | |
| GRAPH FOUNDATION, INC., an Ohio corporation, | |
| Defendant. | |

1  PLEASE TAKE NOTICE of the appearance of John V. Picone III of the firm of Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiff Neo4j, Inc. in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> John V. Picone III
> jpicone@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 998-4790

Dated: October 1, 2019

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
    John V. Picone III
    Attorneys for Plaintiff
    NEO4J, INC.