AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br>*Plaintiff(s)*<br>v.<br>GRAPH FOUNDATION, INC., an Ohio corporation<br>*Defendant(s)* | ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 3:19-cv-6226 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Graph Foundation, Inc.
c/o Jeffrey D. Musselman, Agent for Service of Process
140 W. Liberty Street, P.O. Box 218
Wooster, OH 44691

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John V. Picone III
Jeffrey M. Ratinoff
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

Date: 10/1/2019



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-6226 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GRAPH FOUNDATION, INC C/O JEFFREY D. MUSSELMAN-AGENT FOR SERVICE was received by me on *(date)* 10/16/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LAVONNE STAUFFER-LEGAL SECRETARY/AUTHORIZED, who is designated by law to accept service of process on behalf of *(name of organization)* GRAPH FOUNDATION, INC C/O JEFFREY D. MUSSELMAN-AGENT FOR SERVICE on *(date)* Thu, Oct 17 2019 @ 2:12 PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 10/18/19

_____
Server's signature

JOHN MILLER
_____
*Printed name and title*

LEGAL PURSUIT INC. @ 22 W. St. John Street # B, SAN JOSE, CA 95113
_____
*Server's address*

Additional information regarding attempted service, etc.: