1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien (State Bar No. 274078)
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiff
   NEO4J, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 | NEO4J, INC., a Delaware corporation | CASE NO.  3:19-cv-06226-JSC |
   |---|---|
15 | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL – CARY CHIEN** |
16 | v. | |
17 | GRAPH FOUNDATION, INC., an Ohio corporation, | |
18 | Defendant. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

815\3385903.1

NOTICE OF APPEARANCE

1   PLEASE TAKE NOTICE of the appearance of Cary Chien of the firm of Hopkins &
2   Carley, a Law Corporation, as counsel of record for and on behalf of Plaintiff Neo4j, Inc. in the
3   above-entitled matter.  Copies of all filings, orders, pleadings, letter briefs, and all other
4   documents and notices pertaining to the above-entitled action not otherwise filed through the
5   Court's electronic filing system should be forwarded to counsel at the following address:

> Cary Chien
> cchien@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 938-6226

Dated:  October 30, 2019           HOPKINS & CARLEY
                                   A Law Corporation


                                   By: */s/ Cary Chien*
                                       Cary Chien
                                       Attorneys for Plaintiff
                                       NEO4J, INC.

815\3385903.1                      - 2 -
NOTICE OF APPEARANCE