1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, State Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Plaintiff
   NEO4J, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14 NEO4J, INC., a Delaware corporation      CASE NO.  3:19-cv-06226-JSC

15                     Plaintiff,           **REQUEST TO ENTER DEFAULT**

16 v.

17 GRAPH FOUNDATION, INC., an Ohio
   corporation,
18
                       Defendant.
19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

815\3395375.1

REQUEST TO ENTER DEFAULT

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Neo4J, Inc. hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Graph Foundation, Inc. on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant on October 17, 2019, evidenced by the proof of service of summons on file with this Court (ECF No. 11).

The above stated facts are set forth in the accompanying declaration of Cary Chien, filed herewith.

Dated: November 12, 2019

HOPKINS & CARLEY
A Law Corporation


By: */s/ Cary Chien*
    Cary Chien
    Attorneys for Plaintiff
    NEO4J, INC.

815\3395375.1

REQUEST TO ENTER DEFAULT