John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, State Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | CASE NO.  3:19-cv-06226-JSC<br><br>**DECLARATION OF CARY CHIEN IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Cary Chien, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California, and an associate at the law firm of Hopkins & Carley, a Law Corporation, attorneys of record for Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j").

2. I make this declaration in support of Neo4j's Request to Enter Default of Defendant Graph Foundation, Inc.

3. On October 1, 2019, Plaintiff filed the Complaint in this action against Defendant Graph Foundation;

4. On October 17, 2019, Defendant Graph Foundation was served with a Summons in a Civil Action through its registered agent of service or process as shown on the Ohio Secretary of State website, evidenced by the proof of service of summons on file with this Court (ECF No. 11). A true and correct copy of the proof of service of summons is also attached hereto as **Exhibit 1**;

5. November 7, 2019 was the deadline by which Defendant Graph Foundation was to respond to the Complaint. The time allowed by law for responding has expired;

6. Defendant Graph Foundation has not appeared in this action and has not responded to the complaint within the time permitted by law;

7. Defendant Graph Foundation has failed to file a pleading or motion permitted by law; and

8. Defendant Graph Foundation is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 12th day of November, 2019, at San Jose, California.

                                                */s/ Cary Chien*
                                              Cary Chien
                                              Attorneys for Plaintiff
                                              NEO4J, INC.

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

NEO4J, INC., a Delaware corporation
*Plaintiff(s)*

v.  Civil Action No. 3:19-cv-6226 JSC

GRAPH FOUNDATION, INC., an Ohio corporation
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Graph Foundation, Inc.
c/o Jeffrey D. Musselman, Agent for Service of Process
140 W. Liberty Street, P.O. Box 218
Wooster, OH 44691

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John V. Picone III
Jeffrey M. Ratinoff
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/1/2019

*Signature of Clerk or Deputy Clerk*



Case 5:19-cv-06226-EJD Document 15-1 Filed 12/12/19 Page 5 of 5
Case 3:19-cv-06226-JSC Document 11 Filed 10/21/19 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-6226 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GRAPH FOUNDATION, INC C/O JEFFREY D. MUSSELMAN-AGENT FOR SERVICE was received by me on *(date)* 10/16/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LAVONNE STAUFFER-LEGAL SECRETARY/AUTHORIZED , who is designated by law to accept service of process on behalf of *(name of organization)* GRAPH FOUNDATION, INC C/O JEFFREY D. MUSSELMAN-AGENT FOR SERVICE on *(date)* Thu, Oct 17 2019 @ 2:12 PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 10/18/19

*Server's signature*

JOHN MILLER

*Printed name and title*

LEGAL PURSUIT INC. @ 22 W. St. John Street # B, SAN JOSE, CA 95113

*Server's address*

Additional information regarding attempted service, etc.: