

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

November 18, 2019

RE: 19-cv-06226-JSC  Neo4j, Inc. v. Graph Foundation, Inc.

Default is **entered** as to defendant Graph Foundation, Inc. on November 18, 2019.

Susan Y. Soong, Clerk

by: Sheila Rash
Case Systems Administrator

*Rev. 7-19*