JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:19-cv-06226-JSC<br><br>**NOTICE OF APPEARANCE** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the law firm of Bergeson, LLP ("Defendant's Counsel")

3  hereby submits this Notice of Appearance as counsel for Defendant Graph Foundation, Inc.

4  Address information for Defendant's Counsel is as follows:

5      John D. Pernick, Esq.
    jpernick@be-law.com
6      BERGESON, LLP
    111 North Market Street, Suite 600
7      San Jose, CA 95113
    Telephone:  (408) 291-6200
8      Facsimile:   (408) 297-6000

9

10  Please update your service lists accordingly and include the above attorney on the Court's

11  notification of all electronic filings in this action as Graph Foundation, Inc.'s attorneys of record in

12  the above-captioned action.

13  Dated: November 22, 2019                      BERGESON, LLP

14
                                        By:   */s/ John D. Pernick*
15                                                Attorneys for Defendant
16                                                GRAPH FOUNDATION, INC.

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Carrie Burkhart, declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 111 North Market Street, Suite 600, San Jose, California 95113. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On November 22, 2019, I served the within:

**NOTICE OF APPEARANCE**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__    BY ELECTRONIC FILING & SERVICE VIA ECF/PACER:
I caused said documents to be sent by electronic transmission in compliance with court procedures via the United States Southern District Court's ECF e-filing and e-serving system ("ECF"), which constitutes filing and service of document(s) for all purposes and shall constitute entry of that document(s) on the docket maintained by the Clerk pursuant to Fed. R. Civ. P. 58 and 79Civil and L.R. 5-2.

*Attorneys for Plaintiff,*
*Neo4J, Inc.*

John V. Picone III, Esq.
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Esq.
jratinoff@hopkinscarley.com
Cary Chien, Esq.
cchien@hopkinscarley.com
Hopkins & Carley
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
Tel: (408) 286-9800
Fax: (408) 998-4790

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 22, 2019, at San Jose, California.

_____
Carrie Burkhart