JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:19-CV-6226-JSC<br><br>**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]** |

Plaintiff Neo4J, Inc. ("Plaintiff"), by and through its attorneys of record, and Defendant Graph Foundation, Inc. ("Defendant"), by and through its attorney, John D. Pernick, Esq., (Plaintiff and Defendant, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, the Court Clerk entered a default in this matter on November 18, 2019.

WHEREAS, the Parties wish to cooperate in setting aside the default and to proceed with this action.

IT IS HEREBY STIPULATED THAT:

1. The Parties respectfully request that the Court set aside the Default entered by the Clerk in this matter;

2. Defendant is not and shall not contest service of summons;

3. Defendant will stipulate that the above-entitled action be related pursuant to Civ. L.R. 3-12 to a case previously filed in this Court, *Neo4j, Inc, Neo4j Sweden AB v. PureThink LLC et al.* Case No. 5:18-cv-07182-EJD;

4. Defendant shall be permitted to file an Answer and Counterclaim, in Defendant's discretion, in response to the Complaint in this action, but Defendant shall not file any motions as its response to the Complaint;

5. Defendant shall file its answer to the Complaint and any counterclaim within fourteen (14) days of the Court's entry of its Order setting aside the Default.

Dated: November 22, 2019            BERGESON, LLP

                                    By:  /s/ John D. Pernick
                                         John D. Pernick
                                         Attorneys for Defendant
                                         GRAPH FOUNDATION, INC.

Dated: November 22, 2019            HOPKINS & CARLEY

                                    By:  /s/ Jeffrey M. Ratinoff
                                         John V. Picone III
                                         Jeffrey M. Ratinoff
                                         Attorneys for Plaintiff
                                         NEO4J, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____          _____
                                            United States District Judge

- 3 -
STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER
Case No.: 3:19-CV-6226-JSC

842\3401833.1