UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEO4J, INC.,

        Plaintiff,

v.

GRAPH FOUNDATION, INC.,

        Defendant.

Case No. 19-cv-06226-JSC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Neo4j, Inc., et al. v. PureThink, LLC, et al.*, No. 5:18-cv-07182-EJD. The parties in the above-captioned case have stipulated that the case is related to the action pending before Judge Davila, (*see* Dkt. No. 18 at 2 ¶ 3 (19-6226)), and the undersigned finds that referral is warranted based on similarities between the complaints, (*compare* Dkt. No. 1 (19-6226) *with* Dkt. No. 50 (18-7182)).

**IT IS SO ORDERED.**

Dated: December 2, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge