1  JOHN D. PERNICK (SBN 155468)
   jpernick@be-law.com
2  BERGESON, LLP
   111 North Market Street, Suite 600
3  San Jose, CA  95113
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Attorneys for Defendant
   GRAPH FOUNDATION, INC.
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11 NEO4J, INC., a Delaware corporation        Case No. 3:19-CV-6226-JSC

12                     Plaintiff,             **STIPULATION TO SET ASIDE DEFAULT
                                              AND [PROPOSED] ORDER [FRCP 55(c)]**
13      vs.

14 GRAPH FOUNDATION, INC., an Ohio
   corporation,
15

16                     Defendant.

17

Plaintiff Neo4J, Inc. ("Plaintiff"), by and through its attorneys of record, and Defendant Graph Foundation, Inc. ("Defendant"), by and through its attorney, John D. Pernick, Esq., (Plaintiff and Defendant, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, the Court Clerk entered a default in this matter on November 18, 2019.

WHEREAS, the Parties wish to cooperate in setting aside the default and to proceed with this action.

IT IS HEREBY STIPULATED THAT:

1. The Parties respectfully request that the Court set aside the Default entered by the Clerk in this matter;

2. Defendant is not and shall not contest service of summons;

3. Defendant will stipulate that the above-entitled action be related pursuant to Civ. L.R. 3-12 to a case previously filed in this Court, *Neo4j, Inc, Neo4j Sweden AB v. PureThink LLC et al.* Case No. 5:18-cv-07182-EJD;

4. Defendant shall be permitted to file an Answer and Counterclaim, in Defendant's discretion, in response to the Complaint in this action, but Defendant shall not file any motions as its response to the Complaint;

5. Defendant shall file its answer to the Complaint and any counterclaim within fourteen (14) days of the Court's entry of its Order setting aside the Default.

Dated: November 22, 2019                           BERGESON, LLP

                                                   By:   */s/ John D. Pernick*
                                                         John D. Pernick
                                                         Attorneys for Defendant
                                                         GRAPH FOUNDATION, INC.

Dated: November 22, 2019                           HOPKINS & CARLEY

                                                   By:   */s/ Jeffrey M. Ratinoff*
                                                         John V. Picone III
                                                         Jeffrey M. Ratinoff
                                                         Attorneys for Plaintiff
                                                         NEO4J, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: ~~December 13, 2019~~

   _____
   United States District Judge