JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>　　　　　　　　Defendant. | Case No. 5:19-CV-06226-EJD<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF TO MOVE TO STRIKE AND [PROPOSED] ORDER** |

Plaintiff Neo4J, Inc. ("Plaintiff"), by and through its attorneys of record, and Defendant Graph Foundation, Inc. ("Defendant"), by and through its attorney, John D. Pernick, Esq., (Plaintiff and Defendant, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Defendant filed its Answer to the Complaint on December 26, 2019.

WHEREAS, Under Rule 12(f)(2) of the Federal Rules of Civil Procedure, the deadline for Plaintiff to file a Motion to Strike with respect to the Answer is January 16, 2020.

WHEREAS, the Parties are meeting and conferring with respect to Plaintiff's claim that certain of the affirmative defenses alleged in the Answer are insufficient.

WHEREAS, in order to give the Parties sufficient time to meet and confer on these issues to determine whether an agreement can be reached, the Parties have agreed that the deadline for Plaintiff to file any Motion to Strike with respect to the Answer should be extended by 14 days.

IT IS HEREBY STIPULATED THAT:

1. The deadline for Plaintiff to file any Motion to Strike with respect to Defendant's Answer shall be January 30, 2020.

Dated: January 8, 2020              BERGESON, LLP

                                    By: /s/ John D. Pernick
                                    John D. Pernick
                                    Attorneys for Defendant
                                    GRAPH FOUNDATION, INC.

Dated: January 8, 2020              HOPKINS & CARLEY

                                    By: /s/ Jeffrey M. Ratinoff
                                    John V. Picone III
                                    Jeffrey M. Ratinoff
                                    Attorneys for Plaintiff
                                    NEO4J, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____       _____
                                    United States District Judge

## **ATTESTATION**

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING TIME FOR PLAINTIFF TO MOVE TO STRIKE AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:   January 8, 2020            By:   */s/ John D. Pernick*
                                                John D. Pernick