1  JOHN D. PERNICK (SBN 155468)
   jpernick@be-law.com
2  BERGESON, LLP
   111 North Market Street, Suite 600
3  San Jose, CA  95113
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Attorneys for Defendant
   GRAPH FOUNDATION, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | NEO4J, INC., a Delaware corporation | Case No. 5:19-CV-06226-EJD

12 |                        Plaintiff, | **GRAPH FOUNDATION, INC. STATEMENT OF INTERESTED PARTIES**

13 |     vs.

14 | GRAPH FOUNDATION, INC., an Ohio corporation,
15
16 |                        Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that that as of this date, other than the named parties, there is no such interest to report.

Dated: January 16, 2020                    BERGESON, LLP

                              By:   /s/ John D. Pernick
                                    John D. Pernick
                                    Attorneys for Defendant
                                    GRAPH FOUNDATION, INC.