JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>             Plaintiff,<br><br>      vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>             Defendant. | Case No. 5:19-CV-06226-EJD<br><br>**GRAPH FOUNDATION, INC. CORPORATE DISCLOSURE STATEMENT** |

GRAPH FOUNDATION, INC. CORPORATE DISCLOSURE STATEMENT
Case No.: 5:19-CV-06226-EJD

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Graph Foundation, Inc. discloses the following.

Graph Foundation, Inc. is a non-profit corporation incorporated under the laws of the State of Ohio. Graph Foundation, Inc. has no corporate parent and no publicly traded company owns more than Graph Foundation, Inc.

Dated: January 16, 2020

BERGESON, LLP

By: */s/ John D. Pernick*
John D. Pernick
Attorneys for Defendant
GRAPH FOUNDATION, INC.