John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | CASE NO.  5:19-cv-06226-EJD<br><br>**DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J'S MOTION TO STRIKE**<br><br>Date:      May 7, 2020<br>Time:      9:00 a.m.<br>Location:  Courtroom 4, 5th Floor<br>Judge:     Hon. Edward J. Davila |

I, Cary Chien, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiff Neo4j, Inc. ("Plaintiff") in the above-referenced matter.  I make this declaration in support of Plaintiff's Motion to Strike filed herewith in the above-captioned matter.

2.      The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      I understand that on January 7, 2020, counsel for Neo4j Jeffrey Ratinoff and counsel for Graph Foundation John Pernick discussed over the phone as part of their Rule 26 conference Neo4j USA's concerns with the deficiencies with the affirmative defenses in Graph Foundation's original answer and Neo4j USA's desire to file a Rule 12 motion to address those deficiencies.  The meet and confer was followed up by written correspondence on the same day and the following day.  Attached hereto as **Exhibit 1** is a true and correct copy of the meet and confer correspondence between Mr. Ratinoff and Mr. Pernick.

4.      Following the phone call, Neo4j USA's counsel Jeffrey Ratinoff detailed the concerns discussed over the phone in a letter addressed to Graph Foundation's counsel John Pernick dated January 8, 2020.  Attached hereto as **Exhibit 2** is a true and correct copy of the January 8, 2020 letter.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the GitHub Terms of Service, which was downloaded from the URL "https://help.github.com/en/articles/github-terms-of-service", the same link referenced and relied upon by GFI in its Amended Answer.  The Acceptable Use section (c) of this exhibit states:

> Your use of the Website and Service must not violate any applicable laws, including copyright or trademark laws, export control or sanctions laws, or other laws in your jurisdiction. You are responsible for making sure that your use of the Service is in compliance with laws and any applicable regulations.

6.      Attached hereto as **Exhibit 4**, is a true and correct copy of the Trademark Registration Certificate for the "Neo4j®" trademark, Registration No. 4,784,280, dated August 4, 2015, which was downloaded from the USPTO's Trademark Status and Document Retrieval (TSDR) system.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of Neo4j USA's webpage, http://www.neotechnology.com, archived on August 23, 2011, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/products/price-list/, archived on August 23, 2011 by the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org).

9.    Attached hereto as **Exhibit 7** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/neo4j-graph-database/, archived on March 26, 2014 by the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org).

10.    Attached hereto as **Exhibit 8** is a true and correct copy of Neo4j USA's webpage, http://neotechnology.com/products/price-list/, archived on March 26, 2014 by the Wayback Machine, a digital archive of the World Wide Web (https://web.archive.org).

11.    Attached hereto as **Exhibit 9** is a true and correct copy of the GNU Affero General Public License published by Free Software Foundation from downloaded from GNU official website (URL: http://www.gnu.org).

12.    Attached hereto as **Exhibit 10** is a true and correct copy of the website domain registration page for Neo4j USA's URL http://www.neo4j.org showing the domain was created on June 4, 2006, from the WHOIS lookup service, a publicly accessible database containing ownership and registration information for Internet domain names.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed the 7th day of February 2020, at San Jose, California.

_/s/ Cary Chien_ _____
Cary Chien

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

Exhibit 1

| | |
|---|---|
| **From:** | John Pernick <jpernick@be-law.com> |
| **Sent:** | Wednesday, January 8, 2020 5:37 PM |
| **To:** | Jeffrey M. Ratinoff |
| **Cc:** | Carrie Burkhart; John V. Picone; Cary Chien |
| **Subject:** | RE: JMS Settlement Terms Rule 408 Settlement Communication |

Thank you Jeff,

I am speaking with my client tomorrow and will talk about mediation scheduling and the other issues we discussed at that time.  As for your letter, I am reviewing it and will get back to you and Cary by email sometime next week.

I hope your procedure goes well.

John

John D. Pernick | Bergeson LLP
Partner

O 408.291.6200 | D 408.291.2253 | M 415.310.2654

**Silicon Valley Office** | **San Francisco Office** | **Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Wednesday, January 8, 2020 5:34 PM
**To:** John Pernick <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Hi John,

I heard back from Judge Infante's assistant, and his current available dates in April are: 1, 7, 8, 14-16, 21-23, and 28.  Let me know which dates work for you and your client.  Also, I apologize that I wasn't able to get you a draft CMC statement before go on leave, but should be able to get you a draft later next week.  Since the CMC is not until March, I assume this won't be an issue.

Also, please feel free to reach out to Cary in my absence should you wish to further discuss the issues raised in my letter concerning Graph Foundation's answer.

Regards,
Jeff

**From:** Jeffrey M. Ratinoff
**Sent:** Wednesday, January 8, 2020 8:46 AM
**To:** 'John Pernick' <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

John,

Thanks for putting this together.  You have my permission to file.  I should have a meet and confer letter over to you today.

Regards,
Jeff

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Tuesday, January 7, 2020 3:02 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Jeff,

Attached is a draft stipulation extending the deadline for the motion to strike.

John

John D. Pernick | Bergeson LLP
Partner

O 408.291.6200 | D 408.291.2253 | M 415.310.2654

**Silicon Valley Office** | **San Francisco Office** | **Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Tuesday, January 7, 2020 12:45 PM
**To:** John Pernick <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

John,

Per the attached we agreed on 2pm.  Will that still work?

Thanks,
Jeff

---

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Tuesday, January 7, 2020 12:43 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Jeff, just following up to see if we can move this call to 2:30.

Thank you,

John

John D. Pernick  |  Bergeson LLP
Partner

**O** 408.291.6200 | **D** 408.291.2253 | **M** 415.310.2654

**Silicon Valley Office** | **San Francisco Office** | **Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

---

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Tuesday, January 7, 2020 9:45 AM
**To:** 'Jeffrey M. Ratinoff' <jratinoff@hopkinscarley.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; 'John V. Picone' <jpicone@hopkinscarley.com>; 'Cary Chien' <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Jeff, can we move our call to 2:30

Thank you,

John

John D. Pernick  |  Bergeson LLP
Partner

**O** 408.291.6200 | **D** 408.291.2253 | **M** 415.310.2654

**Silicon Valley Office** | **San Francisco Office** | **Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

---

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Friday, December 20, 2019 10:10 AM
**To:** John Pernick <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Hi John,

Thanks for the clarification.  How about 1:30 pm on 1/7?  I'll get a draft CMC statement over to you before then.  In the meantime, please let me know when you schedule shores up.  We'll also call the clerk to see if there are particular days in January when the Judge may have some availability.

Regards,
Jeff

---

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Friday, December 20, 2019 9:57 AM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Jeff, I was talking about the CMC with respect to my scheduling issue..

For rule 26(f), I can do Jan 7.

John

John D. Pernick | Bergeson LLP
Partner

**O** 408.291.6200 | **D** 408.291.2253 | **M** 415.310.2654

**Silicon Valley Office** | **San Francisco Office** | **Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

---

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Friday, December 20, 2019 9:55 AM
**To:** John Pernick <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Hi John,

I'd like to get something on calendar now for the Rule 26(f) no later than the second week in January. I am general available on 12/23, 12/26, 12/27 (morning), 12/30, 12/31, 1/6, 1/7 and 1/8, 1/14, 1/15, 1/16 and 1/17. It should only take an hour, so I am sure you can squeeze it in or there is someone in your office that can handle it should your expert depositions end up conflicting.

Thanks,
Jeff

---

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Friday, December 20, 2019 9:41 AM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

Jeff,

I will talk with my client regarding the coordination issue. Right now, I can't schedule anything in January because I need to schedule expert depositions so don't know what dates are open. I should have that info in the next week or so. February is also tough because I have a trial starting Feb. 10.

John

## John D. Pernick | Bergeson
Partner

**O** 408.291.6200 | **D** 408.291.2253 | **M** 415.310.2654

**Silicon Valley Office | San Francisco Office | Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

---

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Thursday, December 19, 2019 5:22 PM
**To:** John Pernick <jpernick@be-law.com>
**Cc:** Carrie Burkhart <cburkhart@be-law.com>; John V. Picone <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

John,

Now that the court has set aside the default and scheduled a case management conference for March 5, 2020. We wanted to set up a time to conduct a Rule 26(f) conference. I am in and out of the office over the holidays, can set aside some time if that works for you.

Also, as I am sure you know there is substantial overlap of Neo4j's claims in relation to ONgDB in both actions. We also believe that the adjudication of the counterclaims recently asserted by iGov/PureThink may ultimately affect Graph Foundation. Now that both cases are related, we think it would make sense to request an earlier CMC in both cases (perhaps in late January 2020) so that we can coordinate, if not consolidate common claims/issues to prevent duplicative work and/or inconsistencies.

I've already reached out to iGov/PureThink's counsel to see whether they were interested in requesting an earlier joint CMC. They seem to be open to the idea and are going to confirm with their clients.

Please let us know your thoughts on us filing an administrative request to have the Court sync things up before March 2020.

Thanks,
Jeff

---

**From:** John Pernick <jpernick@be-law.com>
**Sent:** Thursday, December 12, 2019 11:21 AM
**To:** John V. Picone <jpicone@hopkinscarley.com>
**Cc:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; Carrie Burkhart <cburkhart@be-law.com>
**Subject:** RE: JMS Settlement Terms Rule 408 Settlement Communication

John, separately, I have not seen an order vacating the default, have you?

## John D. Pernick | Bergeson
Partner

**O** 408.291.6200 | **D** 408.291.2253 | **M** 415.310.2654

**Silicon Valley Office | San Francisco Office | Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer

---

**From:** John V. Picone <jpicone@hopkinscarley.com>
**Sent:** Thursday, December 12, 2019 9:41 AM
**To:** John D. Pernick (jpernick@be-law.com) <jpernick@be-law.com>
**Cc:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Subject:** JMS Settlement Terms Rule 408 Settlement Communication

John:

Attached is the last iteration of the settlement term sheet that the parties exchanged during the recent mediation with Judge Infante. At that time, JMS' counsel said that he would send to/contact GF to determine if the parties could obtain a global resolution. It is not clear that GF received this information in the aftermath of the mediation. Consequently, we wanted to make sure that you were aware that the parties had considered the attached as a possible resolution pathway.

Please let me know if you have any questions or comments.

Regards,


**John V. Picone**
Shareholder

## hopkins carley

**Hopkins & Carley** | A Law Corporation
San Jose | Palo Alto
70 South First Street | San Jose, CA 95113
Direct: 408.299.1388 | Mobile: 831.801.9042
Main: 408.286.9800 | Fax: 408.998.4790
**jpicone@hopkinscarley.com**

hopkinscarley.com | LinkedIn

_____

Any tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.
If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto. For more information about Hopkins & Carley, visit us at http://www.hopkinscarley.com/.

Exhibit 2

# hopkins carley

**San Jose**
70 South First Street
San Jose, CA  95113
T.  408.286.9800
F.  408.998.4790

January 8, 2020

Jeffrey M. Ratinoff
jratinoff@hopkinscarley.com
T. 408.299.1336
F. 408.938.6261

*Via Electronic Mail Only (jpernick@be-law.com)*

John D. Pernick, Esq.
Bergeson LLP
111 N. Market St., Suite 600
San Jose, CA 95113

> **Re:    *Neo4j, Inc. v. Graph Foundation Inc. – Pleading Deficiencies in Affirmative Defenses, Case No.: 3:19-cv-06226-EJD***

Dear John:

Following up on our call yesterday, I am writing to detail the deficiencies in Graph Foundation's Answer.  As you know, courts in this District have held that the heightened pleading standard for complaints articulated in *Twombly* and *Iqbal* also applies to affirmative defenses.  *See Perez v. Gordon & Wong Law Group, P.C.*, No. 11-CV-03323-LHK, 2012 WL 1029425, at *8 (N.D. Cal. Mar. 26, 2012) (collecting cases).  In this regard, several of Graph Foundation's affirmative defenses are deficient as explained below.

**Second Affirmative Defense for Unclean Hands and Ninth Affirmative Defense for Waiver**

The allegations of both the second and ninth affirmative defenses consist of a mere reference to the doctrines of waiver and unclean hands without any supporting facts. Such bare conclusory statements are insufficient.  *See Hartford Underwriters Ins. Co. v. Kraus USA, Inc.*, 313 F.R.D. 572, 576 (N.D. Cal. 2016) ("mere reference to a legal doctrine is not a sufficient affirmative defense absent allegations of supporting facts").  At a minimum, Graph Foundation's answer must set out the elements of these affirmative defenses and some factual allegations that meet those elements. *See Qarbon.com Inc. v. eHelp Corp.*, 315 F.Supp.2d 1046, 1050 (N.D. Cal. 2004).

**Fourth Affirmative Defense for Naked License Abandonment of Trademark**

None of the allegations—relating to the alleged "confusion" and open-source licensing/distribution—actually meet either statutory definition of "abandonment" under 15 U.S.C. § 1127.  Specifically, the allegations supporting this defense do not meet the

John D. Pernick, Esq.
January 8, 2020
Page 2

first definition because there are no allegations that Neo4j discontinued use of the NEO4J® mark. The allegations supporting this defense also fail to meet the second definition because there are no facts alleged establishing that the open source licensing of NEO4J® branded software has resulted in any loss of significance of the NEO4J® mark, the key requirement of abandonment under 15 U.S.C. § 1127. *See Barcamericalnt'l USA Trust v. Tyfield Importers, Inc.*, 289 F.3d 589, 595-96 (9th Cir. 2002). Thus, this defense is not plausible as currently pled.

**Fifth, Sixth, and Seventh Affirmative Defenses**

Each of these defenses allege a factual scenario—relating to the AGPL, the Commons Clause, and GitHub—by which Graph Foundation is supposedly absolved of liability from violating the Lanham Act and California's Unfair Competition Law ("UCL"). Generally, "[a]ffirmative defenses plead matters extraneous to the plaintiff's prima facie case, which deny plaintiff's right to recover, even if the allegations of the complaint are true." *G & G Closed Circuit Events, LLC v. Nguyen*, No. 10–168, 2010 WL 3749284, at *5 (N.D.Cal. Sept. 23, 2010) (internal quotation marks omitted). As pled, none of these appear to be legally cognizable defenses should Neo4j establish that Graph Foundation violated the Lanham Act and/or the UCL.

Neo4j's claims are also not based on violations of the AGPL or the GitHub Terms of Service. As a result, these three defenses assert immaterial matters because they have "no essential or important relationship to the claim for relief or the defenses being plead." *Whittlestone, Inc. v. Handi–Craft Co.*, 618 F.3d 970, 973 (9th Cir. 2010) (internal citation omitted). We therefore believe these defenses are subject to being stricken under *Twombly/Iqbal* standard, as well as because they are impertinent and immaterial as contemplated by Rule 12(f).

**Eighth Affirmative Defenses for Cancellation of Trademark Procured by Fraud**.

In asserting a defense for fraud in the procurement of a trademark, Graph Foundation "bears heavy burden of demonstrating that a trademark should be cancelled." *Hokto Kinoko Co. v. Concord Farms, Inc.*, 738 F.3d 1085, 1097 (9th Cir. 2013). Consequently, it must meet the heightened pleading requirements imposed by Federal Rule of Civil Procedure 9(b). *Aureflam Corp. v. Pho Hoa Phat I, Inc.*, 375 F.Supp.2d 950, 953 (N.D. Cal. 2005) (recognizing that Rule 9(b)'s heightened pleading requirement applies to claims of fraud in the procurement of trademarks).

As alleged, Graph Foundation's eight affirmative defense consists of conclusory allegations that the NEO4J® mark was purportedly "procured by fraud" and "should be cancelled pursuant to 15 U.S.C. §1119." Such factually devoid allegations fail to meet both the basic pleading standards under *Twombly/Iqbal,* and more importantly Rule 9's heightened requirements.

John D. Pernick, Esq.
January 8, 2020
Page 3


Please let us know before January 15, 2020 how Graph Foundation intends to address the above outlined deficiencies so that we might be able to avoid motion practice.  We are also happy to schedule another call to further discuss any of the foregoing.

Very truly yours,

HOPKINS & CARLEY
A Law Corporation

Jeffrey M. Ratinoff

JMR/dlh

815\3427966.2

Exhibit 3


**GitHub Help**

---

GitHub.com  /  Site policy  /  GitHub Terms of Service

# GitHub Terms of Service

## In this article

- Summary
- The GitHub Terms of Service
- A. Definitions
- B. Account Terms
- C. Acceptable Use
- D. User-Generated Content
- E. Private Repositories
- F. Copyright Infringement and DMCA Policy
- G. Intellectual Property Notice
- H. API Terms
- I. GitHub Additional Product Terms
- J. Beta Previews
- K. Payment
- L. Cancellation and Termination
- M. Communications with GitHub
- N. Disclaimer of Warranties
- O. Limitation of Liability
- P. Release and Indemnification
- Q. Changes to These Terms
- R. Miscellaneous

Thank you for using GitHub! We're happy you're here. Please read this Terms of Service agreement carefully before accessing or using GitHub. Because it is such an important contract between us and our users, we have tried to make it as clear as possible. For your convenience, we have presented these terms in a short non-binding summary followed by the full legal terms.

## Summary

| Section | What can you find there? |
|---|---|
| A. Definitions | Some basic terms, defined in a way that will help you understand this agreement. Refer back up to this section for clarification. |
| B. Account Terms | These are the basic requirements of having an Account on GitHub. |
| C. Acceptable Use | These are the basic rules you must follow when using your GitHub Account. |
| D. User-Generated Content | You own the content you post on GitHub. However, you have some responsibilities regarding it, and we ask you to grant us some rights so we can provide services to you. |
| E. Private Repositories | This section talks about how GitHub will treat content you post in private repositories. |
| F. Copyright & DMCA Policy | This section talks about how GitHub will respond if you believe someone is infringing your copyrights on GitHub. |
| G. Intellectual Property Notice | This describes GitHub's rights in the website and service. |
| H. API Terms | These are the rules for using GitHub's APIs, whether you are using the API for development or data collection. |
| I. Additional Product Terms | We have a few specific rules for GitHub's features and products. |
| J. Beta Previews | These are some of the additional terms that apply to GitHub's features that are still in development. |
| K. Payment | You are responsible for payment. We are responsible for billing you accurately. |
| L. Cancellation and Termination | You may cancel this agreement and close your Account at any time. |

| Section | What can you find there? |
|---|---|
| M. Communications with GitHub | We only use email and other electronic means to stay in touch with our users. We do not provide phone support. |
| N. Disclaimer of Warranties | We provide our service as is, and we make no promises or guarantees about this service. **Please read this section carefully; you should understand what to expect.** |
| O. Limitation of Liability | We will not be liable for damages or losses arising from your use or inability to use the service or otherwise arising under this agreement. **Please read this section carefully; it limits our obligations to you.** |
| P. Release and Indemnification | You are fully responsible for your use of the service. |
| Q. Changes to these Terms of Service | We may modify this agreement, but we will give you 30 days' notice of changes that affect your rights. |
| R. Miscellaneous | Please see this section for legal details including our choice of law. |

## The GitHub Terms of Service

Effective date: November 13, 2019

## A. Definitions

**Short version:** *We use these basic terms throughout the agreement, and they have specific meanings. You should know what we mean when we use each of the terms. There's not going to be a test on it, but it's still useful information.*

1   An "Account" represents your legal relationship with GitHub. A "User Account" represents an individual User's authorization to log in to and use the Service and serves as a User's identity on GitHub. "Organizations" are shared workspaces that may be associated with a single entity or with one or more Users where multiple Users can collaborate across many projects at once. A User Account can be a member of any number of Organizations.

2   The "Agreement" refers, collectively, to all the terms, conditions, notices contained or referenced in this document (the "Terms of Service" or the "Terms") and all other operating rules, policies (including the GitHub Privacy Statement, available at github.com/site/privacy) and procedures that we may publish from time to time on the Website. Most of our site policies are available at help.github.com/categories/site-policy.

3   "Beta Previews" mean software, services, or features identified as alpha, beta, preview, early access, or evaluation, or words or phrases with similar meanings.

4   "Content" refers to content featured or displayed through the Website, including without limitation code, text, data, articles, images, photographs, graphics, software, applications, packages, designs, features, and other materials that are available on the Website or otherwise available through the Service. "Content" also includes Services. "User-Generated Content" is Content, written or otherwise, created or uploaded by our Users. "Your Content" is Content that you create or own.

5   "GitHub," "We," and "Us" refer to GitHub, Inc., as well as our affiliates, directors, subsidiaries, contractors, licensors, officers, agents, and employees.

6   The "Service" refers to the applications, software, products, and services provided by GitHub, including any Beta Previews.

7   "The User," "You," and "Your" refer to the individual person, company, or organization that has visited or is using the Website or Service; that accesses or uses any part of the Account; or that directs the use of the Account in the performance of its functions. A User must be at least 13 years of age. Special terms may apply for business or government Accounts (See Section B(5): Additional Terms).

8   The "Website" refers to GitHub's website located at github.com, and all content, services, and products provided by GitHub at or through the Website. It also refers to GitHub-owned subdomains of github.com, such as education.github.com and pages.github.com. These Terms also govern GitHub's conference websites, such as githubuniverse.com, and product websites, such as atom.io. Occasionally, websites owned by GitHub may provide different or additional terms of service. If those additional terms conflict with this Agreement, the more specific terms apply to the relevant page or service.

# B. Account Terms

**Short version:** *User Accounts and Organizations have different administrative controls; a human must create your Account; you must be 13 or over; you must provide a valid email address; and you may not*

*have more than one free Account. You alone are responsible for your Account and anything that happens while you are signed in to or using your Account. You are responsible for keeping your Account secure.*

## 1. Account Controls

- Users. Subject to these Terms, you retain ultimate administrative control over your User Account and the Content within it.

- Organizations. The "owner" of an Organization that was created under these Terms has ultimate administrative control over that Organization and the Content within it. Within the Service, an owner can manage User access to the Organization's data and projects. An Organization may have multiple owners, but there must be at least one User Account designated as an owner of an Organization. If you are the owner of an Organization under these Terms, we consider you responsible for the actions that are performed on or through that Organization.

## 2. Required Information

You must provide a valid email address in order to complete the signup process. Any other information requested, such as your real name, is optional, unless you are accepting these terms on behalf of a legal entity (in which case we need more information about the legal entity) or if you opt for a paid Account, in which case additional information will be necessary for billing purposes.

## 3. Account Requirements

We have a few simple rules for User Accounts on GitHub's Service.

- You must be a human to create an Account. Accounts registered by "bots" or other automated methods are not permitted. We do permit machine accounts:
- A machine account is an Account set up by an individual human who accepts the Terms on behalf of the Account, provides a valid email address, and is responsible for its actions. A machine account is used exclusively for performing automated tasks. Multiple users may direct the actions of a machine account, but the owner of the Account is ultimately responsible for the machine's actions. You may maintain no more than one free machine account in addition to your free User Account.
- One person or legal entity may maintain no more than one free Account (if you choose to control a machine account as well, that's fine, but it can only be used for running a machine).
- You must be age 13 or older. While we are thrilled to see brilliant young coders get excited by learning to program, we must comply with United States law. GitHub does not target our Service to children under 13, and we do not permit any Users under 13 on our Service. If we learn of any User under the age of 13, we will terminate that User's Account immediately. If you

are a resident of a country outside the United States, your country's minimum age may be older; in such a case, you are responsible for complying with your country's laws.

- Your login may only be used by one person — i.e., a single login may not be shared by multiple people. A paid Organization may only provide access to as many User Accounts as your subscription allows.

- You may not use GitHub in violation of export control or sanctions laws of the United States or any other applicable jurisdiction. You may not use GitHub if you are or are working on behalf of a Specially Designated National (SDN) or a person subject to similar blocking or denied party prohibitions administered by a U.S. government agency. GitHub may allow persons in certain sanctioned countries or territories to access certain GitHub services pursuant to U.S. government authorizations. For more information, please see our Export Controls policy.

## 4. User Account Security

You are responsible for keeping your Account secure while you use our Service. We offer tools such as two-factor authentication to help you maintain your Account's security, but the content of your Account and its security are up to you.

- You are responsible for all content posted and activity that occurs under your Account (even when content is posted by others who have Accounts under your Account).

- You are responsible for maintaining the security of your Account and password. GitHub cannot and will not be liable for any loss or damage from your failure to comply with this security obligation.

- You will promptly notify GitHub if you become aware of any unauthorized use of, or access to, our Service through your Account, including any unauthorized use of your password or Account.

## 5. Additional Terms

In some situations, third parties' terms may apply to your use of GitHub. For example, you may be a member of an organization on GitHub with its own terms or license agreements; you may download an application that integrates with GitHub; or you may use GitHub to authenticate to another service. Please be aware that while these Terms are our full agreement with you, other parties' terms govern their relationships with you.

If you are a government User or otherwise accessing or using any GitHub Service in a government capacity, this Government Amendment to GitHub Terms of Service applies to you, and you agree to its provisions.

If you have signed up for GitHub Enterprise Cloud, the Enterprise Cloud Addendum applies to you, and you agree to its provisions.

## C. Acceptable Use

**Short version:** *GitHub hosts a wide variety of collaborative projects from all over the world, and that collaboration only works when our users are able to work together in good faith. While using the service, you must follow the terms of this section, which include some restrictions on content you can post, conduct on the service, and other limitations. In short, be excellent to each other.*

Your use of the Website and Service must not violate any applicable laws, including copyright or trademark laws, export control or sanctions laws, or other laws in your jurisdiction. You are responsible for making sure that your use of the Service is in compliance with laws and any applicable regulations.

You agree that you will not under any circumstances violate our Acceptable Use Policies or Community Guidelines.

## D. User-Generated Content

**Short version:** *You own content you create, but you allow us certain rights to it, so that we can display and share the content you post. You still have control over your content, and responsibility for it, and the rights you grant us are limited to those we need to provide the service. We have the right to remove content or close Accounts if we need to.*

### 1. Responsibility for User-Generated Content

You may create or upload User-Generated Content while using the Service. You are solely responsible for the content of, and for any harm resulting from, any User-Generated Content that you post, upload, link to or otherwise make available via the Service, regardless of the form of that Content. We are not responsible for any public display or misuse of your User-Generated Content.

### 2. GitHub May Remove Content

We do not pre-screen User-Generated Content, but we have the right (though not the obligation) to refuse or remove any User-Generated Content that, in our sole discretion, violates any GitHub terms or policies.

### 3. Ownership of Content, Right to Post, and License Grants

You retain ownership of and responsibility for Your Content. If you're posting anything you did not create yourself or do not own the rights to, you agree that you are responsible for any Content you post; that you will only submit Content that you have the right to post; and that you will fully comply with any third party licenses relating to Content you post.

Because you retain ownership of and responsibility for Your Content, we need you to grant us — and other GitHub Users — certain legal permissions, listed in Sections D.4 — D.7. These license grants apply to Your Content. If you upload Content that already comes with a license granting GitHub the permissions we need to run our Service, no additional license is required. You understand that you will not receive any payment for any of the rights granted in Sections D.4 — D.7. The licenses you grant to us will end when you remove Your Content from our servers, unless other Users have forked it.

## 4. License Grant to Us

We need the legal right to do things like host Your Content, publish it, and share it. You grant us and our legal successors the right to store, parse, and display Your Content, and make incidental copies as necessary to render the Website and provide the Service. This includes the right to do things like copy it to our database and make backups; show it to you and other users; parse it into a search index or otherwise analyze it on our servers; share it with other users; and perform it, in case Your Content is something like music or video.

This license does not grant GitHub the right to sell Your Content or otherwise distribute or use it outside of our provision of the Service.

## 5. License Grant to Other Users

Any User-Generated Content you post publicly, including issues, comments, and contributions to other Users' repositories, may be viewed by others. By setting your repositories to be viewed publicly, you agree to allow others to view and "fork" your repositories (this means that others may make their own copies of Content from your repositories in repositories they control).

If you set your pages and repositories to be viewed publicly, you grant each User of GitHub a nonexclusive, worldwide license to use, display, and perform Your Content through the GitHub Service and to reproduce Your Content solely on GitHub as permitted through GitHub's functionality (for example, through forking). You may grant further rights if you adopt a license. If you are uploading Content you did not create or own, you are responsible for ensuring that the Content you upload is licensed under terms that grant these permissions to other GitHub Users.

## 6. Contributions Under Repository License

Whenever you make a contribution to a repository containing notice of a license, you license your contribution under the same terms, and you agree that you have the right to license your contribution under those terms. If you have a separate agreement to license your contributions under different terms, such as a contributor license agreement, that agreement will supersede.

Isn't this just how it works already? Yep. This is widely accepted as the norm in the open-source community; it's commonly referred to by the shorthand "inbound=outbound". We're just making it

explicit.

## 7. Moral Rights

You retain all moral rights to Your Content that you upload, publish, or submit to any part of the Service, including the rights of integrity and attribution. However, you waive these rights and agree not to assert them against us, to enable us to reasonably exercise the rights granted in Section D.4, but not otherwise.

To the extent this agreement is not enforceable by applicable law, you grant GitHub the rights we need to use Your Content without attribution and to make reasonable adaptations of Your Content as necessary to render the Website and provide the Service.

# E. Private Repositories

**Short version:** *You may have access to private repositories. We treat the content of private repositories as confidential, and we only access it for support reasons, with your consent, or if required to for security reasons.*

## 1. Control of Private Repositories

Some Accounts may have private repositories, which allow the User to control access to Content.

## 2. Confidentiality of Private Repositories

GitHub considers the contents of private repositories to be confidential to you. GitHub will protect the contents of private repositories from unauthorized use, access, or disclosure in the same manner that we would use to protect our own confidential information of a similar nature and in no event with less than a reasonable degree of care.

## 3. Access

GitHub employees may only access the content of your private repositories in the following situations:

- With your consent and knowledge, for support reasons. If GitHub accesses a private repository for support reasons, we will only do so with the owner's consent and knowledge.
- When access is required for security reasons, including when access is required to maintain ongoing confidentiality, integrity, availability and resilience of GitHub's systems and Service.

You may choose to enable additional access to your private repositories. For example:

- You may enable various GitHub services or features that require additional rights to Your Content in private repositories. These rights may vary depending on the service or feature, but

GitHub will continue to treat your private repository Content as confidential. If those services or features require rights in addition to those we need to provide the GitHub Service, we will provide an explanation of those rights.

## 4. Exclusions

If we have reason to believe the contents of a private repository are in violation of the law or of these Terms, we have the right to access, review, and remove them. Additionally, we may be compelled by law to disclose the contents of your private repositories.

# F. Copyright Infringement and DMCA Policy

If you believe that content on our website violates your copyright, please contact us in accordance with our Digital Millennium Copyright Act Policy. If you are a copyright owner and you believe that content on GitHub violates your rights, please contact us via our convenient DMCA form or by emailing copyright@github.com. There may be legal consequences for sending a false or frivolous takedown notice. Before sending a takedown request, you must consider legal uses such as fair use and licensed uses.

We will terminate the Accounts of repeat infringers of this policy.

# G. Intellectual Property Notice

**Short version:** *We own the service and all of our content. In order for you to use our content, we give you certain rights to it, but you may only use our content in the way we have allowed.*

## 1. GitHub's Rights to Content

GitHub and our licensors, vendors, agents, and/or our content providers retain ownership of all intellectual property rights of any kind related to the Website and Service. We reserve all rights that are not expressly granted to you under this Agreement or by law. The look and feel of the Website and Service is copyright © GitHub, Inc. All rights reserved. You may not duplicate, copy, or reuse any portion of the HTML/CSS, Javascript, or visual design elements or concepts without express written permission from GitHub.

## 2. GitHub Trademarks and Logos

If you'd like to use GitHub's trademarks, you must follow all of our trademark guidelines, including those on our logos page: https://github.com/logos.

## 3. License to GitHub Policies

This Agreement is licensed under this Creative Commons Zero license. For details, see our site-policy repository.

## H. API Terms

**Short version:** *You agree to these Terms of Service, plus this Section H, when using any of GitHub's APIs (Application Provider Interface), including use of the API through a third party product that accesses GitHub.*

Abuse or excessively frequent requests to GitHub via the API may result in the temporary or permanent suspension of your Account's access to the API. GitHub, in our sole discretion, will determine abuse or excessive usage of the API. We will make a reasonable attempt to warn you via email prior to suspension.

You may not share API tokens to exceed GitHub's rate limitations.

You may not use the API to download data or Content from GitHub for spamming purposes, including for the purposes of selling GitHub users' personal information, such as to recruiters, headhunters, and job boards.

All use of the GitHub API is subject to these Terms of Service and the GitHub Privacy Statement.

GitHub may offer subscription-based access to our API for those Users who require high-throughput access or access that would result in resale of GitHub's Service.

## I. GitHub Additional Product Terms

**Short version:** *You need to follow certain specific terms and conditions for GitHub's various features and products, and you agree to the Supplemental Terms and Conditions when you agree to this Agreement.*

Some Service features may be subject to additional terms specific to that feature or product as set forth in the GitHub Additional Product Terms. By accessing or using the Services, you also agree to the GitHub Additional Product Terms.

## J. Beta Previews

**Short version:** *Beta Previews may not be supported or may change at any time, you may receive confidential information through those programs that must remain confidential while the program is private, and we'd love your feedback to make our Beta Previews better.*

### 1. Subject to Change

Beta Previews may not be supported and may be changed at any time without notice. In addition, Beta Previews are not subject to the same security measures and auditing to which the Service has been and is subject. **By using a Beta Preview, you use it at your own risk.**

## 2. Confidentiality

As a user of Beta Previews, you may get access to special information that isn't available to the rest of the world. Due to the sensitive nature of this information, it's important for us to make sure that you keep that information secret.

**Confidentiality Obligations.** You agree that any non-public Beta Preview information we give you, such as information about a private Beta Preview, will be considered GitHub's confidential information (collectively, "Confidential Information"), regardless of whether it is marked or identified as such. You agree to only use such Confidential Information for the express purpose of testing and evaluating the Beta Preview (the "Purpose"), and not for any other purpose. You should use the same degree of care as you would with your own confidential information, but no less than reasonable precautions to prevent any unauthorized use, disclosure, publication, or dissemination of our Confidential Information. You promise not to disclose, publish, or disseminate any Confidential Information to any third party, unless we don't otherwise prohibit or restrict such disclosure (for example, you might be part of a GitHub-organized group discussion about a private Beta Preview feature).

**Exceptions.** Confidential Information will not include information that is: (a) or becomes publicly available without breach of this Agreement through no act or inaction on your part (such as when a private Beta Preview becomes a public Beta Preview); (b) known to you before we disclose it to you; (c) independently developed by you without breach of any confidentiality obligation to us or any third party; or (d) disclosed with permission from GitHub. You will not violate the terms of this Agreement if you are required to disclose Confidential Information pursuant to operation of law, provided GitHub has been given reasonable advance written notice to object, unless prohibited by law.

## 3. Feedback

We're always trying to improve of products and services, and your feedback as a Beta Preview user will help us do that. If you choose to give us any ideas, know-how, algorithms, code contributions, suggestions, enhancement requests, recommendations or any other feedback for our products or services (collectively, "Feedback"), you acknowledge and agree that GitHub will have a royalty-free, fully paid-up, worldwide, transferable, sub-licensable, irrevocable and perpetual license to implement, use, modify, commercially exploit and/or incorporate the Feedback into our products, services, and documentation.

## K. Payment

**Short version:** *You are responsible for any fees associated with your use of GitHub. We are responsible for communicating those fees to you clearly and accurately, and letting you know well in advance if those prices change.*

## 1. Pricing

Our pricing and payment terms are available at github.com/pricing. If you agree to a subscription price, that will remain your price for the duration of the payment term; however, prices are subject to change at the end of a payment term.

## 2. Upgrades, Downgrades, and Changes

- We will immediately bill you when you upgrade from the free plan to any paying plan.
- If you change from a monthly billing plan to a yearly billing plan, GitHub will bill you for a full year at the next monthly billing date.
- If you upgrade to a higher level of service, we will bill you for the upgraded plan immediately.
- You may change your level of service at any time by choosing a plan option or going into your Billing settings. If you choose to downgrade your Account, you may lose access to Content, features, or capacity of your Account. Please see our section on Cancellation for information on getting a copy of that Content.

## 3. Billing Schedule; No Refunds

**Payment Based on Plan** For monthly or yearly payment plans, the Service is billed in advance on a monthly or yearly basis respectively and is non-refundable. There will be no refunds or credits for partial months of service, downgrade refunds, or refunds for months unused with an open Account; however, the service will remain active for the length of the paid billing period. In order to treat everyone equally, no exceptions will be made.

**Payment Based on Usage** Some Service features are billed based on your usage. A limited quantity of these Service features may be included in your plan for a limited term without additional charge. If you choose to purchase paid Service features beyond the quantity included in your plan, you pay for those Service features based on your actual usage in the preceding month. Monthly payment for these purchases will be charged on a periodic basis in arrears. See GitHub Additional Product Terms for Details.

**Invoicing** For invoiced Users, User agrees to pay the fees in full, up front without deduction or setoff of any kind, in U.S. Dollars. User must pay the fees within thirty (30) days of the GitHub invoice date. Amounts payable under this Agreement are non-refundable, except as otherwise provided in this Agreement. If User fails to pay any fees on time, GitHub reserves the right, in addition to taking any other action at law or equity, to (i) charge interest on past due amounts at 1.0% per month or the highest interest rate allowed by law, whichever is less, and to charge all expenses of recovery, and

(ii) terminate the applicable order form. User is solely responsible for all taxes, fees, duties and governmental assessments (except for taxes based on GitHub's net income) that are imposed or become due in connection with this Agreement.

## 4. Authorization

By agreeing to these Terms, you are giving us permission to charge your on-file credit card, PayPal account, or other approved methods of payment for fees that you authorize for GitHub.

## 5. Responsibility for Payment

You are responsible for all fees, including taxes, associated with your use of the Service. By using the Service, you agree to pay GitHub any charge incurred in connection with your use of the Service. If you dispute the matter, contact GitHub Support. You are responsible for providing us with a valid means of payment for paid Accounts. Free Accounts are not required to provide payment information.

# L. Cancellation and Termination

**Short version:** *You may close your Account at any time. If you do, we'll treat your information responsibly.*

## 1. Account Cancellation

It is your responsibility to properly cancel your Account with GitHub. You can cancel your Account at any time by going into your Settings in the global navigation bar at the top of the screen. The Account screen provides a simple, no questions asked cancellation link. We are not able to cancel Accounts in response to an email or phone request.

## 2. Upon Cancellation

We will retain and use your information as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements, but barring legal requirements, we will delete your full profile and the Content of your repositories within 90 days of cancellation or termination (though some information may remain in encrypted backups). This information can not be recovered once your Account is cancelled.

We will not delete Content that you have contributed to other Users' repositories or that other Users have forked.

Upon request, we will make a reasonable effort to provide an Account owner with a copy of your lawful, non-infringing Account contents after Account cancellation, termination, or downgrade. You must make this request within 90 days of cancellation, termination, or downgrade.

### 3. GitHub May Terminate

GitHub has the right to suspend or terminate your access to all or any part of the Website at any time, with or without cause, with or without notice, effective immediately. GitHub reserves the right to refuse service to anyone for any reason at any time.

### 4. Survival

All provisions of this Agreement which, by their nature, should survive termination *will* survive termination — including, without limitation: ownership provisions, warranty disclaimers, indemnity, and limitations of liability.

## M. Communications with GitHub

**Short version:** *We use email and other electronic means to stay in touch with our users.*

### 1. Electronic Communication Required

For contractual purposes, you (1) consent to receive communications from us in an electronic form via the email address you have submitted or via the Service; and (2) agree that all Terms of Service, agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that those communications would satisfy if they were on paper. This section does not affect your non-waivable rights.

### 2. Legal Notice to GitHub Must Be in Writing

Communications made through email or GitHub Support's messaging system will not constitute legal notice to GitHub or any of its officers, employees, agents or representatives in any situation where notice to GitHub is required by contract or any law or regulation. Legal notice to GitHub must be in writing and served on GitHub's legal agent.

### 3. No Phone Support

GitHub only offers support via email, in-Service communications, and electronic messages. We do not offer telephone support.

## N. Disclaimer of Warranties

**Short version:** *We provide our service as is, and we make no promises or guarantees about this service. Please read this section carefully; you should understand what to expect.*

GitHub provides the Website and the Service "as is" and "as available," without warranty of any kind. Without limiting this, we expressly disclaim all warranties, whether express, implied or statutory,

regarding the Website and the Service including without limitation any warranty of merchantability, fitness for a particular purpose, title, security, accuracy and non-infringement.

GitHub does not warrant that the Service will meet your requirements; that the Service will be uninterrupted, timely, secure, or error-free; that the information provided through the Service is accurate, reliable or correct; that any defects or errors will be corrected; that the Service will be available at any particular time or location; or that the Service is free of viruses or other harmful components. You assume full responsibility and risk of loss resulting from your downloading and/or use of files, information, content or other material obtained from the Service.

## O. Limitation of Liability

**Short version:** *We will not be liable for damages or losses arising from your use or inability to use the service or otherwise arising under this agreement. Please read this section carefully; it limits our obligations to you.*

You understand and agree that we will not be liable to you or any third party for any loss of profits, use, goodwill, or data, or for any incidental, indirect, special, consequential or exemplary damages, however arising, that result from

- the use, disclosure, or display of your User-Generated Content;
- your use or inability to use the Service;
- any modification, price change, suspension or discontinuance of the Service;
- the Service generally or the software or systems that make the Service available;
- unauthorized access to or alterations of your transmissions or data;
- statements or conduct of any third party on the Service;
- any other user interactions that you input or receive through your use of the Service; or
- any other matter relating to the Service.

Our liability is limited whether or not we have been informed of the possibility of such damages, and even if a remedy set forth in this Agreement is found to have failed of its essential purpose. We will have no liability for any failure or delay due to matters beyond our reasonable control.

## P. Release and Indemnification

**Short version:** *You are responsible for your use of the service. If you harm someone else or get into a dispute with someone else, we will not be involved.*

If you have a dispute with one or more Users, you agree to release GitHub from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes.

You agree to indemnify us, defend us, and hold us harmless from and against any and all claims, liabilities, and expenses, including attorneys' fees, arising out of your use of the Website and the Service, including but not limited to your violation of this Agreement, provided that GitHub (1) promptly gives you written notice of the claim, demand, suit or proceeding; (2) gives you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you may not settle any claim, demand, suit or proceeding unless the settlement unconditionally releases GitHub of all liability); and (3) provides to you all reasonable assistance, at your expense.

## Q. Changes to These Terms

**Short version:** *We want our users to be informed of important changes to our terms, but some changes aren't that important — we don't want to bother you every time we fix a typo. So while we may modify this agreement at any time, we will notify users of any changes that affect your rights and give you time to adjust to them.*

We reserve the right, at our sole discretion, to amend these Terms of Service at any time and will update these Terms of Service in the event of any such amendments. We will notify our Users of material changes to this Agreement, such as price changes, at least 30 days prior to the change taking effect by posting a notice on our Website. For non-material modifications, your continued use of the Website constitutes agreement to our revisions of these Terms of Service. You can view all changes to these Terms in our Site Policy repository.

We reserve the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Website (or any part of it) with or without notice.

## R. Miscellaneous

### 1. Governing Law

Except to the extent applicable law provides otherwise, this Agreement between you and GitHub and any access to or use of the Website or the Service are governed by the federal laws of the United States of America and the laws of the State of California, without regard to conflict of law provisions. You and GitHub agree to submit to the exclusive jurisdiction and venue of the courts located in the City and County of San Francisco, California.

### 2. Non-Assignability

GitHub may assign or delegate these Terms of Service and/or the GitHub Privacy Statement, in whole or in part, to any person or entity at any time with or without your consent, including the license grant in Section D.4. You may not assign or delegate any rights or obligations under the Terms of Service or Privacy Statement without our prior written consent, and any unauthorized assignment and delegation by you is void.

### 3. Section Headings and Summaries

Throughout this Agreement, each section includes titles and brief summaries of the following terms and conditions. These section titles and brief summaries are not legally binding.

### 4. Severability, No Waiver, and Survival

If any part of this Agreement is held invalid or unenforceable, that portion of the Agreement will be construed to reflect the parties' original intent. The remaining portions will remain in full force and effect. Any failure on the part of GitHub to enforce any provision of this Agreement will not be considered a waiver of our right to enforce such provision. Our rights under this Agreement will survive any termination of this Agreement.

### 5. Amendments; Complete Agreement

This Agreement may only be modified by a written amendment signed by an authorized representative of GitHub, or by the posting by GitHub of a revised version in accordance with Section Q. Changes to These Terms. These Terms of Service, together with the GitHub Privacy Statement, represent the complete and exclusive statement of the agreement between you and us. This Agreement supersedes any proposal or prior agreement oral or written, and any other communications between you and GitHub relating to the subject matter of these terms including any confidentiality or nondisclosure agreements.

### 6. Questions

Questions about the Terms of Service? Contact us.

Ask a human

## Can't find what you're looking for?

Contact us



# GitHub

## Product

Features

Security

Enterprise

Case Studies

Pricing

Resources

## Platform

Developer API

Partners

Atom

Electron

GitHub Desktop

## Support

Help

Community Forum

Training

Status

Contact GitHub

## Company

About

Blog

Careers

Press

Shop

© 2020 GitHub, Inc.    Terms    Privacy

    

Exhibit 4



# United States of America
## United States Patent and Trademark Office

# NEO4J

**Reg. No. 4,784,280**

**Registered Aug. 4, 2015**

**Int. Cls.: 9, 35, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEO TECHNOLOGY (DELAWARE CORPORATION)
111 E. 5TH AVE.
SAN MATEO, CA 94401

FOR: COMPUTER PROGRAMS FOR MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; COMPUTER PROGRAMS FOR STORING, MANAGING, AND QUERYING DATA FROM DATABASES ON COMPUTERS, COMPUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF UPDATING AND MAIN-TENANCE OF DATA IN COMPUTER DATABASES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING TRAINING CLASSES, CERTI-FICATION TRAINING, WORKSHOPS, TUTORIAL SESSIONS, AND ONLINE CLASSES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTEN-ANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; PROVIDING TRAINING SERVICES IN THE FIELDS OF DESIGNING COMPUTER DATABASES AND UPDATING AND MAINTENANCE OF DATA IN COMPUTER DATABASES, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: PROVIDING A WEB SITE FEATURING TECHNOLOGY THAT ENABLES END USERS TO STORE, MANAGE, AND QUERY DATA FROM DATABASES ON COMPUTERS, COM-PUTER NETWORKS, AND GLOBAL COMPUTER NETWORKS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN MANAGING, STORING, AND ACCESSING DATA FROM A DATABASE, ANALYZING DATA IN COMPUTER DATABASES FOR BUSINESS PURPOSES, PROCESSING IN THE NATURE OF UPDATING DATA IN COMPUTER



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,784,280**  DATABASES, AND VISUALIZING IN THE NATURE OF CREATING GRAPHS FROM DATA STORED IN DATABASES; TECHNICAL SUPPORT SERVICES, NAMELY, INSTALLATION, ADMINISTRATION, AND TROUBLESHOOTING OF DATABASE APPLICATIONS; COMPUTER SERVICES, NAMELY, PROVIDING CONSULTATION SERVICES AND ADVICE IN THE FIELDS OF DESIGNING COMPUTER DATABASES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

FOR: CONSULTING SERVICES AND ADVICE IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-4-2006; IN COMMERCE 5-28-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-267,006, FILED 4-30-2014.

SIMON TENG, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Exhibit 5

http://neotechnology.com/    Go

JUL   **AUG**   SEP
◀ **23** ▶
2010   **2011**   2012

673 captures
19 May 2001 - 6 Nov 2019



About this capture

Contact Us   |   Blog

**HOME** | SOLUTIONS | PRODUCT | SERVICES | CUSTOMERS | COMMUNITY | ABOUT US

# The Leader in Graph Databases

## The World's Leading NOSQL Graph Database

Neo4j is the world's leading high performance, scalable graph database. Based on more than 8 years of R&D, it has been in 24/7 production since 2003. Neo4j scales to billions of entities on a single machine, with searches up to 1000 times faster than traditional relational databases.







**Upcoming Webinar**

Introduction to graph databases

**New Releases**

Neo4j 1.4.1 "Kiruna Stol"

**Announcing**

Spring Data Graph

**Learn More**

**Join Us**

**Get the Details**

**Learn More**

**Products & Solutions**

Solutions
Neo4j Executive Overview
Product Guide
Price List

**Community**

Neo4j.org
Download Neo4j
Neo4j Blog
Discussion Forums
Documentation
Wiki

**About Us**

Overview
Company Blog
Press Page
Jobs

**Subscribe to our Newsletter**

Your email address

Subscribe

Contact Us for Information

Copyright © 2011 - Neo Technology | Site Credits

Exhibit 6

http://neotechnology.com/products/price-list/    Go

84 captures
23 Aug 2011 - 20 May 2014

JUL **AUG** SEP
◀ **23** ▶
2010 **2011** 2012

About this capture



Contact Us   |   Blog

| HOME | SOLUTIONS | **PRODUCT** | SERVICES | CUSTOMERS | COMMUNITY | ABOUT US |

Executive Overview     Product Licensing Guide     Price List

## Neo4j Price List

### Price List

Neo Technology offers two commercial editions based on the Neo4j open source graph database.

Both commercial editions can be used in closed-source environments. They are available under a subscription model. Prices are per instance. New releases are included as long as the subscription or annual support and maintenance fees are paid.

| Feature | Neo4j Community | Neo4j Advanced | Neo4j Enterprise |
|---|---|---|---|
| **Licensing** | | | |
| License | Open source (GPLv3) | Commercial and AGPL | Commercial and AGPL |
| Can be used with closed source software | Yes, except OEM | Yes, with commercial license | Yes, with commercial license |
| **Functionality** | | | |
| Neo4j high performance graph database | Yes | Yes | Yes |
| Batch inserter for bulk uploads | Yes | Yes | Yes |
| Shell for console access | Yes | Yes | Yes |
| Graph algorithm package | Yes | Yes | Yes |
| Native language bindings[1] | Yes | Yes | Yes |
| Web frameworks integration[2] | Yes | Yes | Yes |
| Neo4j Server | Yes | Yes | Yes |
| **Operations and Monitoring** | | | |
| SNMP & JMX monitoring | | Yes | Yes |
| Neo4j Web Management console | Basic | Full | Enterprise |
| **High load & high availability** | | | |
| Online backup of running instance | | | Yes |
| Online failover to warm spare | | | Yes |
| Read slave replication | | | Yes |
| Read/write slave replication | | | Yes |
| High availability with master failover | | | Yes |
| **Support & Services** | | | |
| Support hours | | 5x10 | 7x24 |
| Response time | | 24h | 1h |
| Communication channel | | Email | Phone |
| Technical alerts | | Yes | Yes |

http://neotechnology.com/products/price-list/   Go

84 captures

23 Aug 2011 - 20 May 2014

JUL **AUG** SEP

◀ **23** ▶

2010 **2011** **2012**

About this capture

| | | | |
|---|---|---|---|
| OEM and volume discount: | Contact Sales | Contact Sales | Contact Sales |

1 Native bindings to Ruby, Python, Scala, Clojure and Groovy

2 Integration with Spring Framework, Grails, Rails, Django, PHP and more

3 Available to Early Access Program customers



### Products & Solutions

Solutions

Neo4j Executive Overview

Product Guide

Price List

### Community

Neo4j.org

Download Neo4j

Neo4j Blog

Discussion Forums

Documentation

Wiki

### About Us

Overview

Company Blog

Press Page

Jobs

### Subscribe to our Newsletter

Your email address

Subscribe

### Contact Us for Information

Copyright © 2011 - Neo Technology | Site Credits

Exhibit 7

63 captures
13 Jan 2013 - 4 May 2017

FEB **MAR** MAY
◀ **26** ▶
2013 **2014** 2015

About this capture

NEOTECHNOLOGY.COM  |  NEO4J.ORG  |  GRAPHCONNECT.COM



NEO4J GRAPH DB      CUSTOMERS      PARTNERS      EVENTS      COMMUNITY      ABOUT      CONTACT US

# Neo4j
## World's Leading Graph Database

Neo4j is a robust and proven database technology built from the ground up for use in mission-critical systems with highly inter-connected data models.



**Curses!**
This video can't be played with your current setup.

Intro to Neo4j(38:14)

## Key benefits of Neo4j

### ☐ Minutes-to-Milliseconds Performance

Over relational database and other NOSQL alternatives, Neo4j turns complex joins into simple & fast graph traversals.

### ☐ Fully ACID, Robust & Scalable

Neo4j is an enterprise database with full ACIDity, support for high-availability clustering, and transaction support.

### ☐ Drastically-Accelerated Development Cycles

Thanks to its flexible data model and Cypher, an intuitive graph query language, Neo4j is easy to use.

### ☐ Extreme Business Responsiveness

Schemaless, unlike relational, Neo4j is flexible, yet, unlike other NOSQL databases, offers structure and meaning.

## Neo4j Enterprise Edition

Neo4j Enterprise Edition is built to perform at scale for startups to enterprise implementations. Commercial subscriptions include the permission to integrate the enterprise editions in closed-source software products, service and support by Neo Technology.

Learn more about Neo4j's Commercial Subscriptions »

### Latest Neo4j News

Neo4j 2.0.1 Community Released on Windows Azure VM Depot

We have released a Linux distribution of Neo4j 2.0.1 community on Windows Azure's VM Depot website. Users of Windows Azure are now able to copy a platform image of Neo4j 2.0.1 directly from the VM Depot. Once provisioned, a fresh Neo4j database instance is made available via HTTP through port 7474. Check out the slides below for instructions on

### Neo4j White Papers



Graph Databases: The Super Fast New Way to Access Social Data

A new type of database significantly changes the standard direction taken by NOSQL. Graph databases, unlike their NOSQL and relational brethren, are designed for lightning-fast access

how to setup and provision the virtual machine

to complex data found in social networks, recommendation engines and networked systems. Get the White Paper »

Read More »



### NoSQL, Big Data, and Graphs

It used to be that databases were just tasked with digitizing forms and automating business processes. The data was often tabular – take an accounting ledger, for example –and the processes being modeled were reasonably static. Today, the types of data that we are interested in are much more diverse and dynamic. Get the White Paper »

---

**© 2014 Neo Technology Inc.**
All Rights Reserved
Privacy Policy
Terms

**PRODUCTS**
Neo4j Executive Overview
Neo4j Use Cases
Services
Price List
Resources
Hardware Sizing Calculator
Download Neo4j

**RELATED SEARCHES**
Graph Databases
Customer Stories
Press Release
Video
German Edition
French Edition

**ABOUT US**
About Neo Technology
Jobs
Staff
Book Store
Press

---

**USA:** 1-855-636-4532   **UK:** +44 808 189 0493   **GERMANY:** +49 800 010 1090   **FRANCE:** +33 (0)8 05 08 00 31

Exhibit 8



FEB **MAR** MAY
◀ **26** ▶
2013 **2014** 2015

128 captures
27 Feb 2010 - 9 Nov 2017

About this capture

NEOTECHNOLOGY.COM | NEO4J.ORG | GRAPHCONNECT.COM



graphs are everywhere

| NEO4J GRAPH DB | CUSTOMERS | PARTNERS | EVENTS | COMMUNITY | ABOUT | CONTACT US |

# Neo4j Commercial Subscriptions

– Neo4j Commercial Subscriptions –

| | Community | Personal | Startups | Business & Enterprise |
|---|---|---|---|---|
| **Need help deciding?**<br>**Contact Sales** | Open Source | Startups with up to 3 employees and $100K in annual revenue<br>**Free** | < $10M in funding < $5M in annual revenue<br>$12K / €12K | Medium Business to Global 2000<br>Contact Sales |
| **Graph Database Features** | | | | |
| Property Graph Model | ✓ | ✓ | ✓ | ✓ |
| Native Graph Processing | ✓ | ✓ | ✓ | ✓ |
| Native Graph Storage | ✓ | ✓ | ✓ | ✓ |
| ACID | ✓ | ✓ | ✓ | ✓ |
| Cypher – Graph Query Language | ✓ | ✓ | ✓ | ✓ |
| Language Drivers (most popular languages) | ✓ | ✓ | ✓ | ✓ |
| REST API | ✓ | ✓ | ✓ | ✓ |
| High-Performance Native API | ✓ | ✓ | ✓ | ✓ |
| HTTPS (via Plug-in) | ✓ | ✓ | ✓ | ✓ |
| **Performance & Scalability** | | | | |
| High-Performance Cache | – | ✓ | ✓ | ✓ |
| Clustering | – | ✓ | ✓ | ✓ |
| Online Backup | – | ✓ | ✓ | ✓ |
| Advanced Monitoring | – | ✓ | ✓ | ✓ |
| **Maintenance** | | | | |

| | | | | |
|---|---|---|---|---|
| Certified for Windows | – | ✓ | ✓ | ✓ |
| Certified for Linux | – | ✓ | ✓ | ✓ |
| Maintenance Releases & Schedules Fixes | ✓ | ✓ | ✓ | ✓ |
| Emergency Patches | – | – | – | **Available** |
| **Support** | | | | |
| Community Support | ✓ | ✓ | ✓ | ✓ |
| Commercial Email Support | – | – | ✓ | ✓ |
| Commercial Phone Support | | | – | ✓ |
| Support Hours | – | – | **10 x 5** | **Up to 24 x 7** |
| **License** | | | | |
| Commercial License | – | ✓ | ✓ | ✓ |
| Production Instances | – | **3\*** | **3\*** | **3+** |
| Test Instances | – | **3\*** | **3\*** | **3+** |
| # of Developers | – | **up to 2 developers** | **2 developers\*** | **3+ developers** |

**PRICES ABOVE ARE QUOTED IN US DOLLARS FOR THE US AND CANADIAN MARKETS; FOR PRICING OUTSIDE THESE AREAS PLEASE CONTACT SALES.**

*Contact Neo about larger clusters, or more developers.

Join the **Partner Graph**

If you are looking to embed & redistribute Neo4j with your software, please **Contact Us**.

© 2014 Neo Technology Inc.
All Rights Reserved
Privacy Policy
Terms

**PRODUCTS**
Neo4j Executive Overview
Neo4j Use Cases
Services
Price List
Resources
Hardware Sizing Calculator
Download Neo4j

**RELATED SEARCHES**
Graph Databases
Customer Stories
Press Release
Video
German Edition
French Edition

**ABOUT US**
About Neo Technology
Jobs
Staff
Book Store
Press

**USA:** 1-855-636-4532   **UK:** +44 808 189 0493   **GERMANY:** +49 800 010 1090   **FRANCE:** +33 (0)8 05 08 00 31

Exhibit 9

# GNU Affero General Public License



- Why the Affero GPL
- Frequently Asked Questions
- How to use GNU licenses for your own software
- Translations of the GNU AGPL
- The GNU AGPL in other formats: plain text, Docbook, LaTeX, standalone HTML, Texinfo, Markdown, ODF, RTF
- GNU AGPL logos to use with your project
- What to do if you see a possible GNU AGPL violation

---

## GNU AFFERO GENERAL PUBLIC LICENSE

Version 3, 19 November 2007

Copyright © 2007 Free Software Foundation, Inc. <https://fsf.org/>
Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

## Preamble

The GNU Affero General Public License is a free, copyleft license for software and other kinds of works, specifically designed to ensure cooperation with the community in the case of network server software.

The licenses for most software and other practical works are designed to take away your freedom to share and change the works. By contrast, our General Public Licenses are intended to guarantee your freedom to share and change all versions of a program--to make sure it remains free software for all its users.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for them if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs, and that you know you can do these things.

Developers that use our General Public Licenses protect your rights with two steps: (1) assert copyright on the software, and (2) offer you this License which gives you legal permission to copy, distribute and/or modify the software.

A secondary benefit of defending all users' freedom is that improvements made in alternate versions of the program, if they receive widespread use, become available for other developers to incorporate. Many developers of free software are heartened and encouraged by the resulting cooperation. However, in the case of software used on network servers, this result may fail to come about. The GNU General Public License permits making a modified version and letting the public access it on a server without ever releasing its source code to the public.

The GNU Affero General Public License is designed specifically to ensure that, in such cases, the modified source code becomes available to the community. It requires the operator of a network server to provide the source code of the modified version running there to the users of that server. Therefore, public use of a modified version, on a publicly accessible server, gives the public access to the source code of the modified version.

An older license, called the Affero General Public License and published by Affero, was designed to accomplish similar goals. This is a different license, not a version of the Affero GPL, but Affero has released a new version of the Affero GPL which permits relicensing under this license.

The precise terms and conditions for copying, distribution and modification follow.

Case 5:19-cv-06226-EJD Document 22-1 Filed 02/03/20 Page 50 of 61

# TERMS AND CONDITIONS

## 0. Definitions.

"This License" refers to version 3 of the GNU Affero General Public License.

"Copyright" also means copyright-like laws that apply to other kinds of works, such as semiconductor masks.

"The Program" refers to any copyrightable work licensed under this License. Each licensee is addressed as "you". "Licensees" and "recipients" may be individuals or organizations.

To "modify" a work means to copy from or adapt all or part of the work in a fashion requiring copyright permission, other than the making of an exact copy. The resulting work is called a "modified version" of the earlier work or a work "based on" the earlier work.

A "covered work" means either the unmodified Program or a work based on the Program.

To "propagate" a work means to do anything with it that, without permission, would make you directly or secondarily liable for infringement under applicable copyright law, except executing it on a computer or modifying a private copy. Propagation includes copying, distribution (with or without modification), making available to the public, and in some countries other activities as well.

To "convey" a work means any kind of propagation that enables other parties to make or receive copies. Mere interaction with a user through a computer network, with no transfer of a copy, is not conveying.

An interactive user interface displays "Appropriate Legal Notices" to the extent that it includes a convenient and prominently visible feature that (1) displays an appropriate copyright notice, and (2) tells the user that there is no warranty for the work (except to the extent that warranties are provided), that licensees may convey the work under this License, and how to view a copy of this License. If the interface presents a list of user commands or options, such as a menu, a prominent item in the list meets this criterion.

## 1. Source Code.

The "source code" for a work means the preferred form of the work for making modifications to it. "Object code" means any non-source form of a work.

A "Standard Interface" means an interface that either is an official standard defined by a recognized standards body, or, in the case of interfaces specified for a particular programming language, one that is widely used among developers working in that language.

The "System Libraries" of an executable work include anything, other than the work as a whole, that (a) is included in the normal form of packaging a Major Component, but which is not part of that Major Component, and (b) serves only to enable use of the work with that Major Component, or to implement a Standard Interface for which an implementation is available to the public in source code form. A "Major Component", in this context, means a major essential component (kernel, window system, and so on) of the specific operating system (if any) on which the executable work runs, or a compiler used to produce the work, or an object code interpreter used to run it.

The "Corresponding Source" for a work in object code form means all the source code needed to generate, install, and (for an executable work) run the object code and to modify the work, including scripts to control those activities. However, it does not include the work's System Libraries, or general-purpose tools or generally available free programs which are used unmodified in performing those activities but which are not part of the work. For example, Corresponding Source includes interface definition files associated with source files for the work, and the source code for shared libraries and dynamically linked subprograms that the work is specifically designed to require, such as by intimate data communication or control flow between those subprograms and other parts of the work.

The Corresponding Source need not include anything that users can regenerate automatically from other parts of the Corresponding Source.

The Corresponding Source for a work in source code form is that same work.

Case 5:19-cv-06226-EJD Document 32-1 Filed 02/03/20 Page 51 of 61

## 2. Basic Permissions.

All rights granted under this License are granted for the term of copyright on the Program, and are irrevocable provided the stated conditions are met. This License explicitly affirms your unlimited permission to run the unmodified Program. The output from running a covered work is covered by this License only if the output, given its content, constitutes a covered work. This License acknowledges your rights of fair use or other equivalent, as provided by copyright law.

You may make, run and propagate covered works that you do not convey, without conditions so long as your license otherwise remains in force. You may convey covered works to others for the sole purpose of having them make modifications exclusively for you, or provide you with facilities for running those works, provided that you comply with the terms of this License in conveying all material for which you do not control copyright. Those thus making or running the covered works for you must do so exclusively on your behalf, under your direction and control, on terms that prohibit them from making any copies of your copyrighted material outside their relationship with you.

Conveying under any other circumstances is permitted solely under the conditions stated below. Sublicensing is not allowed; section 10 makes it unnecessary.

## 3. Protecting Users' Legal Rights From Anti-Circumvention Law.

No covered work shall be deemed part of an effective technological measure under any applicable law fulfilling obligations under article 11 of the WIPO copyright treaty adopted on 20 December 1996, or similar laws prohibiting or restricting circumvention of such measures.

When you convey a covered work, you waive any legal power to forbid circumvention of technological measures to the extent such circumvention is effected by exercising rights under this License with respect to the covered work, and you disclaim any intention to limit operation or modification of the work as a means of enforcing, against the work's users, your or third parties' legal rights to forbid circumvention of technological measures.

## 4. Conveying Verbatim Copies.

You may convey verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice; keep intact all notices stating that this License and any non-permissive terms added in accord with section 7 apply to the code; keep intact all notices of the absence of any warranty; and give all recipients a copy of this License along with the Program.

You may charge any price or no price for each copy that you convey, and you may offer support or warranty protection for a fee.

## 5. Conveying Modified Source Versions.

You may convey a work based on the Program, or the modifications to produce it from the Program, in the form of source code under the terms of section 4, provided that you also meet all of these conditions:

- a) The work must carry prominent notices stating that you modified it, and giving a relevant date.
- b) The work must carry prominent notices stating that it is released under this License and any conditions added under section 7. This requirement modifies the requirement in section 4 to "keep intact all notices".
- c) You must license the entire work, as a whole, under this License to anyone who comes into possession of a copy. This License will therefore apply, along with any applicable section 7 additional terms, to the whole of the work, and all its parts, regardless of how they are packaged. This License gives no permission to license the work in any other way, but it does not invalidate such permission if you have separately received it.
- d) If the work has interactive user interfaces, each must display Appropriate Legal Notices; however, if the Program has interactive interfaces that do not display Appropriate Legal Notices, your work need not make them do so.

Case 5:19-cv-06226-EJD Document 32-1 Filed 02/03/20 Page 52 of 61

A compilation of a covered work with other separate and independent works, which are not by their nature extensions of the covered work, and which are not combined with it such as to form a larger program, in or on a volume of a storage or distribution medium, is called an "aggregate" if the compilation and its resulting copyright are not used to limit the access or legal rights of the compilation's users beyond what the individual works permit. Inclusion of a covered work in an aggregate does not cause this License to apply to the other parts of the aggregate.

## 6. Conveying Non-Source Forms.

You may convey a covered work in object code form under the terms of sections 4 and 5, provided that you also convey the machine-readable Corresponding Source under the terms of this License, in one of these ways:

- a) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by the Corresponding Source fixed on a durable physical medium customarily used for software interchange.
- b) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by a written offer, valid for at least three years and valid for as long as you offer spare parts or customer support for that product model, to give anyone who possesses the object code either (1) a copy of the Corresponding Source for all the software in the product that is covered by this License, on a durable physical medium customarily used for software interchange, for a price no more than your reasonable cost of physically performing this conveying of source, or (2) access to copy the Corresponding Source from a network server at no charge.
- c) Convey individual copies of the object code with a copy of the written offer to provide the Corresponding Source. This alternative is allowed only occasionally and noncommercially, and only if you received the object code with such an offer, in accord with subsection 6b.
- d) Convey the object code by offering access from a designated place (gratis or for a charge), and offer equivalent access to the Corresponding Source in the same way through the same place at no further charge. You need not require recipients to copy the Corresponding Source along with the object code. If the place to copy the object code is a network server, the Corresponding Source may be on a different server (operated by you or a third party) that supports equivalent copying facilities, provided you maintain clear directions next to the object code saying where to find the Corresponding Source. Regardless of what server hosts the Corresponding Source, you remain obligated to ensure that it is available for as long as needed to satisfy these requirements.
- e) Convey the object code using peer-to-peer transmission, provided you inform other peers where the object code and Corresponding Source of the work are being offered to the general public at no charge under subsection 6d.

A separable portion of the object code, whose source code is excluded from the Corresponding Source as a System Library, need not be included in conveying the object code work.

A "User Product" is either (1) a "consumer product", which means any tangible personal property which is normally used for personal, family, or household purposes, or (2) anything designed or sold for incorporation into a dwelling. In determining whether a product is a consumer product, doubtful cases shall be resolved in favor of coverage. For a particular product received by a particular user, "normally used" refers to a typical or common use of that class of product, regardless of the status of the particular user or of the way in which the particular user actually uses, or expects or is expected to use, the product. A product is a consumer product regardless of whether the product has substantial commercial, industrial or non-consumer uses, unless such uses represent the only significant mode of use of the product.

"Installation Information" for a User Product means any methods, procedures, authorization keys, or other information required to install and execute modified versions of a covered work in that User Product from a modified version of its Corresponding Source. The information must suffice to ensure that the continued functioning of the modified object code is in no case prevented or interfered with solely because modification has been made.

If you convey an object code work under this section in, or with, or specifically for use in, a User Product, and the conveying occurs as part of a transaction in which the right of possession and use of the User Product is transferred to the recipient in perpetuity or for a fixed term (regardless of how the transaction is characterized), the Corresponding Source conveyed under this section must be accompanied by the Installation Information. But this requirement does not apply if neither you nor any third party retains the ability to install modified object code on the User Product (for example, the work has been installed in ROM).

Case 5:19-cv-06226-EJD    Document 32-1    Filed 02/03/20    Page 53 of 61

The requirement to provide Installation Information does not include a requirement to continue to provide support service, warranty, or updates for a work that has been modified or installed by the recipient, or for the User Product in which it has been modified or installed. Access to a network may be denied when the modification itself materially and adversely affects the operation of the network or violates the rules and protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided, in accord with this section must be in a format that is publicly documented (and with an implementation available to the public in source code form), and must require no special password or key for unpacking, reading or copying.

## 7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this License by making exceptions from one or more of its conditions. Additional permissions that are applicable to the entire Program shall be treated as though they were included in this License, to the extent that they are valid under applicable law. If additional permissions apply only to part of the Program, that part may be used separately under those permissions, but the entire Program remains governed by this License without regard to the additional permissions.

When you convey a copy of a covered work, you may at your option remove any additional permissions from that copy, or from any part of it. (Additional permissions may be written to require their own removal in certain cases when you modify the work.) You may place additional permissions on material, added by you to a covered work, for which you have or can give appropriate copyright permission.

Notwithstanding any other provision of this License, for material you add to a covered work, you may (if authorized by the copyright holders of that material) supplement the terms of this License with terms:

- a) Disclaiming warranty or limiting liability differently from the terms of sections 15 and 16 of this License; or
- b) Requiring preservation of specified reasonable legal notices or author attributions in that material or in the Appropriate Legal Notices displayed by works containing it; or
- c) Prohibiting misrepresentation of the origin of that material, or requiring that modified versions of such material be marked in reasonable ways as different from the original version; or
- d) Limiting the use for publicity purposes of names of licensors or authors of the material; or
- e) Declining to grant rights under trademark law for use of some trade names, trademarks, or service marks; or
- f) Requiring indemnification of licensors and authors of that material by anyone who conveys the material (or modified versions of it) with contractual assumptions of liability to the recipient, for any liability that these contractual assumptions directly impose on those licensors and authors.

All other non-permissive additional terms are considered "further restrictions" within the meaning of section 10. If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term. If a license document contains a further restriction but permits relicensing or conveying under this License, you may add to a covered work material governed by the terms of that license document, provided that the further restriction does not survive such relicensing or conveying.

If you add terms to a covered work in accord with this section, you must place, in the relevant source files, a statement of the additional terms that apply to those files, or a notice indicating where to find the applicable terms.

Additional terms, permissive or non-permissive, may be stated in the form of a separately written license, or stated as exceptions; the above requirements apply either way.

## 8. Termination.

You may not propagate or modify a covered work except as expressly provided under this License. Any attempt otherwise to propagate or modify it is void, and will automatically terminate your rights under this License (including any patent licenses granted under the third paragraph of section 11).

However, if you cease all violation of this License, then your license from a particular copyright holder is reinstated (a) provisionally, unless and until the copyright holder explicitly and finally terminates your license,

and (b) permanently, if the copyright holder fails to notify you of the violation by some reasonable means prior to 60 days after the cessation.

Moreover, your license from a particular copyright holder is reinstated permanently if the copyright holder notifies you of the violation by some reasonable means, this is the first time you have received notice of violation of this License (for any work) from that copyright holder, and you cure the violation prior to 30 days after your receipt of the notice.

Termination of your rights under this section does not terminate the licenses of parties who have received copies or rights from you under this License. If your rights have been terminated and not permanently reinstated, you do not qualify to receive new licenses for the same material under section 10.

### 9. Acceptance Not Required for Having Copies.

You are not required to accept this License in order to receive or run a copy of the Program. Ancillary propagation of a covered work occurring solely as a consequence of using peer-to-peer transmission to receive a copy likewise does not require acceptance. However, nothing other than this License grants you permission to propagate or modify any covered work. These actions infringe copyright if you do not accept this License. Therefore, by modifying or propagating a covered work, you indicate your acceptance of this License to do so.

### 10. Automatic Licensing of Downstream Recipients.

Each time you convey a covered work, the recipient automatically receives a license from the original licensors, to run, modify and propagate that work, subject to this License. You are not responsible for enforcing compliance by third parties with this License.

An "entity transaction" is a transaction transferring control of an organization, or substantially all assets of one, or subdividing an organization, or merging organizations. If propagation of a covered work results from an entity transaction, each party to that transaction who receives a copy of the work also receives whatever licenses to the work the party's predecessor in interest had or could give under the previous paragraph, plus a right to possession of the Corresponding Source of the work from the predecessor in interest, if the predecessor has it or can get it with reasonable efforts.

You may not impose any further restrictions on the exercise of the rights granted or affirmed under this License. For example, you may not impose a license fee, royalty, or other charge for exercise of rights granted under this License, and you may not initiate litigation (including a cross-claim or counterclaim in a lawsuit) alleging that any patent claim is infringed by making, using, selling, offering for sale, or importing the Program or any portion of it.

### 11. Patents.

A "contributor" is a copyright holder who authorizes use under this License of the Program or a work on which the Program is based. The work thus licensed is called the contributor's "contributor version".

A contributor's "essential patent claims" are all patent claims owned or controlled by the contributor, whether already acquired or hereafter acquired, that would be infringed by some manner, permitted by this License, of making, using, or selling its contributor version, but do not include claims that would be infringed only as a consequence of further modification of the contributor version. For purposes of this definition, "control" includes the right to grant patent sublicenses in a manner consistent with the requirements of this License.

Each contributor grants you a non-exclusive, worldwide, royalty-free patent license under the contributor's essential patent claims, to make, use, sell, offer for sale, import and otherwise run, modify and propagate the contents of its contributor version.

In the following three paragraphs, a "patent license" is any express agreement or commitment, however denominated, not to enforce a patent (such as an express permission to practice a patent or covenant not to sue for patent infringement). To "grant" such a patent license to a party means to make such an agreement or commitment not to enforce a patent against the party.

If you convey a covered work, knowingly relying on a patent license, and the Corresponding Source of the work is not available for anyone to copy, free of charge and under the terms of this License, through a publicly available network server or other readily accessible means, then you must either (1) cause the Corresponding Source to be so available, or (2) arrange to deprive yourself of the benefit of the patent license for this particular work, or (3) arrange, in a manner consistent with the requirements of this License, to extend the patent license to downstream recipients. "Knowingly relying" means you have actual knowledge that, but for the patent license, your conveying the covered work in a country, or your recipient's use of the covered work in a country, would infringe one or more identifiable patents in that country that you have reason to believe are valid.

If, pursuant to or in connection with a single transaction or arrangement, you convey, or propagate by procuring conveyance of, a covered work, and grant a patent license to some of the parties receiving the covered work authorizing them to use, propagate, modify or convey a specific copy of the covered work, then the patent license you grant is automatically extended to all recipients of the covered work and works based on it.

A patent license is "discriminatory" if it does not include within the scope of its coverage, prohibits the exercise of, or is conditioned on the non-exercise of one or more of the rights that are specifically granted under this License. You may not convey a covered work if you are a party to an arrangement with a third party that is in the business of distributing software, under which you make payment to the third party based on the extent of your activity of conveying the work, and under which the third party grants, to any of the parties who would receive the covered work from you, a discriminatory patent license (a) in connection with copies of the covered work conveyed by you (or copies made from those copies), or (b) primarily for and in connection with specific products or compilations that contain the covered work, unless you entered into that arrangement, or that patent license was granted, prior to 28 March 2007.

Nothing in this License shall be construed as excluding or limiting any implied license or other defenses to infringement that may otherwise be available to you under applicable patent law.

### 12. No Surrender of Others' Freedom.

If conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot convey a covered work so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not convey it at all. For example, if you agree to terms that obligate you to collect a royalty for further conveying from those to whom you convey the Program, the only way you could satisfy both those terms and this License would be to refrain entirely from conveying the Program.

### 13. Remote Network Interaction; Use with the GNU General Public License.

Notwithstanding any other provision of this License, if you modify the Program, your modified version must prominently offer all users interacting with it remotely through a computer network (if your version supports such interaction) an opportunity to receive the Corresponding Source of your version by providing access to the Corresponding Source from a network server at no charge, through some standard or customary means of facilitating copying of software. This Corresponding Source shall include the Corresponding Source for any work covered by version 3 of the GNU General Public License that is incorporated pursuant to the following paragraph.

Notwithstanding any other provision of this License, you have permission to link or combine any covered work with a work licensed under version 3 of the GNU General Public License into a single combined work, and to convey the resulting work. The terms of this License will continue to apply to the part which is the covered work, but the work with which it is combined will remain governed by version 3 of the GNU General Public License.

### 14. Revised Versions of this License.

The Free Software Foundation may publish revised and/or new versions of the GNU Affero General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies that a certain numbered version of the GNU Affero General Public License "or any later version" applies to it, you have the option of following

Case 5:19-cv-06226-EJD Document 32-1 Filed 02/03/20 Page 56 of 61

the terms and conditions either of that numbered version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of the GNU Affero General Public License, you may choose any version ever published by the Free Software Foundation.

If the Program specifies that a proxy can decide which future versions of the GNU Affero General Public License can be used, that proxy's public statement of acceptance of a version permanently authorizes you to choose that version for the Program.

Later license versions may give you additional or different permissions. However, no additional obligations are imposed on any author or copyright holder as a result of your choosing to follow a later version.

### 15. Disclaimer of Warranty.

THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

### 16. Limitation of Liability.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

### 17. Interpretation of Sections 15 and 16.

If the disclaimer of warranty and limitation of liability provided above cannot be given local legal effect according to their terms, reviewing courts shall apply local law that most closely approximates an absolute waiver of all civil liability in connection with the Program, unless a warranty or assumption of liability accompanies a copy of the Program in return for a fee.

END OF TERMS AND CONDITIONS

## How to Apply These Terms to Your New Programs

If you develop a new program, and you want it to be of the greatest possible use to the public, the best way to achieve this is to make it free software which everyone can redistribute and change under these terms.

To do so, attach the following notices to the program. It is safest to attach them to the start of each source file to most effectively state the exclusion of warranty; and each file should have at least the "copyright" line and a pointer to where the full notice is found.

```
<one line to give the program's name and a brief idea of what it does.>
Copyright (C) <year>  <name of author>

This program is free software: you can redistribute it and/or modify
it under the terms of the GNU Affero General Public License as
published by the Free Software Foundation, either version 3 of the
License, or (at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
```

```
      GNU Affero General Public License for more details.

      You should have received a copy of the GNU Affero General Public License
      along with this program.  If not, see <https://www.gnu.org/licenses/>.
```

Also add information on how to contact you by electronic and paper mail.

If your software can interact with users remotely through a computer network, you should also make sure that it provides a way for users to get its source. For example, if your program is a web application, its interface could display a "Source" link that leads users to an archive of the code. There are many ways you could offer source, and different solutions will be better for different programs; see section 13 for the specific requirements.

You should also get your employer (if you work as a programmer) or school, if any, to sign a "copyright disclaimer" for the program, if necessary. For more information on this, and how to apply and follow the GNU AGPL, see <https://www.gnu.org/licenses/>.

TOP ▲

Copyright notice above.

Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

Exhibit 10


WHAT'S NEW ▶  Read the article!                                    ✕

## WHOIS

**HOME**  ›  **GET .ORG**  ›  **FIND MY .ORG**  ›  WHOIS

**Search for .ORG, .NGO, .ONG, .OPR, .संगठन or** .机构

> neo4j.org

☐  I'm not a robot
               reCAPTCHA
               Privacy · Terms

**FIND YOUR DOMAIN**

# WHOIS Search Results for Domain Name: NEO4J.ORG Registry

Domain ID: D123843482-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2018-05-10T01:00:16Z
Creation Date: 2006-06-04T23:20:54Z
Registry Expiry Date: 2023-06-04T23:20:54Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok    No    Privacy policy

```
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Registrant Organization: Neo Technology
Registrant State/Province: California
Registrant Country: US
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form
https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2020-02-06T23:20:58Z <<<
```

For more information on Whois status codes, please visit
https://icann.org/epp


Access to Public Interest Registry WHOIS information is
provided to assist persons in determining the contents of a
domain name registration record in the Public Interest
Registry registry database. The data in this record is
provided by Public Interest Registry for informational
purposes only, and Public Interest Registry does not
guarantee its accuracy. This service is intended only for
query-based access. You agree that you will use this data
only for lawful purposes and that, under no circumstances
will you use this data to (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile
of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic
processes that send queries or data to the systems of
Registry Operator, a Registrar, or Afilias except as
reasonably necessary to register domain names or modify
existing registrations. All rights reserved. Public Interest
Registry reserves the right to modify these terms at any

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok    No    Privacy policy

an RDDS service that can be queried for additional
information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.



BECOME A REGISTRAR     FIND A REGISTRAR     POLICIES     GLOSSARY
PIR CAREERS     CONTACT US     PIR PRIVACY NOTICE

We use cookies that are required to make our website function properly for you. We also use cookies to provide third-party (Google) analytics to help us improve our website. You may disable both types of cookies via your browser settings. For more information see the Cookie section of our Privacy Notice.

Ok     No     Privacy policy