John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

John D. Pernick (Bar No. 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone:   (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | CASE NO. 5:19-cv-06226-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE**<br><br>Judge:   Hon. Edward J. Davila<br>         Courtroom 4, 5th Floor<br><br>Action Filed: October 1, 2019<br>Trial Date: None |

Pursuant to Civ. L.R. 6-2, the parties hereby stipulate to an extension of time for Plaintiff, Neo4j, Inc. ("Neo4j USA"), to file a reply in support of Neo4j USA's Motion to Strike, but such extension will not affect the Court's scheduled hearing date.

**RECITALS**

1. On February 7, 2020, Neo4j USA filed its Notice of Motion and Motion to Strike; Memorandum of Points and Authorities in Support thereof ("Motion"). *See* Dkt. No. 32. The hearing on the Motion is currently scheduled for May 7, 2020 at 9:00 a.m.

2. On February 21, 2020, Defendant, Graph Foundation, Inc. ("GFI") filed a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Strike. *See* Dkt. No. 36.

3. Pursuant to Civ. L.R. 7-3(c), the filing deadline for Neo4j USA to file a reply in support of the Motion is currently February 28, 2020.

4. Neo4j USA has requested and GFI has agreed to grant an extension of time to file its reply from February 28, 2020 to March 3, 2020. The agreed-upon extension corresponds with the deadline for Neo4j USA to file its reply in support of its Motion for a Judgment on the Pleadings that is currently pending in the related case, *Neo4j, Inc. v. Purethink LLC, et al.* (Case No. 5:18-cv-07182).

5. Accordingly, the parties have stipulated and agreed to seek the Court's approval of, an extension of time for Neo4j USA to file the reply in support of its Motion from February 28, 2020 to March 3, 2020.

6. The parties propose no change in the currently scheduled date for the hearing on the Motion, May 7, 2020, and no prior extension of time for the deadline to file Neo4j's reply in support of the Motion has been requested.

/ / /

/ / /

/ / /

/ / /

/ / /

# STIPULATION

Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby stipulate and agree that Neo4j USA's deadline to file a reply brief in support of the Motion to Strike (Dkt. No. 32) should be extended to March 3, 2020.  The hearing on the Motion would remain as previously scheduled by the Court on May 7, 2020 at 9:00 a.m.

Dated:  February 25, 2020               HOPKINS & CARLEY
                                        A Law Corporation


                                        By: */s/ Jeffrey M. Ratinoff*
                                            Jeffrey M. Ratinoff
                                            Attorneys for Plaintiff
                                            NEO4J, INC.

Dated:  February 25, 2020               BERGESON, LLP


                                        By: */s/ John D. Pernick*
                                            John D. Pernick
                                            Attorneys for Defendant
                                            GRAPH FOUNDATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____      _____
                                        Hon. Edward J. Davila
                                        United States District Court Judge

- 4 -

## FILER'S ATTESTATION

I, Jeffrey M. Ratinoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: February 25, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
  Jeffrey M. Ratinoff
  Attorneys for Plaintiff and Counter-Defendant NEO4J, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

786\3471413.2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY

5:19-CV-06226-EJD