1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Plaintiff
   NEO4J, INC.
11
   John D. Pernick (Bar No. 155468)
12 jpernick@be-law.com
   BERGESON, LLP
13 111 North Market Street, Suite 600
   San Jose, CA  95113
14 Telephone:    (408) 291-6200
   Facsimile:    (408) 297-6000
15
   Attorneys for Defendant
16 GRAPH FOUNDATION, INC.

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                  SAN JOSE DIVISION

20 NEO4J, INC., a Delaware corporation,          CASE NO.  5:19-cv-06226-EJD

21              Plaintiff,                        **STIPULATION AND [PROPOSED]
                                                  ORDER TO EXTEND TIME TO FILE
22      v.                                        REPLY IN SUPPORT OF MOTION TO
                                                  STRIKE**
23 GRAPH FOUNDATION, INC., an Ohio
   corporation,                                   Judge:    Hon. Edward J. Davila
24                                                          Courtroom 4, 5th Floor
               Defendant.
25                                                Action Filed:  October 1, 2019
                                                  Trial Date:    None
26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

786\3471413.2

Pursuant to Civ. L.R. 6-2, the parties hereby stipulate to an extension of time for Plaintiff, Neo4j, Inc. ("Neo4j USA"), to file a reply in support of Neo4j USA's Motion to Strike, but such extension will not affect the Court's scheduled hearing date.

**RECITALS**

1.     On February 7, 2020, Neo4j USA filed its Notice of Motion and Motion to Strike; Memorandum of Points and Authorities in Support thereof ("Motion").  *See* Dkt. No. 32.  The hearing on the Motion is currently scheduled for May 7, 2020 at 9:00 a.m.

2.     On February 21, 2020, Defendant, Graph Foundation, Inc. ("GFI") filed a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Strike.  *See* Dkt. No. 36.

3.     Pursuant to Civ. L.R. 7-3(c), the filing deadline for Neo4j USA to file a reply in support of the Motion is currently February 28, 2020.

4.     Neo4j USA has requested and GFI has agreed to grant an extension of time to file its reply from February 28, 2020 to March 3, 2020.  The agreed-upon extension corresponds with the deadline for Neo4j USA to file its reply in support of its Motion for a Judgment on the Pleadings that is currently pending in the related case, *Neo4j, Inc. v. Purethink LLC, et al.* (Case No. 5:18-cv-07182).

5.     Accordingly, the parties have stipulated and agreed to seek the Court's approval of, an extension of time for Neo4j USA to file the reply in support of its Motion from February 28, 2020 to March 3, 2020.

6.     The parties propose no change in the currently scheduled date for the hearing on the Motion, May 7, 2020, and no prior extension of time for the deadline to file Neo4j's reply in support of the Motion has been requested.

/ / /

/ / /

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby stipulate and agree that Neo4j USA's deadline to file a reply brief in support of the Motion to Strike (Dkt. No. 32) should be extended to March 3, 2020.  The hearing on the Motion would remain as previously scheduled by the Court on May 7, 2020 at 9:00 a.m.

Dated:  February 25, 2020                    HOPKINS & CARLEY
                                             A Law Corporation


                                             By: */s/ Jeffrey M. Ratinoff*
                                                 Jeffrey M. Ratinoff
                                                 Attorneys for Plaintiff
                                                 NEO4J, INC.

Dated:  February 25, 2020                    BERGESON, LLP


                                             By: */s/ John D. Pernick*
                                                 John D. Pernick
                                                 Attorneys for Defendant
                                                 GRAPH FOUNDATION, INC.


        PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____2/27/2020_____    _____
                                             Hon. Edward J. Davila
                                             United States District Court Judge