Exhibit 1

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# The Graph Foundation

The mission of Graph Foundation, a not for profit corporation, is to further, at no charge, the Open Source development and distribution of graph technology in the areas of software, storage, networking, clustering, parallel and distributed computation, query processing, analytics, visualization, machine learning, artificial intelligence and cloud accessibility, while serving the community with mentoring, leadership and vision for a healthy graph ecosystem.

## WHAT IS THE GRAPH FOUNDATION?

Established in 2018, The Graph Foundation is a US 501(c)(3) charitable organization, funded by individual donations and corporate sponsors. Our all-volunteer board oversees leading graph Open Source projects, including ONgDB — the world's most popular graph database.

The Graph Foundation provides an established framework for intellectual property and financial contributions that simultaneously limits potential legal exposure for our project committers. Through The Graph Foundation's meritocratic process, individual Members and Committers can successfully collaborate to develop freely available enterprise-grade software, benefiting users worldwide through software solutions distributed under Open Source Licenses; and the community actively participates in mailing lists, mentoring initiatives, conferences and user trainings.

## HOW WILL THE GRAPH FOUNDATION GROW?

The Graph Foundation was incorporated in 2018 as a membership-based, not-for-profit corporation in order to ensure that Graph Foundation projects continue to exist beyond the participation of individual volunteers. Individuals who have demonstrated a commitment to collaborative open-source software development, through sustained participation and contributions within the Foundation's projects, are eligible for membership in The Graph Foundation. An individual is awarded membership after nomination and approval by a majority of the existing Graph Foundation members. Thus, The Graph Foundation is governed by the community it most directly serves — the people collaborating within its projects.

N4J-GFI_000138

# HOW ARE GRAPH FOUNDATION PROJECTS GOVERNED?

The Graph Foundation members periodically elect a Board of Directors to manage the organizational affairs of the Foundation, as accorded by The Graph Foundation Bylaws. The Board, in turn, appoints a number of officers to oversee the day-to-day operations of the Foundation. A number of public records of our operation are made available to the community. A more detailed explanation of How The Graph Foundation works in terms of day to day operations is available, and the Community Development projects are planned to help newcomers learn more about The Graph Foundation.

Individual Graph Foundation projects are in turn governed directly by Project Management Committees (PMC) made up of individuals who have shown merit and leadership within those projects. There are detailed descriptions of Graph Foundation and project governance models.

## WHO RUNS THE GRAPH FOUNDATION?

The membership of The Graph Foundation elects the board to run the Foundation and to set and ensure policy. The directors of the board are:

| | | |
|---|---|---|
| Bradley Nussbaum | Benjamin Nussbaum | John Mark Suhy |

The Board has appointed the following corporate officers of The Graph Foundation:

| Office | Individual |
|---|---|
| Chairman | Bradley Nussbaum |
| Vice Chairman | Benjamin Nussbaum |
| President | Bradley Nussbaum |
| Vice President | Benjamin Nussbaum |
| Secretary | Joan Nussbaum |
| Assistance Secretary | Ray Nussbaum |
| Treasurer | Joan Nussbaum |
| Assistant Treasurer | Ray Nussbaum |

N4J-GFI_000139

The Graph Foundation is a collaborative effort of our Members. Our goal is to build and sustain the literal foundation upon which our open-source software projects are based.

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search ...

N4J-GFI_000140



## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000141

Exhibit 2

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Thanks

Graph Foundation could not exist without the continued generous support from the community. We would like to take this opportunity to thank our Sponsors and Contributors. If you are interested in sponsoring TGF, please read our sponsorship page.

## FINANCIAL SPONSORS

### GrapheneDB



### GraphGrid, Inc.



### AtomRain, Inc.



## TARGETED SPONSORS

GF Targeted Sponsors provide the Foundation with contributions for specific activities, programs projects, such as donating cloud services, funding a project engineer, providing legal services, offering a community member benefit, or something entirely new. It's the Graph Foundation way of recognizing the sponsors that we rely on every day outside of and often in addition to funding our general operations.

## iGov Solutions



# INDIVIDUAL DONATIONS

Graph Foundation receives many smaller donations from individuals. More details are available on our donations page.

We would like to thank all of our individual donors for their support of our work, and for their willingness to contribute with only this as recognition for their generosity.

# CONTRIBUTORS

Graph Foundation receives open source contributions from individuals and organizations. More details are available on our get involved page.

We would like to thank all of our individual contributors for their open source support work. Without your efforts our mission would not be possible. Thank you!

## Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- ONgDB (Open Native Graph DB)

  - ONgDB Releases

    - ONgDB 3.4.11

    - ONgDB 3.4.12

    - ONgDB 3.4.15

    - ONgDB 3.4.17

    - ONgDB 3.4.9

    - ONgDB 3.5.1

    - ONgDB 3.5.11

    - ONgDB 3.5.12

    - ONgDB 3.5.14

    - ONgDB 3.5.15

    - ONgDB 3.5.16

    - ONgDB 3.5.17

    - ONgDB 3.5.3

    - ONgDB 3.5.4

    - ONgDB 3.6.0.M1

    - ONgDB 3.6.0.M2

    - ONgDB 3.6.0.RC1

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

  - Articles of Incorporation

  - Code of Regulations

---

# Site Search

Search ...

Search

## Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

Exhibit 3





### Tweet

Bradley Nussbaum
@bradnussbaum

Special thanks to @jmsuhy for all the efforts in getting this release out. Very excited about the #neo4j community efforts to move the mission forward to keep neo4j open source. Thanks everyone!

The Graph Foundation @GraphFoundation · Oct 9, 2019
#ONgDB 3.5.11 support release is out: graphfoundation.org/projects/ongdb/

What is ONgDB?
Open Native Graph DB is an open source fork of #Neo4j, that picks up prior to Neo4j, Inc.'s removal of enterprise code from the main Github repository.

9:36 AM · Oct 9, 2019 · Twitter for iPhone

**2** Likes



Search Twitter

### Relevant people

**Bradley Nussbaum**
@bradnussbaum
Building an academ
next generation of g
users

**John Mark Suhy**
@jmsuhy
software developer
architect, entrepren
angler.

**The Graph Founda**
@GraphFoundation
Open Graph Techno
Good

### What's happening

COVID-19 · LIVE
**COVID-19: Hydroxychloroq
linked to an increased rate
mortality, new study finds**

**#EpicMegaSale**
CIV VI free on PC until 5/28.
the Epic Games Store.
Promoted by Epic Games Stor

COVID-19 · LIVE
**COVID-19 updates for the**

Politics · Trending
**What Biden**
147K Tweets

Politics · This morning
**Joe Biden sat down with
Charlamagne tha God and
discussed the Black vote**

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

cc
@caryc88

Exhibit 4

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** ben@atomrain.com, brad@atomrain.com
**CC:**
**BCC:**
**Subject:** Tweet to reply
**Sent:** 02/26/2019 03:18:33 PM -0800 (PST)
**Attachments:**

If you want to respond - you can say there is a active court case in California with Neo4j and will settle this question as well as the 'commons clause + agpl' question.

https://twitter.com/wingedrhino/status/1099545162236145664?s=12

Exhibit 5

**From:**     John Mark Suhy (jmsuhy@purethink.com)
**To:**        Benjamin Nussbaum ben@atomrain.com, Brad Nussbaum brad@atomrain.com
**CC:**
**BCC:**
**Subject:**   Quick Notes on fork
**Sent:**      05/21/2018 11:24:17 AM -0700 (PST)
**Attachments:**

Just comments That may be good to think about on your end.

When I spoke about setting up a non profit for a fork - it makes other kernel devs more inclined to be part of it - if they are truely open source advocates. I would think that they would be wary going with another 'neo situation'. Assume that Steve baker and team are doing another fork in parallel - would be better to work all together I would think.

But being on the board of this new none profit is a big piece of the pie - if a fork became popular - GraphGrid is what makes it a viable alternative to adopt for agencies / companies who want production support.   IE - if done right - it would allow you to hit Neo from many different angles - weakening their hold.  We will get US agencies using this fork right away so it has past performance.

Just something to think about - I could literally reach out to MariaDB.org and ask them if they can give you copy of their bylaws so there would be hardly any upfront effort.  That may be enough to just let people know we are planning...

Worst case - you spend under $1000 for an org that you close without traction.  You dont have to setup org until you are ready.

Borrow everything from:

https://mariadb.org/about/governance/

I already know we could get several large companies to sponsor it in terms of names : Maybe not money to start. But we would ask ASR, and kther top analytic companies we work with to sponsor it. Including sheila's companies and of course all of our companies.  (That is a big list already)

Do you want me to take a stab at rebrading Neo4j Enterprise dist - besides the documentation, and misc stuff in distribution? This would be a prppf of concept to see just how hard it would be to do a complete automated rebrand from all current code. the biggest visible part would be for a new logo in Neo4j Browser.

Technically the way they license browser, etc - you could technically use Neo4j browser without rebrand - but why not see how it would look with different brand name.

Make sure openneo4j won't be something Neo comes after you around trademark on.  I would ask your lawyers since I know it can be a hit if you build that brand and only have to start over if Neo hits with trademark.

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

Exhibit 6

**From:**     John Mark Suhy (jmsuhy@igovsol.com)
**To:**        steins@sec.gov steins@sec.gov
**CC:**
**BCC:**
**Subject:**  Re: Neo4j Options / Prices
**Sent:**     05/07/2019 08:01:20 AM -0700 (PST)
**Attachments:**

---

I wanted to follow up with you so you understand your options around
Neo4j. Most people are not aware of these options, which I will
explain why in this email.

First, I believe that Neo4j is no longer on the GSA schedule, meaning
you may have to find another path for procurement path, assuming you
want to procure it after learning about your free options which you
can have existing vendors support as long as they have not signed the
Neo4j partner agreement which adds restrictions to Neo4j open source
license usage.

I hope this information is useful, feel free to call me anytime with
any questions.

I am happy to connect you with the Department of Treasury (IRS) to
discuss options as an interagency exchange. They are using ONgDB (Open
Native Graph Database) with support from existing vendors and were the
first big agency to purchase services from vendors without limitations
that are placed on Neo4j partners.

When I mention ONgDB (Open Native Graph Database) - this is just the
Neo4j code (https://github.com/neo4j/neo4j) combined with the
enterprise code. It is 100% open source and a drop in replacement for
the same Neo4j version.

1. You do not have to pay any licensing fees for the software you requested.
Neo4j Enterprise < 3.5 and ONgDB (Open Native Graph Database)
Enterprise (all versions) are available to use 100% free, in
production.

You may not know this because Neo4j partners are forbidden to support
and promote this in their partner contracts.

2. Neo4j Enterprise <= v3.4, ONgDB Enterprise => v3.5 and all versions
of Neo4j community
are all 100% free and open. You can use them in production and in
closed source projects.

You were looking at a package on GSA which is basically a support
subscription which gives you limited email and phone support.

The packages from the link below (that was posted on a GSA
schedule previously) are basically support contracts.
https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Also See:
https://graphfoundation.org/ongdb/
https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

3. Open Native Graph Database (ONgDB) is a free and open fork of Neo4j
Enterprise which has been adopted by US Treasury. It is the same core
Neo4j source code, and has enterprise modules added. (All open
source)

source).

More agencies are adopting ONgDB over Neo4j as they learn that it is
just the free and open Neo4j enterprise alternative.
ONgDB takes Neo4j core (which is open source) and adds enterprise
features into it, all 100% free and open, with no limits on cores or
cluster instances that 'commercial subscriptions' impose.
See:
https://github.com/neo4j/neo4j
https://github.com/graphfoundation/ongdb

2) Neo4j partners are forbidden from supporting or promoting open
source distributions. Furthermore there was a system in place that
allowed partners to 'register' an 'opportunity'
which further limits your ability to get fair competing quotations.

3) You may have brand name justification issues and face protest
around any Neo4j procurement because of several factors that are in
part because of its dual license model (open source or commercial) and
is hard to justify because there is a great deal of past performance
across the open source, and forks in the US federal government.

I hope this information was useful.

Feel free to reach out to me anytime if you have any questions.

Respectfully,
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com
On Wed, May 1, 2019 at 10:08 AM John Mark Suhy wrote:
>
> Hello Mr. Stein,
>
> IAI forwarded me your contact information and said you were inquiring about Neo4j.
>
> I wanted to let you know I will send you information regarding your Neo4j options by Friday.
>
> You may not know this but you do not need to purchase Neo4j licenses to use it in production, and you can use
it in closed sourced projects. With that said, you are essentially purchasing support.
>
> I'll put together a write-up that clarifies all options available so you can make a more informed decision /
procurement.
>
> If you have any questions feel free to email or call me anytime at 703-862-7780
>
> Have a good day,
>
>
> John Mark Suhy
> CTO iGov Inc
> jmsuhy@igovsol.com
> 703-862-7780
> https://igovsol.com
>
>
>
> --
> John Mark Suhy
> iGov Inc

> jmsuhy@igovsol.com
> 703-862-7780
> https://igovsol.com

**From:**       Joseph Glass (jhg2v@virginia.edu)
**To:**         John Mark Suhy jmsuhy@igovsol.com
**CC:**         ben@graphgrid.com
**BCC:**
**Subject:**    Re: Neo4j Posting on the Listserve
**Sent:**       09/21/2018 11:49:51 AM -0700 (PST)
**Attachments:**

---

No worries. With our development schedule, it would be a while before we get to migrating, so please don't feel rushed.

Yes, that makes perfect sense. We'd prefer setting up the enterprise instance on the same server using a different port. Our graph isn't very big right now, so we have plenty of space to set up the second instance alongside the first.

Thanks again for your advice,
Joseph Glass

On Fri, Sep 21, 2018 at 11:12 AM John Mark Suhy <jmsuhy@igovsol.com> wrote:
> Sorry for the delay, I have been swamped with a large deployment at Treasury, and have not gotten the time to finish the document I promised.
>
> I asked one of our partners,  Ben Nussbaum,  help write up the upgrade instructions.  He is also a graph guru, so if you have any questions let him know.
>
> I realized that you may first want to stage and test the data before performing a complete upgrade.   I.E.  You leave your current system in place, and stage the data over on the enterprise instance to ensure there are no hiccups with the store upgrade which happens when you turn on enterprise with the dataset and the upgrade setting turned on.
>
> Is your graph very large - i.e. a Terabyte of data?
>
> Does this test/staging approach to the writeup we are doing make sense?
>
> Will you be able to setup an enterprise instance on the same server (under different ports) or on another server, or AWS EC2 instance, etc to do a staging test?
>
> Talk to you later,
>
> John Mark
>
>
>
>
> On Thu, Sep 13, 2018 at 4:51 PM Joseph Glass <jhg2v@virginia.edu> wrote:
>> We're on Centos 7.5, and it's installed manually.
>>
>> Thanks!
>>
>>
>> On Thu, Sep 13, 2018 at 4:31 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:
>>> What is your linux distribution / version?
>>> Ex: Ubuntu 16.04 , Centos x.y, etc
>>>
>>> And finally - did you install neo4j manually or install using your linux distro package manager?   Ex Debian (apt-get install ....)
>>>
>>> I think that is all I need to be accurate.
>>>
>>> I may also create an AWS EC2 image with your linux distro and specs so I can verify the process.

Thank you

On Thu, Sep 13, 2018 at 3:40 PM Joseph Glass <jhg2v@virginia.edu> wrote:
  Our production is all on linux,  we're not using docker. We start up neo4j as a system service.

  Thanks again, we really appreciate it!
  -- Joseph Glass

  On Thu, Sep 13, 2018 at 3:12 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:
    Sure,

    I need a few other bits of info to make it as simple as possible.

    Are you on windows , linux , osx, or do you use docker?

    Also, you use windows or linux  do you start up neo4j server manually via bin scripts, or as a system
    service?

    I think that is all I need to put this together.  I should be able to write it layer tonight.

    Thank you.

    On Thu, Sep 13, 2018 at 1:08 PM Joseph Glass <jhg2v@virginia.edu> wrote:
      A short writeup would be great, if it's not much trouble. We're using version 3.3.0.

      Thanks!
      Joseph Glass

      On Wed, Sep 12, 2018 at 5:24 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:
        As long as you use the same version number - you can simply replace community with Neo4j
        Enterprise.  You just get all the enterprise features.

        What version of Neo4j are you in now? (3.4.x, etc).

        I can create a quick write up on how to migrate - that would be a good blog post anyway.

        Depending on your setup it could be as easy as : 1) unzip neo4j enterprise distribution, 2) copy
        over plugins you use, 3) copy data folder , 4) startup as you normally do.

        On Wed, Sep 12, 2018, 4:57 PM Joseph Glass <jhg2v@virginia.edu> wrote:
          Hi John Mark,

I'm the UVA SNAC developer working with Ivey Glendon.

I did not know that Neo4j Enterprise was available for free! We're currently using the community edition in conjunction with PSQL through the GraphAware Neo4j PHP Client. Upgrading to enterprise would be great.

My predecessor was the one who set up our current instance of Neo4j, so when find we find a good timeline for upgrading, your advice on setup would be very welcome.

Thanks again for sharing this info and your kind offer!
Joseph Glass

On Wed, Sep 12, 2018 at 3:43 PM, Glendon, Ivey (img7u) <ivey.glendon@virginia.edu> wrote:
Hi John Mark,

Thank you very much for this message. I'd like to connect you here with Joseph Glass, our developer for SNAC. Joseph has been in recent conversations about Neo4j Enterprise and may be interested in taking you up on your offer to chat about options for the SNAC project. He's copied here and may be in touch.

Thank you again!

Ivey

Ivey Glendon
Social Networks and Archival Context Cooperative
University of Virginia Library
(434) 243-0634 | ivey.glendon@virginia.edu

-----Original Message-----
From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Tuesday, September 11, 2018 11:52 PM
To: Glendon, Ivey (img7u) <ivey.glendon@virginia.edu>
Subject: Neo4j Posting on the Listserve

Hello Ivey,

I saw your posting on the list-serve regarding working with Neo4j and wanted to reach out to you to make sure that you knew Neo4j Enterprise is actually 100% free if you don't need production support (which is
what you pay for with commercial licenses.)   Most people do not know
this, so I figured I would let you know so you can save some money.

I am one of the package maintainers for the open source Neo4j Enterprise distributions that we package for  US Federal customers and the community in general.

You can grab them at any of these mirrors:

https://igovsol.com/downloads.html
https://graphstack.io
https://graphfoundation.org


If you want any free guidance on setting up a scalable , large scale Neo4j/Elastic Search platform with Kafka, micro service architecture, etc  - feel free to reach out anytime.  I am a UVA fan and am happy to offer any guidance if it helps you guys.

Have a good evening,

John Mark

John Mark Suhy

iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

Exhibit 7

**From:**       John Mark Suhy (jmsuhy@igovsol.com)
**To:**         Benjamin Nussbaum ben@atomrain.com
**CC:**
**BCC:**
**Subject:**    Re: GraphStack Neo4j Question
**Sent:**       07/16/2018 07:27:10 AM -0700 (PST)
**Attachments:**

---

We need to have an email for DHS as well ASAP. So I can take some of this as template. I am just sitting down to get scripts checked in before doing anything else.

On Mon, Jul 16, 2018 at 10:21 AM Benjamin Nussbaum <ben@atomrain.com> wrote:
This is what I'd said initially. Haven't had a response from him yet:

> Hi Bob,
>
> I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org
>
> I can help you answer your questions.
>
> The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.
>
> If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.
>
> If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.
>
> Thanks You,
> GF
>
>
> --
> **Benjamin Nussbaum**
> President and Chief Technology Officer
> Phone :(310) 433-9305
> Email: ben@atomrain.com
>  AtomRain | Innovation for a Connected World

> On Jul 16, 2018, at 10:19 AM, John Mark Suhy <jmsuhy@igovsol.com> wrote:

> Cool- can you forward ? I want to ser messaging.

> On Mon, Jul 16, 2018 at 9:53 AM Benjamin Nussbaum <ben@atomrain.com> wrote:
> btw, I responded to Bob using a graph foundation email.
>
>
> --
> **Benjamin Nussbaum**
> President and Chief Technology Officer

Phone:(310) 433-9305
Email: ben@atomrain.com
 AtomRain | Innovation for a Connected World

On Jul 11, 2018, at 12:24 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:

Of course - this should be a Graphfoundation response. I plan on upgrading the GraphStack site soon to point people over to GraphFoundation ONgDB.

Do whatever you want - including trying to get them as GraphGrid customer - its in your hands.  I wont respond unless you want me to.

On Wed, Jul 11, 2018 at 12:07 PM Benjamin Nussbaum <ben@atomrain.com> wrote:
I'd suggest either making an intro as part of the Graph Foundation supporting companies with deep enterprise background or we can have someone contact him directly and try to feel him out more.

--
**Benjamin Nussbaum**
President and Chief Technology Officer
Phone:(310) 433-9305
Email: ben@atomrain.com
AtomRain | Innovation for a Connected World

On Jul 11, 2018, at 11:54 AM, John Mark Suhy <jmsuhy@igovsol.com> wrote:

This sounds like Neo.   I may beed help writing a response - assuming it is Neo - where we can give info as well and word it assuming they forward to Neo.

I can call him too to see whats up.

See below.  I have IRS call at 1 - so will put this to side until after.

Any known relation with neo?  Can you look up his info from your LinkedIn account to see if he has connections with Neo?

---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>

To:    iGov Information (info@igovsol.com)
From:  Bob Trudeau (Micron Technology, Inc.)
Date:  Wednesday, July 11, 2018

I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.

As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?

Regards,

Bob Trudeau

Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.

Office +1 (916) 458-3277
btrudeau@micron.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com