John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiff
NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>　　　　　　　　Defendant. | CASE NO.  5:19-cv-06226-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS**<br><br>Action Filed:  October 1, 2019<br>Trial Date:　　　None |

　　　　Now before the Court is Plaintiff Neo4j, Inc.'s Unopposed Motion for Leave to File Exhibits ("Motion") Pursuant to Magistrate Judge Susan van Keulen's Civil and Discovery Referral Matters Standing Order.  Having considered the Motion, the materials filed in support thereof, and good cause appearing therefor:

　　　　IT IS HEREBY ORDERED that:

　　　　1.　The Motion is granted;

///

2. Exhibits 1-7 of the Motion will be part of the record for the discovery motions that the parties anticipate filing shortly.

**SO ORDERED.**

Dated: _May 27, 2020

Judge Susan van Keulen
U.S. Magistrate Judge