UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., <br>    Plaintiff, <br>  v. <br> GRAPH FOUNDATION, INC., <br>    Defendant. | Case No. 19-cv-06226-EJD  (SVK) <br><br> **ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SUBMIT EXHIBITS** <br><br> Re: Dkt. No. 47 |

Plaintiff's unopposed motion to submit exhibits (Dkt. 47), which seeks permission to submit exhibits in connection with discovery joint letter briefs that the parties intend to file, is **DENIED**. However, the parties may submit an additional page of briefing with each joint letter brief that consists of a table providing, for each proposed exhibit, a description of the exhibit, the number of pages, and the purpose for which the exhibit is offered. When the Court reviews the discovery motions, it will request any exhibits it wishes to review from the appropriate party.

**SO ORDERED.**

Dated: May 27, 2020

SUSAN VAN KEULEN
United States Magistrate Judge