1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiff
   NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>Defendant. | CASE NO.  5:19-cv-06226-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION TO INTERROGATORY, SET 1**<br><br>Action Filed:  October 1, 2019<br>Trial Date:       None |
|---|---|

Now before the Court is the Parties' Joint Statement Regarding Discovery Deficiencies in Responses to Plaintiff's Interrogatory, Set 1 ("Joint Statement").  Having considered the Joint Statement, the materials filed in support thereof, oral arguments, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

Defendant Graph Foundation, Inc. ("GFI") shall

1. Neo4j's Motion to Compel to provide further responses to interrogatories is granted.

GFI shall amend its responses to ROGs 2, 5, 6, 7, 8, 9, 10, 13, 16, 17, 18, and 20 to provide full, unevasive, and complete responses from all sources within its control. To the extent GFI does not possess any additional responsive information, it must state, via declarations from the Nussbausms, that they have conducted a diligent search and reasonable inquiry, including the sources and custodians they sought information from.

**SO ORDERED.**

Dated: _____, 2020

_____
Judge Susan van Keulen
U.S. Magistrate Judge