1  JOHN D. PERNICK (SBN 155468)
   jpernick@be-law.com
2  BERGESON, LLP
   111 North Market Street, Suite 600
3  San Jose, CA  95113
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Attorneys for Defendant
   GRAPH FOUNDATION, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | NEO4J, INC., a Delaware corporation | Case No. 5:19-CV-06226-EJD |
12 |                  Plaintiff,          | **GRAPH FOUNDATION, INC.'S [PROPOSED] ORDER DENYING MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES** |
13 |       vs.                            | |
14 | GRAPH FOUNDATION, INC., an Ohio corporation, | |
15 |                                      | |
16 |                  Defendant.          | |

17

18

19

20

21

22

23

24

25

26

27

28 GRAPH FOUNDATION, INC. [PROPOSED] ORDER DENYING MOTION TO COMPEL FURTHER
   RESPONSES TO INTERROGATORIES
   Case No.: 5:19-CV-06226-EJD

Now before the Court is Plaintiff Neo4j, Inc.'s Motion to Compel Defendant Graph Foundation Inc. to provide further responses in response to Neo4j's Special Interrogartories Set 1.

Having considered the Parties' Joint Statement with respect to this discovery dispute and the materials filed therewith, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. Neo4j's Motion to Compel Graph Foundation to provide a further response to Interrogatory No. 2 is denied. Neo4j may seek a deposition of Graph Foundation under FRCP 30(b)(6) with respect to this topic.

2. Neo4j's Motion to Compel Graph Foundation to provide a further response to Interrogatory No. 5 is denied as Graph Foundation has responded to the interrogatory. Neo4j may seek a deposition of Graph Foundation under FRCP 30(b)(6) with respect to issues relating to the topic of this interrogatory.

3. Neo4j's Motion to Compel Graph Foundation to provide further responses to Interrogatories Nos. 6, 7 and 11 is denied. Neo4j has failed to demonstrate that there is a governmental interest sufficient to overcome the privacy interests of Graph Foundation's donors. *Ctr. for Competitive Politics v. Harris,* 784 F.3d 1307, 1317 (9th Cir. 2015).

4. Neo4j's Motion to Compel Graph Foundation to provide further responses to Interrogatories Nos. 10, 11, 13, 16 and 20 is denied. Graph Foundation has sufficiently responded to these interrogatories.

5. Neo4j's Motion to Compel Graph Foundation to provide further responses to Interrogatories Nos. 17 and 18 is denied. Graph Foundation shall supplement its responses to these interrogatories after discovery with respect to the issues relevant to Graph Foundation's affirmative defenses is concluded.

**SO ORDERED**

Dated: _____, 2020

>                              _____
>                              Judge Susan van Keulen
>                              United States Magistrate Judge