1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Cary Chien, Bar No. 274078
   cchien@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Plaintiff
   NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>                    Defendant. | CASE NO.  5:19-cv-06226-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION TO REQUEST FOR PRODUCTION, SET 1**<br><br>Action Filed:  October 1, 2019<br>Trial Date:       None |

Now before the Court is the Parties' Joint Statement Regarding Discovery Deficiencies in Responses to Plaintiff's Requests for Production Set 1 ("Joint Statement").  Having considered the Joint Statement, the materials filed in support thereof, oral arguments, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

Defendant Graph Foundation, Inc. ("GFI") shall

1. Conduct a diligent search for and reasonable inquiry to locate and produce documents

1. in custodial sources within GFI's possession, custody, or control, including responsive emails held by its officers, directors, or agents (such as Ben and Brad Nussbaum and John Mark Suhy from these their AtomRain, GraphGrid, and any other personal email accounts).

2. Provide a declaration by GFI's Chief Executive Officer, Brad Nussbaum (as the custodian of GFI's documents): (a) detailing what steps were taken to locate sources of potentially responsive documents; (2) what search terms and date parameters were used to search for responsive documents in those sources; (3) stating that the email accounts within its control have been searched and responsive documents produced, including the AtomRain, GraphGrid, and other personal email accounts used by GFI's agents Ben and Brad Nussbaum and John Mark Suhy.

3. Supplement its responses to RFP Nos. 3-6, 14, 16, 17, 21-23, 25, 29-32, 34-37, 43-58 confirming that GFI has conducted a diligent search and reasonable inquiry, and whether or not any documents will be produced.

**SO ORDERED.**

Dated: _____, 2020

_____
Judge Susan van Keulen
U.S. Magistrate Judge