JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>                          Plaintiff,<br><br>     vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>                          Defendant. | Case No. 5:19-CV-06226-EJD<br><br>**GRAPH FOUNDATION, INC.'S [PROPOSED] ORDER DENYING MOTION TO COMPEL** |

1    Now before the Court is Plaintiff Neo4j, Inc.'s Motion to Compel Defendant Graph
2  Foundation Inc. to provide further responses and produce additional documents in response to
3  Neo4j's Requests for Production Set 1.
4    Having considered the Parties' Joint Statement with respect to this discovery dispute and
5  the materials filed therewith, and good cause appearing therefore:
6    IT IS HEREBY ORDERED that:
7    1. Neo4j's Motion to Compel Graph Foundation to produce documents from AtomRain,
8       Inc. and GraphGrid, Inc. is denied.  Neo4j has failed to meet its burden of establishing
9       that Graph Foundation has a legal right to obtain documents from third-party entities
10      AtomRain, Inc. or GraphGrid, Inc.  *Steele Software Systems Corp. v. DataQuick Info.*
11      *Systems, Inc.*, 237 F.R.D. 561, 565 (D. MD 2006).
12   2. Neo4j's Motion to Compel Graph Foundation to produce documents containing donor
13      information and donation amounts is denied.  Neo4j has failed to demonstrate that
14      there is a governmental interest sufficient to overcome the privacy interests of Graph
15      Foundation's donors.  *Ctr. for Competitive Politics v. Harris,* 784 F.3d 1307, 1317 (9th
16      Cir. 2015).
17   **SO ORDERED**

Dated: _____, 2020

_____
Judge Susan van Keulen
United States Magistrate Judge