Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., and NEO4J SWEDEN AB,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PURETHINK LLC, IGOV INC., and JOHN MARK SUHY,<br><br>　　　　　　　　Defendant(s). | Case No: 5:18-cv-07182-E<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Richard E. Starr, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Adron W. Beene, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>2503 Childs Lane<br>Alexandria, VA 22308 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1754 Technology Drive, Suite 228<br>San Jose, CA 95110 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(703) 780-3330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 392-9233 |
| MY EMAIL ADDRESS OF RECORD:<br>RichardEStarr@StarrLaw.Biz | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>adron@adronlaw.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 32319.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/22/20

　　　　　　　　　　　　　　　　　　　Richard E. Starr
　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Richard E. Starr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/23/2020

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE