John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff NEO4J, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>  Plaintiff,<br><br>  v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>  Defendant. | CASE NO.  5:19-CV-06226-EJD<br><br>**DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE SECOND AMENDED ANSWER**<br><br>Date:     August 13, 2020<br>Time:    9:00<br>Dept.:    Courtroom 4, 5th Floor<br>Judge:   Hon. Edward J. Davila |

I, Cary Chien, declare as follows:

1.  I am an attorney at law, duly licensed to practice before all courts of the State of California, and am of counsel with Hopkins & Carley, a Law Corporation, attorney of record for Plaintiff Neo4j, Inc. ("Plaintiff" or "Neo4j USA") in the above-referenced matter.  I make this declaration in support of Neo4j USA's Motion to Strike Graph Foundation, Inc.'s  ("Defendant" or "GFI") Second Amended Answer filed herewith in the above-captioned matter.

2.  The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to

1  be true. If called upon to testify as a witness in this matter, I could and would do so competently.

2        3.      Attached hereto as **Exhibit 1** is a true and correct copy of correspondence dated March 3, 2020 between Plaintiff's counsel Jeffrey Ratinoff and counsel for GFI John Pernick and Related Defendants Adron Beene (carbon copying others, including myself) where Mr. Ratinoff raised the issue of how Defendants' unclean hands affirmative defense was relevant to the Plaintiffs' Lanham Act claims. In particular, Mr. Ratinoff stated "I am also unsure whether the APGL/GPL issues raised by GFI's unclean hands defense can be resolved on MSJ or that it has any bearing on the trademark issues. So, some additional clarification/explanation on Defendants' end would be helpful before the CMC."

      4.      Attached hereto as **Exhibit 2** are true and correct copies of correspondence dated during the March 17-23, 2020 period between Plaintiff's counsel Jeffrey Ratinoff and counsel for GFI John Pernick and Related Defendants Adron Beene (carbon copying others, including myself), where the appropriateness of the unclean hands affirmative defense for the first phase of the case is discussed further and the parties decide to present the issue to the Court in a joint statement. The Court accepted the parties' proposal to submit a joint statement on the issue. *See* Dkt. No. 45 at 4:13-17.

      5.      Attached hereto as **Exhibit 3** is a true and correct copy of correspondence dated March 30, 2020 between Plaintiff's counsel Jeffrey Ratinoff and counsel for GFI John Pernick and Related Defendants Adron Beene (carbon copying others, including myself), where Mr. Beene represented that he would send a position statement on behalf of Related Defendants and GFI on the unclean hands affirmative defense issue to be included in the joint statement to the Court. In particular, Mr. Beene stated "[w]e will work on ours and send it to you."

      6.      Attached hereto as **Exhibit 4** is a true and correct copy of correspondence dated May 6, 2020 between Plaintiff's counsel Jeffrey Ratinoff and counsel for GFI John Pernick and Related Defendants Adron Beene (carbon copying others, including myself), where Mr. Ratinoff asks when Plaintiffs can expect GFI and Related Defendants' position on the unclean hands affirmative defense. I understand there was no response to Mr. Ratinoff's email.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

815\3561724.1      - 2 -
DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE SECOND AMENDED ANSWER   CASE NO. 5:19-CV-06226-EJD

7. Attached hereto as **Exhibit 5** is a true and correct copy of Related Defendants' First Amended Answer to Plaintiffs' Second Amended Answer in the Related Case, *Neo4j, Inc. et al. v. PureThink LLC et al, Case No.* 5:18-cv-07182-EJD, Dkt. No. 71.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Related Defendants' Related Defendants' Second Amended Counterclaim in the Related Case, *Neo4j, Inc. et al. v. PureThink LLC et al, Case No.* 5:18-cv-07182-EJD, Dkt. No. 72.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Library of Congress Copyright Registration publicly available record showing Neo4j Sweden's copyright registration of its computer file, Neo4j Enterprise Edition version 3.5.4., (registration number and date: TX0008779173 / 2019-08-15) and Neo4j Enterprise Edition version 4.0 (registration number and date: TXu002177737 / 2020-01-28), from the Library of Congress Public Catalog website[1].

10. Attached hereto as **Exhibit 8** is a true and correct copy of GNU General Public License (GPL) and GNU Affero General Public License (AGPL) both published by Free Software Foundation from the GNU website (URL: http://www.gnu.org).

11. Attached hereto as **Exhibit 9** is a true and correct copy of Neo4j USA's webpage dated October 13, 2015, (http://www.neo4j.com/trademark-policy), archived on July 10, 2017, which was downloaded from the Wayback Machine website, a digital archive of the World Wide Web (https://web.archive.org).

12. Attached hereto as **Exhibit 10** is a true and correct copy of Neo4j USA's webpage dated April 3, 2019 (http://www.neo4j.com/trademark-policy), which was downloaded from Neo4j's current website. This exhibit is also attached as Exhibit 2 to Plaintiff's Complaint. Dkt. No. 1, ¶ 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 26th day of June 2020, at San Jose, California.

By: */s/ Cary Chien*
Cary Chien

---

[1] https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First

815\3561724.1                                         - 3 -
DECLARATION OF CARY CHIEN IN SUPPORT OF NEO4J, INC.'S MOTION TO STRIKE SECOND AMENDED ANSWER   CASE NO. 5:19-CV-06226-EJD