# Exhibit 4

**From:** Jeffrey M. Ratinoff
**Sent:** Wednesday, May 6, 2020 3:23 PM
**To:** Adron Beene <adron@adronlaw.com>; John Pernick <jpernick@be-law.com>
**Cc:** John V. Picone III <jpicone@hopkinscarley.com>; Cary Chien <cchien@hopkinscarley.com>
**Subject:** FW: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.
**Importance:** High

Gentlemen,

I hope you are still faring well under the circumstances.  I wanted to follow up on when we can expect your position statement on including unclean hands in the first round of summary judgment motions.  I was under the impression that you'd provide Defendants' position in the joint statement first and Neo4j would then insert its response.

Thanks,
Jeff

**From:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Sent:** Monday, April 6, 2020 1:46 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; 'adronjr@adronlaw.com' <adronjr@adronlaw.com>; 'adron@adronlaw.com' <adron@adronlaw.com>; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; 'veronica.ramirez@neotechnology.com' <veronica.ramirez@neotechnology.com>; 'John Pernick' <jpernick@be-law.com>
**Cc:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Subject:** FW: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.
**Importance:** High

Good afternoon Counsel,

I hope all of you are well and safe during this extraordinary and fluid situation with COVID19.

The Court is following-up on the below email request sent 3/28/2020 for the submission of the agreed proposed schedule and separate statements to the Court.  In review of the docket, these have not been filed yet.  Please arrange to file at your earliest convenience.  Thank you for your assistance with this request.

Best regards,


**From:** Adriana Kratzmann
**Sent:** Saturday, March 28, 2020 3:46 PM
**To:** 'Jeffrey M. Ratinoff' <jratinoff@hopkinscarley.com>; 'adronjr@adronlaw.com' <adronjr@adronlaw.com>; 'adron@adronlaw.com' <adron@adronlaw.com>; 'Cary Chien'

<cchien@hopkinscarley.com>; 'Gloria Cordova' <gcordova@hopkinscarley.com>; 'John V. Picone III' <jpicone@hopkinscarley.com>; 'Diana L. Hodges' <dhodges@hopkinscarley.com>; 'Diana L. Hodges' <dhodges@hopkinscarley.com>; 'veronica.ramirez@neotechnology.com' <veronica.ramirez@neotechnology.com>; 'John Pernick' <jpernick@be-law.com>
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.

Good afternoon,

Please submit the agreed proposed schedule and then the separate statements to the Court re this matter.  Thank you.

**From:** Adriana Kratzmann
**Sent:** Monday, March 23, 2020 3:16 PM
**To:** 'Jeffrey M. Ratinoff' <jratinoff@hopkinscarley.com>; adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com; John Pernick <jpernick@be-law.com>
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.

Good afternoon,

Thank you Counsel for the email.  I will check with chambers and let you know how the Court wishes to proceed on this issue.

Best regards,

> Due to the on-going health threat caused by COVID-19 and Pursuant to General Orders 72 and 73 the Courthouse will be closed to the public until May 1, 2020.



*Adriana M. Kratzmann*

Courtroom Deputy to Honorable Edward J. Davila
United States District Court
Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
adriana_kratzmann@cand.uscourts.gov
http://www.cand.uscourts.gov/ejd
Direct Dial: (408) 535-5356

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Monday, March 23, 2020 2:56 PM
**To:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>; adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com; John Pernick <jpernick@be-law.com>
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.

Hi Adriana,

The parties are in general agreement as to the claims and counterclaims that would be heard in first phase of summary judgment/adjudication. However, they have reached an impasse as to whether one of Defendants' affirmative defenses should be addressed in the first phase or the second phase. Should we submit a stipulation as to what has been agreed to and a proposed schedule, and then a separate joint statement outlining this dispute for the court's consideration? Thank you in advance for your patience and assistance with this matter.

Respectfully submitted,
Jeffrey Ratinoff


**From:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Sent:** Saturday, March 21, 2020 3:00 PM
**To:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com
**Cc:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.
**Importance:** High

Good afternoon Counsel,

The Court makes inquiry as to the status of the filing of the proposed schedule for this matter. Please advise at your earliest convenience. Thank you.

Best regards,



Adriana M. Kratzmann
Courtroom Deputy to Honorable Edward J. Davila
United States District Court
Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
adriana_kratzmann@cand.uscourts.gov
http://www.cand.uscourts.gov/ejd
Direct Dial: (408) 535-5356

**From:** Adriana Kratzmann
**Sent:** Monday, March 16, 2020 4:31 PM
**To:** 'Jeffrey M. Ratinoff' <jratinoff@hopkinscarley.com>; adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.

Thank you Counsel for the response and status of when the Court can anticipate the proposed schedule.

Best regards,

**From:** Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>
**Sent:** Monday, March 16, 2020 2:43 PM
**To:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>; adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com
**Subject:** RE: 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.

Hi Adriana,

We apologize for the delay, which has been due, in part, to the current COVID-19 crisis. We are current in the process of hammering out a few points of disagreement and will hopefully having a proposed schedule on file by the end of this week.

Sincerely,
Jeffrey Ratinoff

**From:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Sent:** Thursday, March 12, 2020 5:03 PM
**To:** adronjr@adronlaw.com; adron@adronlaw.com; Cary Chien <cchien@hopkinscarley.com>; Gloria

Cordova <gcordova@hopkinscarley.com>; John V. Picone III <jpicone@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; Jeffrey M. Ratinoff <jratinoff@hopkinscarley.com>; Diana L. Hodges <dhodges@hopkinscarley.com>; veronica.ramirez@neotechnology.com
**Cc:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Subject:** 18cv07182 Neo4j, Inc. v PureThink AND 19cv06226EJD Neo4j, Inc. v Graph Foundation, Inc.
**Importance:** High

Good afternoon Counsel,

Pursuant to the Further Case Management Conference held on 3/5/2020, the parties were to meet and confer and submit a proposed order re schedule and trial date to the Court. Please file this at your earliest convenience. Thank you.

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2020 at 11:38 AM PST and filed on 3/5/2020
**Case Name:**          Neo4j, Inc. v. PureThink, LLC et al
**Case Number:**        5:18-cv-07182-EJD
**Filer:**
**Document Number:** 66(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Edward J. Davila: Further Case Management Conference held on 3/5/2020. The parties shall meet and confer re an agreed upon schedule and trial date and submit the proposed order to the Court for approval. The Court vacates previous deadlines/hearing dates. The Court will allow 2 summary judgment motions and if possible pleadings shall have the page limit indicated by the Court. Deadline for Defendants to respond to settlement proposal from mediation shall be due 3/17/2020. Should a further settlement conference be necessary the parties agreed to have a settlement conference with the assigned Magistrate Judge van Keulen and shall contact her chambers directly to schedule. Plaintiff Attorney: Jeffrey Ratinoff, John Picone. Defendant Attorney: Adron Beene, John Pernick. Total Time in Court:10:42-10:57am(15 Mins.) Court Reporter: Lee-Anne Shortridge.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(amkS, COURT STAFF) (Date Filed: 3/5/2020)**

**Case Name:**          Neo4j, Inc. v. Graph Foundation, Inc.
**Case Number:**        5:19-cv-06226-EJD
**Filer:**
**Document Number:** 41(No document attached)

**Minute Entry for proceedings held before Judge Edward J. Davila: Further Case Management Conference held on 3/5/2020. The parties shall meet and confer re an agreed upon schedule and trial date and submit the proposed order to the Court for approval. The Court vacates previous deadlines/hearing dates. The Court will allow 2 summary judgment motions and if possible pleadings shall have the page limit indicated by the Court. Deadline for Defendants to respond to settlement proposal from mediation shall be due 3/17/2020. Should a further settlement conference be necessary the parties agreed to have a settlement conference with the assigned Magistrate Judge van Keulen and shall contact her chambers directly to schedule. Plaintiff Attorney: Jeffrey Ratinoff, John Picone. Defendant Attorney: Adron Beene, John Pernick. Total Time in Court:10:42-10:57am(15 Mins.) Court Reporter: Lee-Anne Shortridge.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(amkS, COURT STAFF) (Date Filed: 3/5/2020)**



*Adriana M. Kratzmann*
Courtroom Deputy to Honorable Edward J. Davila
United States District Court
Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
adriana_kratzmann@cand.uscourts.gov
http://www.cand.uscourts.gov/ejd
Direct Dial: (408) 535-5356

_____

Any tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.
If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto. For more information about Hopkins & Carley, visit us at http://www.hopkinscarley.com/.