# Exhibit 7



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Neo4J
Search Results: Displaying 1 of 2 entries



*Neo4j 3.5.4 Enterprise Edition.*

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008779173 / 2019-08-15 |
| **Application Title:** | Neo4j 3.5.4 Enterprise Edition. |
| **Title:** | Neo4j 3.5.4 Enterprise Edition. |
| **Description:** | Print materialt. |
| **Copyright Claimant:** | Neo4j Sweden AB. Address: Nordenskioldsgatan 24, 211 19 Malmo, 6th Floor, Sweden. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-04-05 |
| **Nation of First Publication:** | Sweden |
| **Authorship on Application:** | Neo4j Sweden AB, employer for hire; Domicile: Sweden. Authorship: new and revised computer program. |
| **Pre-existing Material:** | All prior versions of Neo4j Enterprise, from version 1.0 thru 3.5.3. |
| **Basis of Claim:** | New and revised computer program. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Neo4j Sweden AB |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format   Full Record |
| Enter your email address: |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Neo4J
Search Results: Displaying 2 of 2 entries



*Neo4j Enterprise Edition v. 4.0.*

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu002177737 / 2020-01-28 |
| **Application Title:** | Neo4j Enterprise Edition v. 4.0. |
| **Title:** | Neo4j Enterprise Edition v. 4.0. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Neo4j Sweden AB. Address: Nordenskioldsgatan 24, 6th Floor, Malmo, 211 19, Sweden. |
| **Date of Creation:** | 2020 |
| **Authorship on Application:** | Neo4j Sweden AB, employer for hire; Domicile: Sweden; Citizenship: Sweden. Authorship: computer program. |
| **Previous Registration:** | 2019, TX 8-779-173. |
| **Pre-existing Material:** | computer program. |
| **Basis of Claim:** | computer program. |
| **Rights and Permissions:** | Nina Chang, Neo4j, Inc., 111 East 5th Avenue, San Mateo, CA, 94401, United States, legal@neo4j.com |
| **Names:** | Neo4j Sweden AB |

**Save, Print and Email (Help Page)**

Select Download Format   Full Record

Enter your email address:

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page