# Exhibit 9

 

# Trademark Policy

The name and trademarks of Neo Technology, Inc. and its subsidiaries ("Neo Technology") signals a quality scalable graph database. Neo Technology is proud of its reputation for excellent software products, and wishes to maintain that reputation for the benefit of Neo Technology and its open source community. This trademark policy (the "Trademark Policy") describes the ways in which all of the trademarks, service marks, and logos of Neo Technology relating to the Neo Technology products such as Neo4j ("Trademark(s)") may or may not be used. The Trademarks are:

- Neo4j
- Cypher
- Neo Technology

If you use any of the Trademarks, you must abide by this Trademark Policy. We encourage communication to prevent misunderstandings. If you have any questions or comments, please contact us as described at the end of the Trademark Policy.

Neo Technology's Trademark Policy attempts to balance two competing interests: Neo Technology's need to ensure that its Trademarks remain reliable indicators of quality, and Neo Technology's desire to permit community members to contribute to the development and success of the Neo Technology software. Striking a proper balance can be difficult, and we hope this Trademark Policy will help us to do that.

Underlying Neo Technology's Trademark Policy is the general law of trademarks. Trademarks exist to help consumers identify the source or origin of products. When a company makes a good product or a bad one, consumers begin to associate those qualities with the name and trademarks of that company. The reputation of a company can be a key factor in a user deciding to use one product or another. Allowing others to place a company's trademarks on other people's products can affect this reputation. Trademark law exists, at least in part, to help users avoid being confused about the source and quality of the goods they are using.

Neo Technology software, which is created and/or distributed by Neo Technology and thus properly bears the Trademarks, is the software in the exact binary form that it is distributed by Neo Technology, without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Trademarks. The public has a right to know when it is receiving a genuine Neo Technology product that is quality assured by Neo Technology.

Uses that Are Not Approved by This Trademark Policy

The following uses are not allowed. If you feel you need to use the Trademarks as described below, and have a legitimate reason to do so, please contact us. Some such uses may be acceptable under a separate written license agreement between you and Neo Technology. However, Neo Technology will decide this at its discretion on a case-by-case basis.

- **Certain web uses**. You must not use any Trademark in a web page title, titletag, metatag, or other manner with the intent or the likely effect of influencing search engine rankings or results listings.
- **Combination marks**. You must not use any Trademark in a manner that creates a "combined mark," or use that integrates other wording with the Trademark in a way that the public may think of the use as a new mark (e.g., SuperNeo4j, or Neo4j Lite by me)
- **Company names**. You must not use any Trademarks as part of your company name, trademark, or logo.
- **Domain names**. If you want to include all or part of a Neo Technology Trademark in a domain name, you must first receive written permission from Neo Technology. This includes uses for user groups, developer groups, or international groups. We may approve many such uses, but we need to do this on a case-by-case basis.
- **Misuse**. You must not use the Trademarks in a manner that is unethical, offensive, disparaging, illegal, or in bad taste.

Uses Permitted Under This Trademark Policy

In all cases you must use the Trademark only as permitted by this Trademark Policy and only as authorized in, and subject to, a separate written license agreement between you and Neo Technology. Also, if you use the Trademarks in violation of this Trademark Policy in any way, Neo Technology may revoke your right to use the Trademarks.

Services Related to Neo Technology Software

If you offer services related to Neo Technology software, unless you have entered into a separate written license agreement between you and Neo Technology, you may only use Neo Technology's Trademarks in word form to describe and advertise your services, so long as you do not suggest that you are the origin of the Neo Technology software or have otherwise been authorized by Neo Technology to provide services related to the Neo Technology software. For example, your web site might say "Training services for the

Neo Technology software available here." It must not say "Neo Technology services sold here," or "custom Neo Technology software available here."

Proper trademark use

If you use the Trademarks as described in this Trademark Policy, here is how they should be used.

- **Proper form.** Neo Technology's Trademarks should be used in their exact form, neither abbreviated nor combined with any other word or words. Do not vary the spelling, add hyphens, make one word into two, or use possessive or plural forms of the Trademarks. Do not abbreviate a trademark to create an acronym. When using a logo, you must never modify the design, add or delete any words, or change any colors or proportions. The logo may only be scaled proportionally. The logo may in it's entirely be displayed using the exact colors used by Neo Technology or shown at http://neo4j.com/style-guide.
- **Use of word mark.** We encourage you to use the word form of the Trademark (as opposed to the logo), because using the word form is easier to do without violating this policy. You may use the word form of the Trademarks – Neo4j and Cypher. No other capitalization should be used. Use of the word form of the trademark should be in the same font and style as the surrounding text.
- **Trademarks are adjectives.** Always use the Trademarks as adjectives, and not as a verb or noun or in the possessive or plural forms. Examples of proper use: Neo4j Software, Neo4j Software application. Examples of improper use: Custom Neo4j or I Neo4j-ed my system.
- **Accompanying symbol**. The first or most prominent mention of a Neo Technology Trademark should be accompanied by a symbol indicating whether the mark is a registered trademark ("R") or an unregistered trademark ("tm").
- **Attribution**. The fact that the Trademarks are owned by Neo Technology should be stated (e.g., "[Neo4j] is a trademark of Neo Technology, Inc.") in a footnote or similar place, in reasonably legible position and size.
- **Separation**. The Neo Technology logos must be used as standalone icons, without any other third-party logos and/or trademarks combined or associated with them. A margin of at least the size of [describe letter or graphical feature of the logo] on the logo should be left empty around the logo in the background color of the displayed logo.

**Possible Infringements.** Please help us by reporting any possible infringement of any Trademark by contacting us at the e-mail address below.

webinfo@neotechnology.com

Policy Updates

Neo Technology reserves the right to modify this Trademark Policy at any time. You should review this Trademark Policy from time to time so that you will be aware of any updates. Any updates will apply as soon as they are posted on this page.

Questions

Neo Technology has tried to make this Trademark Policy as comprehensive and understandable as possible. If you are considering a use of a Trademark that is not covered by the policy, and you are unsure whether that use would run afoul of this Trademark Policy, please feel free to contact us. Also, we welcome your suggestions as to how to make this Trademark Policy better and more workable for our community. We like hearing from you!

*Updated October 13, 2015*

