1 JOHN D. PERNICK, SBN 155468
  jpernick@be-law.com
2 BERGESON, LLP
  111 North Market Street, Suite 600
3 San Jose, CA  95113
  Telephone:    (408) 291-6200
4 Facsimile:    (408) 297-6000

5 Attorneys for Defendant
  GRAPH FOUNDATION, INC.
6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10

11 | NEO4J, INC., a Delaware corporation | Case No. 5:19-CV-06226-EJD |
   |---|---|
12 |  Plaintiff, | **STIPULATION EXTENDING BRIEFING DEADLINES ON TO MOVE TO STRIKE AND ADDITIONAL DISCOVERY RESPONSES AND [PROPOSED] ORDER** |
13 | vs. | |
14 | GRAPH FOUNDATION, INC., an Ohio corporation, | |
15 | | |
16 | Defendant. | |

1  Plaintiff Neo4J, Inc. ("Plaintiff"), by and through its attorneys of record, and Defendant
2  Graph Foundation, Inc. ("Defendant"), by and through its attorney, John D. Pernick, Esq.,
3  (Plaintiff and Defendant, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:
4  WHEREAS, Defendant filed its Second Amended Answer to the Complaint on June 12,
5  2020.
6  WHEREAS, on June 26, 2020, Plaintiff filed its Motion to Strike the Second and Fourth
7  Affirmative Defenses of the Second Amended Answer. The hearing on the Motion to Strike is set
8  for August 13, 2020.
9  WHEREAS, Defendant's Opposition to the Motion to Strike is currently due on July 10,
10 2020.
11 WHEREAS, in response to Motions to Compel brought by Plaintiff, the Court has ordered
12 Defendant to provide additional responses to Plaintiff's Interrogatories and Requests for
13 Production by July 8, 2020.
14 WHEREAS, Defendant has requested, and Plaintiff has agreed to extensions of the
15 deadlines for Defendant's Opposition to the Motion to Strike and Defendant's additional
16 discovery responses.
17 IT IS HEREBY STIPULATED THAT:
18 1.  The deadline for Defendant to serve additional discovery responses in accordance
19 with the Court's June 25, 2020 Order is extended to July 10, 2020.
20 2.  The deadline for Defendant to file its opposition to Plaintiff's Motion to Strike is
21 extended to July 17, 2020
22 3.  The deadline for Plaintiff to file its reply to Defendant's opposition to Plaintiff's
23 Motion to strike is extended to July 24, 2020.
24
25
26
27
28

Dated:  July 8, 2020                              BERGESON, LLP

                                                  By:   */s/  John D. Pernick*
                                                        John D. Pernick
                                                        Attorneys for Defendant
                                                        GRAPH FOUNDATION, INC.

Dated:  July 8, 2020                              HOPKINS & CARLEY

                                                  By:   */s/ Cary Chien*
                                                        John V. Picone III
                                                        Jeffrey M. Ratinoff
                                                        Cary Chien
                                                        Attorneys for Plaintiff
                                                        NEO4J, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                                  United States District Judge

## **ATTESTATION**

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING BRIEFING DEADLINES ON TO MOVE TO STRIKE AND ADDITIONAL DISCOVERY RESPONSES AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:  July 8, 2020            By:   */s/ John D. Pernick*
                                      John D. Pernick