JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:     (408) 291-6200
Facsimile:      (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation,<br><br>    Defendant. | Case No. 5:19-CV-06226-EJD<br><br>**STIPULATION EXTENDING BRIEFING DEADLINES ON TO MOVE TO STRIKE AND ADDITIONAL DISCOVERY RESPONSES AND [PROPOSED] ORDER** |

1  Plaintiff Neo4J, Inc. ("Plaintiff"), by and through its attorneys of record, and Defendant Graph Foundation, Inc. ("Defendant"), by and through its attorney, John D. Pernick, Esq., (Plaintiff and Defendant, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Defendant filed its Second Amended Answer to the Complaint on June 12, 2020.

WHEREAS, on June 26, 2020, Plaintiff filed its Motion to Strike the Second and Fourth Affirmative Defenses of the Second Amended Answer. The hearing on the Motion to Strike is set for August 13, 2020.

WHEREAS, Defendant's Opposition to the Motion to Strike is currently due on July 10, 2020.

WHEREAS, in response to Motions to Compel brought by Plaintiff, the Court has ordered Defendant to provide additional responses to Plaintiff's Interrogatories and Requests for Production by July 8, 2020.

WHEREAS, Defendant has requested, and Plaintiff has agreed to extensions of the deadlines for Defendant's Opposition to the Motion to Strike and Defendant's additional discovery responses.

IT IS HEREBY STIPULATED THAT:

1. The deadline for Defendant to serve additional discovery responses in accordance with the Court's June 25, 2020 Order is extended to July 10, 2020.

2. The deadline for Defendant to file its opposition to Plaintiff's Motion to Strike is extended to July 17, 2020

3. The deadline for Plaintiff to file its reply to Defendant's opposition to Plaintiff's Motion to strike is extended to July 24, 2020.

| | |
|---|---|
| Dated: July 8, 2020 | BERGESON, LLP |
| | By:  */s/ John D. Pernick*<br>John D. Pernick<br>Attorneys for Defendant<br>GRAPH FOUNDATION, INC. |
| Dated: July 8, 2020 | HOPKINS & CARLEY |
| | By:  */s/ Cary Chien*<br>John V. Picone III<br>Jeffrey M. Ratinoff<br>Cary Chien<br>Attorneys for Plaintiff<br>NEO4J, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 9, 2020

_____
United States Magistrate Judge

### ATTESTATION

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING BRIEFING DEADLINES ON TO MOVE TO STRIKE AND ADDITIONAL DISCOVERY RESPONSES AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated: July 8, 2020     By:  */s/ John D. Pernick*
John D. Pernick