1  John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
A Law Corporation
4  The Letitia Building
70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
P.O. Box 1469
7  San Jose, CA 95109-1469
Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
NEO4J, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  NEO4J, INC., a Delaware corporation,          CASE NO.  5:19-cv-06226-EJD

14              Plaintiff,                    **JOINT STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
15        v.                                 AMENDED COMPLAINT**

16  GRAPH FOUNDATION, INC., an Ohio
corporation,

17
            Defendant.
18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3568385.3

JOINT STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; 5:19-CV-06226-EJD

1    Plaintiff Neo4j, Inc. ("Neo4j USA" or "Plaintiff") and Defendant Graph Foundation, Inc.

2    ("GFI" or "Defendant") submit the following Joint Stipulation and request that the Court grant

3    Neo4j USA leave to file the First Amended Complaint attached hereto as **Exhibit A** pursuant to

4    Rules 15(a) and 20(a) of the Federal Rules of Civil Procedure:

5    WHEREAS, Neo4j USA filed the original Complaint in this action on October 1, 2019

6    (Dkt. No. 1);

7    WHEREAS, Plaintiff seeks to file a First Amended Complaint that, *inter alia*, (a) sets

8    forth additional factual allegations supporting its claims asserted under the Lanham Act and

9    California's Unfair Competition Law; (b) adds a new claim alleging that GFI violated the Digital

10    Millennium Copyright Act ("DMCA") and Neo4j USA suffered injury as a result thereof; and (c)

11    a new unfair and fraudulent business practices claim pursuant to California's Unfair Competition

12    Law, Cal. Bus. & Prof. Code §§ 17200 et seq., which is based on evidence discovered after the

13    filing of the original Complaint;

14    WHEREAS, Plaintiff also seeks to file a First Amended Complaint naming Graph Grid,

15    Inc. and AtomRain Inc. as alleged alter egos to GFI and as Defendants to the aforementioned

16    additional claims asserted pursuant to the DMCA and California's Unfair Competition Law, Cal.

17    Bus. & Prof. Code §§ 17200 et seq.;

18    WHEREAS, Plaintiff seeks to file a First Amended Complaint where Neo4j Sweden AB

19    ("Neo4j Sweden") asserts a claim for breach of licensing agreement against GFI and joins in the

20    new DMCA claim pursuant to Federal Rule of Civil Procedure 20(a)(1) because (a) it has the

21    right to seek relief as the underlying copyright owner; (b) the alleged violations of the DMCA

22    arise out of the same series of transactions and occurrences as the other claims asserted in the

23    First Amended Complaint; and (c) questions of law and fact common to all plaintiffs will arise in

24    relation thereto;

25    WHEREAS a copy of Neo4j USA and Neo4j Sweden's proposed First Amended

26    Complaint attached hereto as Exhibit A;

27    WHEREAS, the filing of this stipulation constitutes notice and service of the First

28    Amended Complaint on GFI who shall have thirty (30) days to respond thereto from the date of

1   the filing of this stipulation, without prejudice to GFI seeking additional time to respond through

2   motion or stipulation at a later date;

3         WHEREAS, the filing of the Amended Complaint will require GFI to file a response

4   thereto that supersedes its current answer, and as a result, Neo4j USA's pending motion to strike

5   is mooted without prejudice to Neo4j USA's right to file a motion strike any answer GFI may file

6   in response to the First Amended Complaint pursuant to Federal Rule of Civil Procedure Rule

7   12(f) or any other motion pursuant to Federal Rule of Civil Procedure Rule 12;

8         WHEREAS, in the interest of judicial economy, GFI agrees that should the Court grant,

9   without leave to amend, Neo4j USA's pending motion to dismiss the Related Defendants'

10  trademark abandonment counterclaim and affirmative defense based on the theory of naked

11  licensing in the Related Case, Case No. 5:18-cv-07182-EJD, GFI agrees be bound by that

12  decision and, depending upon if and when the Court so rules on Neo4j USA's motion to dismiss

13  in the Related Case, GFI will either (a) not re-allege an Affirmative Defense for Naked License

14  Abandonment of Trademark in any answer or counterclaim that it may file in response to the First

15  Amended Complaint; or (b) will dismiss any counterclaim or affirmative defense based on similar

16  facts asserted in response to the First Amended Complaint.

17        WHEREAS, should the Court grant, without leave to amend, Neo4j USA's pending

18  motion to dismiss the Related Defendants' aforementioned trademark abandonment counterclaim

19  and affirmative defense, GFI may seek leave to amend to reassert a trademark abandonment

20  counterclaim and/or affirmative defense only upon the newly discovered facts that were not

21  otherwise discoverable with reasonable diligence as of the time of this stipulation.

22        WHEREAS, should the Court grant, with leave to amend, Neo4j USA's pending motion

23  to dismiss the Related Defendants' trademark abandonment counterclaim and affirmative defense

24  based on the theory of naked licensing in the Related Cased, GFI agrees be bound by that

25  decision and, depending upon when the Court rules on Neo4j USA's motion to dismiss in the

26  related case, will conform any affirmative defense or counterclaim based on naked license

27  abandonment of trademark that it may file in response to the First Amended Complaint.

28        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3568385.3

- 3 -

through their respective attorneys of record that:

(1)    Neo4j USA and Neo4j Sweden may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the First Amended Complaint attached hereto as Exhibit A;

(2)    Neo4j Sweden may join in the First Amended Complaint pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure; and

(3)    GFI shall have thirty (30) days to respond to the First Amended Complaint from the date of the filing of this stipulation, without prejudice to GFI seeking additional time to respond through motion or stipulation at a later date.

(4)    Neo4j USA's pending motion to strike is terminated without prejudice as moot.

Dated:  July 14, 2020                                              HOPKINS & CARLEY
                                                                               A Law Corporation


                                                                    By:  */s/ Jeffrey M. Ratinoff*
                                                                           Jeffrey M. Ratinoff
                                                                           Attorneys for Plaintiff
                                                                           NEO4J, INC.


Dated:  July 14, 2020                                              BERGESON, LLP


                                                                    By:  */s/ John D. Pernick*
                                                                           John D. Pernick
                                                                           Attorneys for Defendant
                                                                           GRAPH FOUNDATION, INC.



        PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:   July 16, 2020
                                                                    Hon. Edward J. Davila
                                                                    U.S. DISTRICT COURT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO