John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | CASE NO.  5:19-cv-06226-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| AND RELATED COUNTERCLAIMS. | |

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB ("Plaintiffs") hereby request the Court remove attorney Cary Chien as counsel of

///

///

815\3574937.1

NOTICE OF WITHDRAWAL OF COUNSEL                                                         5:19-CV-06226-EJD

1  record in this matter.  Plaintiffs respectfully request that the Court remove Cary Chien from the

2  service list.  All other listed counsel of record for Plaintiffs will remain the same.

4  Dated: July 24, 2020　　　　　　　　　　　　HOPKINS & CARLEY
　　　　　　　　　　　　　　　　　　　　　　　　A Law Corporation

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Cary Chien*
　　　　　　　　　　　　　　　　　　　　　　　　　　　John V. Picone III
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Ratinoff
　　　　　　　　　　　　　　　　　　　　　　　　　　　Cary Chien
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs and
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counter-Defendants
　　　　　　　　　　　　　　　　　　　　　　　　　　　NEO4J, INC. and NEO4J SWEDEN AB