AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation <br><br> _Plaintiff(s)_ <br><br> v. <br><br> GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:19-cv-06226-EJD |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   AtomRain Inc.
c/o InCorp Services, Inc., Agent for Service of Process
5716 Corsa Avenue, Suite 110
Westlake Village, CA 91362-7354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      John V. Picone III
Jeffrey M. Rationoff
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

_Cindy Hernandez_

Date:   7/24/2020

_Signature of Clerk or Deputy Clerk_

Civil Action No.  5:19-cv-06226-EJD

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                                       *Server's signature*

                                                                 _____

                                                                       *Printed name and title*


                                                                 _____

                                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-CV-06226-EJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATOMRAIN INC. C/O INCORP SERVICES, INC. (AGENT FOR SERVICE) was received by me on *(date)* 07/27/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOURDAN CERRILLO , who is designated by law to accept service of process on behalf of *(name of organization)* ATOMRAIN INC. C/O INCORP SERVICES, INC. (AGENT FOR SERVICE) on *(date)* Thu, Jul 30 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/31/2020

_____
*Server's signature*

ANTHONY FULLER/ PROCESS SERVER
REG #: 427 COUNTY: VENTURA
_____
*Printed name and title*

LEGAL PURSUIT INC. 22 W. St. John Street # B, SAN JOSE, CA 95113 (408) 288-4105
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2020, 11:40 am PDT at Company: 5716 Corsa Ave SUITE 110, Westlake Village, CA 91362 received by ATOMRAIN INC. C/O INCORP SERVICES, INC. (AGENT FOR SERVICE) .