1  JOHN D. PERNICK, SBN 155468
   jpernick@be-law.com
2  BERGESON, LLP
   111 North Market Street, Suite 600
3  San Jose, CA  95113
   Telephone:     (408) 291-6200
4  Facsimile:      (408) 297-6000

5  Attorneys for Defendant
   GRAPH FOUNDATION, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | NEO4J, INC., a Delaware corporation, and | Case No. 5:19-CV-06226-EJD
   | NEO4J SWEDEN AB, a Swedish corporation |
12 |                                         | **STIPULATION SETTING FILING AND**
   |              Plaintiffs,                 | **BRIEFING SCHEDULE FOR MOTIONS IN**
13 |                                         | **RESPONSE TO FIRST AMENDED**
   |     vs.                                  | **COMPLAINT [PROPOSED] ORDER**
14 |                                         |
   | GRAPH FOUNDATION, INC., an Ohio         |
15 | corporation, GRAPHGRID, INC., and       |
   | ATOMRAIN, INC., a Nevada corporation    |
16 |                                         |
17 |              Defendants.                 |

1  Plaintiffs Neo4J, Inc. and Neo4J Sweden AB ("Plaintiffs"), and Defendants Graph
2  Foundation, Inc. ("GFI"), GraphGrid, Inc. ("GraphGrid") and AtomRain, Inc. ("AtomRain" and
3  with GFI and GraphGrid, "Defendants"), by and through their counsel of record (Plaintiffs and
4  Defendants, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:
5  WHEREAS, Plaintiffs filed their First Amended Complaint on July 16, 2020.
6  WHEREAS, the deadline for GFI's response to the First Amended Complaint is currently
7  August 13, the deadline for GraphGrid's response to the First Amended Complaint is August 20
8  and the deadline for AtomRain's response to the First Amended Complaint is August 21, 2020.
9  WHEREAS, Defendants anticipate filing motions to dismiss and or motions to strike in
10 response to the First Amended Complaint.
11 WHEREAS, Defendant GFI has reserved October 29, 2020 with the Court as the hearing
12 date for its motion to dismiss and/or motion to strike.
13 WHEREAS, in the interest of addressing the issues raised by Defendants' motions
14 efficiently and in the interest of judicial economy, the Parties have agreed that all of Defendants'
15 motions should be filed and briefed on the same schedule and heard by the Court at the same
16 hearing.
17 IT IS HEREBY STIPULATED THAT:
18 1.  The deadline for Defendants to respond to the First Amended Complaint is August
19 21, 2020.
20 2.  For any motion to dismiss or motion to strike filed by a Defendant in response to
21 the First Amended Complaint, Plaintiffs' opposition to that motion or motions shall be filed on or
22 before September 21, 2020.
23 3.  For any motion to dismiss or motion to strike filed by a Defendant in response to
24 the First Amended Complaint, the Defendant's reply with respect to that motion shall be filed on
25 or before October 6, 2020.
26 4.  The hearing on any motions to dismiss or motions to strike filed in response to the
27 First Amended Complaint shall be held on October 29, 2020 at 9:00 a.m.
28

Dated:  August 12, 2020                          BERGESON, LLP

                                                 By:   */s/ John D. Pernick*
                                                       John D. Pernick
                                                       Attorneys for Defendant
                                                       GRAPH FOUNDATION, INC.

Dated:  August 12, 2020                          HOPKINS & CARLEY

                                                 By:   */s/ Jeffrey M. Ratinoff*
                                                       John V. Picone III
                                                       Jeffrey M. Ratinoff
                                                       Attorneys for Plaintiffs
                                                       NEO4J, INC. and NEO4J SWEDEN AB

Dated:  August 12, 2020                          SKAGGS FAUCETTE LLP

                                                 By:   */s/ Jeffrey E. Faucette*
                                                       Jeffrey E. Faucette
                                                       Attorneys for Defendants
                                                       GRAPHGRID, INC. and ATOMRAIN INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____                   _____
                                                 United States District Judge

## **ATTESTATION**

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING TIME FOR PLAINTIFF TO MOVE TO STRIKE AND [PROPOSED] ORDER.**  In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:  August 12, 2020              By:   */s/ John D. Pernick*
                                           John D. Pernick