1  JOHN D. PERNICK, SBN 155468
   jpernick@be-law.com
2  BERGESON, LLP
   111 North Market Street, Suite 600
3  San Jose, CA  95113
   Telephone:    (408) 291-6200
4  Facsimile:    (408) 297-6000

5  Attorneys for Defendant
   GRAPH FOUNDATION, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  NEO4J, INC., a Delaware corporation, and         Case No. 5:19-CV-06226-EJD
    NEO4J SWEDEN AB, a Swedish corporation
12                                                   **STIPULATION SETTING FILING AND
                        Plaintiffs,                  BRIEFING SCHEDULE FOR MOTIONS IN
13                                                   RESPONSE TO FIRST AMENDED
         vs.                                         COMPLAINT [PROPOSED] ORDER**
14
    GRAPH FOUNDATION, INC., an Ohio
15  corporation, GRAPHGRID, INC., and
    ATOMRAIN, INC., a Nevada corporation
16

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Neo4J, Inc. and Neo4J Sweden AB ("Plaintiffs"), and Defendants Graph Foundation, Inc. ("GFI"), GraphGrid, Inc. ("GraphGrid") and AtomRain, Inc. ("AtomRain" and with GFI and GraphGrid, "Defendants"), by and through their counsel of record (Plaintiffs and Defendants, collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs filed their First Amended Complaint on July 16, 2020.

WHEREAS, the deadline for GFI's response to the First Amended Complaint is currently August 13, the deadline for GraphGrid's response to the First Amended Complaint is August 20 and the deadline for AtomRain's response to the First Amended Complaint is August 21, 2020.

WHEREAS, Defendants anticipate filing motions to dismiss and or motions to strike in response to the First Amended Complaint.

WHEREAS, Defendant GFI has reserved October 29, 2020 with the Court as the hearing date for its motion to dismiss and/or motion to strike.

WHEREAS, in the interest of addressing the issues raised by Defendants' motions efficiently and in the interest of judicial economy, the Parties have agreed that all of Defendants' motions should be filed and briefed on the same schedule and heard by the Court at the same hearing.

IT IS HEREBY STIPULATED THAT:

1. The deadline for Defendants to respond to the First Amended Complaint is August 21, 2020.

2. For any motion to dismiss or motion to strike filed by a Defendant in response to the First Amended Complaint, Plaintiffs' opposition to that motion or motions shall be filed on or before September 21, 2020.

3. For any motion to dismiss or motion to strike filed by a Defendant in response to the First Amended Complaint, the Defendant's reply with respect to that motion shall be filed on or before October 6, 2020.

4. The hearing on any motions to dismiss or motions to strike filed in response to the First Amended Complaint shall be held on October 29, 2020 at 9:00 a.m.

Dated: August 12, 2020                                BERGESON, LLP

                                                      By: */s/ John D. Pernick*
                                                      John D. Pernick
                                                      Attorneys for Defendant
                                                      GRAPH FOUNDATION, INC.

Dated: August 12, 2020                                HOPKINS & CARLEY

                                                      By: */s/ Jeffrey M. Ratinoff*
                                                      John V. Picone III
                                                      Jeffrey M. Ratinoff
                                                      Attorneys for Plaintiffs
                                                      NEO4J, INC. and NEO4J SWEDEN AB

Dated: August 12, 2020                                SKAGGS FAUCETTE LLP

                                                      By: */s/ Jeffrey E. Faucette*
                                                      Jeffrey E. Faucette
                                                      Attorneys for Defendants
                                                      GRAPHGRID, INC. and ATOMRAIN INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____August 12, 2020_____       _____
                                          United States District Judge

## **ATTESTATION**

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING TIME FOR PLAINTIFF TO MOVE TO STRIKE AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated: August 12, 2020          By: */s/ John D. Pernick*
                                John D. Pernick