JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 295-1197
Facsimile: (888) 980-6547
E-mail: jeff@skaggsfaucette.com

Attorneys for Defendants GRAPHGRID, INC.
and ATOMRAIN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | Case No.: 5:19-cv-06226-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GRAPHGRID, INC. AND ATOMRAIN INC.'S MOTION TO DISMISS**<br><br>**(FRCP 9(b) & 12(b)(6))**<br><br>Date Action Filed: October 1, 2019<br><br>Date: October 29, 2020<br>Time: 9:00 a.m.<br>Location: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

On October 29, 2020, Defendants GraphGrid, Inc. and AtomRain Inc.'s Motion to Dismiss came on for hearing in the above-captioned case. The Court, having considered all papers and evidence submitted in support of and in opposition to the motion, the pertinent pleadings, and the applicable law, and finding good cause therefore, hereby **GRANTS** Defendants' Motion to Dismiss the Fifth and Seventh Causes of Action against Defendants GraphGrid and AtomRain..

**IT IS SO ORDERED.**

Dated _____   _____
Hon. Edward J. Davila
United States District Judge