JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone:   (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation<br><br>Plaintiffs,<br><br>vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., and ATOMRAIN INC., a Nevada corporation<br><br>Defendant. | Case No. 5:19-CV-06226-EJD<br><br>**DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS**<br><br>Date: October 29, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

John D. Pernick declares as follows:

1. I am attorney duly licensed to practice in the State of California and duly admitted to practice before this Court. I am a member of Bergeson, LLP, counsel of record for defendant Graph Foundation, Inc. ("GFI") in this action. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, could and would testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the GNU Affero General Public License version 3 (AGPLv3) by Free Software Foundation from the GNU website (URL: http://www.gnu.org). I printed out Exhibit 1 from the GNU website.

3. Attached as Exhibit 2 is a true and correct copy of the Neo4j Sweden Software License referenced in the Amended Complaint. This license is located at the Neo4j GitHub repository at https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt. I printed out Exhibit 2 from this website.

4. Attached as Exhibit 3 is a true and correct copy of the contents page for enterprise/neo4j-enterprise source code files from the ONgDB GitHub repository page https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/neo4j-enterprise. The contents page shows both the LICENSE.txt file referenced in the Amended Complaint at paragraph 68 and Exhibit 36 as well as the NOTICE.txt file referenced in the Motion to Dismiss. The printouts at Exhibit 36 of the Amended Complaint are comprised of LICENSE.txt files from various source code folders from version 3.5.9 of ONgDB, including the LICENSE.txt file described on this contents page. I printed out Exhibit 3 from this website.

5. Attached as Exhibit 4 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/auth-plugin-api/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/auth-plugin-api. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

6. Attached as Exhibit 5 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/backup/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/backup.  Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

7. Attached as Exhibit 6 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/causal-clustering/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/causal-clustering.  Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

8. Attached as Exhibit 7 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cluster/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cluster.  Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

9. Attached as Exhibit 8 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/com/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/com.  Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available

1  through that same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt
2  webpage.
3     10.    Attached as Exhibit 9 is a true and correct copy of the contents of the NOTICE.txt
4  page located at
5  https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/acceptance-spec-
6  suite/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
7  through the webpage
8  https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/acceptance-spec-suite.
9  Exhibit 36 to the Amended Complaint contains a printout with information obtained from the
10 LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from
11 the above NOTICE.txt webpage.
12    11.    Attached as Exhibit 10 is a true and correct copy of the contents of the NOTICE.txt
13 page located at
14 https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/compatability-spec-
15 suite/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
16 through the webpage
17 https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/compatability-spec-suite.
18 Exhibit 36 to the Amended Complaint contains a printout with information obtained from the
19 LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from
20 the above NOTICE.txt webpage.
21    12.    Attached as Exhibit 11 is a true and correct copy of the contents of the NOTICE.txt
22 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/compiled-
23 expressions/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
24 through the webpage
25 https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/compiled-expressions.
26 Exhibit 36 to the Amended Complaint contains a printout with information obtained from the
27 LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from
28 the above NOTICE.txt webpage.

13. Attached as Exhibit 12 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/cypher/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/cypher. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

14. Attached as Exhibit 13 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/morsel-runtime/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/morsel-runtime. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

15. Attached as Exhibit 14 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/pysical-planning/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/physical-planning. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

16. Attached as Exhibit 15 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/cypher/slotted-runtime/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage

1  https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/cypher/clotted-runtime.  Exhibit
2  36 to the Amended Complaint contains a printout with information obtained from the
3  LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file from
4  the above NOTICE.txt webpage.

5       17.     Attached as Exhibit 16 is a true and correct copy of the contents of the NOTICE.txt
6  page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/deferred-
7  locks/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
8  through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/deferred-
9  locks.  Exhibit 36 to the Amended Complaint contains a printout with information obtained from
10 the LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt file
11 from the above NOTICE.txt webpage.

12      18.     Attached as Exhibit 17 is a true and correct copy of the contents of the NOTICE.txt
13 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/ha/NOTICE.txt.
14 This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage
15 https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/ha.  Exhibit 36 to the Amended
16 Complaint contains a printout with information obtained from the LICENSE.txt file available
17 through that same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt
18 webpage.

19      19.     Attached as Exhibit 18 is a true and correct copy of the contents of the NOTICE.txt
20 page located at
21 https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/kernal/NOTICE.txt.  This is the
22 NOTICE.txt file for the ONgDB source code files accessible through the webpage
23 https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/kernal.  Exhibit 36 to the
24 Amended Complaint contains a printout with information obtained from the LICENSE.txt file
25 available through that same web page.  I printed out the NOTICE.txt file from the above
26 NOTICE.txt webpage.

27      20.     Attached as Exhibit 19 is a true and correct copy of the contents of the NOTICE.txt
28 page located at

1  https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/management/NOTICE.txt.  This
2  is the NOTICE.txt file for the ONgDB source code files accessible through the webpage
3  https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/management.  Exhibit 36 to the
4  Amended Complaint contains a printout with information obtained from the LICENSE.txt file
5  available through that same web page.  I printed out the NOTICE.txt file from the above
6  NOTICE.txt webpage.
7         21.    Attached as Exhibit 20 is a true and correct copy of the contents of the NOTICE.txt
8  page located at
9  https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/metrics/NOTICE.txt.  This is the
10 NOTICE.txt file for the ONgDB source code files accessible through the webpage
11 https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/metrics.  Exhibit 36 to the
12 Amended Complaint contains a printout with information obtained from the LICENSE.txt file
13 available through that same web page.  I printed out the NOTICE.txt file from the above
14 NOTICE.txt webpage.
15         22.    Attached as Exhibit 21 is a true and correct copy of the contents of the NOTICE.txt
16 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/neo4j-
17 enterprise/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
18 through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/neo4j-
19 enterprise.  Exhibit 36 to the Amended Complaint contains a printout with information obtained
20 from the LICENSE.txt file available through that same web page.  I printed out the NOTICE.txt
21 file from the above NOTICE.txt webpage.
22         23.    Attached as Exhibit 22 is a true and correct copy of the contents of the NOTICE.txt
23 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/neo4j-harness-
24 enterprise/NOTICE.txt.  This is the NOTICE.txt file for the ONgDB source code files accessible
25 through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/neo4j-
26 harness-enterprise.  Exhibit 36 to the Amended Complaint contains a printout with information
27 obtained from the LICENSE.txt file available through that same web page.  I printed out the
28 NOTICE.txt file from the above NOTICE.txt webpage.

24. Attached as Exhibit 23 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/procedure-compiler-enterprise-tests/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/procedure-compiler-enterprise-tests. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

25. Attached as Exhibit 24 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/query-logging/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/query-logging. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

26. Attached as Exhibit 25 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/security/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/security. Exhibit 36 to the Amended Complaint contains a printout with information obtained from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt webpage.

27. Attached as Exhibit 26 is a true and correct copy of the contents of the NOTICE.txt page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/enterprise/server-enterprise/NOTICE.txt. This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage https://github.com/graphfoundation/ongdb/tree/3.5.9/enterprise/server-enterprise. Exhibit 36 to the Amended Complaint contains a printout with information obtained

1 from the LICENSE.txt file available through that same web page. I printed out the NOTICE.txt
2 file from the above NOTICE.txt webpage.
3     28.     Attached as Exhibit 27 is a true and correct copy of the contents of the NOTICE.txt
4 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/integrationtests/NOTICE.txt.
5 This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage
6 https://github.com/graphfoundation/ongdb/tree/3.5.9/integrationtests. Exhibit 36 to the Amended
7 Complaint contains a printout with information obtained from the LICENSE.txt file available
8 through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt
9 webpage.
10     29.     Attached as Exhibit 28 is a true and correct copy of the contents of the NOTICE.txt
11 page located at
12 https://github.com/graphfoundation/ongdb/blob/3.5.9/packaging/standalone/NOTICE.txt. This is
13 the NOTICE.txt file for the ONgDB source code files accessible through the webpage
14 https://github.com/graphfoundation/ongdb/tree/3.5.9/packaging/standalone. Exhibit 36 to the
15 Amended Complaint contains a printout with information obtained from the LICENSE.txt file
16 available through that same web page. I printed out the NOTICE.txt file from the above
17 NOTICE.txt webpage.
18     30.     Attached as Exhibit 29 is a true and correct copy of the contents of the NOTICE.txt
19 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/stresstests/NOTICE.txt.
20 This is the NOTICE.txt file for the ONgDB source code files accessible through the webpage
21 https://github.com/graphfoundation/ongdb/tree/3.5.9/stresstests. Exhibit 36 to the Amended
22 Complaint contains a printout with information obtained from the LICENSE.txt file available
23 through that same web page. I printed out the NOTICE.txt file from the above NOTICE.txt
24 webpage.
25     31.     Attached as Exhibit 30 is a true and correct copy of the contents of the NOTICE.txt
26 page located at https://github.com/graphfoundation/ongdb/blob/3.5.9/tools/NOTICE.txt. This is
27 the NOTICE.txt file for the ONgDB source code files accessible through the webpage
28 https://github.com/graphfoundation/ongdb/tree/3.5.9/tools. Exhibit 36 to the Amended Complaint

1  contains a printout with information obtained from the LICENSE.txt file available through that
2  same web page.  I printed out the NOTICE.txt file from the above NOTICE.txt webpage.
3       32.   Attached as Exhibit 31 is a true and correct copy of contents page
4  https://github.com/graphfoundation/ongdb/tree/3.5.9/packaging for source code files from the
5  ONgDB GitHub repository.  The contents page shows the "standalone" folder.  Attached as
6  Exhibit 32 is a true and correct copy of the contents page from that standalone folder,
7  https://github.com/graphfoundation/ongdb/tree/3.5.9/packaging/standalone.  The NOTICE.txt file
8  attached as Exhibit 28 is shown on that contents page.  I printed out Exhibits 32 and 32 from these
9  webpages.
10      I declare under penalty of perjury under the laws of the State of California that the
11  foregoing is true and correct.
12      Executed this 21st day of August, 2020 in Alameda, California.

_____
John D. Pernick