# EXHIBIT 1

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

**We can't live, work, or learn in freedom unless the software we use is free.**
Become an associate member and join the free software movement in defending your freedoms before August 7th! *Read more >*

**Join Today**
183
200 members

# GNU Affero General Public License



- Why the Affero GPL
- Frequently Asked Questions
- How to use GNU licenses for your own software
- Translations of the GNU AGPL
- The GNU AGPL in other formats: plain text, Docbook, LaTeX, standalone HTML, Texinfo, Markdown, ODF, RTF
- GNU AGPL logos to use with your project
- What to do if you see a possible GNU AGPL violation

---

## GNU AFFERO GENERAL PUBLIC LICENSE

Version 3, 19 November 2007

Copyright © 2007 Free Software Foundation, Inc. <https://fsf.org/>
Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

## Preamble

The GNU Affero General Public License is a free, copyleft license for software and other kinds of works, specifically designed to ensure cooperation with the community in the case of network server software.

The licenses for most software and other practical works are designed to take away your freedom to share and change the works. By contrast, our General Public Licenses are intended to guarantee your freedom to share and change all versions of a program--to make sure it remains free software for all its users.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for them if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs, and that you know you can do these things.

Developers that use our General Public Licenses protect your rights with two steps: (1) assert copyright on the software, and (2) offer you this License which gives you legal permission to copy, distribute and/or modify the software.

A secondary benefit of defending all users' freedom is that improvements made in alternate versions of the program, if they receive widespread use, become available for other developers to incorporate. Many developers of free software are heartened and encouraged by the resulting cooperation. However, in the case of software used on network servers, this result may fail to come about. The GNU General Public License permits making a modified version and letting the public access it on a server without ever releasing its source code to the public.

The GNU Affero General Public License is designed specifically to ensure that, in such cases, the modified source code becomes available to the community. It requires the operator of a network server to provide the

Case 5:19-cv-06226-EJD   Document 75-3   Filed 06/23/20   Page 3 of 138

source code of the modified version running there to the users of that server. Therefore, public use of a modified version, on a publicly accessible server, gives the public access to the source code of the modified version.

An older license, called the Affero General Public License and published by Affero, was designed to accomplish similar goals. This is a different license, not a version of the Affero GPL, but Affero has released a new version of the Affero GPL which permits relicensing under this license.

The precise terms and conditions for copying, distribution and modification follow.

## TERMS AND CONDITIONS

### 0. Definitions.

"This License" refers to version 3 of the GNU Affero General Public License.

"Copyright" also means copyright-like laws that apply to other kinds of works, such as semiconductor masks.

"The Program" refers to any copyrightable work licensed under this License. Each licensee is addressed as "you". "Licensees" and "recipients" may be individuals or organizations.

To "modify" a work means to copy from or adapt all or part of the work in a fashion requiring copyright permission, other than the making of an exact copy. The resulting work is called a "modified version" of the earlier work or a work "based on" the earlier work.

A "covered work" means either the unmodified Program or a work based on the Program.

To "propagate" a work means to do anything with it that, without permission, would make you directly or secondarily liable for infringement under applicable copyright law, except executing it on a computer or modifying a private copy. Propagation includes copying, distribution (with or without modification), making available to the public, and in some countries other activities as well.

To "convey" a work means any kind of propagation that enables other parties to make or receive copies. Mere interaction with a user through a computer network, with no transfer of a copy, is not conveying.

An interactive user interface displays "Appropriate Legal Notices" to the extent that it includes a convenient and prominently visible feature that (1) displays an appropriate copyright notice, and (2) tells the user that there is no warranty for the work (except to the extent that warranties are provided), that licensees may convey the work under this License, and how to view a copy of this License. If the interface presents a list of user commands or options, such as a menu, a prominent item in the list meets this criterion.

### 1. Source Code.

The "source code" for a work means the preferred form of the work for making modifications to it. "Object code" means any non-source form of a work.

A "Standard Interface" means an interface that either is an official standard defined by a recognized standards body, or, in the case of interfaces specified for a particular programming language, one that is widely used among developers working in that language.

The "System Libraries" of an executable work include anything, other than the work as a whole, that (a) is included in the normal form of packaging a Major Component, but which is not part of that Major Component, and (b) serves only to enable use of the work with that Major Component, or to implement a Standard Interface for which an implementation is available to the public in source code form. A "Major Component", in this context, means a major essential component (kernel, window system, and so on) of the specific operating system (if any) on which the executable work runs, or a compiler used to produce the work, or an object code interpreter used to run it.

The "Corresponding Source" for a work in object code form means all the source code needed to generate, install, and (for an executable work) run the object code and to modify the work, including scripts to control those activities. However, it does not include the work's System Libraries, or general-purpose tools or generally available free programs which are used unmodified in performing those activities but which are not part of the

work. For example, Corresponding Source includes interface definition files associated with source files for the work, and the source code for shared libraries and dynamically linked subprograms that the work is specifically designed to require, such as by intimate data communication or control flow between those subprograms and other parts of the work.

The Corresponding Source need not include anything that users can regenerate automatically from other parts of the Corresponding Source.

The Corresponding Source for a work in source code form is that same work.

## 2. Basic Permissions.

All rights granted under this License are granted for the term of copyright on the Program, and are irrevocable provided the stated conditions are met. This License explicitly affirms your unlimited permission to run the unmodified Program. The output from running a covered work is covered by this License only if the output, given its content, constitutes a covered work. This License acknowledges your rights of fair use or other equivalent, as provided by copyright law.

You may make, run and propagate covered works that you do not convey, without conditions so long as your license otherwise remains in force. You may convey covered works to others for the sole purpose of having them make modifications exclusively for you, or provide you with facilities for running those works, provided that you comply with the terms of this License in conveying all material for which you do not control copyright. Those thus making or running the covered works for you must do so exclusively on your behalf, under your direction and control, on terms that prohibit them from making any copies of your copyrighted material outside their relationship with you.

Conveying under any other circumstances is permitted solely under the conditions stated below. Sublicensing is not allowed; section 10 makes it unnecessary.

## 3. Protecting Users' Legal Rights From Anti-Circumvention Law.

No covered work shall be deemed part of an effective technological measure under any applicable law fulfilling obligations under article 11 of the WIPO copyright treaty adopted on 20 December 1996, or similar laws prohibiting or restricting circumvention of such measures.

When you convey a covered work, you waive any legal power to forbid circumvention of technological measures to the extent such circumvention is effected by exercising rights under this License with respect to the covered work, and you disclaim any intention to limit operation or modification of the work as a means of enforcing, against the work's users, your or third parties' legal rights to forbid circumvention of technological measures.

## 4. Conveying Verbatim Copies.

You may convey verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice; keep intact all notices stating that this License and any non-permissive terms added in accord with section 7 apply to the code; keep intact all notices of the absence of any warranty; and give all recipients a copy of this License along with the Program.

You may charge any price or no price for each copy that you convey, and you may offer support or warranty protection for a fee.

## 5. Conveying Modified Source Versions.

You may convey a work based on the Program, or the modifications to produce it from the Program, in the form of source code under the terms of section 4, provided that you also meet all of these conditions:

- a) The work must carry prominent notices stating that you modified it, and giving a relevant date.
- b) The work must carry prominent notices stating that it is released under this License and any conditions added under section 7. This requirement modifies the requirement in section 4 to "keep intact all notices".

Case 5:19-cv-06226-EJD Document 75-3 Filed 08/21/20 Page 5 of 138

- c) You must license the entire work, as a whole, under this License to anyone who comes into possession of a copy. This License will therefore apply, along with any applicable section 7 additional terms, to the whole of the work, and all its parts, regardless of how they are packaged. This License gives no permission to license the work in any other way, but it does not invalidate such permission if you have separately received it.
- d) If the work has interactive user interfaces, each must display Appropriate Legal Notices; however, if the Program has interactive interfaces that do not display Appropriate Legal Notices, your work need not make them do so.

A compilation of a covered work with other separate and independent works, which are not by their nature extensions of the covered work, and which are not combined with it such as to form a larger program, in or on a volume of a storage or distribution medium, is called an "aggregate" if the compilation and its resulting copyright are not used to limit the access or legal rights of the compilation's users beyond what the individual works permit. Inclusion of a covered work in an aggregate does not cause this License to apply to the other parts of the aggregate.

## 6. Conveying Non-Source Forms.

You may convey a covered work in object code form under the terms of sections 4 and 5, provided that you also convey the machine-readable Corresponding Source under the terms of this License, in one of these ways:

- a) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by the Corresponding Source fixed on a durable physical medium customarily used for software interchange.
- b) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by a written offer, valid for at least three years and valid for as long as you offer spare parts or customer support for that product model, to give anyone who possesses the object code either (1) a copy of the Corresponding Source for all the software in the product that is covered by this License, on a durable physical medium customarily used for software interchange, for a price no more than your reasonable cost of physically performing this conveying of source, or (2) access to copy the Corresponding Source from a network server at no charge.
- c) Convey individual copies of the object code with a copy of the written offer to provide the Corresponding Source. This alternative is allowed only occasionally and noncommercially, and only if you received the object code with such an offer, in accord with subsection 6b.
- d) Convey the object code by offering access from a designated place (gratis or for a charge), and offer equivalent access to the Corresponding Source in the same way through the same place at no further charge. You need not require recipients to copy the Corresponding Source along with the object code. If the place to copy the object code is a network server, the Corresponding Source may be on a different server (operated by you or a third party) that supports equivalent copying facilities, provided you maintain clear directions next to the object code saying where to find the Corresponding Source. Regardless of what server hosts the Corresponding Source, you remain obligated to ensure that it is available for as long as needed to satisfy these requirements.
- e) Convey the object code using peer-to-peer transmission, provided you inform other peers where the object code and Corresponding Source of the work are being offered to the general public at no charge under subsection 6d.

A separable portion of the object code, whose source code is excluded from the Corresponding Source as a System Library, need not be included in conveying the object code work.

A "User Product" is either (1) a "consumer product", which means any tangible personal property which is normally used for personal, family, or household purposes, or (2) anything designed or sold for incorporation into a dwelling. In determining whether a product is a consumer product, doubtful cases shall be resolved in favor of coverage. For a particular product received by a particular user, "normally used" refers to a typical or common use of that class of product, regardless of the status of the particular user or of the way in which the particular user actually uses, or expects or is expected to use, the product. A product is a consumer product regardless of whether the product has substantial commercial, industrial or non-consumer uses, unless such uses represent the only significant mode of use of the product.

"Installation Information" for a User Product means any methods, procedures, authorization keys, or other information required to install and execute modified versions of a covered work in that User Product from a modified version of its Corresponding Source. The information must suffice to ensure that the continued

Case 5:19-cv-06226-EJD   Document 75-3   Filed 08/21/20   Page 6 of 138

functioning of the modified object code is in no case prevented or interfered with solely because modification has been made.

If you convey an object code work under this section in, or with, or specifically for use in, a User Product, and the conveying occurs as part of a transaction in which the right of possession and use of the User Product is transferred to the recipient in perpetuity or for a fixed term (regardless of how the transaction is characterized), the Corresponding Source conveyed under this section must be accompanied by the Installation Information. But this requirement does not apply if neither you nor any third party retains the ability to install modified object code on the User Product (for example, the work has been installed in ROM).

The requirement to provide Installation Information does not include a requirement to continue to provide support service, warranty, or updates for a work that has been modified or installed by the recipient, or for the User Product in which it has been modified or installed. Access to a network may be denied when the modification itself materially and adversely affects the operation of the network or violates the rules and protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided, in accord with this section must be in a format that is publicly documented (and with an implementation available to the public in source code form), and must require no special password or key for unpacking, reading or copying.

### 7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this License by making exceptions from one or more of its conditions. Additional permissions that are applicable to the entire Program shall be treated as though they were included in this License, to the extent that they are valid under applicable law. If additional permissions apply only to part of the Program, that part may be used separately under those permissions, but the entire Program remains governed by this License without regard to the additional permissions.

When you convey a copy of a covered work, you may at your option remove any additional permissions from that copy, or from any part of it. (Additional permissions may be written to require their own removal in certain cases when you modify the work.) You may place additional permissions on material, added by you to a covered work, for which you have or can give appropriate copyright permission.

Notwithstanding any other provision of this License, for material you add to a covered work, you may (if authorized by the copyright holders of that material) supplement the terms of this License with terms:

- a) Disclaiming warranty or limiting liability differently from the terms of sections 15 and 16 of this License; or
- b) Requiring preservation of specified reasonable legal notices or author attributions in that material or in the Appropriate Legal Notices displayed by works containing it; or
- c) Prohibiting misrepresentation of the origin of that material, or requiring that modified versions of such material be marked in reasonable ways as different from the original version; or
- d) Limiting the use for publicity purposes of names of licensors or authors of the material; or
- e) Declining to grant rights under trademark law for use of some trade names, trademarks, or service marks; or
- f) Requiring indemnification of licensors and authors of that material by anyone who conveys the material (or modified versions of it) with contractual assumptions of liability to the recipient, for any liability that these contractual assumptions directly impose on those licensors and authors.

All other non-permissive additional terms are considered "further restrictions" within the meaning of section 10. If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term. If a license document contains a further restriction but permits relicensing or conveying under this License, you may add to a covered work material governed by the terms of that license document, provided that the further restriction does not survive such relicensing or conveying.

If you add terms to a covered work in accord with this section, you must place, in the relevant source files, a statement of the additional terms that apply to those files, or a notice indicating where to find the applicable terms.

Case 5:19-cv-06226-EJD   Document 75-3   Filed 08/21/20   Page 7 of 138

Additional terms, permissive or non-permissive, may be stated in the form of a separately written license, or stated as exceptions; the above requirements apply either way.

## 8. Termination.

You may not propagate or modify a covered work except as expressly provided under this License. Any attempt otherwise to propagate or modify it is void, and will automatically terminate your rights under this License (including any patent licenses granted under the third paragraph of section 11).

However, if you cease all violation of this License, then your license from a particular copyright holder is reinstated (a) provisionally, unless and until the copyright holder explicitly and finally terminates your license, and (b) permanently, if the copyright holder fails to notify you of the violation by some reasonable means prior to 60 days after the cessation.

Moreover, your license from a particular copyright holder is reinstated permanently if the copyright holder notifies you of the violation by some reasonable means, this is the first time you have received notice of violation of this License (for any work) from that copyright holder, and you cure the violation prior to 30 days after your receipt of the notice.

Termination of your rights under this section does not terminate the licenses of parties who have received copies or rights from you under this License. If your rights have been terminated and not permanently reinstated, you do not qualify to receive new licenses for the same material under section 10.

## 9. Acceptance Not Required for Having Copies.

You are not required to accept this License in order to receive or run a copy of the Program. Ancillary propagation of a covered work occurring solely as a consequence of using peer-to-peer transmission to receive a copy likewise does not require acceptance. However, nothing other than this License grants you permission to propagate or modify any covered work. These actions infringe copyright if you do not accept this License. Therefore, by modifying or propagating a covered work, you indicate your acceptance of this License to do so.

## 10. Automatic Licensing of Downstream Recipients.

Each time you convey a covered work, the recipient automatically receives a license from the original licensors, to run, modify and propagate that work, subject to this License. You are not responsible for enforcing compliance by third parties with this License.

An "entity transaction" is a transaction transferring control of an organization, or substantially all assets of one, or subdividing an organization, or merging organizations. If propagation of a covered work results from an entity transaction, each party to that transaction who receives a copy of the work also receives whatever licenses to the work the party's predecessor in interest had or could give under the previous paragraph, plus a right to possession of the Corresponding Source of the work from the predecessor in interest, if the predecessor has it or can get it with reasonable efforts.

You may not impose any further restrictions on the exercise of the rights granted or affirmed under this License. For example, you may not impose a license fee, royalty, or other charge for exercise of rights granted under this License, and you may not initiate litigation (including a cross-claim or counterclaim in a lawsuit) alleging that any patent claim is infringed by making, using, selling, offering for sale, or importing the Program or any portion of it.

## 11. Patents.

A "contributor" is a copyright holder who authorizes use under this License of the Program or a work on which the Program is based. The work thus licensed is called the contributor's "contributor version".

A contributor's "essential patent claims" are all patent claims owned or controlled by the contributor, whether already acquired or hereafter acquired, that would be infringed by some manner, permitted by this License, of making, using, or selling its contributor version, but do not include claims that would be infringed only as a consequence of further modification of the contributor version. For purposes of this definition, "control" includes the right to grant patent sublicenses in a manner consistent with the requirements of this License.

Each contributor grants you a non-exclusive, worldwide, royalty-free patent license under the contributor's essential patent claims, to make, use, sell, offer for sale, import and otherwise run, modify and propagate the contents of its contributor version.

In the following three paragraphs, a "patent license" is any express agreement or commitment, however denominated, not to enforce a patent (such as an express permission to practice a patent or covenant not to sue for patent infringement). To "grant" such a patent license to a party means to make such an agreement or commitment not to enforce a patent against the party.

If you convey a covered work, knowingly relying on a patent license, and the Corresponding Source of the work is not available for anyone to copy, free of charge and under the terms of this License, through a publicly available network server or other readily accessible means, then you must either (1) cause the Corresponding Source to be so available, or (2) arrange to deprive yourself of the benefit of the patent license for this particular work, or (3) arrange, in a manner consistent with the requirements of this License, to extend the patent license to downstream recipients. "Knowingly relying" means you have actual knowledge that, but for the patent license, your conveying the covered work in a country, or your recipient's use of the covered work in a country, would infringe one or more identifiable patents in that country that you have reason to believe are valid.

If, pursuant to or in connection with a single transaction or arrangement, you convey, or propagate by procuring conveyance of, a covered work, and grant a patent license to some of the parties receiving the covered work authorizing them to use, propagate, modify or convey a specific copy of the covered work, then the patent license you grant is automatically extended to all recipients of the covered work and works based on it.

A patent license is "discriminatory" if it does not include within the scope of its coverage, prohibits the exercise of, or is conditioned on the non-exercise of one or more of the rights that are specifically granted under this License. You may not convey a covered work if you are a party to an arrangement with a third party that is in the business of distributing software, under which you make payment to the third party based on the extent of your activity of conveying the work, and under which the third party grants, to any of the parties who would receive the covered work from you, a discriminatory patent license (a) in connection with copies of the covered work conveyed by you (or copies made from those copies), or (b) primarily for and in connection with specific products or compilations that contain the covered work, unless you entered into that arrangement, or that patent license was granted, prior to 28 March 2007.

Nothing in this License shall be construed as excluding or limiting any implied license or other defenses to infringement that may otherwise be available to you under applicable patent law.

## 12. No Surrender of Others' Freedom.

If conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot convey a covered work so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not convey it at all. For example, if you agree to terms that obligate you to collect a royalty for further conveying from those to whom you convey the Program, the only way you could satisfy both those terms and this License would be to refrain entirely from conveying the Program.

## 13. Remote Network Interaction; Use with the GNU General Public License.

Notwithstanding any other provision of this License, if you modify the Program, your modified version must prominently offer all users interacting with it remotely through a computer network (if your version supports such interaction) an opportunity to receive the Corresponding Source of your version by providing access to the Corresponding Source from a network server at no charge, through some standard or customary means of facilitating copying of software. This Corresponding Source shall include the Corresponding Source for any work covered by version 3 of the GNU General Public License that is incorporated pursuant to the following paragraph.

Notwithstanding any other provision of this License, you have permission to link or combine any covered work with a work licensed under version 3 of the GNU General Public License into a single combined work, and to convey the resulting work. The terms of this License will continue to apply to the part which is the covered work, but the work with which it is combined will remain governed by version 3 of the GNU General Public License.

## 14. Revised Versions of this License.

The Free Software Foundation may publish revised and/or new versions of the GNU Affero General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies that a certain numbered version of the GNU Affero General Public License "or any later version" applies to it, you have the option of following the terms and conditions either of that numbered version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of the GNU Affero General Public License, you may choose any version ever published by the Free Software Foundation.

If the Program specifies that a proxy can decide which future versions of the GNU Affero General Public License can be used, that proxy's public statement of acceptance of a version permanently authorizes you to choose that version for the Program.

Later license versions may give you additional or different permissions. However, no additional obligations are imposed on any author or copyright holder as a result of your choosing to follow a later version.

## 15. Disclaimer of Warranty.

THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

## 16. Limitation of Liability.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 17. Interpretation of Sections 15 and 16.

If the disclaimer of warranty and limitation of liability provided above cannot be given local legal effect according to their terms, reviewing courts shall apply local law that most closely approximates an absolute waiver of all civil liability in connection with the Program, unless a warranty or assumption of liability accompanies a copy of the Program in return for a fee.

END OF TERMS AND CONDITIONS

# How to Apply These Terms to Your New Programs

If you develop a new program, and you want it to be of the greatest possible use to the public, the best way to achieve this is to make it free software which everyone can redistribute and change under these terms.

To do so, attach the following notices to the program. It is safest to attach them to the start of each source file to most effectively state the exclusion of warranty; and each file should have at least the "copyright" line and a pointer to where the full notice is found.

```
    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU Affero General Public License as
    published by the Free Software Foundation, either version 3 of the
    License, or (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU Affero General Public License for more details.

    You should have received a copy of the GNU Affero General Public License
    along with this program.  If not, see <https://www.gnu.org/licenses/>.
```

Also add information on how to contact you by electronic and paper mail.

If your software can interact with users remotely through a computer network, you should also make sure that it provides a way for users to get its source. For example, if your program is a web application, its interface could display a "Source" link that leads users to an archive of the code. There are many ways you could offer source, and different solutions will be better for different programs; see section 13 for the specific requirements.

You should also get your employer (if you work as a programmer) or school, if any, to sign a "copyright disclaimer" for the program, if necessary. For more information on this, and how to apply and follow the GNU AGPL, see <https://www.gnu.org/licenses/>.

Copyright notice above.

Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

# EXHIBIT 2

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

 neo4j / **neo4j**

<> **Code** | ⊘ Issues 206 | ⊻ Pull requests | ▶ Actions | ⊞ Projects | ◻ Wiki | ⊘ Security

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

ะ 3.4 ▾ | ···

**neo4j** / enterprise / neo4j-enterprise / **LICENSE.txt**



digitalstain Updates enterprise LICENSE.txt and NOTICE.txt ...  ⟲ History

⚇ 3 contributors

Raw | Blame  ⟐ ✎ ⬚

693 lines (568 sloc)  35.1 KB

```
 1  NOTICE
 2  This package contains software licensed under different
 3  licenses, please refer to the NOTICE.txt file for further
 4  information and LICENSES.txt for full license texts.
 5
 6  Neo4j Enterprise object code can be licensed independently from
 7  the source under separate commercial terms. Email inquiries can be
 8  directed to: licensing@neo4j.com. More information is also
 9  available at:https://neo4j.com/licensing/
10
11  The software ("Software") is developed and owned by Neo4j Sweden AB
12  (referred to in this notice as "Neo4j") and is subject to the terms
13  of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
14
15
16
```

```
17                  GNU AFFERO GENERAL PUBLIC LICENSE
18                    Version 3, 19 November 2007
19
20     Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21     Everyone is permitted to copy and distribute verbatim copies
22     of this license document, but changing it is not allowed.
23
24                              Preamble
25
26       The GNU Affero General Public License is a free, copyleft license
27     for software and other kinds of works, specifically designed to ensure
28     cooperation with the community in the case of network server software.
29
30       The licenses for most software and other practical works are
31     designed to take away your freedom to share and change the works.  By
32     contrast, our General Public Licenses are intended to guarantee your
33     freedom to share and change all versions of a program--to make sure it
34     remains free software for all its users.
35
36       When we speak of free software, we are referring to freedom, not
37     price.  Our General Public Licenses are designed to make sure that you
38     have the freedom to distribute copies of free software (and charge for
39     them if you wish), that you receive source code or can get it if you
40     want it, that you can change the software or use pieces of it in new
41     free programs, and that you know you can do these things.
42
43       Developers that use our General Public Licenses protect your rights
44     with two steps: (1) assert copyright on the software, and (2) offer
45     you this License which gives you legal permission to copy, distribute
46     and/or modify the software.
47
48       A secondary benefit of defending all users' freedom is that
49     improvements made in alternate versions of the program, if they
50     receive widespread use, become available for other developers to
51     incorporate.  Many developers of free software are heartened and
52     encouraged by the resulting cooperation.  However, in the case of
53     software used on network servers, this result may fail to come about.
54     The GNU General Public License permits making a modified version and
55     letting the public access it on a server without ever releasing its
56     source code to the public.
57
58       The GNU Affero General Public License is designed specifically to
59     ensure that, in such cases, the modified source code becomes available
60     to the community.  It requires the operator of a network server to
61     provide the source code of the modified version running there to the
62     users of that server.  Therefore, public use of a modified version, on
63     a publicly accessible server, gives the public access to the source
64     code of the modified version.
```

An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

  The precise terms and conditions for copying, distribution and
modification follow.

                        TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU Affero General Public
License.

  "Copyright" also means copyright-like laws that apply to other kinds
of works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

  To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the

```
113    work under this License, and how to view a copy of this License.  If
114    the interface presents a list of user commands or options, such as a
115    menu, a prominent item in the list meets this criterion.
116
117      1. Source Code.
118
119      The "source code" for a work means the preferred form of the work
120    for making modifications to it.  "Object code" means any non-source
121    form of a work.
122
123      A "Standard Interface" means an interface that either is an official
124    standard defined by a recognized standards body, or, in the case of
125    interfaces specified for a particular programming language, one that
126    is widely used among developers working in that language.
127
128      The "System Libraries" of an executable work include anything, other
129    than the work as a whole, that (a) is included in the normal form of
130    packaging a Major Component, but which is not part of that Major
131    Component, and (b) serves only to enable use of the work with that
132    Major Component, or to implement a Standard Interface for which an
133    implementation is available to the public in source code form.  A
134    "Major Component", in this context, means a major essential component
135    (kernel, window system, and so on) of the specific operating system
136    (if any) on which the executable work runs, or a compiler used to
137    produce the work, or an object code interpreter used to run it.
138
139      The "Corresponding Source" for a work in object code form means all
140    the source code needed to generate, install, and (for an executable
141    work) run the object code and to modify the work, including scripts to
142    control those activities.  However, it does not include the work's
143    System Libraries, or general-purpose tools or generally available free
144    programs which are used unmodified in performing those activities but
145    which are not part of the work.  For example, Corresponding Source
146    includes interface definition files associated with source files for
147    the work, and the source code for shared libraries and dynamically
148    linked subprograms that the work is specifically designed to require,
149    such as by intimate data communication or control flow between those
150    subprograms and other parts of the work.
151
152      The Corresponding Source need not include anything that users
153    can regenerate automatically from other parts of the Corresponding
154    Source.
155
156      The Corresponding Source for a work in source code form is that
157    same work.
158
159      2. Basic Permissions.
160
```

161    All rights granted under this License are granted for the term of
162 copyright on the Program, and are irrevocable provided the stated
163 conditions are met.  This License explicitly affirms your unlimited
164 permission to run the unmodified Program.  The output from running a
165 covered work is covered by this License only if the output, given its
166 content, constitutes a covered work.  This License acknowledges your
167 rights of fair use or other equivalent, as provided by copyright law.
168
169    You may make, run and propagate covered works that you do not
170 convey, without conditions so long as your license otherwise remains
171 in force.  You may convey covered works to others for the sole purpose
172 of having them make modifications exclusively for you, or provide you
173 with facilities for running those works, provided that you comply with
174 the terms of this License in conveying all material for which you do
175 not control copyright.  Those thus making or running the covered works
176 for you must do so exclusively on your behalf, under your direction
177 and control, on terms that prohibit them from making any copies of
178 your copyrighted material outside their relationship with you.
179
180    Conveying under any other circumstances is permitted solely under
181 the conditions stated below.  Sublicensing is not allowed; section 10
182 makes it unnecessary.
183
184    3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185
186    No covered work shall be deemed part of an effective technological
187 measure under any applicable law fulfilling obligations under article
188 11 of the WIPO copyright treaty adopted on 20 December 1996, or
189 similar laws prohibiting or restricting circumvention of such
190 measures.
191
192    When you convey a covered work, you waive any legal power to forbid
193 circumvention of technological measures to the extent such circumvention
194 is effected by exercising rights under this License with respect to
195 the covered work, and you disclaim any intention to limit operation or
196 modification of the work as a means of enforcing, against the work's
197 users, your or third parties' legal rights to forbid circumvention of
198 technological measures.
199
200    4. Conveying Verbatim Copies.
201
202    You may convey verbatim copies of the Program's source code as you
203 receive it, in any medium, provided that you conspicuously and
204 appropriately publish on each copy an appropriate copyright notice;
205 keep intact all notices stating that this License and any
206 non-permissive terms added in accord with section 7 apply to the code;
207 keep intact all notices of the absence of any warranty; and give all
208 recipients a copy of this License along with the Program.

```
209
210      You may charge any price or no price for each copy that you convey,
211    and you may offer support or warranty protection for a fee.
212
213      5. Conveying Modified Source Versions.
214
215      You may convey a work based on the Program, or the modifications to
216    produce it from the Program, in the form of source code under the
217    terms of section 4, provided that you also meet all of these conditions:
218
219        a) The work must carry prominent notices stating that you modified
220        it, and giving a relevant date.
221
222        b) The work must carry prominent notices stating that it is
223        released under this License and any conditions added under section
224        7.  This requirement modifies the requirement in section 4 to
225        "keep intact all notices".
226
227        c) You must license the entire work, as a whole, under this
228        License to anyone who comes into possession of a copy.  This
229        License will therefore apply, along with any applicable section 7
230        additional terms, to the whole of the work, and all its parts,
231        regardless of how they are packaged.  This License gives no
232        permission to license the work in any other way, but it does not
233        invalidate such permission if you have separately received it.
234
235        d) If the work has interactive user interfaces, each must display
236        Appropriate Legal Notices; however, if the Program has interactive
237        interfaces that do not display Appropriate Legal Notices, your
238        work need not make them do so.
239
240      A compilation of a covered work with other separate and independent
241    works, which are not by their nature extensions of the covered work,
242    and which are not combined with it such as to form a larger program,
243    in or on a volume of a storage or distribution medium, is called an
244    "aggregate" if the compilation and its resulting copyright are not
245    used to limit the access or legal rights of the compilation's users
246    beyond what the individual works permit.  Inclusion of a covered work
247    in an aggregate does not cause this License to apply to the other
248    parts of the aggregate.
249
250      6. Conveying Non-Source Forms.
251
252      You may convey a covered work in object code form under the terms
253    of sections 4 and 5, provided that you also convey the
254    machine-readable Corresponding Source under the terms of this License,
255    in one of these ways:
256
```

```
257     a) Convey the object code in, or embodied in, a physical product
258     (including a physical distribution medium), accompanied by the
259     Corresponding Source fixed on a durable physical medium
260     customarily used for software interchange.
261
262     b) Convey the object code in, or embodied in, a physical product
263     (including a physical distribution medium), accompanied by a
264     written offer, valid for at least three years and valid for as
265     long as you offer spare parts or customer support for that product
266     model, to give anyone who possesses the object code either (1) a
267     copy of the Corresponding Source for all the software in the
268     product that is covered by this License, on a durable physical
269     medium customarily used for software interchange, for a price no
270     more than your reasonable cost of physically performing this
271     conveying of source, or (2) access to copy the
272     Corresponding Source from a network server at no charge.
273
274     c) Convey individual copies of the object code with a copy of the
275     written offer to provide the Corresponding Source.  This
276     alternative is allowed only occasionally and noncommercially, and
277     only if you received the object code with such an offer, in accord
278     with subsection 6b.
279
280     d) Convey the object code by offering access from a designated
281     place (gratis or for a charge), and offer equivalent access to the
282     Corresponding Source in the same way through the same place at no
283     further charge.  You need not require recipients to copy the
284     Corresponding Source along with the object code.  If the place to
285     copy the object code is a network server, the Corresponding Source
286     may be on a different server (operated by you or a third party)
287     that supports equivalent copying facilities, provided you maintain
288     clear directions next to the object code saying where to find the
289     Corresponding Source.  Regardless of what server hosts the
290     Corresponding Source, you remain obligated to ensure that it is
291     available for as long as needed to satisfy these requirements.
292
293     e) Convey the object code using peer-to-peer transmission, provided
294     you inform other peers where the object code and Corresponding
295     Source of the work are being offered to the general public at no
296     charge under subsection 6d.
297
298   A separable portion of the object code, whose source code is excluded
299 from the Corresponding Source as a System Library, need not be
300 included in conveying the object code work.
301
302   A "User Product" is either (1) a "consumer product", which means any
303 tangible personal property which is normally used for personal, family,
304 or household purposes, or (2) anything designed or sold for incorporation
```

305  into a dwelling.  In determining whether a product is a consumer product,
306  doubtful cases shall be resolved in favor of coverage.  For a particular
307  product received by a particular user, "normally used" refers to a
308  typical or common use of that class of product, regardless of the status
309  of the particular user or of the way in which the particular user
310  actually uses, or expects or is expected to use, the product.  A product
311  is a consumer product regardless of whether the product has substantial
312  commercial, industrial or non-consumer uses, unless such uses represent
313  the only significant mode of use of the product.
314
315    "Installation Information" for a User Product means any methods,
316  procedures, authorization keys, or other information required to install
317  and execute modified versions of a covered work in that User Product from
318  a modified version of its Corresponding Source.  The information must
319  suffice to ensure that the continued functioning of the modified object
320  code is in no case prevented or interfered with solely because
321  modification has been made.
322
323    If you convey an object code work under this section in, or with, or
324  specifically for use in, a User Product, and the conveying occurs as
325  part of a transaction in which the right of possession and use of the
326  User Product is transferred to the recipient in perpetuity or for a
327  fixed term (regardless of how the transaction is characterized), the
328  Corresponding Source conveyed under this section must be accompanied
329  by the Installation Information.  But this requirement does not apply
330  if neither you nor any third party retains the ability to install
331  modified object code on the User Product (for example, the work has
332  been installed in ROM).
333
334    The requirement to provide Installation Information does not include a
335  requirement to continue to provide support service, warranty, or updates
336  for a work that has been modified or installed by the recipient, or for
337  the User Product in which it has been modified or installed.  Access to a
338  network may be denied when the modification itself materially and
339  adversely affects the operation of the network or violates the rules and
340  protocols for communication across the network.
341
342    Corresponding Source conveyed, and Installation Information provided,
343  in accord with this section must be in a format that is publicly
344  documented (and with an implementation available to the public in
345  source code form), and must require no special password or key for
346  unpacking, reading or copying.
347
348    7. Additional Terms.
349
350    "Additional permissions" are terms that supplement the terms of this
351  License by making exceptions from one or more of its conditions.
352  Additional permissions that are applicable to the entire Program shall

```
353   be treated as though they were included in this License, to the extent
354   that they are valid under applicable law.  If additional permissions
355   apply only to part of the Program, that part may be used separately
356   under those permissions, but the entire Program remains governed by
357   this License without regard to the additional permissions.
358
359     When you convey a copy of a covered work, you may at your option
360   remove any additional permissions from that copy, or from any part of
361   it.  (Additional permissions may be written to require their own
362   removal in certain cases when you modify the work.)  You may place
363   additional permissions on material, added by you to a covered work,
364   for which you have or can give appropriate copyright permission.
365
366     Notwithstanding any other provision of this License, for material you
367   add to a covered work, you may (if authorized by the copyright holders of
368   that material) supplement the terms of this License with terms:
369
370       a) Disclaiming warranty or limiting liability differently from the
371       terms of sections 15 and 16 of this License; or
372
373       b) Requiring preservation of specified reasonable legal notices or
374       author attributions in that material or in the Appropriate Legal
375       Notices displayed by works containing it; or
376
377       c) Prohibiting misrepresentation of the origin of that material, or
378       requiring that modified versions of such material be marked in
379       reasonable ways as different from the original version; or
380
381       d) Limiting the use for publicity purposes of names of licensors or
382       authors of the material; or
383
384       e) Declining to grant rights under trademark law for use of some
385       trade names, trademarks, or service marks; or
386
387       f) Requiring indemnification of licensors and authors of that
388       material by anyone who conveys the material (or modified versions of
389       it) with contractual assumptions of liability to the recipient, for
390       any liability that these contractual assumptions directly impose on
391       those licensors and authors.
392
393     All other non-permissive additional terms are considered "further
394   restrictions" within the meaning of section 10.  If the Program as you
395   received it, or any part of it, contains a notice stating that it is
396   governed by this License along with a term that is a further restriction,
397   you may remove that term.  If a license document contains a further
398   restriction but permits relicensing or conveying under this License, you
399   may add to a covered work material governed by the terms of that license
400   document, provided that the further restriction does not survive such
```

relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a

covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

```
497      In the following three paragraphs, a "patent license" is any express
498    agreement or commitment, however denominated, not to enforce a patent
499    (such as an express permission to practice a patent or covenant not to
500    sue for patent infringement).  To "grant" such a patent license to a
501    party means to make such an agreement or commitment not to enforce a
502    patent against the party.
503
504      If you convey a covered work, knowingly relying on a patent license,
505    and the Corresponding Source of the work is not available for anyone
506    to copy, free of charge and under the terms of this License, through a
507    publicly available network server or other readily accessible means,
508    then you must either (1) cause the Corresponding Source to be so
509    available, or (2) arrange to deprive yourself of the benefit of the
510    patent license for this particular work, or (3) arrange, in a manner
511    consistent with the requirements of this License, to extend the patent
512    license to downstream recipients.  "Knowingly relying" means you have
513    actual knowledge that, but for the patent license, your conveying the
514    covered work in a country, or your recipient's use of the covered work
515    in a country, would infringe one or more identifiable patents in that
516    country that you have reason to believe are valid.
517
518      If, pursuant to or in connection with a single transaction or
519    arrangement, you convey, or propagate by procuring conveyance of, a
520    covered work, and grant a patent license to some of the parties
521    receiving the covered work authorizing them to use, propagate, modify
522    or convey a specific copy of the covered work, then the patent license
523    you grant is automatically extended to all recipients of the covered
524    work and works based on it.
525
526      A patent license is "discriminatory" if it does not include within
527    the scope of its coverage, prohibits the exercise of, or is
528    conditioned on the non-exercise of one or more of the rights that are
529    specifically granted under this License.  You may not convey a covered
530    work if you are a party to an arrangement with a third party that is
531    in the business of distributing software, under which you make payment
532    to the third party based on the extent of your activity of conveying
533    the work, and under which the third party grants, to any of the
534    parties who would receive the covered work from you, a discriminatory
535    patent license (a) in connection with copies of the covered work
536    conveyed by you (or copies made from those copies), or (b) primarily
537    for and in connection with specific products or compilations that
538    contain the covered work, unless you entered into that arrangement,
539    or that patent license was granted, prior to 28 March 2007.
540
541      Nothing in this License shall be construed as excluding or limiting
542    any implied license or other defenses to infringement that may
543    otherwise be available to you under applicable patent law.
544
```

```
545      12. No Surrender of Others' Freedom.
546
547        If conditions are imposed on you (whether by court order, agreement or
548      otherwise) that contradict the conditions of this License, they do not
549      excuse you from the conditions of this License.  If you cannot convey a
550      covered work so as to satisfy simultaneously your obligations under this
551      License and any other pertinent obligations, then as a consequence you may
552      not convey it at all.  For example, if you agree to terms that obligate you
553      to collect a royalty for further conveying from those to whom you convey
554      the Program, the only way you could satisfy both those terms and this
555      License would be to refrain entirely from conveying the Program.
556
557      13. Remote Network Interaction; Use with the GNU General Public License.
558
559        Notwithstanding any other provision of this License, if you modify the
560      Program, your modified version must prominently offer all users
561      interacting with it remotely through a computer network (if your version
562      supports such interaction) an opportunity to receive the Corresponding
563      Source of your version by providing access to the Corresponding Source
564      from a network server at no charge, through some standard or customary
565      means of facilitating copying of software.  This Corresponding Source
566      shall include the Corresponding Source for any work covered by version 3
567      of the GNU General Public License that is incorporated pursuant to the
568      following paragraph.
569
570        Notwithstanding any other provision of this License, you have permission
571      to link or combine any covered work with a work licensed under version 3
572      of the GNU General Public License into a single combined work, and to
573      convey the resulting work.  The terms of this License will continue to
574      apply to the part which is the covered work, but the work with which it is
575      combined will remain governed by version 3 of the GNU General Public
576      License.
577
578      14. Revised Versions of this License.
579
580        The Free Software Foundation may publish revised and/or new versions of
581      the GNU Affero General Public License from time to time.  Such new
582      versions will be similar in spirit to the present version, but may differ
583      in detail to address new problems or concerns.
584
585        Each version is given a distinguishing version number.  If the
586      Program specifies that a certain numbered version of the GNU Affero
587      General Public License "or any later version" applies to it, you have
588      the option of following the terms and conditions either of that
589      numbered version or of any later version published by the Free
590      Software Foundation.  If the Program does not specify a version number
591      of the GNU Affero General Public License, you may choose any version
592      ever published by the Free Software Foundation.
```

```
593
594      If the Program specifies that a proxy can decide which future
595  versions of the GNU Affero General Public License can be used, that
596  proxy's public statement of acceptance of a version permanently
597  authorizes you to choose that version for the Program.
598
599      Later license versions may give you additional or different
600  permissions.  However, no additional obligations are imposed on any
601  author or copyright holder as a result of your choosing to follow a
602  later version.
603
604    15. Disclaimer of Warranty.
605
606    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
610  THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
611  PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
612  IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614
615    16. Limitation of Liability.
616
617    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
621  USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
622  DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
623  PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
624  EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  SUCH DAMAGES.
626
627    17. Interpretation of Sections 15 and 16.
628
629    If the disclaimer of warranty and limitation of liability provided
630  above cannot be given local legal effect according to their terms,
631  reviewing courts shall apply local law that most closely approximates
632  an absolute waiver of all civil liability in connection with the
633  Program, unless a warranty or assumption of liability accompanies a
634  copy of the Program in return for a fee.
635
636                    END OF TERMS AND CONDITIONS
637
638            How to Apply These Terms to Your New Programs
639
640    If you develop a new program, and you want it to be of the greatest
```

```
641  possible use to the public, the best way to achieve this is to make it
642  free software which everyone can redistribute and change under these terms.
643
644    To do so, attach the following notices to the program.  It is safest
645  to attach them to the start of each source file to most effectively
646  state the exclusion of warranty; and each file should have at least
647  the "copyright" line and a pointer to where the full notice is found.
648
649      <one line to give the program's name and a brief idea of what it does.>
650      Copyright (C) <year>  <name of author>
651
652      This program is free software: you can redistribute it and/or modify
653      it under the terms of the GNU Affero General Public License as
654      published by the Free Software Foundation, either version 3 of the
655      License, or (at your option) any later version.
656
657      This program is distributed in the hope that it will be useful,
658      but WITHOUT ANY WARRANTY; without even the implied warranty of
659      MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660      GNU Affero General Public License for more details.
661
662      You should have received a copy of the GNU Affero General Public License
663      along with this program.  If not, see <http://www.gnu.org/licenses/>.
664
665  Also add information on how to contact you by electronic and paper mail.
666
667    If your software can interact with users remotely through a computer
668  network, you should also make sure that it provides a way for users to
669  get its source.  For example, if your program is a web application, its
670  interface could display a "Source" link that leads users to an archive
671  of the code.  There are many ways you could offer source, and different
672  solutions will be better for different programs; see section 13 for the
673  specific requirements.
674
675    You should also get your employer (if you work as a programmer) or school,
676  if any, to sign a "copyright disclaimer" for the program, if necessary.
677  For more information on this, and how to apply and follow the GNU AGPL, see
678  <http://www.gnu.org/licenses/>.
679
680
681  "Commons Clause" License Condition
682
683  The Software is provided to you by the Licensor under the License, as
684  defined below, subject to the following condition. Without limiting
685  other conditions in the License, the grant of rights under the License
686  will not include, and the License does not grant to you, the right to
687  Sell the Software.  For purposes of the foregoing, "Sell" means
688  practicing any or all of the rights granted to you under the License
```

```
689   to provide to third parties, for a fee or other consideration,
690   a product or service that consists, entirely or substantially,
691   of the Software or the functionality of the Software. Any license
692   notice or attribution required by the License must also include
693   this Commons Cause License Condition notice.
```

# EXHIBIT 3

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

ongdb / enterprise / neo4j-enterprise at 3.5.9 · graphfoundation / ongdb · GitHub

graphfoundation / **ongdb**

<> Code    ⊙ Issues   2    ⇄ Pull requests   1    ⊙ Actions    ⊞ Projects    ▭ Wiki    ⊙ Secur

🏷 3.5.9 ▾    ongdb / enterprise / **neo4j-enterprise** /

| | | |
|---|---|---|
| 👤 **John Mark Suhy** Misc updates to get 3.5.9 core updates and …  … | ✕ on Sep 16, 2019 | 🕑 **History** |

| . . | |
|---|---|
| 📁 src | 11 months ago |
| 📄 LICENSE.txt | 2 years ago |
| 📄 LICENSES.txt | 16 months ago |
| 📄 NOTICE.txt | 16 months ago |
| 📄 pom.xml | 13 months ago |

# EXHIBIT 4

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



## Join GitHub today

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

Dismiss



graphfoundation / ongdb

Code    Issues 2    Pull requests 1    Actions    Projects    Wiki    Secur

3.5.9

**ongdb** / enterprise / auth-plugin-api / **NOTICE.txt**

digitalstain Licensing and copyright updates

History

5 contributors

Raw    Blame

21 lines (14 sloc)    708 Bytes

```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
```

# EXHIBIT 5

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS







```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23       Apache Commons BeanUtils
24       Apache Commons Collections
25       Apache Commons Compress
26       Apache Commons Configuration
27       Apache Commons Lang
28       Apache Commons Text
29       Apache Shiro :: Cache
30       Apache Shiro :: Configuration :: Core
31       Apache Shiro :: Configuration :: OGDL
32       Apache Shiro :: Core
33       Apache Shiro :: Cryptography :: Ciphers
34       Apache Shiro :: Cryptography :: Core
35       Apache Shiro :: Cryptography :: Hashing
36       Apache Shiro :: Event
37       Apache Shiro :: Lang
38       Caffeine cache
39       Commons Lang
40       Commons Logging
41       ConcurrentLinkedHashMap
42       Data Mapper for Jackson
43       hazelcast-all
44       Jackson
45       Jetty :: Asynchronous HTTP Client
46       Jetty :: Http Utility
47       Jetty :: IO Utility
48       Jetty :: Utilities
49       jPowerShell
50       jProcesses
51       Lucene Core
52       LZ4 and xxHash
53       Netty
54       Netty/All-in-One
55       opencsv
56       parboiled-core
57       parboiled-scala
58       WMI4Java
59
60    BSD - Scala License
61       Scala Library
62
63    BSD License
64       asm
```

```
65    asm-analysis
66    asm-tree
67    asm-util
68    Scala Compiler
69    Zstandard
70
71  BSD License 2-clause
72    zstd-jni
73
74  Bouncy Castle License
75    Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
76    Bouncy Castle Provider
77
78  Eclipse Distribution License - v 1.0
79    Eclipse Collections API
80    Eclipse Collections Main Library
81
82  Eclipse Public License - v 1.0
83    Eclipse Collections API
84    Eclipse Collections Main Library
85
86  MIT License
87    SLF4J API Module
88    SLF4J NOP Binding
89
90  Dependencies with multiple licenses
91  ----------------------------------
92
93  Eclipse Collections API
94    Eclipse Distribution License - v 1.0
95    Eclipse Public License - v 1.0
96
97  Eclipse Collections Main Library
98    Eclipse Distribution License - v 1.0
99    Eclipse Public License - v 1.0
100
```

# EXHIBIT 6

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS





```
1    Neo4j
2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
3    [http://neo4j.com]
4
5    This product includes software ("Software") developed and owned by Neo4j.
6
7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9    included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25      Apache Commons Compress
26      Apache Commons Configuration
27      Apache Commons Text
28      Apache Shiro :: Cache
29      Apache Shiro :: Configuration :: Core
30      Apache Shiro :: Configuration :: OGDL
31      Apache Shiro :: Core
32      Apache Shiro :: Cryptography :: Ciphers
33      Apache Shiro :: Cryptography :: Core
34      Apache Shiro :: Cryptography :: Hashing
35      Apache Shiro :: Event
36      Apache Shiro :: Lang
37      Caffeine cache
38      Commons Lang
39      Commons Logging
40      Data Mapper for Jackson
41      hazelcast-all
42      Jackson
43      Jetty :: Asynchronous HTTP Client
44      Jetty :: Http Utility
45      Jetty :: IO Utility
46      Jetty :: Utilities
47      jPowerShell
48      jProcesses
49      Lucene codecs
50      Lucene Common Analyzers
51      Lucene Core
52      Lucene QueryParsers
53      LZ4 and xxHash
54      Netty
55      Netty/All-in-One
56      parboiled-core
57      parboiled-scala
58      WMI4Java
59
60    BSD - Scala License
61      Scala Library
62
63    BSD License
64      Scala Compiler
```

```
65      Zstandard
66
67  BSD License 2-clause
68    zstd-jni
69
70  Bouncy Castle License
71    Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
72    Bouncy Castle Provider
73
74  Eclipse Distribution License - v 1.0
75    Eclipse Collections API
76    Eclipse Collections Main Library
77
78  Eclipse Public License - v 1.0
79    Eclipse Collections API
80    Eclipse Collections Main Library
81
82  MIT License
83    SLF4J API Module
84    SLF4J NOP Binding
85
86  Dependencies with multiple licenses
87  ------------------------------------
88
89  Eclipse Collections API
90    Eclipse Distribution License - v 1.0
91    Eclipse Public License - v 1.0
92
93  Eclipse Collections Main Library
94    Eclipse Distribution License - v 1.0
95    Eclipse Public License - v 1.0
96
```

# EXHIBIT 7

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

Case 5:19-cv-06226-EJD   Document 75-3   Filed 08/21/20   Page 42 of 138

🖵 **graphfoundation** / **ongdb**



<> Code   ⊙ Issues 2   ⊠ Pull requests 1   ⊙ Actions   ⊞ Projects   📖 Wiki   ⊙ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ▾                                                                    · · ·

**ongdb** / **enterprise** / **cluster** / **NOTICE.txt**



🕲 **John Mark Suhy** Updated licenses and notices for 3.5.5  ✓                   ⟲ History

🐧 **16 contributors**  ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ +4

| Raw | Blame |                                                     🖵  ✎  🗑

77 lines (60 sloc)   1.74 KB

```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons Compress
24      Apache Commons Lang
25      Apache Commons Text
26      Caffeine cache
27      ConcurrentLinkedHashMap
28      jPowerShell
29      jProcesses
30      Lucene codecs
31      Lucene Common Analyzers
32      Lucene Core
33      Lucene QueryParsers
34      Netty
35      Netty/All-in-One
36      opencsv
37      parboiled-core
38      parboiled-scala
39      WMI4Java
40
41    BSD - Scala License
42      Scala Library
43
44    BSD License
45      asm
46      asm-analysis
47      asm-tree
48      asm-util
49      Scala Compiler
50      Zstandard
51
52    BSD License 2-clause
53      zstd-jni
54
55    Bouncy Castle License
56      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
57      Bouncy Castle Provider
58
59    Eclipse Distribution License - v 1.0
60      Eclipse Collections API
61      Eclipse Collections Main Library
62
63    Eclipse Public License - v 1.0
64      Eclipse Collections API
```

```
65        Eclipse Collections Main Library
66
67    Dependencies with multiple licenses
68    -----------------------------------
69
70    Eclipse Collections API
71        Eclipse Distribution License - v 1.0
72        Eclipse Public License - v 1.0
73
74    Eclipse Collections Main Library
75        Eclipse Distribution License - v 1.0
76        Eclipse Public License - v 1.0
77
```

# EXHIBIT 8

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS





ongdb / enterprise / com / **NOTICE.txt**



```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19     Third-party licenses
20     --------------------
21
22     Apache Software License, Version 2.0
23         Apache Commons Compress
24         Apache Commons Lang
25         Apache Commons Text
26         Caffeine cache
27         ConcurrentLinkedHashMap
28         jPowerShell
29         jProcesses
30         Lucene Core
31         Netty
32         Netty/All-in-One
33         opencsv
34         parboiled-core
35         parboiled-scala
36         WMI4Java
37
38     BSD - Scala License
39         Scala Library
40
41     BSD License
42         asm
43         asm-analysis
44         asm-tree
45         asm-util
46         Scala Compiler
47         Zstandard
48
49     BSD License 2-clause
50         zstd-jni
51
52     Bouncy Castle License
53         Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
54         Bouncy Castle Provider
55
56     Eclipse Distribution License - v 1.0
57         Eclipse Collections API
58         Eclipse Collections Main Library
59
60     Eclipse Public License - v 1.0
61         Eclipse Collections API
62         Eclipse Collections Main Library
63
64     Dependencies with multiple licenses
```

```
65    ----------------------------------
66
67    Eclipse Collections API
68      Eclipse Distribution License - v 1.0
69      Eclipse Public License - v 1.0
70
71    Eclipse Collections Main Library
72      Eclipse Distribution License - v 1.0
73      Eclipse Public License - v 1.0
74
```

# EXHIBIT 9

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

graphfoundation / **ongdb**

Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9 ▾ ...

ongdb / enterprise / cypher / acceptance-spec-suite / **NOTICE.txt**

**John Mark Suhy** Updated licenses and notices for 3.5.5 ✓ **History**

**10** contributors

Raw | Blame

86 lines (67 sloc) 1.86 KB

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```





```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons Compress
24      Apache Commons Lang
25      Apache Commons Text
26      Caffeine cache
27      ConcurrentLinkedHashMap
28      jPowerShell
29      jProcesses
30      Lucene codecs
31      Lucene Common Analyzers
32      Lucene Core
33      Lucene QueryParsers
34      Netty/All-in-One
35      opencsv
36      parboiled-core
37      parboiled-scala
38      WMI4Java
39
40    BSD - Scala License
41      Scala Library
42
43    BSD License
44      asm
45      asm-analysis
46      asm-tree
47      asm-util
48      JLine
49      Scala Compiler
50      scala-parser-combinators
51      scala-xml
52      Scalap
53      Zstandard
54
55    BSD License 2-clause
56      zstd-jni
57
58    Bouncy Castle License
59      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
60      Bouncy Castle Provider
61
62    Eclipse Distribution License - v 1.0
63      Eclipse Collections API
64      Eclipse Collections Main Library
```

```
65
66   Eclipse Public License - v 1.0
67     Eclipse Collections API
68     Eclipse Collections Main Library
69
70   MIT License
71     scallop
72
73   Mozilla Public License, Version 2.0
74     kiama
75
76   Dependencies with multiple licenses
77   ---------------------------------
78
79   Eclipse Collections API
80     Eclipse Distribution License - v 1.0
81     Eclipse Public License - v 1.0
82
83   Eclipse Collections Main Library
84     Eclipse Distribution License - v 1.0
85     Eclipse Public License - v 1.0
86
```

# EXHIBIT 10

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

graphfoundation / **ongdb**

Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9

ongdb / enterprise / cypher / compatibility-spec-suite / **NOTICE.txt**

**John Mark Suhy** Updated licenses and notices for 3.5.5 | History

10 contributors

Raw | Blame

87 lines (68 sloc) 1.89 KB

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```



```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons Compress
24     Apache Commons Lang
25     Apache Commons Text
26     Caffeine cache
27     ConcurrentLinkedHashMap
28     jPowerShell
29     jProcesses
30     Lucene codecs
31     Lucene Common Analyzers
32     Lucene Core
33     Lucene QueryParsers
34     Netty/All-in-One
35     opencsv
36     openCypher TCK Features and Graphs
37     parboiled-core
38     parboiled-scala
39     WMI4Java
40
41   BSD - Scala License
42     Scala Library
43
44   BSD License
45     asm
46     asm-analysis
47     asm-tree
48     asm-util
49     JLine
50     Scala Compiler
51     scala-parser-combinators
52     scala-xml
53     Scalap
54     Zstandard
55
56   BSD License 2-clause
57     zstd-jni
58
59   Bouncy Castle License
60     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
61     Bouncy Castle Provider
62
63   Eclipse Distribution License - v 1.0
64     Eclipse Collections API
```

```
65        Eclipse Collections Main Library
66
67    Eclipse Public License - v 1.0
68        Eclipse Collections API
69        Eclipse Collections Main Library
70
71    MIT License
72        scallop
73
74    Mozilla Public License, Version 2.0
75        kiama
76
77    Dependencies with multiple licenses
78    ------------------------------------
79
80    Eclipse Collections API
81        Eclipse Distribution License - v 1.0
82        Eclipse Public License - v 1.0
83
84    Eclipse Collections Main Library
85        Eclipse Distribution License - v 1.0
86        Eclipse Public License - v 1.0
87
```

# EXHIBIT 11

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / ongdb

Code    Issues 2    Pull requests 1    Actions    Projects    Wiki    Secur

Join GitHub today

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

Dismiss

3.5.9

ongdb / enterprise / cypher / compiled-expressions / **NOTICE.txt**

jmsuhy Updated LICENSE.txt, LICENSES.txt and NOTICE.txt files so that the ma... ...

History

2 contributors

Raw   Blame

68 lines (55 sloc)   1.63 KB

```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons Lang
24     Apache Commons Text
25     Caffeine cache
26     ConcurrentLinkedHashMap
27     Lucene codecs
28     Lucene Common Analyzers
29     Lucene Core
30     Lucene QueryParsers
31     Netty/All-in-One
32     opencsv
33     parboiled-core
34     parboiled-scala
35
36   BSD - Scala License
37     Scala Library
38
39   BSD License
40     asm
41     asm-analysis
42     asm-tree
43     asm-util
44     Scala Compiler
45
46   Bouncy Castle License
47     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
48     Bouncy Castle Provider
49
50   Eclipse Distribution License - v 1.0
51     Eclipse Collections API
52     Eclipse Collections Main Library
53
54   Eclipse Public License - v 1.0
55     Eclipse Collections API
56     Eclipse Collections Main Library
57
58   Dependencies with multiple licenses
59   -----------------------------------
60
61   Eclipse Collections API
62     Eclipse Distribution License - v 1.0
63     Eclipse Public License - v 1.0
64
```

```
65   Eclipse Collections Main Library
66     Eclipse Distribution License - v 1.0
67     Eclipse Public License - v 1.0
68
```

# EXHIBIT 12

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



# graphfoundation / ongdb

<> Code    ⓘ Issues 2    ⏸ Pull requests 1    ▶ Actions    ▥ Projects    📖 Wiki    ⓘ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

🏷 3.5.9 ⌄                                                              ···

**ongdb** / enterprise / cypher / cypher / **NOTICE.txt**



**John Mark Suhy** Updated licenses and notices for 3.5.5 ✓        �’ History

👥 **12 contributors**



Raw    Blame                                                    🖥 ✏ 🗑

81 lines (62 sloc)    1.79 KB

```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons Compress
24     Apache Commons Lang
25     Apache Commons Text
26     Caffeine cache
27     ConcurrentLinkedHashMap
28     jPowerShell
29     jProcesses
30     Lucene codecs
31     Lucene Common Analyzers
32     Lucene Core
33     Lucene QueryParsers
34     Netty/All-in-One
35     opencsv
36     parboiled-core
37     parboiled-scala
38     WMI4Java
39
40   BSD - Scala License
41     Scala Library
42
43   BSD License
44     asm
45     asm-tree
46     JLine
47     Scala Compiler
48     Zstandard
49
50   BSD License 2-clause
51     zstd-jni
52
53   Bouncy Castle License
54     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
55     Bouncy Castle Provider
56
57   Eclipse Distribution License - v 1.0
58     Eclipse Collections API
59     Eclipse Collections Main Library
60
61   Eclipse Public License - v 1.0
62     Eclipse Collections API
63     Eclipse Collections Main Library
64
```

```
65   MIT License
66     scallop
67
68   Mozilla Public License, Version 2.0
69     kiama
70
71   Dependencies with multiple licenses
72   ----------------------------------
73
74   Eclipse Collections API
75     Eclipse Distribution License - v 1.0
76     Eclipse Public License - v 1.0
77
78   Eclipse Collections Main Library
79     Eclipse Distribution License - v 1.0
80     Eclipse Public License - v 1.0
81
```

# EXHIBIT 13

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / **ongdb**

<> Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

## Join GitHub today

Dismiss

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9 ▾ | ...

ongdb / enterprise / cypher / morsel-runtime / **NOTICE.txt**

**John Mark Suhy** Updated licenses and notices for 3.5.5 ✓ | History

6 contributors

Raw | Blame

76 lines (59 sloc) 1.74 KB

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons Compress
24      Apache Commons Lang
25      Apache Commons Text
26      Caffeine cache
27      ConcurrentLinkedHashMap
28      jPowerShell
29      jProcesses
30      Lucene codecs
31      Lucene Common Analyzers
32      Lucene Core
33      Lucene QueryParsers
34      Netty/All-in-One
35      opencsv
36      parboiled-core
37      parboiled-scala
38      WMI4Java
39
40    BSD - Scala License
41      Scala Library
42
43    BSD License
44      asm
45      asm-analysis
46      asm-tree
47      asm-util
48      Scala Compiler
49      Zstandard
50
51    BSD License 2-clause
52      zstd-jni
53
54    Bouncy Castle License
55      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
56      Bouncy Castle Provider
57
58    Eclipse Distribution License - v 1.0
59      Eclipse Collections API
60      Eclipse Collections Main Library
61
62    Eclipse Public License - v 1.0
63      Eclipse Collections API
64      Eclipse Collections Main Library
```

```
65
66    Dependencies with multiple licenses
67    -----------------------------------
68
69    Eclipse Collections API
70       Eclipse Distribution License - v 1.0
71       Eclipse Public License - v 1.0
72
73    Eclipse Collections Main Library
74       Eclipse Distribution License - v 1.0
75       Eclipse Public License - v 1.0
76
```

# EXHIBIT 14

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / **ongdb**

<> Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9 ▾ ...

ongdb / enterprise / cypher / physical-planning / **NOTICE.txt**

**jmsuhy** Updated LICENSE.txt, LICENSES.txt and NOTICE.txt files so that the ma... ... History

6 contributors

Raw | Blame

66 lines (50 sloc) 1.6 KB

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23      Apache Commons Lang
24      Apache Commons Text
25      Caffeine cache
26      ConcurrentLinkedHashMap
27      Lucene codecs
28      Lucene Common Analyzers
29      Lucene Core
30      Lucene QueryParsers
31      Netty/All-in-One
32      opencsv
33      parboiled-core
34      parboiled-scala
35
36   BSD - Scala License
37      Scala Library
38
39   BSD License
40      asm
41      asm-tree
42      Scala Compiler
43
44   Bouncy Castle License
45      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
46      Bouncy Castle Provider
47
48   Eclipse Distribution License - v 1.0
49      Eclipse Collections API
50      Eclipse Collections Main Library
51
52   Eclipse Public License - v 1.0
53      Eclipse Collections API
54      Eclipse Collections Main Library
55
56   Dependencies with multiple licenses
57   -----------------------------------
58
59   Eclipse Collections API
60      Eclipse Distribution License - v 1.0
61      Eclipse Public License - v 1.0
62
63   Eclipse Collections Main Library
64      Eclipse Distribution License - v 1.0
```

```
65    Eclipse Public License - v 1.0
66
```

# EXHIBIT 15

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS





```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19     Third-party licenses
20     --------------------
21
22     Apache Software License, Version 2.0
23        Apache Commons Compress
24        Apache Commons Lang
25        Apache Commons Text
26        Caffeine cache
27        ConcurrentLinkedHashMap
28        jPowerShell
29        jProcesses
30        Lucene codecs
31        Lucene Common Analyzers
32        Lucene Core
33        Lucene QueryParsers
34        Netty/All-in-One
35        opencsv
36        parboiled-core
37        parboiled-scala
38        WMI4Java
39
40     BSD - Scala License
41        Scala Library
42
43     BSD License
44        asm
45        asm-tree
46        Scala Compiler
47        Zstandard
48
49     BSD License 2-clause
50        zstd-jni
51
52     Bouncy Castle License
53        Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
54        Bouncy Castle Provider
55
56     Eclipse Distribution License - v 1.0
57        Eclipse Collections API
58        Eclipse Collections Main Library
59
60     Eclipse Public License - v 1.0
61        Eclipse Collections API
62        Eclipse Collections Main Library
63
64     Dependencies with multiple licenses
```

```
65    ----------------------------------
66
67    Eclipse Collections API
68      Eclipse Distribution License - v 1.0
69      Eclipse Public License - v 1.0
70
71    Eclipse Collections Main Library
72      Eclipse Distribution License - v 1.0
73      Eclipse Public License - v 1.0
74
```

# EXHIBIT 16

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / **ongdb**

Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9

ongdb / enterprise / deferred-locks / **NOTICE.txt**

**jmsuhy** Updated LICENSE.txt, LICENSES.txt and NOTICE.txt files so that the ma… … History

7 contributors

Raw | Blame

49 lines (35 sloc) 1.35 KB

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23       Apache Commons Lang
24       Lucene Core
25       Netty/All-in-One
26
27    Bouncy Castle License
28       Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
29       Bouncy Castle Provider
30
31    Eclipse Distribution License - v 1.0
32       Eclipse Collections API
33       Eclipse Collections Main Library
34
35    Eclipse Public License - v 1.0
36       Eclipse Collections API
37       Eclipse Collections Main Library
38
39    Dependencies with multiple licenses
40    ----------------------------------
41
42    Eclipse Collections API
43       Eclipse Distribution License - v 1.0
44       Eclipse Public License - v 1.0
45
46    Eclipse Collections Main Library
47       Eclipse Distribution License - v 1.0
48       Eclipse Public License - v 1.0
49
```

# EXHIBIT 17

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / ongdb

<> Code    ⊙ Issues  2    ⮂ Pull requests  1    ▶ Actions    ⊞ Projects    📖 Wiki    ⊙ Secur

## Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up



🏷 3.5.9 ▾                                                                                    ⋯

ongdb / enterprise / ha / **NOTICE.txt**

John Mark Suhy Updated licenses and notices for 3.5.5  ✓        🕘 History

👥 32 contributors     +16

Raw    Blame                                                                    🖥  ✏  🗑

94 lines (76 sloc)   2.23 KB

```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons BeanUtils
24     Apache Commons Collections
25     Apache Commons Compress
26     Apache Commons Lang
27     Apache Commons Text
28     Apache Shiro :: Cache
29     Apache Shiro :: Configuration :: Core
30     Apache Shiro :: Configuration :: OGDL
31     Apache Shiro :: Core
32     Apache Shiro :: Cryptography :: Ciphers
33     Apache Shiro :: Cryptography :: Core
34     Apache Shiro :: Cryptography :: Hashing
35     Apache Shiro :: Event
36     Apache Shiro :: Lang
37     Caffeine cache
38     Data Mapper for Jackson
39     hazelcast-all
40     Jackson
41     Jetty :: Asynchronous HTTP Client
42     Jetty :: Http Utility
43     Jetty :: IO Utility
44     Jetty :: Utilities
45     jPowerShell
46     jProcesses
47     Lucene codecs
48     Lucene Common Analyzers
49     Lucene Core
50     Lucene QueryParsers
51     LZ4 and xxHash
52     Netty
53     Netty/All-in-One
54     parboiled-core
55     parboiled-scala
56     WMI4Java
57
58   BSD - Scala License
59     Scala Library
60
61   BSD License
62     Scala Compiler
63     Zstandard
64
```

```
65   BSD License 2-clause
66     zstd-jni
67
68   Bouncy Castle License
69     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
70     Bouncy Castle Provider
71
72   Eclipse Distribution License - v 1.0
73     Eclipse Collections API
74     Eclipse Collections Main Library
75
76   Eclipse Public License - v 1.0
77     Eclipse Collections API
78     Eclipse Collections Main Library
79
80   MIT License
81     SLF4J API Module
82     SLF4J NOP Binding
83
84   Dependencies with multiple licenses
85   -----------------------------------
86
87   Eclipse Collections API
88     Eclipse Distribution License - v 1.0
89     Eclipse Public License - v 1.0
90
91   Eclipse Collections Main Library
92     Eclipse Distribution License - v 1.0
93     Eclipse Public License - v 1.0
94
```

# EXHIBIT 18

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / ongdb

<> Code    ⊙ Issues   2    ⭑ Pull requests   1    ⊙ Actions    ⊞ Projects    📖 Wiki    ⊙ Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ⌄      ⋯

**ongdb** / enterprise / kernel / **NOTICE.txt**



John Mark Suhy Misc updates for 3.5.3 release. Merged in 3.5.3 core code, an...   ...   ✕    ⊙ History

👥 11 contributors

Raw   Blame      🖵   ✎   🗑

60 lines (44 sloc)    1.51 KB



```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons Lang
24     Lucene codecs
25     Lucene Common Analyzers
26     Lucene Core
27     Lucene QueryParsers
28     Netty/All-in-One
29     parboiled-core
30     parboiled-scala
31
32   BSD - Scala License
33     Scala Library
34
35   BSD License
36     Scala Compiler
37
38   Bouncy Castle License
39     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
40     Bouncy Castle Provider
41
42   Eclipse Distribution License - v 1.0
43     Eclipse Collections API
44     Eclipse Collections Main Library
45
46   Eclipse Public License - v 1.0
47     Eclipse Collections API
48     Eclipse Collections Main Library
49
50   Dependencies with multiple licenses
51   -----------------------------------
52
53   Eclipse Collections API
54     Eclipse Distribution License - v 1.0
55     Eclipse Public License - v 1.0
56
57   Eclipse Collections Main Library
58     Eclipse Distribution License - v 1.0
59     Eclipse Public License - v 1.0
60
```

# EXHIBIT 19

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



📖 graphfoundation / ongdb

<> Code    ⊙ Issues   2    ⭠⭢ Pull requests   1    ▷ Actions    ⊞ Projects    📖 Wiki    ⊙ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

🏷 3.5.9 ⌄       ···

**ongdb** / enterprise / management / **NOTICE.txt**



**digitalstain** Licensing and copyright updates      ⟳ History

👥 **6 contributors**

Raw   Blame

21 lines (14 sloc)    708 Bytes



```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
```

# EXHIBIT 20

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS





```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25      Graphite Integration for Metrics
26      Metrics Core
27      Prometheus Java Simpleclient
28      Prometheus Java Simpleclient Common
29      Prometheus Java Simpleclient Dropwizard
30      Prometheus Java Simpleclient Httpserver
31
32    MIT License
33      SLF4J API Module
34
```

# EXHIBIT 21

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



## Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ⌄       ···

**ongdb** / enterprise / neo4j-enterprise / **NOTICE.txt**



John Mark Suhy Updated licenses and notices for 3.5.5 ✓    🕐 History

34 contributors    +19

Raw   Blame

106 lines (88 sloc)    2.51 KB

```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25      Apache Commons Compress
26      Apache Commons Lang
27      Apache Commons Text
28      Apache Shiro :: Cache
29      Apache Shiro :: Configuration :: Core
30      Apache Shiro :: Configuration :: OGDL
31      Apache Shiro :: Core
32      Apache Shiro :: Cryptography :: Ciphers
33      Apache Shiro :: Cryptography :: Core
34      Apache Shiro :: Cryptography :: Hashing
35      Apache Shiro :: Event
36      Apache Shiro :: Lang
37      Caffeine cache
38      ConcurrentLinkedHashMap
39      Data Mapper for Jackson
40      Graphite Integration for Metrics
41      hazelcast-all
42      Jackson
43      Jetty :: Asynchronous HTTP Client
44      Jetty :: Http Utility
45      Jetty :: IO Utility
46      Jetty :: Utilities
47      jPowerShell
48      jProcesses
49      Lucene codecs
50      Lucene Common Analyzers
51      Lucene Core
52      Lucene QueryParsers
53      LZ4 and xxHash
54      Metrics Core
55      Netty
56      Netty/All-in-One
57      opencsv
58      parboiled-core
59      parboiled-scala
60      Prometheus Java Simpleclient
61      Prometheus Java Simpleclient Common
62      Prometheus Java Simpleclient Dropwizard
63      Prometheus Java Simpleclient Httpserver
64      WMI4Java
```

```
65
66  BSD - Scala License
67    Scala Library
68
69  BSD License
70    asm
71    asm-analysis
72    asm-tree
73    asm-util
74    Scala Compiler
75    Zstandard
76
77  BSD License 2-clause
78    zstd-jni
79
80  Bouncy Castle License
81    Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
82    Bouncy Castle Provider
83
84  Eclipse Distribution License - v 1.0
85    Eclipse Collections API
86    Eclipse Collections Main Library
87
88  Eclipse Public License - v 1.0
89    Eclipse Collections API
90    Eclipse Collections Main Library
91
92  MIT License
93    SLF4J API Module
94    SLF4J NOP Binding
95
96  Dependencies with multiple licenses
97  -----------------------------------
98
99  Eclipse Collections API
100   Eclipse Distribution License - v 1.0
101   Eclipse Public License - v 1.0
102
103 Eclipse Collections Main Library
104   Eclipse Distribution License - v 1.0
105   Eclipse Public License - v 1.0
106
```

# EXHIBIT 22

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



📁 graphfoundation / ongdb

<> Code    ⓘ Issues   2    ⑃ Pull requests   1    ▶ Actions    ▥ Projects    📖 Wiki    ⓘ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ▾           ···

ongdb / enterprise / neo4j-harness-enterprise / **NOTICE.txt**



👤 John Mark Suhy Misc updates to get 3.5.9 core updates and enterprise feature…   …   ✕    ⟳ History

👥 25 contributors    [avatars] +13

Raw   Blame           🖥   ✎   🗑

152 lines (128 sloc)    3.57 KB

```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25      Apache Commons Compress
26      Apache Commons Configuration
27      Apache Commons IO
28      Apache Commons Lang
29      Apache Commons Logging
30      Apache Commons Text
31      Apache Shiro :: Cache
32      Apache Shiro :: Configuration :: Core
33      Apache Shiro :: Configuration :: OGDL
34      Apache Shiro :: Core
35      Apache Shiro :: Cryptography :: Ciphers
36      Apache Shiro :: Cryptography :: Core
37      Apache Shiro :: Cryptography :: Hashing
38      Apache Shiro :: Event
39      Apache Shiro :: Lang
40      Caffeine cache
41      Commons Lang
42      ConcurrentLinkedHashMap
43      Data Mapper for Jackson
44      fastinfoset
45      Graphite Integration for Metrics
46      hazelcast-all
47      Jackson
48      JAX-RS provider for JSON content type
49      Jetty :: Asynchronous HTTP Client
50      Jetty :: Http Utility
51      Jetty :: IO Utility
52      Jetty :: Security
53      Jetty :: Server Core
54      Jetty :: Servlet Handling
55      Jetty :: Utilities
56      Jetty :: Webapp Application Support
57      Jetty :: XML utilities
58      jPowerShell
59      jProcesses
60      Lucene codecs
61      Lucene Common Analyzers
62      Lucene Core
63      Lucene QueryParsers
64      LZ4 and xxHash
```

```
65      Metrics Core
66      Netty
67      Netty/All-in-One
68      opencsv
69      parboiled-core
70      parboiled-scala
71      Prometheus Java Simpleclient
72      Prometheus Java Simpleclient Common
73      Prometheus Java Simpleclient Dropwizard
74      Prometheus Java Simpleclient Httpserver
75      WMI4Java
76
77   BSD - Scala License
78      Scala Library
79
80   BSD License
81      asm
82      asm-analysis
83      asm-tree
84      asm-util
85      JLine
86      Scala Compiler
87      Zstandard
88
89   BSD License 2-clause
90      zstd-jni
91
92   Bouncy Castle License
93      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
94      Bouncy Castle Provider
95
96   Common Development and Distribution License Version 1.0
97      JavaBeans(TM) Activation Framework
98
99   Common Development and Distribution License Version 1.1
100     Java Servlet API
101     jaxb-api
102     jersey-client
103     jersey-core
104     jersey-server
105     jersey-servlet
106     jsr311-api
107
108  Eclipse Distribution License - v 1.0
109     Eclipse Collections API
110     Eclipse Collections Main Library
111     Extended StAX API
112     fastinfoset
```

```
113    istack common utility code runtime
114    jakarta.xml.bind-api
115    JavaBeans Activation Framework API jar
116    JAXB Runtime
117    TXW2 Runtime
118
119  Eclipse Public License - v 1.0
120    Eclipse Collections API
121    Eclipse Collections Main Library
122
123  GNU General Public License, version 2 with the Classpath Exception
124    Java Servlet API
125
126  MIT License
127    scallop
128    SLF4J API Module
129    SLF4J NOP Binding
130
131  Mozilla Public License, Version 2.0
132    kiama
133
134  Dependencies with multiple licenses
135  -----------------------------------
136
137  Eclipse Collections API
138    Eclipse Distribution License - v 1.0
139    Eclipse Public License - v 1.0
140
141  Eclipse Collections Main Library
142    Eclipse Distribution License - v 1.0
143    Eclipse Public License - v 1.0
144
145  Java Servlet API
146    Common Development and Distribution License Version 1.1
147    GNU General Public License, version 2 with the Classpath Exception
148
149  fastinfoset
150    Apache Software License, Version 2.0
151    Eclipse Distribution License - v 1.0
152
```

# EXHIBIT 23

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

graphfoundation / **ongdb**

<> Code | Issues 2 | Pull requests 1 | Actions | Projects | Wiki | Secur

Dismiss

## Join GitHub today

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9 ▾

ongdb / enterprise / procedure-compiler-enterprise-tests / **NOTICE.txt**

**digitalstain** Licensing and copyright updates

History

4 contributors

Raw | Blame

25 lines (17 sloc) 802 Bytes

```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```





```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23        Apache Commons BeanUtils
24        Apache Commons Collections
25
```

# EXHIBIT 24

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

Case 5:19-cv-06226-EJD   Document 75-3   Filed 08/21/20   Page 106 of 138



graphfoundation / ongdb

<> Code    ⊙ Issues  2    ⊔↑ Pull requests  1    ⊙ Actions    ⊞ Projects    📖 Wiki    ⊙ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ▾                                                                    ⋯

**ongdb** / enterprise / query-logging / **NOTICE.txt**

**jmsuhy** Updated LICENSE.txt, LICENSES.txt and NOTICE.txt files so that the ma...  ⋯        ⏱ History

👥 12 contributors



Raw    Blame                                                                   💻  ✏  🗑

50 lines (36 sloc)    1.39 KB

```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25      Lucene Core
26      Netty/All-in-One
27
28    Bouncy Castle License
29      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
30      Bouncy Castle Provider
31
32    Eclipse Distribution License - v 1.0
33      Eclipse Collections API
34      Eclipse Collections Main Library
35
36    Eclipse Public License - v 1.0
37      Eclipse Collections API
38      Eclipse Collections Main Library
39
40    Dependencies with multiple licenses
41    -----------------------------------
42
43    Eclipse Collections API
44      Eclipse Distribution License - v 1.0
45      Eclipse Public License - v 1.0
46
47    Eclipse Collections Main Library
48      Eclipse Distribution License - v 1.0
49      Eclipse Public License - v 1.0
50
```

# EXHIBIT 25

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

Case 5:19-cv-06226-EJD   Document 75-3   Filed 08/21/20   Page 109 of 138



🖥 graphfoundation / ongdb

<> Code    ⊙ Issues 2    ⇄ Pull requests 1    ▷ Actions    ▥ Projects    📖 Wiki    ⊙ Secur

## Join GitHub today

Dismiss

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

🏷 3.5.9 ▾    ···

**ongdb** / enterprise / security / **NOTICE.txt**



**John Mark Suhy** Updated licenses and notices for 3.5.5 ✓    ⟳ History

👥 14 contributors   +2

Raw   Blame

84 lines (66 sloc)   2.03 KB



```
1    Neo4j
2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
3    [http://neo4j.com]
4
5    This product includes software ("Software") developed and owned by Neo4j.
6
7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9    included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     Apache Commons BeanUtils
24     Apache Commons Collections
25     Apache Commons Compress
26     Apache Commons Text
27     Apache Shiro :: Cache
28     Apache Shiro :: Configuration :: Core
29     Apache Shiro :: Configuration :: OGDL
30     Apache Shiro :: Core
31     Apache Shiro :: Cryptography :: Ciphers
32     Apache Shiro :: Cryptography :: Core
33     Apache Shiro :: Cryptography :: Hashing
34     Apache Shiro :: Event
35     Apache Shiro :: Lang
36     Caffeine cache
37     jPowerShell
38     jProcesses
39     Lucene codecs
40     Lucene Common Analyzers
41     Lucene Core
42     Lucene QueryParsers
43     Netty/All-in-One
44     parboiled-core
45     parboiled-scala
46     WMI4Java
47
48   BSD - Scala License
49     Scala Library
50
51   BSD License
52     Scala Compiler
53     Zstandard
54
55   BSD License 2-clause
56     zstd-jni
57
58   Bouncy Castle License
59     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
60     Bouncy Castle Provider
61
62   Eclipse Distribution License - v 1.0
63     Eclipse Collections API
64     Eclipse Collections Main Library
```

```
65
66   Eclipse Public License - v 1.0
67     Eclipse Collections API
68     Eclipse Collections Main Library
69
70   MIT License
71     SLF4J API Module
72     SLF4J NOP Binding
73
74   Dependencies with multiple licenses
75   -----------------------------------
76
77   Eclipse Collections API
78     Eclipse Distribution License - v 1.0
79     Eclipse Public License - v 1.0
80
81   Eclipse Collections Main Library
82     Eclipse Distribution License - v 1.0
83     Eclipse Public License - v 1.0
84
```

# EXHIBIT 26

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

8/18/2020 ongdb/NOTICE.txt at 3.5.9 · graphfoundation/ongdb · GitHub



🖥 graphfoundation / ongdb

<> Code   ⓘ Issues 2   ⭧ Pull requests 1   ▷ Actions   ▦ Projects   📖 Wiki   ⓘ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

🏷 3.5.9 ⌄                                                                    ⋯

**ongdb** / enterprise / server-enterprise / **NOTICE.txt**



John Mark Suhy Misc updates to get 3.5.9 core updates and enterprise feature... ... ✕   ⟳ History

🍃 38 contributors    [avatars]   +23

Raw   Blame                                                        🖥  ✏  🗑

151 lines (127 sloc)   3.54 KB

```
1   Neo4j
2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
3   [http://neo4j.com]
4
5   This product includes software ("Software") developed and owned by Neo4j.
6
7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9   included in the LICENSE.txt file, with the Commons Clause.
10
11  Neo4j Enterprise object code can be licensed independently from the source
12  under separate commercial terms. Email inquiries can be directed
13  to: licensing@neo4j.com. More information is also available
14  at: https://neo4j.com/licensing/
15
16  Full license texts are found in LICENSES.txt.
```

```
17

18

19   Third-party licenses
20   --------------------

21

22   Apache Software License, Version 2.0
23     Apache Commons BeanUtils
24     Apache Commons Collections
25     Apache Commons Compress
26     Apache Commons Configuration
27     Apache Commons IO
28     Apache Commons Lang
29     Apache Commons Text
30     Apache Shiro :: Cache
31     Apache Shiro :: Configuration :: Core
32     Apache Shiro :: Configuration :: OGDL
33     Apache Shiro :: Core
34     Apache Shiro :: Cryptography :: Ciphers
35     Apache Shiro :: Cryptography :: Core
36     Apache Shiro :: Cryptography :: Hashing
37     Apache Shiro :: Event
38     Apache Shiro :: Lang
39     Caffeine cache
40     Commons Lang
41     Commons Logging
42     ConcurrentLinkedHashMap
43     Data Mapper for Jackson
44     fastinfoset
45     Graphite Integration for Metrics
46     hazelcast-all
47     Jackson
48     JAX-RS provider for JSON content type
49     Jetty :: Asynchronous HTTP Client
50     Jetty :: Http Utility
51     Jetty :: IO Utility
52     Jetty :: Security
53     Jetty :: Server Core
54     Jetty :: Servlet Handling
55     Jetty :: Utilities
56     Jetty :: Webapp Application Support
57     Jetty :: XML utilities
58     jPowerShell
59     jProcesses
60     Lucene codecs
61     Lucene Common Analyzers
62     Lucene Core
63     Lucene QueryParsers
64     LZ4 and xxHash
```

```
 65      Metrics Core
 66      Netty
 67      Netty/All-in-One
 68      opencsv
 69      parboiled-core
 70      parboiled-scala
 71      Prometheus Java Simpleclient
 72      Prometheus Java Simpleclient Common
 73      Prometheus Java Simpleclient Dropwizard
 74      Prometheus Java Simpleclient Httpserver
 75      WMI4Java
 76
 77   BSD - Scala License
 78      Scala Library
 79
 80   BSD License
 81      asm
 82      asm-analysis
 83      asm-tree
 84      asm-util
 85      JLine
 86      Scala Compiler
 87      Zstandard
 88
 89   BSD License 2-clause
 90      zstd-jni
 91
 92   Bouncy Castle License
 93      Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
 94      Bouncy Castle Provider
 95
 96   Common Development and Distribution License Version 1.0
 97      JavaBeans(TM) Activation Framework
 98
 99   Common Development and Distribution License Version 1.1
100      Java Servlet API
101      jaxb-api
102      jersey-core
103      jersey-server
104      jersey-servlet
105      jsr311-api
106
107   Eclipse Distribution License - v 1.0
108      Eclipse Collections API
109      Eclipse Collections Main Library
110      Extended StAX API
111      fastinfoset
112      istack common utility code runtime
```

```
113    jakarta.xml.bind-api
114    JavaBeans Activation Framework API jar
115    JAXB Runtime
116    TXW2 Runtime
117
118  Eclipse Public License - v 1.0
119    Eclipse Collections API
120    Eclipse Collections Main Library
121
122  GNU General Public License, version 2 with the Classpath Exception
123    Java Servlet API
124
125  MIT License
126    scallop
127    SLF4J API Module
128    SLF4J NOP Binding
129
130  Mozilla Public License, Version 2.0
131    kiama
132
133  Dependencies with multiple licenses
134  -----------------------------------
135
136  Eclipse Collections API
137    Eclipse Distribution License - v 1.0
138    Eclipse Public License - v 1.0
139
140  Eclipse Collections Main Library
141    Eclipse Distribution License - v 1.0
142    Eclipse Public License - v 1.0
143
144  Java Servlet API
145    Common Development and Distribution License Version 1.1
146    GNU General Public License, version 2 with the Classpath Exception
147
148  fastinfoset
149    Apache Software License, Version 2.0
150    Eclipse Distribution License - v 1.0
151
```

# EXHIBIT 27

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



graphfoundation / ongdb

<> Code   ⊙ Issues 2   ⇄ Pull requests 1   ⊙ Actions   ⊞ Projects   📖 Wiki   ⊙ Secur

## Join GitHub today

Dismiss

GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.

Sign up

3.5.9 ⌄

· · ·



**ongdb** / integrationtests / **NOTICE.txt**

digitalstain Licensing and copyright updates      ⟳ History

7 contributors



Raw  Blame

28 lines (20 sloc)   873 Bytes

```
1   Neo4j
2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
3   [http://neo4j.com]
4
5   This product includes software ("Software") developed and owned by Neo4j.
6
7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9   included in the LICENSE.txt file, with the Commons Clause.
10
11  Neo4j Enterprise object code can be licensed independently from the source
12  under separate commercial terms. Email inquiries can be directed
13  to: licensing@neo4j.com. More information is also available
14  at: https://neo4j.com/licensing/
15
16  Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23       Apache Commons BeanUtils
24       Apache Commons Collections
25       Apache Commons Configuration
26       Apache Commons Logging
27       Commons Lang
28
```

# EXHIBIT 28

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

Case 5:19-cv-06226-EJD    Document 75-3    Filed 08/21/20    Page 121 of 138







```
Neo4j
Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
[http://neo4j.com]

This product includes software ("Software") developed and owned by Neo4j.

The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
included in the LICENSE.txt file, with the Commons Clause.

Neo4j Enterprise object code can be licensed independently from the source
under separate commercial terms. Email inquiries can be directed
to: licensing@neo4j.com. More information is also available
at: https://neo4j.com/licensing/

Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     @firebase/app
24     @firebase/app-types
25     @firebase/auth
26     @firebase/auth-types
27     @firebase/database
28     @firebase/database-types
29     @firebase/firestore
30     @firebase/firestore-types
31     @firebase/functions
32     @firebase/functions-types
33     @firebase/logger
34     @firebase/messaging
35     @firebase/messaging-types
36     @firebase/polyfill
37     @firebase/storage
38     @firebase/storage-types
39     @firebase/util
40     @firebase/webchannel-wrapper
41     Apache Commons Lang
42     ascli
43     aws-sign2
44     bytebuffer
45     caseless
46     detect-libc
47     disposables
48     firebase
49     forever-agent
50     grpc
51     long
52     Lucene codecs
53     Lucene Common Analyzers
54     Lucene Core
55     Lucene QueryParsers
56     neo4j-driver
57     Netty/All-in-One
58     oauth-sign
59     protobufjs
60     request
61     rxjs
62     tslib
63     tunnel-agent
64
```

```
 65   BSD License
 66     antlr4
 67     bcrypt-pbkdf
 68     boom
 69     cryptiles
 70     D3.js
 71     dnd-core
 72     hawk
 73     hoek
 74     hoist-non-react-statics
 75     ieee754
 76     json-schema
 77     node-pre-gyp
 78     qs
 79     react-dnd
 80     react-dnd-html5-backend
 81     sntp
 82     tough-cookie
 83
 84   BSD License 2-clause
 85     tar-pack
 86     uri-js
 87
 88   Bouncy Castle License
 89     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
 90     Bouncy Castle Provider
 91
 92   Eclipse Distribution License - v 1.0
 93     Eclipse Collections API
 94     Eclipse Collections Main Library
 95
 96   Eclipse Public License - v 1.0
 97     Eclipse Collections API
 98     Eclipse Collections Main Library
 99
100   ISC
101     abbrev
102     aproba
103     are-we-there-yet
104     block-stream
105     cliui
106     console-control-strings
107     css-color-keywords
108     fs.realpath
109     fstream
110     fstream-ignore
111     gauge
112     glob
```

```
113    graceful-fs
114    har-schema
115    har-validator
116    has-unicode
117    inflight
118    inherits
119    ini
120    json-stringify-safe
121    minimatch
122    nopt
123    npmlog
124    once
125    osenv
126    rimraf
127    semver
128    set-blocking
129    signal-exit
130    tar
131    uid-number
132    wide-align
133    wrappy
134    y18n
135
136    MIT License
137    ajv
138    ansi-regex
139    asap
140    ascii-data-table
141    asn1
142    assert-plus
143    assertion-error
144    asynckit
145    attr-accept
146    aws4
147    babel-runtime
148    balanced-match
149    base64-js
150    bootstrap
151    brace-expansion
152    buffer
153    camelcase
154    canvg
155    chai
156    check-error
157    classnames
158    co
159    code-point-at
160    codemirror
```

```
161   colour
162   combined-stream
163   concat-map
164   core-js
165   core-util-is
166   css-to-react-native
167   dashdash
168   debug
169   decamelize
170   deep-eql
171   deep-extend
172   delayed-stream
173   delegates
174   dom-storage
175   ecc-jsbn
176   encoding
177   extend
178   extsprintf
179   fast-deep-equal
180   fast-json-stable-stringify
181   faye-websocket
182   fbjs
183   file-saver
184   Font Awesome CSS
185   form-data
186   fuzzaldrin
187   get-func-name
188   getpass
189   has-flag
190   http-parser-js
191   http-signature
192   iconv-lite
193   invariant
194   invert-kv
195   is-fullwidth-code-point
196   is-plain-object
197   is-stream
198   is-typedarray
199   isarray
200   isobject
201   isomorphic-fetch
202   isstream
203   js-tokens
204   jsbn
205   json-schema-traverse
206   jsonic
207   jsprim
208   lcid
```

```
209    lodash
210    lodash-es
211    lodash.debounce
212    loose-envify
213    mime-db
214    mime-types
215    minimist
216    mkdirp
217    ms
218    nan
219    node-fetch
220    number-is-nan
221    object-assign
222    optjs
223    os-homedir
224    os-locale
225    os-tmpdir
226    path-is-absolute
227    pathval
228    performance-now
229    postcss-value-parser
230    process-nextick-args
231    promise
232    promise-polyfill
233    prop-types
234    punycode
235    querystringify
236    rc
237    react
238    react-addons-pure-render-mixin
239    react-dom
240    react-dropzone
241    react-icon-base
242    react-icons
243    react-is
244    react-redux
245    react-suber
246    react-timeago
247    readable-stream
248    redux
249    redux-observable
250    regenerator-runtime
251    requires-port
252    safe-buffer
253    safer-buffer
254    save-as
255    setimmediate
256    sshpk
```

```
257   string-width
258   string_decoder
259   stringstream
260   strip-ansi
261   strip-json-comments
262   styled-components
263   stylis
264   stylis-rule-sheet
265   suber
266   supports-color
267   swipe-js-iso
268   symbol-observable
269   type-detect
270   ua-parser-js
271   url-parse
272   util-deprecate
273   uuid
274   verror
275   websocket-driver
276   websocket-extensions
277   whatwg-fetch
278   window-size
279   wrap-ansi
280   xmlhttprequest
281   yargs
282
283   SIL OFL 1.1
284     Font Awesome
285     Inconsolata Font
286     Open Sans Font
287
288   Unlicense
289     tweetnacl
290
291   Dependencies with multiple licenses
292   ----------------------------------
293
294   Eclipse Collections API
295     Eclipse Distribution License - v 1.0
296     Eclipse Public License - v 1.0
297
298   Eclipse Collections Main Library
299     Eclipse Distribution License - v 1.0
300     Eclipse Public License - v 1.0
301
```

# EXHIBIT 29

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

Case 5:19-cv-06226-EJD    Document 75-3    Filed 08/21/20    Page 129 of 138



## graphfoundation / ongdb

<> Code    ⚠ Issues **2**    ⑂ Pull requests **1**    ▶ Actions    🎛 Projects    📖 Wiki    ⓘ Secur

### Join GitHub today

Dismiss

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up



🏷 3.5.9 ▾

⋯

**ongdb** / **stresstests** / **NOTICE.txt**

🄰 **digitalstain** Licensing and copyright updates

🕘 History

👥 **7 contributors**



Raw | Blame

25 lines (17 sloc)    802 Bytes

```
 1   Neo4j
 2   Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3   [http://neo4j.com]
 4
 5   This product includes software ("Software") developed and owned by Neo4j.
 6
 7   The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8   Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9   included in the LICENSE.txt file, with the Commons Clause.
10
11   Neo4j Enterprise object code can be licensed independently from the source
12   under separate commercial terms. Email inquiries can be directed
13   to: licensing@neo4j.com. More information is also available
14   at: https://neo4j.com/licensing/
15
16   Full license texts are found in LICENSES.txt.
```

```
17
18
19    Third-party licenses
20    --------------------
21
22    Apache Software License, Version 2.0
23      Apache Commons BeanUtils
24      Apache Commons Collections
25
```

# EXHIBIT 30

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS



## graphfoundation / ongdb

<> Code    ⊙ Issues  2    ⇄ Pull requests  1    ▷ Actions    ▦ Projects    📖 Wiki    ⊙ Secur

### Join GitHub today

GitHub is home to over 50 million developers
working together to host and review code, manage
projects, and build software together.

Sign up

Dismiss



🏷 3.5.9 ▾

···

**ongdb** / tools / **NOTICE.txt**

👤 **John Mark Suhy** Updated notice and licenses.

🕐 History

👥 **19 contributors**  +7

| Raw | Blame |

💻 ✏ 🗑

87 lines (69 sloc)    1.93 KB

```
 1    Neo4j
 2    Copyright © 2002-2018 Neo4j Sweden AB (referred to in this notice as "Neo4j")
 3    [http://neo4j.com]
 4
 5    This product includes software ("Software") developed and owned by Neo4j.
 6
 7    The Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
 8    Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    included in the LICENSE.txt file, with the Commons Clause.
10
11    Neo4j Enterprise object code can be licensed independently from the source
12    under separate commercial terms. Email inquiries can be directed
13    to: licensing@neo4j.com. More information is also available
14    at: https://neo4j.com/licensing/
15
16    Full license texts are found in LICENSES.txt.
```

```
17
18
19   Third-party licenses
20   --------------------
21
22   Apache Software License, Version 2.0
23     airline
24     Apache Commons Compress
25     Apache Commons Lang
26     Apache Commons Text
27     Caffeine cache
28     ConcurrentLinkedHashMap
29     error-prone annotations
30     FindBugs-jsr305
31     Guava: Google Core Libraries for Java
32     J2ObjC Annotations
33     javax.inject
34     jPowerShell
35     jProcesses
36     Lucene codecs
37     Lucene Common Analyzers
38     Lucene Core
39     Lucene QueryParsers
40     Netty
41     Netty/All-in-One
42     opencsv
43     parboiled-core
44     parboiled-scala
45     WMI4Java
46
47   BSD - Scala License
48     Scala Library
49
50   BSD License
51     asm
52     asm-analysis
53     asm-tree
54     asm-util
55     Scala Compiler
56     Zstandard
57
58   BSD License 2-clause
59     zstd-jni
60
61   Bouncy Castle License
62     Bouncy Castle PKIX, CMS, EAC, TSP, PKCS, OCSP, CMP, and CRMF APIs
63     Bouncy Castle Provider
64
```

```
65    Eclipse Distribution License - v 1.0
66      Eclipse Collections API
67      Eclipse Collections Main Library
68
69    Eclipse Public License - v 1.0
70      Eclipse Collections API
71      Eclipse Collections Main Library
72
73    MIT License
74      Animal Sniffer Annotations
75      Checker Qual
76
77    Dependencies with multiple licenses
78    ------------------------------------
79
80    Eclipse Collections API
81      Eclipse Distribution License - v 1.0
82      Eclipse Public License - v 1.0
83
84    Eclipse Collections Main Library
85      Eclipse Distribution License - v 1.0
86      Eclipse Public License - v 1.0
87
```

# EXHIBIT 31

## TO

# DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

graphfoundation / **ongdb**

<> Code     ⊘ Issues  2     ⇅ Pull requests  1     ⊙ Actions     ▦ Projects     📖 Wiki     ⊘ Secur

🏷 3.5.9 ⌄     ongdb / **packaging** /

| | |
|---|---|
| 👤 **John Mark Suhy** Misc updates to get 3.5.9 core updates and ...  ...     ✕  on Sep 16, 2019     ⏱ **History** | |
| .. | |
| 📁 standalone | 11 months ago |
| 📄 .gitignore | 3 years ago |
| 📄 LICENSE.txt | 2 years ago |
| 📄 pom.xml | 13 months ago |

# EXHIBIT 32

## TO

## DECLARATION OF JOHN D. PERNICK IN SUPPORT OF GRAPH FOUNDATION, INC.'S MOTION TO DISMISS

📖 graphfoundation / **ongdb**

<> Code  ⊙ Issues 2  ⊗ Pull requests 1  ▷ Actions  ▦ Projects  📖 Wiki  ⊙ Secur

🏷 3.5.9 ▾   **ongdb** / packaging / **standalone** /

| | | |
|---|---|---|
| ⬤ **John Mark Suhy** Misc updates to get 3.5.9 core updates and ... ⋯ | ✕ on Sep 16, 2019 | ⊙ History |

.. 

| | |
|---|---|
| 📁 src | 13 months ago |
| 📁 standalone-community | 11 months ago |
| 📁 standalone-enterprise | 11 months ago |
| 📄 LICENSE.txt | 2 years ago |
| 📄 LICENSES.txt | 2 years ago |
| 📄 Makefile | 2 years ago |
| 📄 NOTICE.txt | 2 years ago |
| 📄 build.xml | 2 years ago |
| 📄 pom.xml | 13 months ago |
| 📄 tarball.properties | 5 years ago |
| 📄 zip.properties | 5 years ago |