John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | CASE NO. 5:19-cv-06226-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3606780.3

STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; CASE NO. 5:19-CV-06226-EJD

## STIPULATION

Plaintiff and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants Graph Foundation, Inc. ("GFI"), GraphGrid, Inc. ("GraphGrid") and AtomRain, Inc. ("ARI" and with GFI and GraphGrid, collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on August 21, 2020, ARI and GraphGrid filed their Motion to Dismiss the First Amended Complaint, which seeks the dismissal of the Fifth Cause of Action for Unauthorized Distribution of Altered Copyright Management Information – 17 U.S.C. § 1202(b) and the Seventh Cause of Action for Unfair and Fraudulent Business Practices – Cal. Bus. Prof. Code §§ 17200 et seq. asserted against them. *See* Dkt. No. 74.

WHEREAS, on August 21, 2020, GFI filed its Motion to Dismiss the Fifth, Six and Seventh Causes of Action of the First Amended Complaint. *See* Dkt. No. 75.

WHEREAS, Plaintiffs' oppositions to these pending motions to dismiss are currently due on September 21, 2020.

WHEREAS, there is substantial overlap in the arguments made in Defendants' motions to dismiss. As a result, Plaintiffs' arguments in opposition thereto will be substantially similar and will be based on substantially similar arguments and legal authority.

WHEREAS, the parties agree that Plaintiffs' filing of a consolidated opposition to these motions would greatly reduce duplication that would likely occur in separately-filed oppositions to each motion. Likewise, Plaintiffs' filing of a consolidate opposition will reduce the overall number of pages required to separately oppose Defendants' motions.

WHEREAS, in the interest of judicial economy, to reduce the potential for duplication and to lower the total number of pages that would result in Plaintiffs submitting separate oppositions, the parties agree that Plaintiffs may file a consolidated opposition to Defendants' motions to dismiss not to exceed 35 pages.

WHEREAS, nothing herein shall preclude Defendants from filing separate reply briefs supporting their respective motions to dismiss as provided by Civ. L.R. 7-3(c).

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3606780.3

STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; CASE NO. 5:19-CV-06226-EJD

ACCORDINGLY, IT IS HEREBY STIPULATED that Plaintiffs shall be permitted to file a consolidated opposition in response to ARI and GraphGrid's Motion to Dismiss (Dkt. No. 74) and GFI's Motion to Dismiss (Dkt. No. 75) not to exceed 35 pages.

Dated:  September 16, 2020    HOPKINS & CARLEY
                              A Law Corporation

                              By: */s/ Jeffrey M. Ratinoff*
                                  Jeffrey M. Ratinoff
                                  Attorneys for Plaintiffs and
                                  Counter-Defendants
                                  NEO4J, INC. and NEO4J SWEDEN AB

Dated:  September 16, 2020    SKAGGS FAUCETTE LLP

                              By: */s/ Jeffrey E. Faucette*
                                  Jeffrey E. Faucette
                                  Attorneys for Defendants GRAPHGRID,
                                  INC. and ATOMRAIN INC.

Dated:  September 16, 2020    BERGESON, LLP

                              By: */s/ John D. Pernick*
                                  John D. Pernick
                                  Attorneys for Defendant
                                  GRAPH FOUNDATION, INC.

**IT IS SO ORDERED.**

Dated:_____Sept. 16_____, 2020   _____
                                     EDWARD J. DAVILA
                                     United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3606780.3                              - 3 -
STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; CASE NO. 5:19-CV-06226-EJD

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  September 16, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3606780.3
STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; CASE NO. 5:19-CV-06226-EJD