John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
**mailing address:**
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>Defendants. | CASE NO.  5:19-cv-06226-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FACT DISCOVERY MOTIONS FOR PHASE 1 ISSUES** |

**STIPULATION**

Plaintiff and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendants Graph Foundation, Inc. ("GFI"), GraphGrid, Inc. and AtomRain Inc. in the action entitled *Neo4j, Inc. v. Graph Foundation, Inc.*, Case No. 3:19-cv-06226-EJD ("GFI Action"), by and through the parties' respective attorneys, hereby submit this stipulation regarding the case schedule as follows:

1.     On April 10, 2020, the Court granted the parties' stipulation concerning the claims, counterclaims and affirmative defenses ("Phase 1 Issues") that would be subject to the first

///

842\3633672.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE FOR FACT DISCOVERY MOTIONS FOR PHASE I ISSUES: CASE NO. 5:19-CV-06226-EJD

motions for summary judgment/adjudication filed by each party.  *See* GFI Action, Dkt. No. 45.  This stipulation also set forth the case schedule for Phase 1.

2. On July 16, 2020, the Court granted the parties' stipulation further clarifying the scope of the Phase 1 Issues and adjusting the Phase 1 schedule to allow the Court sufficient time to rule on Neo4j USA's motion to dismiss challenging the viability of PureThink Defendants' trademark abandonment counterclaim and affirmative defense.  *See* GFI Action, Dkt. No. 63.

3. On July 16, 2020, the Court also granted Plaintiffs leave to file their First Amended Complaint ("FAC") in the GFI Action.  *See* GFI Action, Dkt. No. 64.

4. On August 21, 2020, the Defendants in the GFI Action filed motions to dismiss certain claims asserted against them in the FAC.  *See* GFI Action, Dkt. Nos. 74-75.  These motions were set to be heard by this Court on October 29, 2020.  That hearing has been vacated and the motions were taken under submission by the Court.  *See* GFI Action, Dkt. No. 85.

5. On September 21, 2020, the Court entered its Order on the Parties' stipulation modifying the Phase 1 Case Schedule to extend the deadlines for discovery and summary judgment briefing in Phase 1.  *See* GFI Action, Dkt. No. 77.

6. Under the Court's September 21, 2020 Order, the last day to file discovery motions for Phase 1 issues is October 30, 2020 and to complete the deposition of GFI by October 23, 2020.  *See* GFI Action, Dkt. No. 77.

7. The Parties are currently meeting and conferring with respect to several discovery disputes, including GFI's responses to two sets of requests for admissions propounded by Neo4j USA relating to Phase 1 issues.  Due to circumstances relating to the remote nature, unresolved discovery issues and time difference of where the witness was located, the parties were unable to complete the deposition GFI, which commenced on October 16, 2020.  As a result, the parties agreed to resume the deposition at 11:00 a.m. Pacific Time on November 6, 2020.

8. Due to scheduling issues, including the fact that GFI's counsel is in trial the week of October 26, 2020, the Parties will be unable to complete their meet and confer process and the competition of the deposition of GFI prior to the October 30, 2020 deadline for discovery motions.  Therefore, to avoid having to file discovery motions that could be resolved through the

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3633672.1                                                    - 2 -
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE FOR FACT DISCOVERY MOTIONS FOR PHASE I ISSUES: CASE NO. 5:19-CV-06226-EJD

meet and confer process and the complete the deposition of GFI, the Parties have agreed that the deadline for discovery motions should be modestly extended to accommodate these scheduling issues and allow sufficient time for the parties to informally resolve any remaining disputes related to the foregoing. The parties further agree that such an extension is in the interest of judicial economy because it may reduce, or entirely avoid, the filing of any discovery motions.

9. In light of the foregoing, the Parties respectfully request that the Court modify the current case schedule in the GFI Action to extend the last day to file fact discovery motions for the aforementioned requests for admissions from October 30, 2020 to November 9, 2020, and for any issues that arise from the deposition of GFI from October 30, 2020 to November 13, 2020.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 27, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiffs NEO4J, INC. and NEO4J SWEDEN AB

Dated: October 27, 2020

BERGESON, LLP

By: */s/ John D. Pernick*
John D. Pernick
Attorneys for Defendant
GRAPH FOUNDATION, INC.

Dated: October 27, 2020

SKAGGS FAUCETTE LLP

By: */s/ Jeffrey E. Faucette*
Jeffrey E. Faucette
Attorneys for Defendants GRAPHGRID, INC. and ATOMRAIN INC.

**IT IS SO ORDERED.**

Dated: October 29, 2020

EDWARD J. DAVILA
United States District Court Judge

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3633672.1

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE FOR FACT DISCOVERY MOTIONS FOR PHASE I ISSUES: CASE NO. 5:19-CV-06226-EJD