John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>        Defendants. | CASE NO.  5:19-cv-06226-EJD<br><br>**FIRST STIPULATION OF AUTHENTICITY OF DOCUMENTS AND RELATED FACTS** |

## STIPULATION

Plaintiff and Counter-Defendants Neo4j, Inc. and Neo4j Sweden AB (collectively "Plaintiffs") and Defendant Graph Foundation, Inc. ("GFI" or "Defendant"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs and GFI recognize that it is in the interest of judicial economy to stipulate to the authenticity of printouts from GFI's website and GitHub Repository;

WHEREAS, Plaintiffs and GFI further recognize that it is in the interest of judicial economy to stipulate to certain undisputed facts that can be drawn from printouts of GFI's website and GitHub Repository in advance of the parties filing motions for summary judgment;

THEREFORE, the Parties agree to the following:

1.      Attached hereto as **Exhibit 1** is N4J_019514-N4J_019518, which is a true and correct printout of the webpage https://neo4j.com/trademark-policy/ captured by the Internet Archive on July 10, 2017.

2.      Attached hereto as **Exhibit 2** is N4J_019936-N4J_019943, which is a true and correct printout of the webpage, https://neo4j.com/trademark-policy/, captured by the Internet Archive on August 5, 2020.

3.      Attached hereto as **Exhibit 3** is N4J-GFI_000066-N4J-GFI_000068, which is a true and correct copy of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-4-9/, as of September 24, 2019, which contains (a) the embedded HTML hyperlink, https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog, in the phrase "the changelog" following the phrase "For the complete list of all changes, please see"; (b) the embedded HTML hyperlink, http://neo4j.com/docs/developer-manual/current/, in in the word "here" following the phrase "Look for 3.4 Developer manual"; and (c) the embedded HTML hyperlink, http://neo4j.com/docs/operations-manual/current/, in the word "here" following the phrase "3.4 Operations manual".

/ / /

/ / /

1    4.    Attached hereto as **Exhibit 4** is N4J-GFI_000069-N4J-GFI_000071, which is a

2    true and correct copy of GFI's webpage,

3    https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-4-11/, as of September 24,

4    2019, which contains (a) the embedded HTML hyperlink,

5    https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog, in the phrase "the changelog"

6    following the phrase "For the complete list of all changes, please see"; (b) the embedded HTML

7    hyperlink, http://neo4j.com/docs/developer-manual/current/, in in the word "here" following the

8    phrase "Look for 3.4 Developer manual"; and (c) the embedded HTML hyperlink,

9    http://neo4j.com/docs/operations-manual/current/, in the word "here" following the phrase "3.4

10   Operations manual".

11   5.    Attached hereto as **Exhibit 5** is N4J-GFI_000072-N4J-GFI_000074, which is a

12   true and correct copy of GFI's webpage,

13   https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-5-1/, as of September 24,

14   2019, which contains (a) the embedded HTML hyperlink,

15   https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog, in the phrase "the changelog"

16   following the phrase "For the complete list of all changes, please see"; (b) the embedded HTML

17   hyperlink, https://neo4j.com/docs/operations-manual/3.5/ in the word "here" following the phrase

18   "Look for 3.5 Operations manual".

19   6.    Attached hereto as **Exhibit 6** is N4J-GFI_000075-N4J-GFI_000077, which is a

20   true and correct copy of GFI's webpage,

21   https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-4-12/, as of September 27,

22   2019, which contains (a) the embedded HTML hyperlink,

23   https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog, in the phrase "the changelog"; (b) the

24   embedded HTML hyperlink, http://neo4j.com/docs/developer-manual/current/, in in the word

25   "here" following the phrase "Look for 3.4 Developer manual"; and (c) the embedded HTML

26   hyperlink, http://neo4j.com/docs/operations-manual/current/, in the word "here" following the

27   phrase "3.4 Operations manual".

28   / / /

7.    Attached hereto as **Exhibit 7** is N4J-GFI_000086-N4J-GFI_000088, which is a true and correct copy of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-5-3/, as of September 24, 2019, which contains (a) the embedded HTML hyperlink, https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog, in the phrase "the changelog" following the phrase "For the complete list of all changes, please see"; and (b) the embedded HTML hyperlink, https://neo4j.com/docs/operations-manual/3.5/, in the word "here" following the phrase "Look for 3.5 Operations manual".

8.    Attached hereto as **Exhibit 8** is N4J_019687- N4J_019689, which is a true and correct copy of GFI's webpage, https://www.graphfoundation.org/projects/ongdb/releases/ongdb-3-5-19/, as of October 13, 2020, which contains (a) the embedded HTML hyperlink, https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.5-Changelog, in the word "changelog"; and (b) the embedded HTML hyperlink, https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.5-Docs, in the word "docs" both following the phrase "For the complete details of all changes, please see the".

9.    Attached hereto as **Exhibit 9** is N4J_019903, which is a true and correct copy of GFI's GitHub webpage, https://github.com/graphfoundation/ongdb/wiki/Docs, as of October 13, 2020, which contains (a) the embedded HTML hyperlink, https://neo4j.com/docs/operations-manual/3.5/, in the word "ONgDB 3.5" under the heading "LTS release"; and (b) the embedded HTML hyperlink, https://neo4j.com/docs/operations-manual/3.4/, in the word "ONgDB 3.4" under the heading "Older releases".

10.    Attached hereto as **Exhibit 10** is N4J_019906-N4J_019907, which is a true and correct printout of a portion of The Neo4j Operations Manual v3.5 located at https://neo4j.com/docs/operations-manual/3.5/ as of October 13, 2020.

11.    Attached hereto as **Exhibit 11** is N4J_019910-N4J_019911, which is a true and correct printout of a portion of The Neo4j Operations Manual v3.4 located at https://neo4j.com/docs/operations-manual/3.4/ as of October 13, 2020.

/ / /

12.     Attached hereto as **Exhibit 12** is N4J_019914, which is a true and correct copy of GFI's GitHub webpage, https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.4-Docs as of October 13, 2020, which contains (a) the embedded HTML hyperlink, https://neo4j.com/docs/developer-manual/3.4/, in the phrase "Developer Manual"; and (b) the embedded HTML hyperlink, https://neo4j.com/docs/operations-manual/3.4/, in the phrase "Operations Manual".

13.     Attached hereto as **Exhibit 13** is N4J_019916, which is a true and correct printout of a portion of The Neo4j Developer Manual v3.4 located at https://neo4j.com/docs/developer-manual/3.4/ as of October 13, 2020.

14.     Attached hereto as **Exhibit 14** is N4J_019917, which is a true and correct printout of the webpage https://neo4j.com/docs/developer-manual/3.4/ captured by the Internet Archive on January 10, 2019.

15.     Attached hereto as **Exhibit 15** is N4J_019932 -N4J_019933, which is a true and correct printout of the webpage https://neo4j.com/docs/operations-manual/3.5/ captured by the Internet Archive on August 20, 2019.

16.     Attached hereto as **Exhibit 16** is N4J_019934 -N4J_019935, which is a true and correct printout of the webpage https://neo4j.com/docs/operations-manual/3.4/ captured by the Internet Archive on January 10, 2019.

17.     Attached hereto as **Exhibit 17** is N4J_019697-N4J_019701, which is a true and correct printout of the History for ongdb/README.asciidoc, https://github.com/graphfoundation/ongdb/commits/3.6/README.asciidoc, on GFI's GitHub repository.

18.     Attached hereto as **Exhibit 18** is N4J_019702-N4J_019706, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of July 19, 2018, and is referenced in N4J_019697-N4J_019701 as "Merge Branch '3.3' into 3.4", commit 976458a (976458aac6f8241263b2917beedcb44b6c43b24a).

/ / /

19.      Attached hereto as **Exhibit 19** is N4J_019707- N4J_019711, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of January 17, 2019, and is referenced in N4J_019697-N4J_019701 as "Updated readme to reflect ONgDB", commit f0a7db4 (f0a7db48c8fcac6defa956fb022758ef3d8a8220).

20.      Attached hereto as **Exhibit 20** is N4J_019712-N4J_019714, which is a true and correct printout of a split differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit f0a7db4 (f0a7db48c8fcac6defa956fb022758ef3d8a8220).

21.      Attached hereto as **Exhibit 21** is N4J_019715-N4J_019717, which is a true and correct printout of a rich differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit f0a7db4 (f0a7db48c8fcac6defa956fb022758ef3d8a8220).

22.      Attached hereto as **Exhibit 22** is N4J_019718-N4J_019722, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of March 24, 2020, and is referenced in N4J_019697-N4J_019701 as "Cleaning up readme commit", commit 836a769 (836a7697f16ad0632337ad4e918aa21ee1db5226).

23.      Attached hereto as **Exhibit 23** is N4J_019723-N4J_019727, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of April 14, 2020, and is referenced in N4J_019697-N4J_019701 as "Removing use of 'Neo4j in 'Neo4j Community Edition' and 'Neo4j Enterprise Edition' with 'ONgDB'", commit 4199cb0 (4199cb08507729e381b59bf6c2f5acb29be58e69).

24.      Attached hereto as **Exhibit 24** is N4J_019728-N4J_019748, which is a true and correct printout of a split differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit 4199cb08507729e381b59bf6c2f5acb29be58e69.

/ / /

25.    Attached hereto as **Exhibit 25** is N4J_019749- N4J_019768, which is a true and correct printout of a rich differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit 4199cb08507729e381b59bf6c2f5acb29be58e69.

26.    Attached hereto as **Exhibit 26** is N4J_019769-N4J_019773, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of April 14, 2020, and is referenced in N4J_019697-N4J_019701 as "Replacing 'Neo4j' URLs with 'ONgDB' equivalents", commit 783efe2 (783efe22cfb098df7cf1e8217a93e6013ea368b4).

27.    Attached hereto as **Exhibit 27** is N4J_019774- N4J_019820, which is a true and correct printout of a split differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit 783efe22cfb098df7cf1e8217a93e6013ea368b4.

28.    Attached hereto as **Exhibit 28** is N4J_019821-N4J_019868 is a true and correct printout of a rich differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit 783efe22cfb098df7cf1e8217a93e6013ea368b4.

29.    Attached hereto as **Exhibit 29** is N4J_019869- N4J_019873, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of April 17, 2020, and is referenced in N4J_019697-N4J_019701 as "Replace Neo4j w/ ONgDB", commit bb3ac43 (bb3ac438672b7b8ef947c847d629dd7eae1abb6e).

30.    Attached hereto as **Exhibit 30** is N4J_019874-N4J_019875, which is a true and correct printout of a split differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit bb3ac438672b7b8ef947c847d629dd7eae1abb6e.

/ / /

/ / /

31.    Attached hereto as **Exhibit 31** is N4J_019876-N4J_019878, which is a true and correct printout of a rich differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit bb3ac438672b7b8ef947c847d629dd7eae1abb6e.

32.    Attached hereto as **Exhibit 32** is N4J_019879-N4J_019883, which is a true and correct printout of the landing page on GFI's GitHub repository for ONgDB, which displays the README.asciidoc for ONgDB as of April 21, 2020, and is referenced in N4J_019697-N4J_019701 as "Updating readme", commit b13754c (b13754c7505b82cc63860d176344cd1da207cb7a).

33.    Attached hereto as **Exhibit 33** is N4J_019884-N4J_019889, which is a true and correct printout of a split differential from GFI's GitHub repository for ONgDB showing the changes made to the README.asciidoc for ONgDB by commit b13754c7505b82cc63860d176344cd1da207cb7a.

34.    Attached hereto as **Exhibit 34** is N4J_019609- N4J_019666, which is a true and correct printout of a January 17, 2019 commit, 9e7fc5af8290da97481c8e218c0ba8603bff179f (9e7fc5a), to GFI's GitHub repository for ONgDB titled "Initial neo4j-oe integration. We are first integrating neo4j-oe keeping the class names, etc. The next step is to merge the OpenEnterprise* files into the counter parts they extended to be in line with how the code was before Neo4j Inc started it's behavior."

Dated:  November 25, 2020

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
        Jeffrey M. Ratinoff
        Attorneys for Plaintiffs
        NEO4J, INC. and NEO4J SWEDEN AB

Dated:  November 25, 2020

BERGESON, LLP


By: */s/ John D. Pernick*
        John D. Pernick
        Attorneys for Defendant
        GRAPH FOUNDATION, INC.

1

## ATTESTATION OF E-FILED SIGNATURE

2          Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3    the filing of this document from all signatories for whom a signature is indicated by a

4    "conformed" signature (/s/) within this electronically filed document and I have on file records to

5    support this concurrence for subsequent production to the Court if so ordered or for inspection

6    upon request.

7    Dated:  November 25, 2020                    HOPKINS & CARLEY
                                                   A Law Corporation
8

9                                                  By: /s/ Jeffrey M. Ratinoff
10                                                     John V. Picone III
                                                       Jeffrey M. Ratinoff
11                                                     Attorneys for Plaintiffs
                                                       NEO4J, INC. and NEO4J SWEDEN AB
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

842\3631189.2

**EXHIBIT 1**



# Trademark Policy

The name and trademarks of Neo Technology, Inc. and its subsidiaries ("Neo Technology") signals a quality scalable graph database. Neo Technology is proud of its reputation for excellent software products, and wishes to maintain that reputation for the benefit of Neo Technology and its open source community. This trademark policy (the "Trademark Policy") describes the ways in which all of the trademarks, service marks, and logos of Neo Technology relating to the Neo Technology products such as Neo4j ("Trademark(s)") may or may not be used. The Trademarks are:

- Neo4j
- Cypher
- Neo Technology

If you use any of the Trademarks, you must abide by this Trademark Policy. We encourage communication to prevent misunderstandings. If you have any questions or comments, please contact us as described at the end of the Trademark Policy.

Neo Technology's Trademark Policy attempts to balance two competing interests: Neo Technology's need to ensure that its Trademarks remain reliable indicators of quality, and Neo Technology's desire to permit community members to contribute to the development and success of the Neo Technology software. Striking a proper balance can be difficult, and we hope this Trademark Policy will help us to do that.

Underlying Neo Technology's Trademark Policy is the general law of trademarks. Trademarks exist to help consumers identify the source or origin of products. When a company makes a good product or a bad one, consumers begin to associate those qualities with the name and trademarks of that company. The reputation of a company can be a key factor in a user deciding to use one product or another. Allowing others to place a company's trademarks on other people's products can affect this reputation. Trademark law exists, at least in part, to help users avoid being confused about the source and quality of the goods they are using.

Neo Technology software, which is created and/or distributed by Neo Technology and thus properly bears

N4J_019514

the Trademarks, is the software in the exact binary form that it is distributed by Neo Technology, without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Trademarks. The public has a right to know when it is receiving a genuine Neo Technology product that is quality assured by Neo Technology.

Uses that Are Not Approved by This Trademark Policy

The following uses are not allowed. If you feel you need to use the Trademarks as described below, and have a legitimate reason to do so, please contact us. Some such uses may be acceptable under a separate written license agreement between you and Neo Technology. However, Neo Technology will decide this at its discretion on a case-by-case basis.

- **Certain web uses**. You must not use any Trademark in a web page title, titletag, metatag, or other manner with the intent or the likely effect of influencing search engine rankings or results listings.
- **Combination marks**. You must not use any Trademark in a manner that creates a "combined mark," or use that integrates other wording with the Trademark in a way that the public may think of the use as a new mark (e.g., SuperNeo4j, or Neo4j Lite by me)
- **Company names**. You must not use any Trademarks as part of your company name, trademark, or logo.
- **Domain names**. If you want to include all or part of a Neo Technology Trademark in a domain name, you must first receive written permission from Neo Technology. This includes uses for user groups, developer groups, or international groups. We may approve many such uses, but we need to do this on a case-by-case basis.
- **Misuse**. You must not use the Trademarks in a manner that is unethical, offensive, disparaging, illegal, or in bad taste.

Uses Permitted Under This Trademark Policy

In all cases you must use the Trademark only as permitted by this Trademark Policy and only as authorized in, and subject to, a separate written license agreement between you and Neo Technology. Also, if you use the Trademarks in violation of this Trademark Policy in any way, Neo Technology may revoke your right to use the Trademarks.

Services Related to Neo Technology Software

If you offer services related to Neo Technology software, unless you have entered into a separate written license agreement between you and Neo Technology, you may only use Neo Technology's Trademarks in word form to describe and advertise your services, so long as you do not suggest that you are the origin of the Neo Technology software or have otherwise been authorized by Neo Technology to provide services related to the Neo Technology software. For example, your web site might say "Training services for the

N4J_019515

Neo Technology software available here." It must not say "Neo Technology services sold here," or "custom Neo Technology software available here."

Proper trademark use

If you use the Trademarks as described in this Trademark Policy, here is how they should be used.

- **Proper form.** Neo Technology's Trademarks should be used in their exact form, neither abbreviated nor combined with any other word or words. Do not vary the spelling, add hyphens, make one word into two, or use possessive or plural forms of the Trademarks. Do not abbreviate a trademark to create an acronym. When using a logo, you must never modify the design, add or delete any words, or change any colors or proportions. The logo may only be scaled proportionally. The logo may in it's entirely be displayed using the exact colors used by Neo Technology or shown at http://neo4j.com/style-guide.
- **Use of word mark.** We encourage you to use the word form of the Trademark (as opposed to the logo), because using the word form is easier to do without violating this policy. You may use the word form of the Trademarks – Neo4j and Cypher. No other capitalization should be used. Use of the word form of the trademark should be in the same font and style as the surrounding text.
- **Trademarks are adjectives.** Always use the Trademarks as adjectives, and not as a verb or noun or in the possessive or plural forms. Examples of proper use: Neo4j Software, Neo4j Software application. Examples of improper use: Custom Neo4j or I Neo4j-ed my system.
- **Accompanying symbol**. The first or most prominent mention of a Neo Technology Trademark should be accompanied by a symbol indicating whether the mark is a registered trademark ("R") or an unregistered trademark ("tm").
- **Attribution**. The fact that the Trademarks are owned by Neo Technology should be stated (e.g., "[Neo4j] is a trademark of Neo Technology, Inc.") in a footnote or similar place, in reasonably legible position and size.
- **Separation**. The Neo Technology logos must be used as standalone icons, without any other third-party logos and/or trademarks combined or associated with them. A margin of at least the size of [describe letter or graphical feature of the logo] on the logo should be left empty around the logo in the background color of the displayed logo.

**Possible Infringements.** Please help us by reporting any possible infringement of any Trademark by contacting us at the e-mail address below.

webinfo@neotechnology.com

Policy Updates

Neo Technology reserves the right to modify this Trademark Policy at any time. You should review this Trademark Policy from time to time so that you will be aware of any updates. Any updates will apply as

soon as they are posted on this page.

Questions

Neo Technology has tried to make this Trademark Policy as comprehensive and understandable as possible. If you are considering a use of a Trademark that is not covered by the policy, and you are unsure whether that use would run afoul of this Trademark Policy, please feel free to contact us. Also, we welcome your suggestions as to how to make this Trademark Policy better and more workable for our community. We like hearing from you!

*Updated October 13, 2015*



PRODUCTS          CUSTOMERS          COMPANY

SOLUTIONS         LEARN              News

                                     Awards

PARTNERS          DEVELOPERS         Jobs

                                     Staff

© 2017 Neo Technology, Inc.

Terms | Privacy | Sitemap

Neo4j®, Cypher®, and
Neo Technology®
are registered trademarks
of Neo Technology, Inc.

GET NEO4J NEWS

Keep up with the latest graph database trends, tips & events.

CONTACT US →

1-855-636-4532 US ☐
+44 808 189 0493 UK ☐
Please email: Germany ☐
+33 (0) 8 05 08 03 44 France ☐

CONTACT SALES: 1.855.636.4532          EMAIL A GRAPH EXPERT

Case 5:19-cv-06226-EJD    Document 89    Filed 11/25/20    Page 15 of 337

This website uses 'cookies' to give you the best, most relevant experience. Using this website means you're OK with this. You can change which cookies are set at any time - by clicking on more info.  Accept

N4J_019518

**EXHIBIT 2**



## Legal Notices

Terms

California Privacy
Rights

Privacy Policy

Trademark Policy

Modern Slavery
Statement

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can

be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™

N4J_019937

Neo Technology®

2. Our logos (the "Logos")





3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j®

N4J_019938

community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

Always use the Marks in their Exact Form and Distinguishable from Other Text. Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---------|-----------|
| Neo4j® | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph platform is widely used in many industries.<br><br>I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software.<br><br>I downloaded the Neo4j® database from neo4j.com.<br><br>Cypher® query language | Neo4j® is widely used.<br><br>We use the Neo4j.<br><br>I use Cypher.<br><br>I load data into and out of Neo4j. |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph database | Neo4j's storage |

N4J_019940

| | |
|---|---|
| software presents and stores data natively as a graph. | presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| graph database software | "Open Neo4j"<br><br>XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

N4J_019941

Mark Attribution and Notices

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

Possible Infringement

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

N4J_019942

PRODUCTS

USE CASES

PARTNERS

CUSTOMERS

LEARN

DEVELOPERS

Why Graph Databases?

Graph Databases vs RDBMS

What's New in Neo4j

Graphdatabases.com

Company

News

Awards

Careers

Staff

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 8 05 08 03 44

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
registered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

N4J_019943

**EXHIBIT 3**

# The Graph Foundation

Open Graph Technology for Public Good

<div>Menu</div>

# ONgDB 3.4.9

## RELEASE DATE: 14 OCTOBER 2018

ONgDB 3.4.9 is a maintenance release with an important security fix and some fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.9-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.9-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.9-windows.zip |
| Docker Image | ONgDB 3.4.9 Docker Hub |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb-enterprise:3.4.9

Go to:  http://localhost:7474
```

## Security Update

*ONgdB 3.4.x LDAP Security Vulnerability when using StartTLS and System Account*

We have very recently discovered a bug that results in a security vulnerability in ONgDB 3.4 versions that use LDAP authentication with StartTLS and use a System Account for authentication. The issue was reported in GitHub issue 12047.

N4J-GFI_000066

We have fixed this issue in ONgDB 3.4.9, which we advise you to upgrade to as soon as possible.

*Scope*: This affects all ONgDB 3.4.x versions that use LDAP for authentication, and have configured to use StartTLS (dbms.security.ldap.use_starttls=true) and are using System Account (dbms.security.ldap.authorization.use_system_account=true). Note, that both of these settings are false by default, so only those who have explicitly set these are affected. Users of LDAPS are not affected. Earlier versions of ONgDB are also not affected.

*Workaround*: It's possible to work around the issue without upgrading the software. To do this, comment out the "use StartTLS" configuration parameter in the ONgDB.conf file on all ONgDB 3.4.x servers in your cluster and restart each instance for this to take effect. This can be done in a rolling fashion without downtime. Later, once you are able to upgrade to 3.4.9, upgrade to that version (in a rolling fashion if in a clustered environment), uncomment the configuration parameter to enable StartTLS, and restart the database.

## Other Fixes and Improvements

- Incremental online backup now leaves the resulting backed up store in a fully recovered state. This fixes problems with seeding a Causal Cluster with a store from an incremental online backup.
- Cypher fix for `ORDER BY + LIMIT 0` when using slotted runtime
- Browser now correctly handles `:queries` in clustered environments when not all members could be reached

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **Open Native Graph DB (ONgDB)**

N4J-GFI_000067

- ONgDB Releases
  - **ONgDB 3.4.11**
  - **ONgDB 3.4.12**
  - **ONgDB 3.4.9**
  - **ONgDB 3.5.1**
  - **ONgDB 3.5.3**
  - **ONgDB 3.5.4**

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - **Articles of Incorporation**
  - **Code of Regulations**

## Site Search

Search ...

**Search**

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

**EXHIBIT 4**

ONgDB 3.4.11 | Open Neo4j Enterprise - The Graph Foundation

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.11

## RELEASE DATE: 17 DECEMBER 2018

ONgDB 3.4.11 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.11-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.11-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.11-windows.zip |
| Docker Image | ONgDB 3.4.11 Docker Hub |

```
docker run \
      --publish=7474:7474 --publish=7687:7687 \
      --volume=$HOME/neo4j/data:/data \
      graphfoundation/ongdb:3.4.11

Go to:  http://localhost:7474
```

## Highlights

- Fix count query returning no rows on entity inconsistency
- Removes explicit ONgDB-admin import db existence check
- Fix VM pause monitor logging

## Detailed Changes and Docs

N4J-GFI_000069

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - **ONgDB 3.4.11**
    - **ONgDB 3.4.12**
    - **ONgDB 3.4.9**
    - **ONgDB 3.5.1**
    - **ONgDB 3.5.3**
    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

## Site Search

Search …

N4J-GFI_000070

Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 32 of 337



Search

## Support GF Today!

Donate

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000071

**EXHIBIT 5**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.1

## RELEASE DATE: 20 DECEMBER 2018

ONgDB 3.5.1 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.1-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.1-windows.zip |
| Docker Image | ONgDB 3.5.1 Docker Hub <br><br> ```docker run \       --publish=7474:7474 --publish=7687:7687 \       --volume=$HOME/neo4j/data:/data \       graphfoundation/ongdb:3.5.1     Go to:  http://localhost:7474``` |

## Highlights

- Update reported metrics types to correctly represent nature of reported event
- Removes explicit neo4j-admin import db existence check
- Fix public api: revive legacy iterators
- Fix VM pause monitor logging

N4J-GFI_000072

- Fix an error that made the timestamp function case sensitive

- Fix issue with compiled runtime and count(), where transient entity inconsistencies would make some aggregating queries (e.g. MATCH (n:Artist) WHERE n.name = 'Madonna' RETURN count(n)) return fewer rows than expected

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **Open Native Graph DB (ONgDB)**

  - **ONgDB Releases**

    - **ONgDB 3.4.11**

    - **ONgDB 3.4.12**

    - **ONgDB 3.4.9**

    - **ONgDB 3.5.1**

    - **ONgDB 3.5.3**

    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**

- **Sponsorship**

- **Thanks**

**The Graph Foundation**

- **Public Records**

  - **Articles of Incorporation**

  - **Code of Regulations**



# Site Search

Search …

**Search**

---

## Support GF Today!

Copyright © 2019 Graph Foundation, Inc.

**EXHIBIT 6**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.12

## RELEASE DATE: 18 JANUARY 2019

ONgDB 3.4.12 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Docker Hub<br><br>```<br>docker run \<br>        --publish=7474:7474 --publish=7687:7687 \<br>        --volume=$HOME/neo4j/data:/data \<br>        graphfoundation/ongdb:3.4.12<br><br>Go to:  http://localhost:7474<br>``` |

## Highlights

- When a native memory allocation fails, ONgDB will now include helpful debugging information in all such cases, instead of just some of them.
- Close all index readers opened during lockingNodeUniqueIndexSeek

GFI 30(b)(6)<br>Brad Nussbaum<br>**Ex 17**<br>10/16/2020  D Myers

N4J-GFI_000075

- Fixes a race updating the label index, where e.g. a node CREATE followed by DELETE could be reordered into DELETE followed by CREATE, and vice versa.

- Obsfucate LDAP system password in debug log

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**

- **Open Native Graph DB (ONgDB)**

  - **ONgDB Releases**

    - **ONgDB 3.4.11**

    - **ONgDB 3.4.12**

    - **ONgDB 3.4.9**

    - **ONgDB 3.5.1**

    - **ONgDB 3.5.3**

    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**

- **Sponsorship**

- **Thanks**

**The Graph Foundation**

- **Public Records**

  - **Articles of Incorporation**

  - **Code of Regulations**

# Site Search

Search …

**Search**

---

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

**EXHIBIT 7**

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.3

## RELEASE DATE: 11 FEBRUARY 2019

ONgDB 3.5.3 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Docker Hub |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5.3

Go to:  http://localhost:7474
```

## Highlights

- Fix bug in slotted NodeRightOuterHashJoin, which would lead to wrong results.
- Adds IndexReader#distinctValues() able to access all distinct values in an index with number of indexed entries for each value. Values are materialized if user requests it and the index supports materialization of actual values.
- Fix issue with PROFILE and EXPLAIN of queries with unusual variable names
- Delete spammy log line reported on LEADER on FOLLOWER failure

N4J-GFI_000086

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - **ONgDB 3.4.11**
    - **ONgDB 3.4.12**
    - **ONgDB 3.4.9**
    - **ONgDB 3.5.1**
    - **ONgDB 3.5.3**
    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

# Site Search

Search …



Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000088

**EXHIBIT 8**

Case 5:19-cv-06226-EJD    Document 89    Filed 11/25/20    Page 46 of 337

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.19

## RELEASE DATE: 12 AUGUST 2020

ONgDB 3.5.19 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.19-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.19-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.19-windows.zip |
| Docker Image | ONgDB 3.5.19 Docker Hub |

ONgDB 3.5.19 Docker Hub

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5.19
```

Go to: http://localhost:7474

## HIGHLIGHTS

- Fixes issue where created indexes would stop being resampled after restart.
- Planner bug fix to avoid cases where the planner gives up without considering all possible plans.
- The BatchInserter now honors the dbms.read_only setting. Furthermore, read-only batch inserters are faster to shut down because they don't rebuild indexes.

N4J_019687

## DETAILED CHANGES AND DOCS

For the complete details of all changes, please see the changelog and docs.

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- ONgDB (Open Native Graph DB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.15
    - ONgDB 3.4.17
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.11
    - ONgDB 3.5.12
    - ONgDB 3.5.14
    - ONgDB 3.5.15
    - ONgDB 3.5.16
    - ONgDB 3.5.17
    - ONgDB 3.5.18
    - ONgDB 3.5.19
    - ONgDB 3.5.3
    - ONgDB 3.5.4
    - ONgDB 3.6.0

N4J_019688

ONgDB 3.6.0.M1

- ONgDB 3.6.0.M2
- ONgDB 3.6.0.RC1

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

# Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

**EXHIBIT 9**



Docs · graphfoundation/ongdb Wiki · GitHub

🖳 **graphfoundation** / **ongdb**

<> Code    ⊘ Issues 3    ⑂ Pull requests 1    ▷ Actions    ▦ Projects    📖 Wiki    ⊘ Security    ⭦ Insights

# Docs

Brad Nussbaum edited this page on Jul 3 · 4 revisions

The ONGDB documentation is divided into different documentation for different editions and releases. You'll find relevant links to all of these resources on this index page.

## Under development

- ONgDB 4.0

## Current release

- ONgDB 3.6

## LTS release

- ONgDB 3.5

## 🔗 Older releases

- ONgDB 3.4

▸ Pages **15**



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

**Clone this wiki locally**

https://github.com/graphf    📋

N4J_019903

**EXHIBIT 10**

☰

# The Neo4j Operations Manual v3.5

© 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Introduction — Introduction of Neo4j Community and Enterprise Editions.

- Installation — Instructions on how to install Neo4j in different deployment contexts.

- Docker — Instructions on how to use Neo4j on Docker.

- Configuration — Instructions on how to configure certain parts of the product.

- Clustering — Comprehensive descriptions of Neo4j Causal Clustering.

- Backup — Instructions on setting up Neo4j backups.

- Upgrade — Instructions on upgrading Neo4j.

- Authentication and authorization — Instructions on user management and role-based access control.

- Security — Instructions on server security.

- Monitoring — Instructions on setting up Neo4j monitoring.

- Performance — Instructions on how to go about performance tuning for Neo4j.

- Tools — Description of Neo4j tools.

- Reference — Listings of all Neo4j configuration parameters.

- Tutorials — Step-by-step instructions on various scenarios for setting up Neo4j.

- Advanced Causal Clustering — Advanced concepts and actions for Neo4j Causal Clustering.

- Index key calculations — Details for calculating index key sizes.

- HA cluster — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

N4J_019906

- the engineer performing the Neo4j production deployment.

- the operations engineer supporting and maintaining the Neo4j production database.

- the enterprise architect investigating database options.

- the infrastructure architect planning the Neo4j production deployment.

Was this page helpful?

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®,
Cypher®, Neo4j® Bloom™
and Neo4j® Aura™ are
registered trademarks of
Neo4j, Inc. All other marks
are owned by their
respective companies.

Contact Us →

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 8 05 08 03
44

**Learn**

☐ Sandbox

☐ Neo4j Community Site

☐ Neo4j Developer Blog

☐ Neo4j Videos

☐ GraphAcademy

☐ Neo4j Labs

**Social**

☐ Twitter

☐ Meetups

☐ Github

☐ Stack Overflow

Want to Speak? Get $ back.

N4J_019907

**EXHIBIT 11**

# The Neo4j Operations Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,  *Security* — Instructions on server security.
- Chapter 9,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *HA cluster* — Information about Neo4j HA clusters.

N4J_019910

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019911

**EXHIBIT 12**

Case 5:19-cv-06226-EJD    Document 39    Filed 11/25/20    Page 58 of 337



🗒 **graphfoundation** / **ongdb**

<> Code    ⓘ Issues `3`    ⑂ Pull requests `1`    ▷ Actions    ▦ Projects    📖 Wiki    ⛉ Security    ⋌ Insights

# ONgDB 3.4 Docs

Brad Nussbaum edited this page on Apr 9 · 3 revisions

Developer Manual

Operations Manual

▸ Pages `15`



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

**Clone this wiki locally**

`https://github.com/graphf` 📋

N4J_019914

**EXHIBIT 13**

# The Neo4j Developer Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1,  *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2,  *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3,  *Cypher* — Reference for the Cypher query language.
- Chapter 4,  *Drivers* — Uniform language driver manual.
- Chapter 5,  *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6,  *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A,  *Reference* — Neo4j status code reference.
- Appendix B,  *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019916

**EXHIBIT 14**

# The Neo4j Developer Manual v3.4

Copyright © 2018 Neo4j, Inc.

License:  Creative Commons 4.0

*This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1,  *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2,  *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3,  *Cypher* — Reference for the Cypher query language.
- Chapter 4,  *Drivers* — Uniform language driver manual.
- Chapter 5,  *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6,  *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A,  *Reference* — Neo4j status code reference.
- Appendix B,  *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019917

**EXHIBIT 15**

# The Neo4j Operations Manual v3.5

Copyright © 2019 Neo4j, Inc.

License:  Creative Commons 4.0

*This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Chapter 1,   *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,   *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,   *Docker* — Instructions on how to use Neo4j on Docker.
- Chapter 4,   *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 5,   *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 6,   *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 7,   *Backup* — Instructions on setting up Neo4j backups.
- Chapter 8,   *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 9,   *Security* — Instructions on server security.
- Chapter 10,   *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 11,   *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 12,   *Tools* — Description of Neo4j tools.
- Appendix A,   *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,   *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,   *Advanced Causal Clustering* — Advanced concepts and

N4J_019932

actions for Neo4j Causal Clustering.

- Appendix D, *Index key calculations* — Details for calculating index key sizes.
- Appendix E, *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019933

**EXHIBIT 16**

# The Neo4j Operations Manual v3.4

Copyright © 2018 Neo4j, Inc.

License: Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1, *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2, *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3, *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4, *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5, *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6, *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7, *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8, *Security* — Instructions on server security.
- Chapter 9, *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10, *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11, *Tools* — Description of Neo4j tools.
- Appendix A, *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B, *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C, *HA cluster* — Information about Neo4j HA clusters.

N4J_019934

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019935

**EXHIBIT 17**



graphfoundation / ongdb

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

History for ongdb / README.asciidoc

Commits on Apr 21, 2020

Updating readme
bradnussbaum committed on Apr 21 ✓ 165dfce

Updating readme
bradnussbaum committed on Apr 21 303a37c

Updating readme
bradnussbaum committed on Apr 21 ✓ b13754c

Commits on Apr 17, 2020

Replace Neo4j with ONgDB
bradnussbaum committed on Apr 17 ✗ bb3ac43

Commits on Apr 14, 2020

Replacing 'Neo4j' URLs with 'ONgDB' equivalents
bradnussbaum committed on Apr 14 ✓ 783efe2

Removing use of 'Neo4j in 'Neo4j Community Edition' and 'Neo4j Enterp… …
bradnussbaum committed on Apr 14 4199cb0

Commits on Mar 24, 2020

Cleaning up readme commit
bradnussbaum committed on Mar 24 ✓ 836a769

Commits on Mar 6, 2020



Commits on Mar 6, 2020

Merge remote-tracking branch 'neo4j/3.5' into 3.5

bradnussbaum committed on Mar 6 ✓

8252b73

Update README formating and punctuations  ...

jsoref authored and klaren committed on Mar 6

0840651

https: Update README.asciidoc  ...

jsoref authored and klaren committed on Mar 6

c6c3f50

Commits on Mar 4, 2020

Adding build passing badge

bradnussbaum committed on Mar 4 ✓

f413586

README update with additional info.

MishaDemianenko committed on Mar 4

4e27594

Commits on Nov 19, 2019

Merge remote-tracking branch 'neo4j/3.5' into 3.5

bradnussbaum committed on Nov 19, 2019 ✗

2834071

Commits on Oct 28, 2019

Neo4j Desktop availability  ...

Ryan Bell authored and klaren committed on Oct 28, 2019

e51e582

Commits on Sep 27, 2019

Updated readme, neo4j-intellij.xml code style config, and fixed the S...  ...

jmsuhy committed on Sep 27, 2019 ✗

dade943

Commits on Aug 19, 2019

Updated documentation to reference jdkman usage for building distribu...  ...

John Mark Suhy committed on Aug 19, 2019

e345d0e

N4J_019698

○— Commits on Mar 13, 2019

**Removed reference to Enterprise AGPL post open-core.**

jimwebber authored and jexp committed on Mar 13, 2019

873a0b4

○— Commits on Jan 17, 2019

**Updated readme to reflect ONgDB**

jmsuhy authored and bradnussbaum committed on Jan 17, 2019

f0a7db4

○— Commits on Jul 19, 2018

**Merge branch '3.3' into 3.4**

jimwebber committed on Jul 19, 2018

976458a

**Adding paragraph spacing in readme**

jimwebber committed on Jul 19, 2018

1b619cd

**Merge branch '3.3' into 3.4**

jimwebber committed on Jul 19, 2018

9925bb8

**Updating readme to reflect realities of editions and licensing.**

jimwebber committed on Jul 19, 2018

721b115

○— Commits on May 18, 2018

**Merge pull request #10703 from internetscooter/#8811** ...

sherfert committed on May 18, 2018

Verified   33c337f

○— Commits on May 17, 2018

**Merge branch '3.4' into #8811**

internetscooter committed on May 17, 2018

757e4c9

○— Commits on May 13, 2018

**Updates community NOTICE.txt and LICENSE.txt with new copyright** ...

ffcdb4f

N4J_019699

Case 5:19-cv-06226-EJD   Document 90   Filed 11/25/20   Page 73 of 337

digitalstain committed on May 13, 2018

Commits on Mar 5, 2018

readme: adding missing period

jsoref committed on Mar 4, 2018

186a678   <>

Commits on Feb 14, 2018

use neo4j start to match previous example

davidoliverSP2 committed on Feb 14, 2018

8c67e4e   <>

remove license skip instruction - no longer required

davidoliverSP2 committed on Feb 14, 2018

14dccf6   <>

update README.asciidoc with same instruction

davidoliverSP2 committed on Feb 14, 2018

59fae52   <>

Commits on Feb 1, 2018

Update README.asciidoc

MishaDemianenko committed on Feb 1, 2018

Verified   9398a5b   <>

Commits on Jan 1, 2018

Removed reference to obsolete RepositoryOverview.asciidoc  ...

internetscooter committed on Dec 31, 2017

Verified   657e740   <>

Commits on Sep 22, 2017

Removed grandparent and parent-central  ...

klaren committed on Sep 22, 2017

9e41544   <>

Commits on Jul 4, 2017

Added README instructions about open files limit  ...

lassewesth committed on Jul 4, 2017

5dbf915   <>

N4J_019700



Commits on Jan 26, 2017

**Change some more http to https**

mariascharin committed on Jan 26, 2017

3dcd19e  <>

Commits on Jan 14, 2017

**removing the fullBuild profile**

lassewesth committed on Jan 14, 2017

efb0f9c  <>

Newer   Older

**EXHIBIT 18**



graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

976458aac6 | Go to file | Code

**jimwebber** Merge branch '3.3' into 3.4 ... on Jul 19, 2018 56,477

| | | |
|---|---|---|
| .mvn | Add the maven-profiler extension | 4 years ago |
| build-resources | updated POM to version 3.4.5 | 2 years ago |
| community | Fix spelling error in NotificationCode | 2 years ago |
| enterprise | Fix spelling error in NotificationCode | 2 years ago |
| integrationtests | Make auth rate limits configurable | 2 years ago |
| packaging | Add support for attaching to running neo4j instance on Wind... | 2 years ago |
| stresstests | updated POM to version 3.4.5 | 2 years ago |
| tools | Checkstyle fixes. | 2 years ago |
| .gitignore | Shade ASM to avoid conflicts in embedded deployments | 3 years ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| CONTRIBUTING.md | Change some more http to https | 4 years ago |
| ISSUE_TEMPLATE.md | New leader listener | 3 years ago |
| README.asciidoc | Merge branch '3.3' into 3.4 | 2 years ago |
| pom.xml | Avoid trimming stack traces from test failures in surefire. | 2 years ago |

**README.asciidoc**

## About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

www.graphfoundation.org/project...

Readme

AGPL-3.0 License

## Releases 293

3.5.19 Latest
on Aug 12

+ 292 releases

## Packages

No packages published

## Contributors 182

N4J_019702

ongdb/README.asciidoc at 976458aac6f8241263b2917beedcb44b6c43b24a

# Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

## Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3. |
|------|------|

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"` .

OS X users need to have Homebrew installed.



+ 171 contributors

### Languages

- Java 81.4%
- Scala 17.6%
- PowerShell 0.3%
- Gherkin 0.3%
- Shell 0.2%
- Roff 0.2%

N4J_019703

## With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

## With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

# Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

N4J_019704

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

https://github.com/graphfoundation/ongdb/tree/976458aac6f8241263b2917beedcb44b6c43b24a

N4J_019706

**EXHIBIT 19**

🖥 **graphfoundation** / **ongdb**

<> Code　　⊘ Issues 3　　⑈ Pull requests 2　　▷ Actions　　⊞ Projects　　📖 Wiki　　🛡 Security　　📈 Insights

⑈ f0a7db48c8 ▾

Go to file　　Code ▾

jmsuhy and bradnussbaum Updated readme to reflect ONgDB …　　on Jan 17, 2019　　🕐 60,032

| | | |
|---|---|---|
| 📁 .mvn | Add the maven-profiler extension | 4 years ago |
| 📁 build-resources | Initial neo4j-oe integration. We are first integrating neo4j-oe … | 2 years ago |
| 📁 build | Added build and intellij codestyle file for developers of ONgD… | 2 years ago |
| 📁 community | Updated pom.xml commons-lang3 from 3.8 -> 3.8.1. Updated… | 2 years ago |
| 📁 enterprise | Updated the copyright headers. | 2 years ago |
| 📁 integrationtests | Last tests to pass. | 2 years ago |
| 📁 packaging | Initial neo4j-oe integration. We are first integrating neo4j-oe … | 2 years ago |
| 📁 stresstests | Updatd all pom.xml files to be 3.5.1-SNAPSHOT. Also updated… | 2 years ago |
| 📁 tools | Updated to use the new org.neo4j.kernel.extension.KernelExte… | 2 years ago |
| 📄 .gitignore | Shade ASM to avoid conflicts in embedded deployments | 3 years ago |
| 📄 .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| 📄 CONTRIBUTING.md | Change some more http to https | 4 years ago |
| 📄 ISSUE_TEMPLATE.md | New leader listener | 3 years ago |
| 📄 README.asciidoc | Updated readme to reflect ONgDB | 2 years ago |
| 📄 pom.xml | Updated pom.xml commons-lang3 from 3.8 -> 3.8.1. Updated… | 2 years ago |

### About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

🔗 www.graphfoundation.org/project...

📖 Readme

⚖ AGPL-3.0 License

### Releases 293

🏷 **3.5.19** (Latest)
on Aug 12

+ 292 releases

### Packages

No packages published

### Contributors 182

10/8/2020
Case 5:19-cv-06226-EJD    Document 99    Filed 11/25/20    Page 83 of 337
ongdb/README.asciidoc at f0a7db48c8fcac6defa956fb022758ef3d8a8220
README.asciidoc



+ 171 contributors

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

**Languages**

- ● Java 81.4%
- ● Scala 17.6%
- ● PowerShell 0.3%
- ● Gherkin 0.3%
- ● Shell 0.2%
- ● Roff 0.2%

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
|------|------|

## Dependencies

N4J_019708

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

N4J_019710

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

N4J_019711

**EXHIBIT 20**



graphfoundation / ongdb

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

## Updated readme to reflect ONgDB

3.6 3.6.0 ... 3.5.1

Browse files

jmsuhy authored and bradnussbaum committed on Jan 17, 2019    1 parent d470ffd    commit f0a7db48c8fcac6defa956fb022758ef3d8a8220

Showing 1 changed file with 13 additions and 13 deletions.

Unified | Split

26 README.asciidoc

| | | | |
|---|---|---|---|
| ... | @@ -1,18 +1,20 @@ | | |
| 1 | - = Neo4j: Graphs for Everyone = | 1 | + = ONgDB - Neo4j Enterprise Fork: Graphs for Everyone = |
| 2 | | 2 | |
| 3 | https://neo4j.com[Neo4j] is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables -- yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs. | 3 | https://neo4j.com[Neo4j] is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables -- yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs. |
| 4 | | 4 | |
| 5 | Learn more on the https://neo4j.com[Neo4j website]. | 5 | Learn more on the https://neo4j.com[Neo4j website]. |
| 6 | | 6 | |
| 7 | - == Using Neo4j == | 7 | + Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website] |
| 8 | | 8 | |
| 9 | - Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or http://console.neo4j.org[try online]. | 9 | + == Using ONgDB & Neo4j == |
| 10 | | 10 | |
| 11 | - == Extending Neo4j == | 11 | + Neo4j is available both as a standalone server, or an embeddable component. You can |

N4J_019712

| | | | |
|---|---|---|---|
| | | | https://graphfoundation.org/projects/ongdb/[download] or |
| | | | http://console.neo4j.org[try Neo4j online]. |
| 12 | | 12 | |
| 13 | - We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. | 13 | + == Extending ONgDB & Neo4j == |
| 14 | | 14 | |
| 15 | - NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. Our Enterprise edition (link:enterprise/[enterprise/]) is differently licensed under the AGPLv3. | 15 | + We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. |
| | | 16 | + |
| | | 17 | + NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition (link:enterprise/[enterprise/]) is licensed under the AGPLv3. |
| 16 | | 18 | |
| 17 | == Dependencies == | 19 | == Dependencies == |
| 18 | | 20 | |
| 37 | curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb | 39 | curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb |
| 38 | dpkg -i install4j_linux_6_1_4.deb | 40 | dpkg -i install4j_linux_6_1_4.deb |
| 39 | | 41 | |
| 40 | - == Building Neo4j == | 42 | + == Building ONgDB == |
| 41 | | 43 | |
| 42 | Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. | 44 | Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. |
| 43 | | 45 | |
| 49 | * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine. | 51 | * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine. |
| 50 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. | 52 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. |
| 51 | | 53 | |
| 52 | - == Running Neo4j == | 54 | + == Running ONgDB & Neo4j == |
| 53 | | 55 | |
| 54 | After running a `mvn clean install` cd into | 56 | After running a `mvn clean install` cd into |

| | | `packaging/standalone/target` and extract the version you want, then | | | `packaging/standalone/target` and extract the version you want, then |
|---|---|---|---|---|---|
| 55 | | | 57 | | |
| 69 | | | 71 | | |
| 70 | | == Licensing == | 72 | | == Licensing == |
| 71 | | | 73 | | |
| 72 | | - Neo4j Community Edition is an open source product licensed under GPLv3. | 74 | | + ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3. |
| 73 | | - | | | |
| 74 | | - Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. | | | |
| 75 | | | 75 | | |
| 76 | | - Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository. | 76 | | + ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| 77 | | | 77 | | |
| 78 | | - When packaged as a binary, Enterprise Edition includes additional closed-source components _not available in this repository_ and requires a commercial license from Neo4j Sweden AB or one of its affiliates. | 78 | | + ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository. |

**0 comments on commit** `f0a7db4`

Please sign in to comment.

**EXHIBIT 21**

graphfoundation / ongdb

<> Code    ⊙ Issues  3    ᕦ Pull requests  2    ⊙ Actions    ⊞ Projects    ▭ Wiki    ⊙ Security    ⟋ Insig

**Updated readme to reflect ONgDB**                              Browse files

ᕦ 3.6    ⬡ 3.6.0  ...  3.5.1

  jmsuhy authored and bradnussbaum committed on Jan 17, 2019
1 parent d470ffd    commit f0a7db48c8fcac6defa956fb022758ef3d8a8220

⊡ Showing **1 changed file** with **13 additions** and **13 deletions**.          Unified   Split

▢ README.asciidoc                                                    +13 −13 ▣▣▮▮▯▯

∨  26 ▮▮▮▯▯   README.asciidoc  ▢

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

⇕

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

## Using Neo4j

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending Neo4j

## Extending ONgDB & Neo4j

N4J_019715

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3. |

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.



```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

N4J_019716

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then



# Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

~~Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present~~ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

**0 comments on commit** `f0a7db4`

Please **sign in** to comment.

**EXHIBIT 22**

# graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

836a7697f1 ▾ | Go to file | Code ▾

**bradnussbaum** Cleaning up readme commit ... ✓ on Mar 24 61,331

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Replace Neo4j w/ ONgDB | 7 months ago |
| .mvn | Add the maven-profiler extension | 4 years ago |
| build-resources | 3.5.17 | 7 months ago |
| build | Improve build/README.asciidoc | 7 months ago |
| community | 3.5.17 | 7 months ago |
| enterprise | 3.5.17 | 7 months ago |
| integrationtests | 3.5.17 | 7 months ago |
| packaging | 3.5.17 | 7 months ago |
| stresstests | 3.5.17 | 7 months ago |
| tools | 3.5.17 | 7 months ago |
| .gitignore | Bump checkstyle version to 8.26 | 11 months ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| CONTRIBUTING.md | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 7 months ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate... | 2 years ago |
| README.asciidoc | Cleaning up readme commit | 7 months ago |
| pom.xml | 3.5.17 | 7 months ago |

## About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

www.graphfoundation.org/project...

Readme

AGPL-3.0 License

## Releases 293

3.5.19 Latest
on Aug 12

+ 292 releases

## Packages

No packages published

## Contributors 182



10/8/2020

Case 5:19-cv-06226-EJD   Document 99   Filed 11/25/20   Page 97 of 337
github.com/graphfoundation/ongdb/tree/836a7697f16ad0632337ad4e918aa21ee1db5226

README.asciidoc

+ 171 contributors

BUILD STATUS: SUCCESS

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone



**Languages**

- ● Java 81.4%
- ● Scala 17.6%
- ● PowerShell 0.3%
- ● Gherkin 0.3%
- ● Shell 0.2%
- ● Roff 0.2%

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the |
| --- | --- |

N4J_019719

AGPLv3.

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"` .

macOS users need to have Homebrew installed.

### With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O https://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

N4J_019720

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n` . We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests` .

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"` .

## Running ONgDB & Neo4j

After running a `mvn clean install` , `cd` into `packaging/standalone/target` and extract the version you want, then:

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run:

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start Neo4j.

## Neo4j Desktop

Neo4j Desktop is a convenient way for developers to work with local Neo4j databases.

To install Neo4j Desktop, go to Neo4j Download Center and follow the instructions.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB & Neo4j IDE code style configs can be found at http://neo4j.github.io/ or under the build/ folder of this repository.

**EXHIBIT 23**



graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

4199cb0850 | Go to file | Code

**bradnussbaum** Removing use of 'Neo4j in 'Neo4j Community Edition' and 'Neo4j Ent... … on Apr 14 61,357

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Replace Neo4j w/ ONgDB | 7 months ago |
| .mvn | Add the maven-profiler extension | 4 years ago |
| build-resources | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| build | Fixes to checkstyle | 6 months ago |
| community | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| enterprise | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| integrationtests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| packaging | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| stresstests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| tools | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| .gitignore | Bump checkstyle version to 8.26 | 11 months ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| CONTRIBUTING.md | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 7 months ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate... | 2 years ago |
| README.asciidoc | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| pom.xml | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |

## About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

www.graphfoundation.org/project...

Readme

AGPL-3.0 License

## Releases 293

3.5.19 Latest
on Aug 12

+ 292 releases

## Packages

No packages published

## Contributors 182

README.asciidoc

BUILD STATUS: **SUCCESS**

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone



### Languages

- Java 81.4%
- PowerShell 0.3%
- Shell 0.2%
- Scala 17.6%
- Gherkin 0.3%
- Roff 0.2%

+ 171 contributors

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website.

## Using ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the |
| --- | --- |

N4J_019724

AGPLv3.

# Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

macOS users need to have Homebrew installed.

## With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

## With apt-get on Ubuntu

## With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O https://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

N4J_019725

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want, then:

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run:

```
bin\neo4j start
```

N4J_019726

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start Neo4j.

## Neo4j Desktop

Neo4j Desktop is a convenient way for developers to work with local Neo4j databases.

To install Neo4j Desktop, go to Neo4j Download Center and follow the instructions.

## Licensing

ONgDB Community Edition is an open source product licensed under GPLv3.

ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB & Neo4j IDE code style configs can be found at http://neo4j.github.io/ or under the build/ folder of this repository.

N4J_019727

**EXHIBIT 24**

10/8/2020
Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 108 of 337
Removing use of 'Neo4j' in 'Neo4j Community Edition' and 'Neo4j Enterp… · graphfoundation/ongdb@4199cb0 · GitHub



🖥 **graphfoundation** / **ongdb**

<> Code   ⊙ Issues 3   ⑂ Pull requests 2   ▶ Actions   ▦ Projects   ▦ Wiki   ⊙ Security   ⊯ Insights



**Removing use of 'Neo4j in 'Neo4j Community Edition' and 'Neo4j Enterp...**    **Browse files**

…rise Edition' with 'ONgDB'

⑂ 3.6 (#29)   ⬡ 3.6.0  …  3.6.0.M2

👤 **bradnussbaum** committed on Apr 14    1 parent 3f04c45    commit 4199cb08507729e381b59bf6c2f5acb29be58e69

📄 Showing 56 changed files with 35 additions and 185 deletions.    Unified  Split

⌄ 8 ▰▰▰▱▱ README.asciidoc 📋

| 8 | | 8 | |
|---|---|---|---|
| 9 | Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website] | 9 | Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website] |
| 10 | | 10 | |
| 11 | - == Using ONgDB & Neo4j == | 11 | + == Using ONgDB == |
| 12 | | 12 | |
| 13 | Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online]. | 13 | Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online]. |
| 14 | | 14 | |
| 91 | | 91 | |
| 92 | == Licensing == | 92 | == Licensing == |
| 93 | | 93 | |
| 94 | - ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3. | 94 | + ONgDB Community Edition is an open source product licensed under GPLv3. |
| 95 | | 95 | |
| 96 | - ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. | 96 | + ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| 97 | | 97 | |
| 98 | - ONgDB & Neo4j Enterprise consists of modules from Neo4j Community | 98 | + ONgDB Enterprise Edition consists of modules from ONgDB Community |

N4J_019728



Edition and modules licensed under AGPLv3 in this repository.

| 99 | | 99 | |
| 100 | | 100 | |
| 101 | == Misc == | 101 | == Misc == |

---

**5** ▰▰▰▰ build-resources/src/main/resources/licensing/notice-agpl-prefix.txt 📋

| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |

---

**2** ▰▰░░ community/community-it/algo-it/pom.xml 📋

| 15 | | 15 | |
| 16 | <name>Neo4j - Community Graph Algorithms Integration Tests</name> | 16 | <name>Neo4j - Community Graph Algorithms Integration Tests</name> |
| 17 | <packaging>jar</packaging> | 17 | <packaging>jar</packaging> |
| 18 | - <description>Neo4j community edition graph algorithms integration tests.</description> | 18 | + <description>ONgDB Community Edition graph algorithms integration tests.</description> |
| 19 | | 19 | |
| 20 | <properties> | 20 | <properties> |
| 21 | <license-text.header>headers/GPL-3-header.txt</license-text.header> | 21 | <license-text.header>headers/GPL-3-header.txt</license-text.header> |

---

**2** ▰▰░░ community/community-it/bolt-it/pom.xml 📋

| 15 | | 15 | |
| 16 | <name>Neo4j - Community Bolt Integration Tests</name> | 16 | <name>Neo4j - Community Bolt Integration Tests</name> |
| 17 | <packaging>jar</packaging> | 17 | <packaging>jar</packaging> |
| 18 | - <description>Neo4j community edition bolt integration tests.</description> | 18 | + <description>ONgDB Community Edition bolt integration tests.</description> |
| 19 | | 19 | |
| 20 | <properties> | 20 | <properties> |
| 21 | <license-text.header>headers/GPL-3-header.txt</license-text | 21 | <license-text.header>headers/GPL-3-header.txt</license-text |

N4J_019729

Serialize [ngrb522.846 ... ] Neo4j Community Edition ... braphfoundation/ongdb @41930 · GitHub

text.header>                                                           text.header>

---

⌄ 2 ■■■□□□  community/community-it/community-it/pom.xml  📋

| 15 | | 15 | |
|----|---|----|---|
| 16 | `<name>Neo4j - Community Generic Integration Tests</name>` | 16 | `<name>Neo4j - Community Generic Integration Tests</name>` |
| 17 | `<packaging>jar</packaging>` | 17 | `<packaging>jar</packaging>` |
| 18 | `- <description>Neo4j community edition generic integration tests.</description>` | 18 | `+ <description>ONgDB Community Edition generic integration tests.</description>` |
| 19 | | 19 | |
| 20 | `<properties>` | 20 | `<properties>` |
| 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

---

⌄ 2 ■■■□□□  community/community-it/consistency-it/pom.xml  📋

| 15 | | 15 | |
|----|---|----|---|
| 16 | `<name>Neo4j - Community Consistency Checker Integration Tests</name>` | 16 | `<name>Neo4j - Community Consistency Checker Integration Tests</name>` |
| 17 | `<packaging>jar</packaging>` | 17 | `<packaging>jar</packaging>` |
| 18 | `- <description>Neo4j community edition consistency checker integration tests.</description>` | 18 | `+ <description>ONgDB Community Edition consistency checker integration tests.</description>` |
| 19 | | 19 | |
| 20 | `<properties>` | 20 | `<properties>` |
| 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

---

⌄ 2 ■■■□□□  community/community-it/cypher-it/pom.xml  📋

| 15 | | 15 | |
|----|---|----|---|
| 16 | `<name>Neo4j - Community Cypher Integration Tests</name>` | 16 | `<name>Neo4j - Community Cypher Integration Tests</name>` |
| 17 | `<packaging>jar</packaging>` | 17 | `<packaging>jar</packaging>` |
| 18 | `- <description>Neo4j community edition cypher integration tests.</description>` | 18 | `+ <description>ONgDB Community Edition cypher integration tests.</description>` |
| 19 | | 19 | |
| 20 | `<properties>` | 20 | `<properties>` |
| 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 21 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

N4J_019730

## community/community-it/cypher-it/src/test/scala/org/neo4j/cypher/ErrorMessagesTest.scala

```
245      test("should give proper error message when trying to use Node Key      245      test("should give proper error message when trying to use Node Key
         constraint on community") {                                                      constraint on community") {
246        expectError("CREATE CONSTRAINT ON (n:Person) ASSERT              246        expectError("CREATE CONSTRAINT ON (n:Person) ASSERT
         (n.firstname) IS NODE KEY",                                                      (n.firstname) IS NODE KEY",
247            String.format("Unable to create CONSTRAINT ON (            247            String.format("Unable to create CONSTRAINT ON (
         person:Person ) ASSERT exists(person.firstname):%n" +                          person:Person ) ASSERT exists(person.firstname):%n" +
248  -               "Node Key constraint requires Neo4j Enterprise        248  +               "Node Key constraint requires ONgDB Enterprise
         Edition"))                                                                       Edition"))
249        }                                                               249        }
250                                                                        250
251      test("trying to store mixed type array") {                        251      test("trying to store mixed type array") {
```

## community/community-it/dbms-it/pom.xml

```
15                                                                          15
16          <name>Neo4j - Community DBMS Integration Tests</name>          16          <name>Neo4j - Community DBMS Integration Tests</name>
17          <packaging>jar</packaging>                                     17          <packaging>jar</packaging>
18  -       <description>Neo4j community edition DBMS integration tests.    18  +       <description>ONgDB Community Edition DBMS integration tests.
         </description>                                                               </description>
19                                                                          19
20          <properties>                                                   20          <properties>
21              <license-text.header>headers/GPL-3-header.txt</license-    21              <license-text.header>headers/GPL-3-header.txt</license-
         text.header>                                                                text.header>
```

## community/community-it/import-it/pom.xml

```
15                                                                          15
16          <name>Neo4j - Community Import Integration Tests</name>        16          <name>Neo4j - Community Import Integration Tests</name>
17          <packaging>jar</packaging>                                     17          <packaging>jar</packaging>
18  -       <description>Neo4j community edition import integration tests.  18  +       <description>ONgDB Community Edition import integration tests.
         </description>                                                               </description>
19                                                                          19
20          <properties>                                                   20          <properties>
21              <license-text.header>headers/GPL-3-header.txt</license-    21              <license-text.header>headers/GPL-3-header.txt</license-
         text.header>                                                                text.header>
```

## community/community-it/index-it/pom.xml

N4J_019731

```
15                                                        15
16        <name>Neo4j - Community Index Integration Tests</name>    16        <name>Neo4j - Community Index Integration Tests</name>
17        <packaging>jar</packaging>                      17        <packaging>jar</packaging>
18   -    <description>Neo4j community edition index integration tests.   18   +    <description>ONgDB Community Edition index integration tests.
          </description>                                            </description>
19                                                        19
20        <properties>                                    20        <properties>
21            <license-text.header>headers/GPL-3-header.txt</license-  21            <license-text.header>headers/GPL-3-header.txt</license-
     text.header>                                              text.header>
```

2 🟩🟥⬜ community/community-it/it-test-support/pom.xml 📋

```
14                                                        14
15        <name>Neo4j - Community Integration Test Support</name>   15        <name>Neo4j - Community Integration Test Support</name>
16        <packaging>jar</packaging>                      16        <packaging>jar</packaging>
17   -    <description>Neo4j community edition integration tests support.   17   +    <description>ONgDB Community Edition integration tests support.
          </description>                                            </description>
18                                                        18
19        <properties>                                    19        <properties>
20            <license-text.header>headers/GPL-3-header.txt</license-  20            <license-text.header>headers/GPL-3-header.txt</license-
     text.header>                                              text.header>
```

2 🟩🟥⬜ community/community-it/kernel-it/pom.xml 📋

```
14                                                        14
15        <name>Neo4j - Community Kernel Integration Tests</name>   15        <name>Neo4j - Community Kernel Integration Tests</name>
16        <packaging>jar</packaging>                      16        <packaging>jar</packaging>
17   -    <description>Neo4j community edition kernel integration tests.   17   +    <description>ONgDB Community Edition kernel integration tests.
          </description>                                            </description>
18                                                        18
19        <properties>                                    19        <properties>
20            <license-text.header>headers/GPL-3-header.txt</license-  20            <license-text.header>headers/GPL-3-header.txt</license-
     text.header>                                              text.header>
```

2 🟩🟥⬜ community/community-it/pom.xml 📋

```
14        <packaging>pom</packaging>                      14        <packaging>pom</packaging>
15                                                        15
16        <name>Neo4j - Community Integration Tests</name>   16        <name>Neo4j - Community Integration Tests</name>
17   -    <description>Neo4j community edition integration tests modules.   17   +    <description>ONgDB Community Edition integration tests modules.
```

N4J_019732

```
18          </description>                                  18          </description>
19                                                          19
            <properties>                                               <properties>
20              <license-text.header>headers/GPL-3-header.txt</license-    20    <license-text.header>headers/GPL-3-header.txt</license-
    text.header>                                                text.header>
```

```
    10 ■■■■   community/kernel/src/main/java/org/neo4j/graphdb/factory/GraphDatabaseSettings.java

531    @Description( "Configures the general policy for when check-   531    @Description( "Configures the general policy for when check-
       points should occur. The default policy is the " +                 points should occur. The default policy is the " +
532      "'periodic' check-point policy, as specified by        532      "'periodic' check-point policy, as specified by
       the 'dbms.checkpoint.interval.tx' and " +                          the 'dbms.checkpoint.interval.tx' and " +
533      "'dbms.checkpoint.interval.time' settings. " +         533      "'dbms.checkpoint.interval.time' settings. " +
534  -     "The Neo4j Enterprise Edition provides two           534  +     "The ONgDB Enterprise Edition provides two
       alternative policies: " +                                          alternative policies: " +
535      "The first is the 'continuous' check-point policy,      535      "The first is the 'continuous' check-point policy,
       which will ignore those settings and run the " +                   which will ignore those settings and run the " +
536      "check-point process all the time. " +                 536      "check-point process all the time. " +
537      "The second is the 'volumetric' check-point            537      "The second is the 'volumetric' check-point
       policy, which makes a best-effort at check-pointing " +            policy, which makes a best-effort at check-pointing " +
563                                                            563
564    @Dynamic                                                564    @Dynamic
565    @Description( "Limit the number of IOs the background checkpoint  565    @Description( "Limit the number of IOs the background checkpoint
       process will consume per second. " +                              process will consume per second. " +
566  -     "This setting is advisory, is ignored in Neo4j      566  +     "This setting is advisory, is ignored in ONgDB
       Community Edition, and is followed to " +                          Community Edition, and is followed to " +
567      "best effort in Enterprise Edition. " +                567      "best effort in Enterprise Edition. " +
568      "An IO is in this case a 8 KiB (mostly sequential)      568      "An IO is in this case a 8 KiB (mostly sequential)
       write. Limiting the write IO in " +                                write. Limiting the write IO in " +
569      "this way will leave more bandwidth in the IO         569      "this way will leave more bandwidth in the IO
       subsystem to service random-read IOs, " +                         subsystem to service random-read IOs, " +
778    @Internal                                               778    @Internal
779    @Description( "The profiling frequency for the page cache.  779    @Description( "The profiling frequency for the page cache.
       Accurate profiles allow the page cache to do active " +           Accurate profiles allow the page cache to do active " +
780      "warmup after a restart, reducing the mean time to     780      "warmup after a restart, reducing the mean time to
       performance. " +                                                   performance. " +
781  -     "This feature available in Neo4j Enterprise          781  +     "This feature available in ONgDB Enterprise
       Edition." )                                                        Edition." )
782    public static final Setting<Duration>                   782    public static final Setting<Duration>
       pagecache_warmup_profiling_interval =                              pagecache_warmup_profiling_interval =
```

Separating Neo4j Community Edition and "Neo4j Enterprise" by graphfoundation · ongdb@4df19300 · GitHub

```
783        setting(                                        783        setting(
           "unsupported.dbms.memory.pagecache.warmup.profile.interval", DURATION,      "unsupported.dbms.memory.pagecache.warmup.profile.interval", DURATION,
           "1m" );                                                    "1m" );
784                                                        784
785        @Internal                                       785        @Internal
786        @Description( "Page cache can be configured to perform usage   786        @Description( "Page cache can be configured to perform usage
           sampling of loaded pages that can be used to construct active load     sampling of loaded pages that can be used to construct active load
           profile. " +                                                  profile. " +
787            "According to that profile pages can be reloaded on the   787            "According to that profile pages can be reloaded on the
           restart, replication, etc. " +                              restart, replication, etc. " +
788            "This setting allows disabling that behavior. " +       788            "This setting allows disabling that behavior. " +
789  -         "This feature available in Neo4j Enterprise Edition." )  789  +         "This feature available in ONgDB Enterprise Edition." )
790        public static final Setting<Boolean> pagecache_warmup_enabled =  790        public static final Setting<Boolean> pagecache_warmup_enabled =
           setting( "unsupported.dbms.memory.pagecache.warmup.enable", BOOLEAN,      setting( "unsupported.dbms.memory.pagecache.warmup.enable", BOOLEAN,
           TRUE );                                                     TRUE );
791                                                        791
792        @Description( "Allows the enabling or disabling of the file   792        @Description( "Allows the enabling or disabling of the file
           watcher service." +                                        watcher service." +
857        @Description( "Log executed queries that take longer than the   857        @Description( "Log executed queries that take longer than the
           configured threshold, dbms.logs.query.threshold. " +       configured threshold, dbms.logs.query.threshold. " +
858            "Log entries are by default written to the file         858            "Log entries are by default written to the file
           _query.log_ located in the Logs directory. " +             _query.log_ located in the Logs directory. " +
859            "For location of the Logs directory, see <<file-        859            "For location of the Logs directory, see <<file-
           locations>>. " +                                           locations>>. " +
860  -         "This feature is available in the Neo4j Enterprise       860  +         "This feature is available in the ONgDB Enterprise
           Edition." )                                                Edition." )
861        @Dynamic                                         861        @Dynamic
862        public static final Setting<Boolean> log_queries =  862        public static final Setting<Boolean> log_queries =
863            setting( "dbms.logs.query.enabled", BOOLEAN, FALSE );  863            setting( "dbms.logs.query.enabled", BOOLEAN, FALSE );
```

✓ 4 ■■■□ ...y/kernel/src/main/java/org/neo4j/kernel/impl/constraints/StandardConstraintSemantics.java 📋

```
40                                                         40
41        public class StandardConstraintSemantics extends ConstraintSemantics   41        public class StandardConstraintSemantics extends ConstraintSemantics
42        {                                                42        {
43   -        public static final String ERROR_MESSAGE_EXISTS = "Property   43   +        public static final String ERROR_MESSAGE_EXISTS = "Property
           existence constraint requires Neo4j Enterprise Edition";    existence constraint requires ONgDB Enterprise Edition";
44   -        public static final String ERROR_MESSAGE_NODE_KEY = "Node Key   44   +        public static final String ERROR_MESSAGE_NODE_KEY = "Node Key
           constraint requires Neo4j Enterprise Edition";             constraint requires ONgDB Enterprise Edition";
45                                                         45
```

N4J_019734

| | 46 | `public StandardConstraintSemantics()` | | 46 | `public StandardConstraintSemantics()` |
| | 47 | `{` | | 47 | `{` |

---

∨ 2 ▮▮▯ community/kernel/src/main/java/org/neo4j/kernel/impl/factory/GraphDatabaseFacade.java 📋

| | 161 | | | 161 | |
| | 162 | `DatabaseLayout databaseLayout();` | | 162 | `DatabaseLayout databaseLayout();` |
| | 163 | | | 163 | |
| | 164 | `-` | `/** Eg. Neo4j Enterprise HA, Neo4j Community Standalone.. */` | | 164 | `+` | `/** Eg. ONgDB Enterprise HA, ONgDB Community Standalone.. */` |
| | 165 | `String name();` | | 165 | `String name();` |
| | 166 | | | 166 | |
| | 167 | `void shutdown();` | | 167 | `void shutdown();` |

---

∨ 2 ▮▮▯ community/neo4j-community/pom.xml 📋

| | 14 | `<name>Neo4j - Community (Bill of Materials)</name>` | | 14 | `<name>Neo4j - Community (Bill of Materials)</name>` |
| | 15 | `<packaging>pom</packaging>` | | 15 | `<packaging>pom</packaging>` |
| | 16 | | | 16 | |
| | | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | | | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 17 | `-` | `<description>A project with bill-of-materials POM containing Neo4j Community dependencies.</description>` | | 17 | `+` | `<description>A project with bill-of-materials POM containing ONgDB Community Edition dependencies.</description>` |
| | 18 | | | 18 | |
| | 19 | `<properties>` | | 19 | `<properties>` |
| | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

---

∨ 2 ▮▮▯ community/neo4j/pom.xml 📋

| | 14 | `<name>Neo4j - Community</name>` | | 14 | `<name>Neo4j - Community</name>` |
| | 15 | `<packaging>jar</packaging>` | | 15 | `<packaging>jar</packaging>` |
| | 16 | | | 16 | |
| | | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | | | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 17 | `-` | `<description>Neo4j Community Edition</description>` | | 17 | `+` | `<description>ONgDB Community Edition</description>` |
| | 18 | | | 18 | |
| | 19 | `<properties>` | | 19 | `<properties>` |
| | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

N4J_019735

showing/ongdb@4199cb0...ongdb@4199cb0 · graphfoundation/ongdb@4199cb0 · GitHub

## ∨  2 ▣▣▢ community/pom.xml 📋

| 14 | | 14 | |
|---|---|---|---|
| 15 | `<name>Neo4j - Community Build</name>` | 15 | `<name>Neo4j - Community Build</name>` |
| 16 | `<packaging>pom</packaging>` | 16 | `<packaging>pom</packaging>` |
| 17 | - `<description>Project that builds the Neo4j Community distribution.</description>` | 17 | + `<description>Project that builds the ONgDB Community Edition distribution.</description>` |
| 18 | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 18 | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| 19 | | 19 | |
| 20 | `<properties>` | 20 | `<properties>` |

## ∨  5 ▣▣▣▣ community/zstd-proxy/NOTICE.txt 📋

| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|---|
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

## ∨  5 ▣▣▣▣ enterprise/auth-plugin-api/NOTICE.txt 📋

| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|---|
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |

N4J_019736

10/8/2020
Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 117 of 337
graphfoundation/ongdb@4199cb0 · GitHub

| | 17 | | | 12 | |
|---|---|---|---|---|---|
| | 18 | | | 13 | |

⌄ 5 ▭▭▭ enterprise/backup/NOTICE.txt 📋

| | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|---|---|---|
| | 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| | 10 | | | 10 | |
| | 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |
| | 12 | - under separate commercial terms. Email inquiries can be directed | | | |
| | 13 | - to: licensing@neo4j.com. More information is also available | | | |
| | 14 | - at: https://neo4j.com/licensing/ | | | |
| | 15 | - | | | |
| | 16 | Full license texts are found in LICENSES.txt. | | 11 | Full license texts are found in LICENSES.txt. |
| | 17 | | | 12 | |
| | 18 | | | 13 | |

⌄ 5 ▭▭▭ enterprise/causal-clustering/NOTICE.txt 📋

| | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|---|---|---|
| | 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| | 10 | | | 10 | |
| | 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |
| | 12 | - under separate commercial terms. Email inquiries can be directed | | | |
| | 13 | - to: licensing@neo4j.com. More information is also available | | | |
| | 14 | - at: https://neo4j.com/licensing/ | | | |
| | 15 | - | | | |
| | 16 | Full license texts are found in LICENSES.txt. | | 11 | Full license texts are found in LICENSES.txt. |
| | 17 | | | 12 | |
| | 18 | | | 13 | |

⌄ 5 ▭▭▭ enterprise/cluster/NOTICE.txt 📋

| | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|---|---|---|
| | 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| | 10 | | | 10 | |
| | 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |

N4J_019737

| | | | |
|---|---|---|---|
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

5 🔲🔲🔲🔲 enterprise/com/NOTICE.txt

| | | | |
|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

5 🔲🔲🔲🔲 enterprise/cypher/acceptance-spec-suite/NOTICE.txt

| | | | |
|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

5 🔲🔲🔲🔲 enterprise/cypher/compatibility-spec-suite/NOTICE.txt

N4J_019738

| | | | | |
|---|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | | |
| 14 | - at: https://neo4j.com/licensing/ | | | |
| 15 | - | | | |
| 16 | Full license texts are found in LICENSES.txt. | | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | | 12 | |
| 18 | | | 13 | |

∨ 5 ■■■■ enterprise/cypher/compiled-expressions/NOTICE.txt 📋

| | | | | |
|---|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | | |
| 14 | - at: https://neo4j.com/licensing/ | | | |
| 15 | - | | | |
| 16 | Full license texts are found in LICENSES.txt. | | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | | 12 | |
| 18 | | | 13 | |

∨ 5 ■■■■ enterprise/cypher/cypher/NOTICE.txt 📋

| | | | | |
|---|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | | |
| 14 | - at: https://neo4j.com/licensing/ | | | |
| 15 | - | | | |
| 16 | Full license texts are found in LICENSES.txt. | | 11 | Full license texts are found in LICENSES.txt. |

N4J_019739

## 5 🟥🟥🟥 enterprise/cypher/morsel-runtime/NOTICE.txt

| | | | |
|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

## 5 🟥🟥🟥 enterprise/cypher/physical-planning/NOTICE.txt

| | | | |
|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |
| 12 | - under separate commercial terms. Email inquiries can be directed | | |
| 13 | - to: licensing@neo4j.com. More information is also available | | |
| 14 | - at: https://neo4j.com/licensing/ | | |
| 15 | - | | |
| 16 | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | 12 | |
| 18 | | 13 | |

## 5 🟥🟥🟥 enterprise/cypher/slotted-runtime/NOTICE.txt

| | | | |
|---|---|---|---|
| 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | included in the LICENSE.txt file, with the Commons Clause. | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | | 10 | |
| 11 | - Neo4j Enterprise object code can be licensed independently from the source | | |

N4J_019740

| 12 | | - under separate commercial terms. Email inquiries can be directed | | | |
|----|----|----|----|----|----|
| 13 | | - to: licensing@neo4j.com. More information is also available | | | |
| 14 | | - at: https://neo4j.com/licensing/ | | | |
| 15 | | - | | | |
| 16 | | Full license texts are found in LICENSES.txt. | 11 | Full license texts are found in LICENSES.txt. |
| 17 | | | 12 | |
| 18 | | | 13 | |



∨ 5 ▰▰▰▰ enterprise/deferred-locks/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |



∨ 5 ▰▰▰▰ enterprise/ha/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▰▰▰▰ enterprise/kernel/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |

N4J_019741





```
- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.
```

5 enterprise/management/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.
```

5 enterprise/metrics/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.
```

5 enterprise/neo4j-enterprise/NOTICE.txt

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▰▰▰▰ enterprise/neo4j-harness-enterprise/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▰▰▰▰ enterprise/procedure-compiler-enterprise-tests/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

N4J_019743





5 enterprise/query-logging/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/security/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/server-enterprise/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

| | | |
|---|---|---|
| 18 | 13 | |



> ∨ 5 ▮▮▮▮ integrationtests/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

> ∨ 5 ▮▮▮▮ packaging/standalone/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|---|---|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |



> ∨ 2 ▮▮▯▯ ...ging/standalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4j.ps1 📋

| 45 | 45 | non-zero = an error occured |
|---|---|---|
| 46 | 46 | |
| 47 | 47 | .NOTES |
| 48 | | - Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 48 | + Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 49 | 49 | |
| 50 | 50 | #> |
| 51 | 51 | function Invoke-Neo4j |

N4J_019745

```
  2  ■■▭▭▭   ...standalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jAdmin.ps1  ▣
```

| 40 | 40 | | non-zero = an error occured |
|---|---|---|---|
| 41 | 41 | | |
| 42 | 42 | | .NOTES |
| 43 | | - | Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 43 | + | Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 44 | 44 | | |
| 45 | 45 | | #> |
| 46 | 46 | | function Invoke-Neo4jAdmin |

```
  2  ■■▭▭▭   ...tandalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jImport.ps1  ▣
```

| 33 | 33 | | non-zero = an error occured |
|---|---|---|---|
| 34 | 34 | | |
| 35 | 35 | | .NOTES |
| 36 | | - | Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 36 | + | Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 37 | 37 | | |
| 38 | 38 | | #> |
| 39 | 39 | | function Invoke-Neo4jImport |

```
  2  ■■▭▭▭   ...andalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jUtility.ps1  ▣
```

| 36 | 36 | | non-zero = an error occured |
|---|---|---|---|
| 37 | 37 | | |
| 38 | 38 | | .NOTES |
| 39 | | - | Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 39 | + | Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 40 | 40 | | |
| 41 | 41 | | .NOTES |
| 42 | 42 | | This function is private to the powershell module |

```
  2  ■■▭▭▭   packaging/standalone/standalone-community/pom.xml  ▣
```

| 14 | 14 | | <name>Neo4j - Community Server Assembler</name> |
|---|---|---|---|
| 15 | 15 | | <version>3.6.0-SNAPSHOT</version> |
| 16 | 16 | | |
| 17 | | - | <description>This project assembles the Neo4j Community stand-alone distribution, |
| | 17 | + | <description>This project assembles the ONgDB Community Edition stand-alone distribution, |

N4J_019746

| 18 | 18 | pulling together all the deliverable artifacts and packaging them |
|----|----|---|
| 19 | 19 | into a downloadable installer. |
| 20 | 20 | </description> |

∨  5 ■■■■  packaging/standalone/standalone-enterprise/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
|----|----|---|
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨  4 ■■■□  ...ng/standalone/standalone-enterprise/src/main/distribution/text/enterprise/conf/neo4j.conf 📋

| 696 | 696 | #dbms.tx_log.rotation.retention_policy=7 days |
|----|----|---|
| 697 | 697 | |
| 698 | 698 | # Limit the number of IOs the background checkpoint process will consume per second. |
| 699 | | - # This setting is advisory, is ignored in Neo4j Community Edition, and is followed to |
| | 699 | + # This setting is advisory, is ignored in ONgDB Community Edition, and is followed to |
| 700 | 700 | # best effort in Enterprise Edition. |
| 701 | 701 | # An IO is in this case a 8 KiB (mostly sequential) write. Limiting the write IO in |
| 702 | 702 | # this way will leave more bandwidth in the IO subsystem to service random-read IOs, |
| 732 | 732 | # Specified comma separated list of id types (like node or relationship) that should be reused. |
| 733 | 733 | # When some type is specified database will try to reuse corresponding ids as soon as it will be safe to do so. |
| 734 | 734 | # Currently only 'node' and 'relationship' types are supported. |
| 735 | | - # This settings is ignored in Neo4j Community Edition. |
| | 735 | + # This settings is ignored in ONgDB Community Edition. |
| 736 | 736 | #dbms.ids.reuse.types.override=node,relationship |
| 737 | 737 | |
| 738 | 738 | #****************************************************************** |

∨  2 ■■□  pom.xml 📋

| 42 | 42 | |

N4J_019747



| | 43 | 43 | | `<mailingLists>` |
| | 44 | 44 | | `<mailingList>` |
| 45 | | - | | `<name>`Neo4j Community Discussions`</name>` |
| | 45 | + | | `<name>`ONgDB Community Discussions`</name>` |
| | 46 | 46 | | `<subscribe>`https://groups.google.com/forum/#!forum/neo4j`</subscribe>` |
| | 47 | 47 | | `</mailingList>` |
| | 48 | 48 | | `</mailingLists>` |

∨ 5 ▮▮▮▮▮ stresstests/NOTICE.txt 📋

| 8 | 8 | | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | | |
| 11 | | - | Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - | under separate commercial terms. Email inquiries can be directed |
| 13 | | - | to: licensing@neo4j.com. More information is also available |
| 14 | | - | at: https://neo4j.com/licensing/ |
| 15 | | - | |
| 16 | 11 | | Full license texts are found in LICENSES.txt. |
| 17 | 12 | | |
| 18 | 13 | | |

∨ 5 ▮▮▮▮▮ tools/NOTICE.txt 📋

| 8 | 8 | | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | | |
| 11 | | - | Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - | under separate commercial terms. Email inquiries can be directed |
| 13 | | - | to: licensing@neo4j.com. More information is also available |
| 14 | | - | at: https://neo4j.com/licensing/ |
| 15 | | - | |
| 16 | 11 | | Full license texts are found in LICENSES.txt. |
| 17 | 12 | | |
| 18 | 13 | | |

**0 comments on commit** `4199cb0`

Please sign in to comment.

N4J_019748

**EXHIBIT 25**



graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

**Removing use of 'Neo4j in 'Neo4j Community Edition' and 'Neo4j Enterp…**

…rise Edition' with 'ONgDB'

Browse files

3.6 (#29) 3.6.0 … 3.6.0.M2

**bradnussbaum** committed on Apr 14    1 parent 3f04c45    commit 4199cb08507729e381b59bf6c2f5acb29be58e69

Showing **56 changed files** with **35 additions** and **185 deletions**.

Unified | Split

8 README.asciidoc

BUILD STATUS: SUCCESS

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

## Using ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Licensing

N4J_019749

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise Edition consists of modules from Neo4j ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB & Neo4j IDE code style configs can be found at http://neo4j.github.io/ or under the build/ folder of this repository.



```
      8      8          Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
      9      9          included in the LICENSE.txt file, with the Commons Clause.
     10     10
     11           -  Neo4j Enterprise object code can be licensed independently from the source
     12           -  under separate commercial terms. Email inquiries can be directed
     13           -  to: licensing@neo4j.com. More information is also available
     14           -  at: https://neo4j.com/licensing/
     15           -
     16     11          Full license texts are found in LICENSES.txt.
```

5 ▮▮▮▮ build-resources/src/main/resources/licensing/notice-agpl-prefix.txt

2 ▮▮▮ community/community-it/algo-it/pom.xml

```
     15     15              <name>Neo4j - Community Graph Algorithms Integration Tests</name>
     16     16              <packaging>jar</packaging>
     17     17
     18          -        <description>Neo4j community edition graph algorithms integration tests.</description>
            18  +        <description>ONgDB Community Edition graph algorithms integration tests.</description>
     19     19
     20     20          <properties>
     21     21              <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 ▮▮▮ community/community-it/bolt-it/pom.xml

```
     15     15
```









```
    <name>Neo4j - Community Bolt Integration Tests</name>
    <packaging>jar</packaging>
-   <description>Neo4j community edition bolt integration tests.</description>
+   <description>ONgDB Community Edition bolt integration tests.</description>

    <properties>
        <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 community/community-it/community-it/pom.xml

```

    <name>Neo4j - Community Generic Integration Tests</name>
    <packaging>jar</packaging>
-   <description>Neo4j community edition generic integration tests.</description>
+   <description>ONgDB Community Edition generic integration tests.</description>

    <properties>
        <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 community/community-it/consistency-it/pom.xml

```

    <name>Neo4j - Community Consistency Checker Integration Tests</name>
    <packaging>jar</packaging>
-   <description>Neo4j community edition consistency checker integration tests.</description>
+   <description>ONgDB Community Edition consistency checker integration tests.</description>

    <properties>
        <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 community/community-it/cypher-it/pom.xml

```

    <name>Neo4j - Community Cypher Integration Tests</name>
    <packaging>jar</packaging>
-   <description>Neo4j community edition cypher integration tests.</description>
+   <description>ONgDB Community Edition cypher integration tests.</description>

    <properties>
        <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

```
2 ▮▮▮    community/community-it/cypher-it/src/test/scala/org/neo4j/cypher/ErrorMessagesTest.scala    📋
```

```
245   245        test("should give proper error message when trying to use Node Key constraint on community") {
246   246            expectError("CREATE CONSTRAINT ON (n:Person) ASSERT (n.firstname) IS NODE KEY",
247   247                String.format("Unable to create CONSTRAINT ON ( person:Person ) ASSERT exists(person.firstname):%n" +
248         -                    "Node Key constraint requires Neo4j Enterprise Edition"))
      248   +                    "Node Key constraint requires ONgDB Enterprise Edition"))
249   249        }
250   250
251   251        test("trying to store mixed type array") {
```

```
2 ▮▮▮    community/community-it/dbms-it/pom.xml    📋
```

```
15   15            <name>Neo4j - Community DBMS Integration Tests</name>
16   16            <packaging>jar</packaging>
17   17
18        -        <description>Neo4j community edition DBMS integration tests.</description>
     18   +        <description>ONgDB Community Edition DBMS integration tests.</description>
19   19
20   20        <properties>
21   21            <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

```
2 ▮▮▮    community/community-it/import-it/pom.xml    📋
```

```
15   15            <name>Neo4j - Community Import Integration Tests</name>
16   16            <packaging>jar</packaging>
17   17
18        -        <description>Neo4j community edition import integration tests.</description>
     18   +        <description>ONgDB Community Edition import integration tests.</description>
19   19
20   20        <properties>
21   21            <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

```
2 ▮▮▮    community/community-it/index-it/pom.xml    📋
```

```
15   15            <name>Neo4j - Community Index Integration Tests</name>
16   16            <packaging>jar</packaging>
17   17
18        -        <description>Neo4j community edition index integration tests.</description>
     18   +        <description>ONgDB Community Edition index integration tests.</description>
```

Removing reference to Neo4j Community Edition and 'neo4j.com' · graphfoundation/ongdb@4199cb0 · GitHub

```
19    19          <properties>
20    20              <license-text.header>headers/GPL-3-header.txt</license-text.header>
21    21
```

∨  2 ■■□□  community/community-it/it-test-support/pom.xml 📋

```
14    14              <name>Neo4j - Community Integration Test Support</name>
15    15              <packaging>jar</packaging>
16    16
17    -           <description>Neo4j community edition integration tests support.</description>
      17  +       <description>ONgDB Community Edition integration tests support.</description>
18    18
19    19          <properties>
20    20              <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

∨  2 ■■□□  community/community-it/kernel-it/pom.xml 📋

```
14    14              <name>Neo4j - Community Kernel Integration Tests</name>
15    15              <packaging>jar</packaging>
16    16
17    -           <description>Neo4j community edition kernel integration tests.</description>
      17  +       <description>ONgDB Community Edition kernel integration tests.</description>
18    18
19    19          <properties>
20    20              <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

∨  2 ■■□□  community/community-it/pom.xml 📋

```
14    14              <packaging>pom</packaging>
15    15
16    16              <name>Neo4j - Community Integration Tests</name>
17    -           <description>Neo4j community edition integration tests modules.</description>
      17  +       <description>ONgDB Community Edition integration tests modules.</description>
18    18
19    19          <properties>
20    20              <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

∨  10  ■■■□  community/kernel/src/main/java/org/neo4j/graphdb/factory/GraphDatabaseSettings.java 📋

```
531   531          @Description( "Configures the general policy for when check-points should occur. The default policy is the " +
```

```
532   532              "'periodic' check-point policy, as specified by the 'dbms.checkpoint.interval.tx' and " +
533   533              "'dbms.checkpoint.interval.time' settings." +
534       -      "The Neo4j Enterprise Edition provides two alternative policies: " +
      534   +      "The ONgDB Enterprise Edition provides two alternative policies: " +
535   535              "The first is the 'continuous' check-point policy, which will ignore those settings and run the " +
536   536              "check-point process all the time. " +
537   537              "The second is the 'volumetric' check-point policy, which makes a best-effort at check-pointing " +
563   563
564   564   @Dynamic
565   565   @Description( "Limit the number of IOs the background checkpoint process will consume per second. " +
566       -      "This setting is advisory, is ignored in Neo4j Community Edition, and is followed to " +
      566   +      "This setting is advisory, is ignored in ONgDB Community Edition, and is followed to " +
567   567              "best effort in Enterprise Edition. " +
568   568              "An IO is in this case a 8 KiB (mostly sequential) write. Limiting the write IO in " +
569   569              "this way will leave more bandwidth in the IO subsystem to service random-read IOs, " +
778   778   @Internal
779   779   @Description( "The profiling frequency for the page cache. Accurate profiles allow the page cache to do active " +
780   780              "warmup after a restart, reducing the mean time to performance. " +
781       -      "This feature available in Neo4j Enterprise Edition." )
      781   +      "This feature available in ONgDB Enterprise Edition." )
782   782   public static final Setting<Duration> pagecache_warmup_profiling_interval =
783   783              setting( "unsupported.dbms.memory.pagecache.warmup.profile.interval", DURATION, "1m" );
784   784
785   785   @Internal
786   786   @Description( "Page cache can be configured to perform usage sampling of loaded pages that can be used to construct active load profile. "
787   787              "According to that profile pages can be reloaded on the restart, replication, etc. " +
788   788              "This setting allows disabling that behavior. " +
789       -      "This feature available in Neo4j Enterprise Edition." )
      789   +      "This feature available in ONgDB Enterprise Edition." )
790   790   public static final Setting<Boolean> pagecache_warmup_enabled = setting( "unsupported.dbms.memory.pagecache.warmup.enable", BOOLEAN, TRUE
791   791
792   792   @Description( "Allows the enabling or disabling of the file watcher service." ) +
857   857   @Description( "Log executed queries that take longer than the configured threshold, dbms.logs.query.threshold. " +
858   858              "Log entries are by default written to the file _query.log_ located in the Logs directory. " +
859   859              "For location of the Logs directory, see <<file-locations>>. " +
860       -      "This feature is available in the Neo4j Enterprise Edition." )
      860   +      "This feature is available in the ONgDB Enterprise Edition." )
861   861   @Dynamic
862   862   public static final Setting<Boolean> log_queries =
863   863              setting( "dbms.logs.query.enabled", BOOLEAN, FALSE );
```

## ...y/kernel/src/main/java/org/neo4j/kernel/impl/constraints/StandardConstraintSemantics.java

```
40   40       public class StandardConstraintSemantics extends ConstraintSemantics
41   41       {
42   42
43    -          public static final String ERROR_MESSAGE_EXISTS = "Property existence constraint requires Neo4j Enterprise Edition";
44    -          public static final String ERROR_MESSAGE_NODE_KEY = "Node Key constraint requires Neo4j Enterprise Edition";
     43   +        public static final String ERROR_MESSAGE_EXISTS = "Property existence constraint requires ONgDB Enterprise Edition";
     44   +        public static final String ERROR_MESSAGE_NODE_KEY = "Node Key constraint requires ONgDB Enterprise Edition";
45   45
46   46          public StandardConstraintSemantics()
47   47          {
```

## community/kernel/src/main/java/org/neo4j/kernel/impl/factory/GraphDatabaseFacade.java

```
161  161          DatabaseLayout databaseLayout();
162  162
163  163
164   -          /** Eg. Neo4j Enterprise HA, Neo4j Community Standalone.. */
     164   +        /** Eg. ONgDB Enterprise HA, ONgDB Community Standalone.. */
165  165          String name();
166  166
167  167          void shutdown();
```

## community/neo4j-community/pom.xml

```
14   14          <name>Neo4j - Community (Bill of Materials)</name>
15   15          <packaging>pom</packaging>
16   16          <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
17    -          <description>A project with bill-of-materials POM containing Neo4j Community dependencies.</description>
     17   +        <description>A project with bill-of-materials POM containing ONgDB Community Edition dependencies.</description>
18   18
19   19          <properties>
20   20              <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

## community/neo4j/pom.xml

```
14   14          <name>Neo4j - Community</name>
```



```
    <packaging>jar</packaging>
    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
-   <description>Neo4j Community Edition</description>
+   <description>ONgDB Community Edition</description>

    <properties>
      <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 community/pom.xml

```

    <name>Neo4j - Community Build</name>
    <packaging>pom</packaging>
-   <description>Project that builds the Neo4j Community distribution.</description>
+   <description>Project that builds the ONgDB Community Edition distribution.</description>
    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>

    <properties>
```

5 community/zstd-proxy/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/auth-plugin-api/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
```



| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

### ∨ 5 ▮▮▮▮ enterprise/backup/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

### ∨ 5 ▮▮▮▮ enterprise/causal-clustering/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

### ∨ 5 ▮▮▮▮ enterprise/cluster/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |

N4J_019757

```
11            - Neo4j Enterprise object code can be licensed independently from the source
12            - under separate commercial terms. Email inquiries can be directed
13            - to: licensing@neo4j.com. More information is also available
14            - at: https://neo4j.com/licensing/
15            -
16    11        Full license texts are found in LICENSES.txt.
17    12
18    13
```

5 ▰▰▰▰▰ enterprise/com/NOTICE.txt

```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9     9        included in the LICENSE.txt file, with the Commons Clause.
10    10
11            - Neo4j Enterprise object code can be licensed independently from the source
12            - under separate commercial terms. Email inquiries can be directed
13            - to: licensing@neo4j.com. More information is also available
14            - at: https://neo4j.com/licensing/
15            -
16    11        Full license texts are found in LICENSES.txt.
17    12
18    13
```

5 ▰▰▰▰▰ enterprise/cypher/acceptance-spec-suite/NOTICE.txt

```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9     9        included in the LICENSE.txt file, with the Commons Clause.
10    10
11            - Neo4j Enterprise object code can be licensed independently from the source
12            - under separate commercial terms. Email inquiries can be directed
13            - to: licensing@neo4j.com. More information is also available
14            - at: https://neo4j.com/licensing/
15            -
16    11        Full license texts are found in LICENSES.txt.
17    12
18    13
```

5 ▰▰▰▰▰ enterprise/cypher/compatibility-spec-suite/NOTICE.txt

```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
```

N4J_019758

Case 5:19-cv-06226-EJD Neo4j Document and 89 'NOTICE' - graphfoundation/ongdb@4199cb0 · GitHub

```
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
14          - at: https://neo4j.com/licensing/
15          -
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```



5 ◼◼◼◼ enterprise/cypher/compiled-expressions/NOTICE.txt

```
 8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
14          - at: https://neo4j.com/licensing/
15          -
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```



5 ◼◼◼◼ enterprise/cypher/cypher/NOTICE.txt

```
 8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
14          - at: https://neo4j.com/licensing/
15          -
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```

N4J_019759



```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9     9        included in the LICENSE.txt file, with the Commons Clause.
10    10
11             - Neo4j Enterprise object code can be licensed independently from the source
12             - under separate commercial terms. Email inquiries can be directed
13             - to: licensing@neo4j.com. More information is also available
14             - at: https://neo4j.com/licensing/
15             -
16    11        Full license texts are found in LICENSES.txt.
17    12
18    13
```

enterprise/cypher/physical-planning/NOTICE.txt

```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9     9        included in the LICENSE.txt file, with the Commons Clause.
10    10
11             - Neo4j Enterprise object code can be licensed independently from the source
12             - under separate commercial terms. Email inquiries can be directed
13             - to: licensing@neo4j.com. More information is also available
14             - at: https://neo4j.com/licensing/
15             -
16    11        Full license texts are found in LICENSES.txt.
17    12
18    13
```



enterprise/cypher/slotted-runtime/NOTICE.txt

```
8     8        Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9     9        included in the LICENSE.txt file, with the Commons Clause.
10    10
11             - Neo4j Enterprise object code can be licensed independently from the source
12             - under separate commercial terms. Email inquiries can be directed
13             - to: licensing@neo4j.com. More information is also available
14             - at: https://neo4j.com/licensing/
15             -
16    11        Full license texts are found in LICENSES.txt.
17    12
```





5 enterprise/deferred-locks/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/ha/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/kernel/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
```



```
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```

5 ▮▮▮ enterprise/management/NOTICE.txt

```
 8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
14          - at: https://neo4j.com/licensing/
15          -
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```

5 ▮▮▮ enterprise/metrics/NOTICE.txt

```
 8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
14          - at: https://neo4j.com/licensing/
15          -
16   11      Full license texts are found in LICENSES.txt.
17   12
18   13
```

5 ▮▮▮ enterprise/neo4j-enterprise/NOTICE.txt

```
 8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
 9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11          - Neo4j Enterprise object code can be licensed independently from the source
12          - under separate commercial terms. Email inquiries can be directed
13          - to: licensing@neo4j.com. More information is also available
```

N4J_019762



| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▮▮▮▮ enterprise/neo4j-harness-enterprise/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▮▮▮▮ enterprise/procedure-compiler-enterprise-tests/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ▮▮▮▮ enterprise/query-logging/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |

N4J_019763





```
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/security/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 enterprise/server-enterprise/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

5 integrationtests/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.
```

```
10   10
11        - Neo4j Enterprise object code can be licensed independently from the source
12        - under separate commercial terms. Email inquiries can be directed
13        - to: licensing@neo4j.com. More information is also available
14        - at: https://neo4j.com/licensing/
15        -
16   11     Full license texts are found in LICENSES.txt.
17   12
18   13
```

5 ■■■■ packaging/standalone/NOTICE.txt

```
8    8      Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
9    9      included in the LICENSE.txt file, with the Commons Clause.
10   10
11        - Neo4j Enterprise object code can be licensed independently from the source
12        - under separate commercial terms. Email inquiries can be directed
13        - to: licensing@neo4j.com. More information is also available
14        - at: https://neo4j.com/licensing/
15        -
16   11     Full license texts are found in LICENSES.txt.
17   12
18   13
```



2 ■■□□□ ...ging/standalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4j.ps1

```
45   45     non-zero = an error occured
46   46
47   47     .NOTES
48        - Only supported on version 3.x Neo4j Community and Enterprise Edition databases
     48   + Only supported on version 3.x ONgDB Community and Enterprise Edition databases
49   49
50   50     #>
51   51     function Invoke-Neo4j
```

2 ■■□□□ ...standalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jAdmin.ps1

```
40   40     non-zero = an error occured
41   41
42   42     .NOTES
```

N4J_019765

| 43 | | - Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
|----|----|----|
| | 43 | + Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 44 | 44 | |
| 45 | 45 | #> |
| 46 | 46 | function Invoke-Neo4jAdmin |

⌄ 2 ▤▢ ...tandalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jImport.ps1 📋

| 33 | 33 | non-zero = an error occured |
|----|----|----|
| 34 | 34 | |
| 35 | 35 | .NOTES |
| 36 | | - Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 36 | + Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 37 | 37 | |
| 38 | 38 | #> |
| 39 | 39 | function Invoke-Neo4jImport |

⌄ 2 ▤▢ ...andalone/src/main/distribution/shell-scripts/bin/Neo4j-Management/Invoke-Neo4jUtility.ps1 📋

| 36 | 36 | non-zero = an error occured |
|----|----|----|
| 37 | 37 | |
| 38 | 38 | .NOTES |
| 39 | | - Only supported on version 3.x Neo4j Community and Enterprise Edition databases |
| | 39 | + Only supported on version 3.x ONgDB Community and Enterprise Edition databases |
| 40 | 40 | |
| 41 | 41 | .NOTES |
| 42 | 42 | This function is private to the powershell module |

⌄ 2 ▤▢ packaging/standalone/standalone-community/pom.xml 📋

| 14 | 14 | <name>Neo4j - Community Server Assembler</name> |
|----|----|----|
| 15 | 15 | <version>3.6.0-SNAPSHOT</version> |
| 16 | 16 | |
| 17 | | - <description>This project assembles the Neo4j Community stand-alone distribution, |
| | 17 | + <description>This project assembles the ONgDB Community Edition stand-alone distribution, |
| 18 | 18 | pulling together all the deliverable artifacts and packaging them |
| 19 | 19 | into a downloadable installer. |
| 20 | 20 | </description> |

N4J_019766



5 packaging/standalone/standalone-enterprise/NOTICE.txt

```
  Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html),
  included in the LICENSE.txt file, with the Commons Clause.

- Neo4j Enterprise object code can be licensed independently from the source
- under separate commercial terms. Email inquiries can be directed
- to: licensing@neo4j.com. More information is also available
- at: https://neo4j.com/licensing/
-
  Full license texts are found in LICENSES.txt.

```

4 ...ng/standalone/standalone-enterprise/src/main/distribution/text/enterprise/conf/neo4j.conf

```
  #dbms.tx_log.rotation.retention_policy=7 days

  # Limit the number of IOs the background checkpoint process will consume per second.
- # This setting is advisory, is ignored in Neo4j Community Edition, and is followed to
+ # This setting is advisory, is ignored in ONgDB Community Edition, and is followed to
  # best effort in Enterprise Edition.
  # An IO is in this case a 8 KiB (mostly sequential) write. Limiting the write IO in
  # this way will leave more bandwidth in the IO subsystem to service random-read IOs,
  # Specified comma separated list of id types (like node or relationship) that should be reused.
  # When some type is specified database will try to reuse corresponding ids as soon as it will be safe to do so.
  # Currently only 'node' and 'relationship' types are supported.
- # This settings is ignored in Neo4j Community Edition.
+ # This settings is ignored in ONgDB Community Edition.
  #dbms.ids.reuse.types.override=node,relationship

  #********************************************************************
```

2 pom.xml

```

    <mailingLists>
      <mailingList>
-       <name>Neo4j Community Discussions</name>
+       <name>ONgDB Community Discussions</name>
```

| 46 | 46 | <subscribe>https://groups.google.com/forum/#!forum/neo4j</subscribe> |
| 47 | 47 | </mailingList> |
| 48 | 48 | </mailingLists> |

∨ 5 ■■■■ stresstests/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

∨ 5 ■■■■ tools/NOTICE.txt 📋

| 8 | 8 | Version 3 (http://www.fsf.org/licensing/licenses/agpl-3.0.html), |
| 9 | 9 | included in the LICENSE.txt file, with the Commons Clause. |
| 10 | 10 | |
| 11 | | - Neo4j Enterprise object code can be licensed independently from the source |
| 12 | | - under separate commercial terms. Email inquiries can be directed |
| 13 | | - to: licensing@neo4j.com. More information is also available |
| 14 | | - at: https://neo4j.com/licensing/ |
| 15 | | - |
| 16 | 11 | Full license texts are found in LICENSES.txt. |
| 17 | 12 | |
| 18 | 13 | |

**0 comments on commit** `4199cb0`

Please sign in to comment.

N4J_019768

**EXHIBIT 26**



graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

783efe22cf ▾ | Go to file | Code ▾

**bradnussbaum** Replacing 'Neo4j' URLs with 'ONgDB' equivalents ... ✓ on Apr 14 | 61,359

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Replace Neo4j w/ ONgDB | 7 months ago |
| .mvn | Add the maven-profiler extension | 4 years ago |
| build-resources | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| build | Fixes to checkstyle | 6 months ago |
| community | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| enterprise | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| integrationtests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| packaging | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| stresstests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| tools | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| .gitignore | Bump checkstyle version to 8.26 | 11 months ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| CONTRIBUTING.md | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 7 months ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate... | 2 years ago |
| README.asciidoc | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| pom.xml | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |

## About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

www.graphfoundation.org/project...

Readme

AGPL-3.0 License

## Releases 293

3.5.19 Latest
on Aug 12

+ 292 releases

## Packages

No packages published

## Contributors 182

README.asciidoc

BUILD STATUS: SUCCESS

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

[Neo4j](#) is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the [Neo4j website](#).

Learn more about ONgDB at [Graph Foundation website](#)

## Using ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can [download](#) or [try Neo4j online](#).

## Extending ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can [download](#) or [try online](#).

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the [community/](#) directory) is GPLv3. The Enterprise edition ([enterprise/](#)) is licensed under the |
| --- | --- |



+ 171 contributors

## Languages

● Java 81.4%   ● Scala 17.6%
● PowerShell 0.3%   ● Gherkin 0.3%
● Shell 0.2%   ● Roff 0.2%

AGPLv3.

# Dependencies

Neo4j is built using [Apache Maven](#) version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

macOS users need to have [Homebrew](#) installed.

## With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

## With apt-get on Ubuntu

## With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

[https://sdkman.io/](https://sdkman.io/)

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O https://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

N4J_019771

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n` . We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests` .

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the ONgDB documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"` .

## Running ONgDB & Neo4j

After running a `mvn clean install` , `cd` into `packaging/standalone/target` and extract the version you want, then:

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run:

```
bin\neo4j start
```

N4J_019772

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start Neo4j.

## Neo4j Desktop

Neo4j Desktop is a convenient way for developers to work with local Neo4j databases.

To install Neo4j Desktop, go to Neo4j Download Center and follow the instructions.

## Licensing

ONgDB Community Edition is an open source product licensed under GPLv3.

ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB & Neo4j IDE code style configs can be found at http://neo4j.github.io/ or under the build/ folder of this repository.

N4J_019773

**EXHIBIT 27**

graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

## ✓ Replacing 'Neo4j' URLs with 'ONgDB' equivalents

Browse files

3.6 (#29) 3.6.0 ... 3.6.0.M2

**bradnussbaum** committed on Apr 14 1 parent 173b204 commit 783efe22cfb098df7cf1e8217a93e6013ea368b4

Showing **111 changed files** with **296 additions** and **296 deletions**.

Unified | Split

2 README.asciidoc

Before:

```
 * Test execution is, of course, part of the build.
 * In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.
 * To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.
- * To build the documentation see the https://github.com/neo4j/neo4j-documentation/[Neo4j documentation].
 * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.
 * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.
```

After:

```
 * Test execution is, of course, part of the build.
 * In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.
 * To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.
+ * To build the documentation see the https://github.com/graphfoundation/ongdb-documentation/[ONgDB documentation].
 * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.
 * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.
```

6 build-resources/pom.xml

Before:

```
    <name>ONgDB - Build resources</name>
    <description>Build resources for community build.</description>
-
<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
```

After:

```
    <name>ONgDB - Build resources</name>
    <description>Build resources for community build.</description>
+
<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
```



```
    <properties>
        <project.build.sourceEncoding>UTF-8</project.build.sourceEncoding>
    </properties>

    <scm>
        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
-       <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-       <url>https://github.com/neo4j/neo4j</url>
+       <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+       <url>https://github.com/graphfoundation/ongdb</url>
    </scm>

    <developers>
```

8 community/annotation-processors/pom.xml

```
  <packaging>jar</packaging>
  <name>ONgDB - Annotation Processors</name>
  <description>Non-domain infrastructure code that is common to many Neo4j components.</description>
- <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+ <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

  <scm>
-   <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-   <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-   <url>https://github.com/neo4j/neo4j</url>
+   <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+   <url>https://github.com/graphfoundation/ongdb</url>
  </scm>

  <licenses>
```

Replacing Neo4j' URL with the equivalent graphfoundation/ongdb one · GitHub

## community/codegen/pom.xml 🗍

| | | | | |
|---|---|---|---|---|
| 20 | | `<packaging>jar</packaging>` | 20 | `<packaging>jar</packaging>` |
| 21 | | `<name>ONgDB - Code Generator</name>` | 21 | `<name>ONgDB - Code Generator</name>` |
| 22 | | `<description>Simple library for generating code.</description>` | 22 | `<description>Simple library for generating code.</description>` |
| 23 | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 23 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | | | 24 | |
| 25 | | `<scm>` | 25 | `<scm>` |
| 26 | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | + `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 27 | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 27 | + `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 28 | - | `<url>https://github.com/neo4j/neo4j</url>` | 28 | + `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | | `</scm>` | 29 | `</scm>` |
| 30 | | | 30 | |
| 31 | | `<licenses>` | 31 | `<licenses>` |

## community/collections/pom.xml 🗍

| | | | | |
|---|---|---|---|---|
| 20 | | `<packaging>jar</packaging>` | 20 | `<packaging>jar</packaging>` |
| 21 | | `<name>ONgDB - Collections</name>` | 21 | `<name>ONgDB - Collections</name>` |
| 22 | | `<description>Collections and collection utilities for Neo4j.</description>` | 22 | `<description>Collections and collection utilities for Neo4j.</description>` |
| 23 | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 23 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | | | 24 | |
| 25 | | `<scm>` | 25 | `<scm>` |
| 26 | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | + `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 27 | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 27 | + `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 28 | - | `<url>https://github.com/neo4j/neo4j</url>` | 28 | + `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | | `</scm>` | 29 | `</scm>` |

N4J_019776

Replacing the 'neo4j' URL documents' equivalent illegal application ongm Page 160 Git-H85

| | | | |
|---|---|---|---|
| 30 | | 30 | |
| 31 | `<licenses>` | 31 | `<licenses>` |

---

∨ 8 ▭▭▭▭▭ community/common/pom.xml 📋

| | | | |
|---|---|---|---|
| 20 | `<packaging>jar</packaging>` | 20 | `<packaging>jar</packaging>` |
| 21 | `<name>ONgDB - Common</name>` | 21 | `<name>ONgDB - Common</name>` |
| 22 | `<description>Non-domain infrastructure code that is common to many Neo4j components.</description>` | 22 | `<description>Non-domain infrastructure code that is common to many Neo4j components.</description>` |
| 23 | `- <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 23 | `+ <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | | 24 | |
| 25 | `<scm>` | 25 | `<scm>` |
| 26 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 27 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 27 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 28 | `- <url>https://github.com/neo4j/neo4j</url>` | 28 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | `</scm>` | 29 | `</scm>` |
| 30 | | 30 | |
| 31 | `<licenses>` | 31 | `<licenses>` |

---

∨ 6 ▭▭▭▭▭ community/community-it/algo-it/pom.xml 📋

| | | | |
|---|---|---|---|
| 24 | `</properties>` | 24 | `</properties>` |
| 25 | | 25 | |
| 26 | `<scm>` | 26 | `<scm>` |
| 27 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 27 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 28 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 28 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 29 | `- <url>https://github.com/neo4j/neo4j</url>` | 29 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | `</scm>` | 30 | `</scm>` |
| 31 | | 31 | |
| 32 | `<licenses>` | 32 | `<licenses>` |

Replacing Neo4j URL occurrences with equivalent graphfoundation/ongdb ones at GitHub

## 2 ▆▆ ...ty/community-it/algo-it/src/test/java/org/neo4j/graphalgo/impl/path/TestShortestPath.java 📋

| | | | | |
|---|---|---|---|---|
| 65 | | `public class TestShortestPath extends Neo4jAlgoTestCase` | 65 | `public class TestShortestPath extends Neo4jAlgoTestCase` |
| 66 | | `{` | 66 | `{` |
| 67 | | `    // Attempt at recreating this issue without cypher` | 67 | `    // Attempt at recreating this issue without cypher` |
| 68 | - | `    // https://github.com/neo4j/neo4j/issues/4160` | 68 | + | `    // https://github.com/graphfoundation/ongdb/issues/4160` |
| 69 | | `    @Test` | 69 | `    @Test` |
| 70 | | `    public void shouldAbortAsSoonAsPossible()` | 70 | `    public void shouldAbortAsSoonAsPossible()` |
| 71 | | `    {` | 71 | `    {` |

## 6 ▆▆▆ community/community-it/bolt-it/pom.xml 📋

| | | | | |
|---|---|---|---|---|
| 24 | | `    </properties>` | 24 | `    </properties>` |
| 25 | | | 25 | |
| 26 | | `    <scm>` | 26 | `    <scm>` |
| 27 | - | `      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 27 | + | `      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 28 | - | `      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 28 | + | `      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 29 | - | `      <url>https://github.com/neo4j/neo4j</url>` | 29 | + | `      <url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | | `    </scm>` | 30 | `    </scm>` |
| 31 | | | 31 | |
| 32 | | `    <licenses>` | 32 | `    <licenses>` |

## 6 ▆▆▆ community/community-it/community-it/pom.xml 📋

| | | | | |
|---|---|---|---|---|
| 24 | | `    </properties>` | 24 | `    </properties>` |
| 25 | | | 25 | |
| 26 | | `    <scm>` | 26 | `    <scm>` |
| 27 | - | `      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 27 | + | `      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 28 | - | `      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 28 | + | `      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 29 | - | `      <url>https://github.com/neo4j/neo4j</url>` | 29 | + | `      <url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | | `    </scm>` | 30 | `    </scm>` |
| 31 | | | 31 | |

Replacing Neo4j URL with neo4j's equivalent graphfoundation/ongdb Repo · neo4j · GitHub

```
6 ███░ community/community-it/consistency-it/pom.xml 📋
```

| | | | | |
|---|---|---|---|---|
| 24 | `</properties>` | 24 | `</properties>` |
| 25 | | 25 | |
| 26 | `<scm>` | 26 | `<scm>` |
| 27 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 27 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 28 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 28 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 29 | `- <url>https://github.com/neo4j/neo4j</url>` | 29 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | `</scm>` | 30 | `</scm>` |
| 31 | | 31 | |
| 32 | `<licenses>` | 32 | `<licenses>` |

```
6 ███░ community/community-it/cypher-it/pom.xml 📋
```

| | | | | |
|---|---|---|---|---|
| 24 | `</properties>` | 24 | `</properties>` |
| 25 | | 25 | |
| 26 | `<scm>` | 26 | `<scm>` |
| 27 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 27 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 28 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 28 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 29 | `- <url>https://github.com/neo4j/neo4j</url>` | 29 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | `</scm>` | 30 | `</scm>` |
| 31 | | 31 | |
| 32 | `<licenses>` | 32 | `<licenses>` |

```
6 ███░ community/community-it/dbms-it/pom.xml 📋
```

| | | | | |
|---|---|---|---|---|
| 24 | `</properties>` | 24 | `</properties>` |
| 25 | | 25 | |
| 26 | `<scm>` | 26 | `<scm>` |
| 27 | `-` | 27 | `+` |

```
28   -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    28   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC         +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
          onnection>                                                                             developerConnection>
29   -            <url>https://github.com/neo4j/neo4j</url>                             29   +            <url>https://github.com/graphfoundation/ongdb</url>
30                </scm>                                                               30                </scm>
31                                                                                      31
32                <licenses>                                                           32                <licenses>
```

6 ■■■■ community/community-it/import-it/pom.xml

```
24                </properties>                                                        24                </properties>
25                                                                                      25
26                <scm>                                                                26                <scm>
27   -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    27   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28   -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC  28   +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
          onnection>                                                                             developerConnection>
29   -            <url>https://github.com/neo4j/neo4j</url>                             29   +            <url>https://github.com/graphfoundation/ongdb</url>
30                </scm>                                                               30                </scm>
31                                                                                      31
32                <licenses>                                                           32                <licenses>
```

6 ■■■■ community/community-it/index-it/pom.xml

```
24                </properties>                                                        24                </properties>
25                                                                                      25
26                <scm>                                                                26                <scm>
27   -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    27   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28   -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC  28   +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
          onnection>                                                                             developerConnection>
29   -            <url>https://github.com/neo4j/neo4j</url>                             29   +            <url>https://github.com/graphfoundation/ongdb</url>
30                </scm>                                                               30                </scm>
31                                                                                      31
```

Replacing Neo4j URL with ongdb equivalent graphfoundation/ongdb at ... · GitHub

| | `<licenses>` | | `<licenses>` |
|---|---|---|---|
| 32 | | 32 | |

### 6 ▰▰▰▰ community/community-it/it-test-support/pom.xml 📋

| 23 | `</properties>` | 23 | `</properties>` |
|---|---|---|---|
| 24 | | 24 | |
| 25 | `<scm>` | 25 | `<scm>` |
| 26 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 27 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 27 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 28 | `- <url>https://github.com/neo4j/neo4j</url>` | 28 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | `</scm>` | 29 | `</scm>` |
| 30 | | 30 | |
| 31 | `<licenses>` | 31 | `<licenses>` |

### 6 ▰▰▰▰ community/community-it/kernel-it/pom.xml 📋

| 23 | `</properties>` | 23 | `</properties>` |
|---|---|---|---|
| 24 | | 24 | |
| 25 | `<scm>` | 25 | `<scm>` |
| 26 | `- <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 27 | `- <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 27 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 28 | `- <url>https://github.com/neo4j/neo4j</url>` | 28 | `+ <url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | `</scm>` | 29 | `</scm>` |
| 30 | | 30 | |
| 31 | `<licenses>` | 31 | `<licenses>` |

### 2 ▰▰▰ community/community-it/kernel-it/src/test/java/org/neo4j/graphdb/LabelsAcceptanceTest.java 📋

| 94 | `MY_OTHER_LABEL` | 94 | `MY_OTHER_LABEL` |
|---|---|---|---|
| 95 | `}` | 95 | `}` |
| 96 | | 96 | |
| 97 | `- /** https://github.com/neo4j/neo4j/issues/1279 */` | 97 | `+ /** https://github.com/graphfoundation/ongdb/issues/1279 */` |

N4J_019781

```
 98        @Test                                              98        @Test
 99        public void shouldInsertLabelsWithoutDuplicatingThem()    99        public void shouldInsertLabelsWithoutDuplicatingThem()
100        {                                                 100        {
```

### 8 ◼◼◼◼ community/concurrent/pom.xml

```
 21        <packaging>jar</packaging>               21        <packaging>jar</packaging>
 22        <name>ONgDB - Concurrent</name>          22        <name>ONgDB - Concurrent</name>
 23        <description>A set of assorted utilities for concurrent computing.   23        <description>A set of assorted utilities for concurrent computing.
           </description>                                      </description>
 24      - <url>http://components.neo4j.org/${project.artifactId}/${project.versio   24      + <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
           n}</url>                                            version}</url>
 25                                                  25
 26        <scm>                                    26        <scm>
 27      -   <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   27      +   <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                               ion>
 28      -   <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC   28      +   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
           onnection>                                          developerConnection>
 29      -   <url>https://github.com/neo4j/neo4j</url>   29      +   <url>https://github.com/graphfoundation/ongdb</url>
 30      - </scm>                                    30        </scm>
 31                                                  31
 32        <licenses>                               32        <licenses>
```

### 8 ◼◼◼◼ community/configuration/pom.xml

```
 20        <packaging>jar</packaging>               20        <packaging>jar</packaging>
 21        <name>ONgDB - Configuration</name>       21        <name>ONgDB - Configuration</name>
 22        <description>Code responsible for parsing the Neo4j configuration.   22        <description>Code responsible for parsing the Neo4j configuration.
           </description>                                      </description>
 23      - <url>http://components.neo4j.org/${project.artifactId}/${project.versio   23      + <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
           n}</url>                                            version}</url>
 24                                                  24
 25        <scm>                                    25        <scm>
 26      -   <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   26      +   <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                               ion>
```

```
27  -                                                    27  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    onnection>                                              developerConnection>
28  -        <url>https://github.com/neo4j/neo4j</url>    28  +        <url>https://github.com/graphfoundation/ongdb</url>
29        </scm>                                         29        </scm>
30                                                       30
31        <licenses>                                     31        <licenses>
```

```
8  ▮▮▮▮  community/consistency-check/pom.xml  📋
```

```
12        <name>ONgDB - Consistency Checker</name>      12        <name>ONgDB - Consistency Checker</name>
13        <description>Tool for checking consistency of a Neo4j data store.    13        <description>Tool for checking consistency of a Neo4j data store.
    </description>                                          </description>
14        <packaging>jar</packaging>                     14        <packaging>jar</packaging>
15  -                                                    15  +
    <url>http://components.neo4j.org/${project.artifactId}/${project.versio    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
    n}</url>                                                version}</url>
16                                                       16
17        <properties>                                   17        <properties>
18            <license-text.header>headers/GPL-3-header.txt</license-    18            <license-text.header>headers/GPL-3-header.txt</license-
    text.header>                                            text.header>
21        </properties>                                  21        </properties>
22                                                       22
23        <scm>                                          23        <scm>
24  -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    24  +
                                                             <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                             ion>
25  -                                                    25  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    onnection>                                              developerConnection>
26  -        <url>https://github.com/neo4j/neo4j</url>    26  +        <url>https://github.com/graphfoundation/ongdb</url>
27  -        </scm>                                       27        </scm>
28                                                       28
29        <licenses>                                     29        <licenses>
```

```
8  ▮▮▮▮  community/csv/pom.xml  📋
```

```
20        <packaging>jar</packaging>                     20        <packaging>jar</packaging>
21        <name>ONgDB - CSV reading and parsing</name>   21        <name>ONgDB - CSV reading and parsing</name>
22        <description>Efficient reading and parsing of CSV input streams.    22        <description>Efficient reading and parsing of CSV input streams.
```



```
</description>
-
<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>

    <scm>
-     <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-
<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-     <url>https://github.com/neo4j/neo4j</url>
    </scm>

    <licenses>
```

```
</description>
+
<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <scm>
+
<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+
<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+     <url>https://github.com/graphfoundation/ongdb</url>
    </scm>

    <licenses>
```

8 community/cypher/acceptance-spec-suite/pom.xml

```
    <version>3.6.0-SNAPSHOT</version>
    <name>ONgDB - Cypher Acceptance</name>
    <description>ONgDB Cypher Acceptance Specification
Suite</description>
-
<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>

    <scm>
-     <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-
<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-     <url>https://github.com/neo4j/neo4j</url>
    </scm>

    <properties>
```

```
    <version>3.6.0-SNAPSHOT</version>
    <name>ONgDB - Cypher Acceptance</name>
    <description>ONgDB Cypher Acceptance Specification
Suite</description>
+
<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <scm>
+
<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+
<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+     <url>https://github.com/graphfoundation/ongdb</url>
    </scm>

    <properties>
```

```
 8 ▣▣▣▣▣  community/cypher/compatibility-spec-suite/pom.xml  📋
```

| 16 | `<version>3.6.0-SNAPSHOT</version>` | 16 | `<version>3.6.0-SNAPSHOT</version>` |
| 17 | `<name>ONgDB - Cypher Compatibility Specification Suite</name>` | 17 | `<name>ONgDB - Cypher Compatibility Specification Suite</name>` |
| 18 | `<description>ONgDB query language compatibility suite</description>` | 18 | `<description>ONgDB query language compatibility suite</description>` |
| 19 | `- <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 19 | `+ <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 20 | | 20 | |
| 21 | `<scm>` | 21 | `<scm>` |
| 22 | `-    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 22 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 23 | `-    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 23 | `+ <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 24 | `-    <url>https://github.com/neo4j/neo4j</url>` | 24 | `+    <url>https://github.com/graphfoundation/ongdb</url>` |
| 25 | `</scm>` | 25 | `</scm>` |
| 27 | `<properties>` | 26 | |
| | | 27 | `<properties>` |

```
 8 ▣▣▣▣▣  community/cypher/cypher-logical-plans-3.5/pom.xml  📋
```

| 14 | `<name>ONgDB - Cypher Logical Plans</name>` | 14 | `<name>ONgDB - Cypher Logical Plans</name>` |
| 15 | | 15 | |
| 16 | `<description>Cypher logical plans</description>` | 16 | `<description>Cypher logical plans</description>` |
| 17 | `- <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 17 | `+ <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 18 | | 18 | |
| 19 | `<properties>` | 19 | `<properties>` |
| 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |
| 21 | `<moduleName>org.neo4j.cypher.internal.v3_5.logical.plans</moduleName>` | 21 | `<moduleName>org.neo4j.cypher.internal.v3_5.logical.plans</moduleName>` |
| 22 | `</properties>` | 22 | `</properties>` |
| 23 | | 23 | |
| 24 | `<scm>` | 24 | `<scm>` |
| 25 | `-    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 25 | `+ <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect` |

N4J_019785

Replacing Neo4j URLs with their equivalent graphfoundation/ongdb as stated on GitHub

```
26  -
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC
    onnection>
27  -        <url>https://github.com/neo4j/neo4j</url>
28         </scm>
29
30         <licenses>
```

```
26  +
    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    developerConnection>
27  +        <url>https://github.com/graphfoundation/ongdb</url>
28         </scm>
29
30         <licenses>
```

---

∨ 8 ■■■■ community/cypher/cypher-planner-3.5/pom.xml 📋

```
13      <version>3.6.0-SNAPSHOT</version>
14      <name>ONgDB - Cypher Planner</name>
15      <description>Planner for Cypher</description>
16  -
    <url>http://components.neo4j.org/${project.artifactId}/${project.versio
    n}</url>
17
18      <properties>
19          <license-text.header>headers/GPL-3-header.txt</license-
    text.header>
20          <moduleName>org.neo4j.cypher.internal.compiler.v3_5</moduleName>
21      </properties>
22
23      <scm>
24  -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
25  -
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC
    onnection>
26  -        <url>https://github.com/neo4j/neo4j</url>
27         </scm>
28
29         <licenses>
```

```
13      <version>3.6.0-SNAPSHOT</version>
14      <name>ONgDB - Cypher Planner</name>
15      <description>Planner for Cypher</description>
16  +
    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
    version}</url>
17
18      <properties>
19          <license-text.header>headers/GPL-3-header.txt</license-
    text.header>
20          <moduleName>org.neo4j.cypher.internal.compiler.v3_5</moduleName>
21      </properties>
22
23      <scm>
24  +
    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
    ion>
25  +
    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    developerConnection>
26  +        <url>https://github.com/graphfoundation/ongdb</url>
27         </scm>
28
29         <licenses>
```

---

∨ 2 ■■ ...org/neo4j/cypher/internal/compiler/v3_5/planner/logical/WithPlanningIntegrationTest.scala 📋

```
310         310              }
311         311
```

```
312  312        test("Complex star pattern with WITH in front should not trip up joinSolver"){
313       -         // created after https://github.com/neo4j/neo4j/issues/12212
     313  +         // created after https://github.com/graphfoundation/ongdb/issues/12212
314  314
315  315        val maxIterationTime = 1 // the goal here is to force compaction as fast as possible
316  316        val configurationThatForcesCompacting = cypherCompilerConfig.copy(idpIterationDuration = maxIterationTime)
```

8 ▮▮▮ community/cypher/cypher/pom.xml ▢

```
13   13        <version>3.6.0-SNAPSHOT</version>
14   14        <name>ONgDB - Cypher</name>
15   15        <description>ONgDB query language</description>
16        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     16   +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17   17
18   18        <properties>
19   19            <moduleName>org.neo4j.cypher</moduleName>
20   20            <license-text.header>headers/GPL-3-header.txt</license-text.header>
21   21        </properties>
22   22
23   23        <scm>
24        -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
25        -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
26        -           <url>https://github.com/neo4j/neo4j</url>
     24   +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     25   +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     26   +           <url>https://github.com/graphfoundation/ongdb</url>
27   27        </scm>
28   28
29   29        <licenses>
```

8 ▮▮▮ community/cypher/expression-evaluator/pom.xml ▢

```
15   15        <name>ONgDB - Cypher Expression Evaluator</name>
16   16
17   17        <description>Cypher Expression Evaluator</description>
18        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18   +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19   19
20   20        <scm>
```

```
 21              -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 22              -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 23              -           <url>https://github.com/neo4j/neo4j</url>
          21     +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
          22     +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
          23     +           <url>https://github.com/graphfoundation/ongdb</url>
 24       24             </scm>
 25       25
 26       26             <properties>
```

8 ▰▰▰ community/cypher/front-end/frontend/pom.xml 📋

```
 26       26             See https://www.opencypher.org for more information on the openCypher project and query language.
 27       27         </description>
 28       28
 29              -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
          29     +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 30       30
 31       31         <scm>
 32              -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 33              -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 34              -           <url>https://github.com/neo4j/neo4j</url>
          32     +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
          33     +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
          34     +           <url>https://github.com/graphfoundation/ongdb</url>
 35       35         </scm>
 36       36
 37       37         <properties>
```

2 ▰▰ community/cypher/front-end/pom.xml 📋

```
 15       15         <packaging>pom</packaging>
 16       16         <name>openCypher Front End Parent</name>
 17       17         <description>Project that builds the openCypher front end modules</description>
 18              -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
          18     +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 19       19
 20       20         <properties>
 21       21             <licensing.prepend.text>licensing/notice-asl-prefix.txt</licensing.prepend.text>
```

N4J_019788



```
 2 ▣▣▣    community/cypher/front-end/util/pom.xml  📋

14  14        <name>openCypher Utils</name>
15  15
16  16        <description>Cypher utilities</description>
17      -     <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    17  +     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18  18
19  19        <properties>
20  20            <license-text.header>headers/ASL-2-header.txt</license-text.header>
```

```
 8 ▣▣▣▣   community/cypher/interpreted-runtime/pom.xml  📋

14  14        <name>ONgDB - Cypher Interpreted Runtime</name>
15  15
16  16        <description>The traditional cypher interpreted runtime</description>
17      -     <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    17  +     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18  18
19  19        <scm>
20      -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21      -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22      -         <url>https://github.com/neo4j/neo4j</url>
    20  +         <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    21  +         <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    22  +         <url>https://github.com/graphfoundation/ongdb</url>
23  23        </scm>
24  24
25  25        <properties>
```

```
 8 ▣▣▣▣   community/cypher/ir-3.5/pom.xml  📋

14  14        <name>ONgDB - Cypher Intermediate Representation</name>
15  15
16  16        <description>The intermediate representations, such as the query graph</description>
17      -     <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    17  +     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18  18
19  19        <scm>
20      -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
```

```
21        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22        -        <url>https://github.com/neo4j/neo4j</url>
     20   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     21   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     22   +        <url>https://github.com/graphfoundation/ongdb</url>
23   23        </scm>
24   24
25   25        <properties>
```

8 ▪▪▪▪ community/cypher/planner-spi-3.5/pom.xml 📋

```
14   14        <name>ONgDB - Cypher Planner SPI</name>
15   15
16   16        <description>Cypher planner SPI</description>
17        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19        <scm>
20        -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22        -        <url>https://github.com/neo4j/neo4j</url>
     20   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     21   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     22   +        <url>https://github.com/graphfoundation/ongdb</url>
23   23        </scm>
24   24
25   25        <properties>
```

8 ▪▪▪▪ community/cypher/pom.xml 📋

```
15   15        <packaging>pom</packaging>
16   16        <name>ONgDB - Community Cypher Build</name>
17   17        <description>Project that builds the Neo4j Cypher modules as part of the Community distribution.</description>
18        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19   19
20   20        <properties>
21   21        <licensing.prepend.text>licensing/notice-gpl-prefix.txt</licensing.prepend.text>
22   22        <license-text.header>headers/GPL-3-header.txt</license-text.header>
23   23        </properties>
```

N4J_019790

Replacing Neo4j URLs with ONgDB 'equivalent' · graphfoundation/ongdb@783efe2 · GitHub

```
24   24        <scm>
25   25            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
26    -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
27    -           <url>https://github.com/neo4j/neo4j</url>
28    -
     26    +      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     27    +      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     28    +      <url>https://github.com/graphfoundation/ongdb</url>
29   29        </scm>
30   30
31   31        <profiles>
```

```
⌄  8 ■■■□  community/cypher/runtime-util/pom.xml  📋
```

```
14   14        <name>ONgDB - Cypher Runtime Utilities</name>
15   15
16   16        <description>Cypher runtime utilities</description>
17    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17    +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19        <scm>
20    -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21    -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22    -        <url>https://github.com/neo4j/neo4j</url>
     20    +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     21    +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     22    +    <url>https://github.com/graphfoundation/ongdb</url>
23   23        </scm>
24   24
25   25        <properties>
```

```
⌄  8 ■■■□  community/cypher/spec-suite-tools/pom.xml  📋
```

```
16   16        <version>3.6.0-SNAPSHOT</version>
17   17        <name>ONgDB - Cypher Specification Suite Tools</name>
18   18        <description>ONgDB query language test suite tools</description>
19    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     19    +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
20   20
21   21        <scm>
```

https://github.com/graphfoundation/ongdb/commit/783efe22cfb098df7cf1e8217a93e6013ea368b4?branch=783efe22cfb098df7cf1e8217a93e6013ea368b4&diff=split

N4J_019791

| 22 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 23 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 24 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 22 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 23 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 24 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 25 | 25 | | `</scm>` |
| 26 | 26 | | |
| 27 | 27 | | `<properties>` |

### ⌄ 8 ▭▭▭ community/data-collector/pom.xml 📋

| 20 | 20 | | `<packaging>jar</packaging>` |
| 21 | 21 | | `<name>ONgDB - Data Collector</name>` |
| 22 | 22 | | `<description>The Neo4j data collector daemon.</description>` |
| 23 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 23 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 27 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 28 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

### ⌄ 4 ▭▭▭ community/dbms/pom.xml 📋

| 21 | 21 | | `<description>` |
| 22 | 22 | | `This component provides management functionality and product surface for Neo4j instances.` |
| 23 | 23 | | `</description>` |
| 24 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>` |
| | 24 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>` |
| 25 | 25 | | `<packaging>jar</packaging>` |
| 26 | 26 | | |
| 27 | 27 | | `<scm>` |
| 28 | | - | `<url>https://github.com/neo4j/neo4j/tree/3.0/community/dbms</url>` |

```
28  +    <url>https://github.com/graphfoundation/ongdb/tree/3.0/community/dbms</url>
29  29      </scm>
30  30
31  31      <licenses>
```

**8** community/diagnostics/pom.xml

```
20  20      <packaging>jar</packaging>
21  21      <name>ONgDB - Diagnostics</name>
22  22      <description>Diagnostics registration and logging.</description>
23  -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    23  +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24  24
25  25      <scm>
26  -      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27  -      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28  -      <url>https://github.com/neo4j/neo4j</url>
    26  +      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27  +      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28  +      <url>https://github.com/graphfoundation/ongdb</url>
29  29      </scm>
30  30
31  31      <licenses>
```

**6** community/fulltext-index/pom.xml

```
24  24      </properties>
25  25
26  26      <scm>
27  -      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28  -      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29  -      <url>https://github.com/neo4j/neo4j</url>
    27  +      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    28  +      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    29  +      <url>https://github.com/graphfoundation/ongdb</url>
30  30      </scm>
31  31
32  32      <licenses>
```



8 community/graph-algo/pom.xml

```diff
   <packaging>jar</packaging>
   <name>ONgDB - Graph Algorithms</name>
   <description>Graph algorithms for Neo4j.</description>
-  <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

   <scm>
-    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-    <url>https://github.com/neo4j/neo4j</url>
+    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+    <url>https://github.com/graphfoundation/ongdb</url>
   </scm>

   <licenses>
```

8 community/graphdb-api/pom.xml

```diff
   <packaging>jar</packaging>
   <name>ONgDB - Graph Database API</name>
   <description>Graph Database API for Neo4j.</description>
-  <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

   <scm>
-    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-    <url>https://github.com/neo4j/neo4j</url>
+    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+    <url>https://github.com/graphfoundation/ongdb</url>
   </scm>

   <licenses>
```

8 community/import-tool/pom.xml

| | 20 | 20 | `<packaging>jar</packaging>` |
| | 21 | 21 | `<name>ONgDB - Import Command Line Tool</name>` |
| | 22 | 22 | `<description>Command line tool for importing data into Neo4j.</description>` |
| 23 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 23 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| | 24 | 24 | |
| | 25 | 25 | `<scm>` |
| 26 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 27 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 28 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| | 29 | 29 | `</scm>` |
| | 30 | 30 | |
| | 31 | 31 | `<licenses>` |

∨ 8 ▇▇▇▇ community/index/pom.xml ⧉

| | 19 | 19 | `<packaging>jar</packaging>` |
| | 20 | 20 | `<name>ONgDB - Native index</name>` |
| | 21 | 21 | `<description>Native index for Neo4j.</description>` |
| 22 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 22 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| | 23 | 23 | |
| | 24 | 24 | `<scm>` |
| 25 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 26 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 27 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 25 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 26 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 27 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| | 28 | 28 | `</scm>` |
| | 29 | 29 | |
| | 30 | 30 | `<licenses>` |

∨ 8 ▇▇▇▇ community/io/pom.xml ⧉

| | 20 | 20 | `<packaging>jar</packaging>` |
| | 21 | 21 | `<name>ONgDB - IO</name>` |

https://github.com/graphfoundation/ongdb/commit/783efe22cfb098df7cf1e8217a93e6013ea368b4?branch=783efe22cfb098df7cf1e8217a93e6013ea368b4&diff=split

N4J_019795

| 22 | 22 | | `<description>`Input/output abstraction layer for Neo4j.`</description>` |
|---|---|---|---|
| 23 | | - | `<url>`http://components.neo4j.org/${project.artifactId}/${project.version}`</url>` |
| | 23 | + | `<url>`https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}`</url>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | - | `<connection>`scm:git:git://github.com/neo4j/neo4j.git`</connection>` |
| 27 | | - | `<developerConnection>`scm:git:git@github.com:neo4j/neo4j.git`</developerConnection>` |
| 28 | | - | `<url>`https://github.com/neo4j/neo4j`</url>` |
| | 26 | + | `<connection>`scm:git:git://github.com/graphfoundation/ongdb.git`</connection>` |
| | 27 | + | `<developerConnection>`scm:git:git@github.com:graphfoundation/ongdb.git`</developerConnection>` |
| | 28 | + | `<url>`https://github.com/graphfoundation/ongdb`</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

### 2 ■■■ community/jmx/README.txt 📋

@@ -1,3 +1,3 @@

| 1 | 1 | | This component exposes a JMX interface to the Neo4j kernel. |
|---|---|---|---|
| 2 | 2 | | It is optional and loaded as a kernel extension. |
| 3 | | - | For more information, see http://components.neo4j.org/neo4j-management/ |
| | 3 | + | For more information, see https://ongdb.graphfoundation.org/neo4j-management/ |

### 8 ■■■ community/jmx/pom.xml 📋

| 13 | 13 | | |
|---|---|---|---|
| 14 | 14 | | `<name>`ONgDB - JMX support`</name>` |
| 15 | 15 | | `<description>`Management support using JMX.`</description>` |
| 16 | | - | `<url>`http://components.neo4j.org/${project.artifactId}/${project.version}`</url>` |
| | 16 | + | `<url>`https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}`</url>` |
| 17 | 17 | | |
| 18 | 18 | | `<properties>` |
| 19 | 19 | | `<license-text.header>`headers/GPL-3-header.txt`</license-text.header>` |
| 24 | 24 | | `<packaging>`jar`</packaging>` |
| 25 | 25 | | |
| 26 | 26 | | `<scm>` |
| 27 | | - | `<connection>`scm:git:git://github.com/neo4j/neo4j.git`</connection>` |
| 28 | | - | `<developerConnection>`scm:git:git@github.com:neo4j/neo4j.git`</developerConnection>` |
| 29 | | - | `<url>`https://github.com/neo4j/neo4j`</url>` |

N4J_019796

Replacing legacy URLs with their equivalent legal graphfoundation/ongdb-based GitHub

| | 27 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 28 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 29 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 30 | 30 | | `</scm>` |
| 31 | 31 | | |
| 32 | 32 | | `<licenses>` |

---

∨ 8 ▮▮▮▯ community/kernel-api/pom.xml 📋

| 20 | 20 | | `<packaging>jar</packaging>` |
| 21 | 21 | | `<name>ONgDB - Kernel API</name>` |
| 22 | 22 | | `<description>Internal API of the Neo4j Kernel</description>` |
| 23 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 23 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 27 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 28 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

---

∨ 8 ▮▮▮▯ community/kernel/pom.xml 📋

| 17 | 17 | | `store data structured as graphs rather than tables. For more` |
| 18 | 18 | | `information, see http://neo4j.org.` |
| 19 | 19 | | `</description>` |
| 20 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 20 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 21 | 21 | | |
| 22 | 22 | | `<properties>` |
| 23 | 23 | | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |
| 28 | 28 | | `<packaging>jar</packaging>` |
| 29 | 29 | | |
| 30 | 30 | | `<scm>` |
| 31 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |

```
32         -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
33         -         <url>https://github.com/neo4j/neo4j</url>
      31   +         <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      32   +         <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      33   +         <url>https://github.com/graphfoundation/ongdb</url>
34    34           </scm>
35    35
36    36           <licenses>
```

8 ▰▰▰▰ community/legacy/pom.xml

```
21    21           <packaging>jar</packaging>
22    22           <name>ONgDB - Legacy</name>
23    23           <description>Legacy code needed at runtime for compatibility reasons only.</description>
24         -         <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      24   +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25    25
26    26           <scm>
27         -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28         -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29         -         <url>https://github.com/neo4j/neo4j</url>
      27   +         <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      28   +         <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      29   +         <url>https://github.com/graphfoundation/ongdb</url>
30    30           </scm>
31    31
32    32           <licenses>
```

8 ▰▰▰▰ community/logging/pom.xml

```
20    20           <packaging>jar</packaging>
21    21           <name>ONgDB - Logging</name>
22    22           <description>Logging interfaces and basic logger implementations.</description>
23         -         <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23   +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24    24
25    25           <scm>
26         -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27         -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28         -         <url>https://github.com/neo4j/neo4j</url>
```

N4J_019798



```
26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
28  +        <url>https://github.com/graphfoundation/ongdb</url>
29  29        </scm>
30  30
31  31        <licenses>
```

**8 ▮▮▮ community/lucene-index/pom.xml**

```
13  13        <description>
14  14        Integration layer between Neo4j and Lucene, providing one possible implementation of the Index API.
15  15        </description>
16  -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    16 +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17  17
18  18        <properties>
19  19        <license-text.header>headers/GPL-3-header.txt</license-text.header>
24  24        <packaging>jar</packaging>
25  25
26  26        <scm>
27  -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28  -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29  -            <url>https://github.com/neo4j/neo4j</url>
    27 +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    28 +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    29 +            <url>https://github.com/graphfoundation/ongdb</url>
30  30        </scm>
31  31
32  32        <licenses>
```

**8 ▮▮▮ community/neo4j-community/pom.xml**

```
13  13        <name>ONgDB - Community (Bill of Materials)</name>
14  14        <packaging>pom</packaging>
15  15        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
16  -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    16 +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17  17        <description>A project with bill-of-materials POM containing ONgDB Community Edition dependencies.</description>
18  18
19  19        <properties>
```

N4J_019799



```
22   22          </properties>
23   23
24   24          <scm>
25   -              <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
26   -              <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
27   -              <url>https://github.com/neo4j/neo4j</url>
     25  +          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     26  +          <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     27  +          <url>https://github.com/graphfoundation/ongdb</url>
28   28          </scm>
29   29
30   30          <dependencies>
```

8 ▮▮▮▯ community/neo4j-harness/pom.xml 📋

```
17   17          <name>ONgDB - Test Harness</name>
18   18
19   19          <description>Components for writing integration tests with Neo4j.</description>
20   -          <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     20  +          <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
21   21
22   22          <properties>
23   23              <license-text.header>headers/GPL-3-header.txt</license-text.header>
26   26          </properties>
27   27
28   28          <scm>
29   -              <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
30   -              <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
31   -              <url>https://github.com/neo4j/neo4j</url>
     29  +          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     30  +          <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     31  +          <url>https://github.com/graphfoundation/ongdb</url>
32   32          </scm>
33   33
34   34          <licenses>
```

8 ▮▮▮▯ community/neo4j-slf4j/pom.xml 📋

```
20   20          <packaging>jar</packaging>
21   21          <name>ONgDB - SLF4J Neo4j Binding</name>
```



N4J_019800



```
22  22      <description>SLF4J binding for Neo4j Logging.</description>
23       -  <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    23   +  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24  24
25  25      <scm>
26       -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27       -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28       -    <url>https://github.com/neo4j/neo4j</url>
    26   +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27   +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28   +    <url>https://github.com/graphfoundation/ongdb</url>
29  29      </scm>
30  30
31  31      <licenses>
```

8 community/neo4j/pom.xml

```
13  13
14  14      <name>ONgDB - Community</name>
15  15      <packaging>jar</packaging>
16       -  <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    16   +  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17  17      <description>ONgDB Community Edition</description>
18  18
19  19      <properties>
23  23      </properties>
24  24
25  25      <scm>
26       -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27       -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28       -    <url>https://github.com/neo4j/neo4j</url>
    26   +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27   +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28   +    <url>https://github.com/graphfoundation/ongdb</url>
29  29      </scm>
30  30
31  31      <licenses>
```

2 community/pom.xml

| 15 | 15 | | `<name>ONgDB - Community Build</name>` |
|----|----|---|----|
| 16 | 16 | | `<packaging>pom</packaging>` |
| 17 | 17 | | `<description>Project that builds the ONgDB Community Edition distribution.</description>` |
| 18 | | − | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 18 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 19 | 19 | | |
| 20 | 20 | | `<properties>` |
| 21 | 21 | | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

∨ 8 ▮▮▮▮ community/procedure-api/pom.xml 📋

| 20 | 20 | | `<packaging>jar</packaging>` |
|----|----|---|----|
| 21 | 21 | | `<name>ONgDB - Procedure API</name>` |
| 22 | 22 | | `<description>Procedure API for Neo4j.</description>` |
| 23 | | − | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 23 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | − | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 27 | | − | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 28 | | − | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

∨ 8 ▮▮▮▮ community/procedure-compiler/pom.xml 📋

| 18 | 18 | | |
|----|----|---|----|
| 19 | 19 | | `<name>ONgDB - Procedure Compiler Parent POM</name>` |
| 20 | 20 | | `<description>ONgDB Stored Procedure compile-time annotation processor</description>` |
| 21 | | − | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 21 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 22 | 22 | | |
| 23 | 23 | | `<scm>` |
| 24 | | − | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 25 | | − | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 26 | | − | `<url>https://github.com/neo4j/neo4j</url>` |

```
 24  +          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
 25  +          <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
 26  +          <url>https://github.com/graphfoundation/ongdb</url>
27   27          </scm>
28   28
29   29          <licenses>
```

---

8 ◼◼◼◼ community/push-to-cloud/pom.xml 📋

```
13   13          <name>ONgDB - Push To Cloud - Admin command</name>
14   14          <description>ONgDB Admin command for pushing a database to the Neo4j cloud service</description>
15   15          <packaging>jar</packaging>
16        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     16   +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17   17
18   18          <properties>
19   19              <licensing.prepend.text>licensing/notice-asl-prefix.txt</licensing.prepend.text>
22   22          </properties>
23   23
24   24          <scm>
25        -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
26        -          <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
27        -          <url>https://github.com/neo4j/neo4j</url>
     25   +          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     26   +          <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     27   +          <url>https://github.com/graphfoundation/ongdb</url>
28   28          </scm>
29   29
30   30          <licenses>
```

---

8 ◼◼◼◼ community/random-values/pom.xml 📋

```
21   21          <packaging>jar</packaging>
22   22          <name>ONgDB - Random Value</name>
23   23          <description>Utility for generating random values</description>
24        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     24   +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25        25
26   26          <scm>
27        -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
```

```
 28        -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 29        -    <url>https://github.com/neo4j/neo4j</url>
        27 +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        28 +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        29 +    <url>https://github.com/graphfoundation/ongdb</url>
 30     30       </scm>
 31     31
 32     32       <licenses>
```

8 ▬▬▬▬▬ community/resource/pom.xml 📋

```
 20     20       <packaging>jar</packaging>
 21     21       <name>ONgDB - Resource interface</name>
 22     22       <description>Resource interface for Neo4j.</description>
 23        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        23 +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 24     24
 25     25       <scm>
 26        -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 27        -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 28        -    <url>https://github.com/neo4j/neo4j</url>
        26 +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27 +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        28 +    <url>https://github.com/graphfoundation/ongdb</url>
 29     29       </scm>
 30     30
 31     31       <licenses>
```

8 ▬▬▬▬▬ community/security/pom.xml 📋

```
 20     20       <packaging>jar</packaging>
 21     21       <name>ONgDB - Security</name>
 22     22       <description>Authentication, Authorization, Encryption and related components.</description>
 23        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        23 +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 24     24
 25     25       <scm>
 26        -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 27        -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 28        -    <url>https://github.com/neo4j/neo4j</url>
```

N4J_019804



```
        26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        28  +        <url>https://github.com/graphfoundation/ongdb</url>
29      29           </scm>
30      30
31      31           <licenses>
```

8 ▮▮▮▮▮ community/server-api/pom.xml 📋

```
14      14        <packaging>jar</packaging>
15      15
16      16        <name>ONgDB - Server API</name>
16      16        <description>Interfaces and baseclasses needed to create your own extensions.</description>
17      -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        17  +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18      18
19      19        <properties>
20      20            <license-text.header>headers/GPL-3-header.txt</license-text.header>
23      23        </properties>
24      24
25      25        <scm>
26      -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27      -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28      -        <url>https://github.com/neo4j/neo4j</url>
        26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        28  +        <url>https://github.com/graphfoundation/ongdb</url>
29      29        </scm>
30      30
31      31        <licenses>
```

6 ▮▮▮▮▮ community/server-plugin-test/pom.xml 📋

```
23      23        <packaging>jar</packaging>
24      24
25      25        <scm>
26      -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27      -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28      -        <url>https://github.com/neo4j/neo4j</url>
        26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
```

```
 28  +        <url>https://github.com/graphfoundation/ongdb</url>
29   29          </scm>
30   30
31   31          <licenses>
```

**8 ▮▮▮▮ community/server/pom.xml** 📋

```
13   13          <version>3.6.0-SNAPSHOT</version>
14   14          <name>ONgDB - Server</name>
15   15          <description>Standalone Neo4j server application.</description>
16   -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     16  +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17   17
18   18          <packaging>jar</packaging>
19   19
33   33          </properties>
34   34
35   35          <scm>
36   -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
37   -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
38   -        <url>https://github.com/neo4j/neo4j</url>
     36  +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     37  +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     38  +        <url>https://github.com/graphfoundation/ongdb</url>
39   39          </scm>
40   40
41   41          <licenses>
```

**8 ▮▮▮▮ community/spatial-index/pom.xml** 📋

```
20   20          <packaging>jar</packaging>
21   21          <name>ONgDB - Native Spatial Index</name>
22   22          <description>Native spatial index for Neo4j.</description>
23   -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     23  +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24   24
25   25          <scm>
26   -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27   -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28   -        <url>https://github.com/neo4j/neo4j</url>
```

```
 26   26         +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
 27   27         +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
 28   28         +        <url>https://github.com/graphfoundation/ongdb</url>
 29   29                 </scm>
 30   30
 31   31                 <licenses>
```

**⌄ 8 ▇▇▇▇ community/ssl/pom.xml** 📋

```
 20   20             <packaging>jar</packaging>
 21   21             <name>ONgDB - SSL</name>
 22   22             <description>Common SSL functionality</description>
 23         -         <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23   +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 24   24
 25   25             <scm>
 26         -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 27         -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 28         -            <url>https://github.com/neo4j/neo4j</url>
      26   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27   +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28   +            <url>https://github.com/graphfoundation/ongdb</url>
 29   29             </scm>
 30   30
 31   31             <licenses>
```

**⌄ 8 ▇▇▇▇ community/udc/pom.xml** 📋

```
 12   12             <version>3.6.0-SNAPSHOT</version>
 13   13
 14   14             <description>Collects simple statistics about server deployment.</description>
 15         -         <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      15   +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 16   16
 17   17             <properties>
 18   18                <license-text.header>headers/GPL-3-header.txt</license-text.header>
 23   23             <packaging>jar</packaging>
 24   24
 25   25             <scm>
 26         -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
```

N4J_019807

```
27          -       <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28          -       <url>https://github.com/neo4j/neo4j</url>
        26  +       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27  +       <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        28  +       <url>https://github.com/graphfoundation/ongdb</url>
29      29          </scm>
30      30
31      31          <licenses>
```

### 2 ◼◼◻ community/unsafe/pom.xml 📋

```
21      21          <name>ONgDB - Unsafe Access</name>
22      22          <description>Internal component that provides access to unsafe memory
23      23          intrinsics</description>
24          -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        24  +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25      25
26      26          <licenses>
27      27              <license>
```

### 8 ◼◼◼ community/values/pom.xml 📋

```
21      21          <packaging>jar</packaging>
22      22          <name>ONgDB - Value</name>
23      23          <description>ONgDB property value system.</description>
24          -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        24  +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25      25
26      26          <scm>
27          -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28          -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29          -           <url>https://github.com/neo4j/neo4j</url>
        27  +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        28  +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        29  +           <url>https://github.com/graphfoundation/ongdb</url>
30      30          </scm>
31      31
32      32          <licenses>
```

N4J_019808

Replacing Neo4j URLs with ONgDB equivalent legal.json from ongdb-site22  · GitHub

2 ▣▢▢  enterprise/backup/pom.xml  📋

```
14   14      <name>ONgDB - Backup Tool</name>
15   15      <description>Command line tool for grabbing backups from a running Neo4j instance</description>
16   16      <packaging>jar</packaging>
17    -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17   +  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19      <properties>
20   20        <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

2 ▣▢▢  .../java/org/neo4j/backup/impl/OpenEnterpriseBackupSupportingClassesFactoryProviderTest.java  📋

```
27   27      import static org.junit.Assert.assertEquals;
28   28      import static org.neo4j.backup.impl.OpenEnterpriseBackupSupportingClassesFactoryProvider.getProvidersByPriority;
29   29
30    -      // See: https://github.com/neo4j/neo4j/blob/3.4/enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupSupportingClassesFactoryProviderTes
     30   +  // See: https://github.com/graphfoundation/ongdb/blob/3.4/enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupSupportingClassesFactory
31   31      public class OpenEnterpriseBackupSupportingClassesFactoryProviderTest
32   32      {
33   33        public static Collection<BackupSupportingClassesFactoryProvider> allAvailableSupportingClassesFactories()
```

4 ▣▣▢  enterprise/causal-clustering/pom.xml  📋

```
18   18      as a cluster, providing cluster with RAFT consensus for the core machines and eventual
19   19      consistency for the read replicas.
20   20      </description>
21    -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
     21   +  <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
22   22      <packaging>jar</packaging>
23   23
24   24      <properties>
27   27      </properties>
28   28
29   29      <scm>
30    -        <url>https://github.com/neo4j/neo4j/tree/3.1/enterprise/causal-clustering</url>
     30   +    <url>https://github.com/graphfoundation/ongdb/tree/3.1/enterprise/causal-clustering</url>
31   31      </scm>
32   32
```

N4J_019809



```
33          33                <licenses>
```

⌄ 2 🟥🟩⬜ ...g/src/main/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolver.java 📋

```
20    20        * More information is also available at:
21    21        * https://neo4j.com/licensing/
22    22        *
23         -    * See: https://github.com/neo4j/neo4j/blob/3.5.0-beta03/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Initia
      23   +    * See: https://github.com/graphfoundation/ongdb/blob/3.5.0-beta03/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discov
24    24        */
25    25       package org.neo4j.causalclustering.discovery;
26    26
```

⌄ 2 🟥🟩⬜ ...ring/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastConfiguration.java 📋

```
18    18        * along with this program. If not, see <http://www.gnu.org/licenses/>.
19    19        *
20    20        *
21         -    * Modified from : https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Ha
      21   +    * Modified from : https://github.com/graphfoundation/ongdb/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/dis
22    22        */
23    23
24    24       package org.neo4j.causalclustering.discovery;
```

⌄ 2 🟥🟩⬜ ...ing/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastContextFactory.java 📋

```
17    17        * You should have received a copy of the GNU Affero General Public License
18    18        * along with this program. If not, see <http://www.gnu.org/licenses/>.
19    19        *
20         -    * Modified from https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Hazel
      20   +    * Modified from https://github.com/graphfoundation/ongdb/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discov
21    21        */
22    22
23    23       package org.neo4j.causalclustering.discovery;
```

⌄ 2 🟥🟩⬜ .../causal-clustering/src/main/java/org/neo4j/commandline/dbms/UnbindFromClusterCommand.java 📋

```
66   66          {
67   67              return fromFile( configDir.resolve( Config.DEFAULT_CONFIG_FILE_NAME ) )
68   68                      .withSetting( GraphDatabaseSettings.active_database, databaseName )
69        -           .withHome( homeDir )   // See https://github.com/neo4j/neo4j/blob/e645c5036342579c86ec29e9c8ee50d4e0203f75/community/io/src/test
     69   +           .withHome( homeDir )   // See https://github.com/graphfoundation/ongdb/blob/e645c5036342579c86ec29e9c8ee50d4e0203f75/community/:
70   70              .withConnectorsDisabled()
71   71              .withNoThrowOnFileLoadFailure()
72   72              .build();
```

4 ▣▣▣▣▣ ...ring/src/test/java/org/neo4j/causalclustering/core/OpenEnterpriseCoreEditionModuleIT.java 📋

```
14   14       * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15   15       * GNU Affero General Public License for more details.
16   16       *
17        -   * Reference: https://github.com/neo4j/neo4j/blob/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/EnterpriseCore
18        -   * https://github.com/neo4j/neo4j/blob/fc43ec9b0d751b2a1654866a6cd1927268294351/community/neo4j/src/java/org/neo4j/graphdb/factory/module/,
     17   +   * Reference: https://github.com/graphfoundation/ongdb/blob/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/Ente
     18   +   * https://github.com/graphfoundation/ongdb/blob/fc43ec9b0d751b2a1654866a6cd1927268294351/community/neo4j/src/java/org/neo4j/graphdb/facto
19   19       */
20   20
21   21      package org.neo4j.causalclustering.core;
```

2 ▣▣▣▣▣ enterprise/cluster/pom.xml 📋

```
14   14          <name>ONgDB - Clustering Infrastructure</name>
15   15          <description>Library implementing Paxos and Heartbeat components required for High Availability Neo4j</description>
16   16          <packaging>jar</packaging>
17        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17   +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19          <properties>
20   20              <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

2 ▣▣▣▣▣ enterprise/cypher/acceptance-spec-suite/pom.xml 📋

```
16   16          <version>3.6.0-SNAPSHOT</version>
17   17          <name>ONgDB - Cypher Acceptance, enterprise edition</name>
18   18          <description>ONgDB - Cypher Acceptance Specification Suite, enterprise edition</description>
```



```
-    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

     <scm>
       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

2 enterprise/cypher/compatibility-spec-suite/pom.xml

```
     <version>3.6.0-SNAPSHOT</version>
     <name>ONgDB - Cypher Compatibility Specification Suite, enterprise edition</name>
     <description>ONgDB query language compatibility suite, enterprise edition</description>
-    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

     <scm>
       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

2 enterprise/cypher/compiled-expressions/pom.xml

```
     <version>3.6.0-SNAPSHOT</version>
     <name>ONgDB - Compiled Expressions</name>
     <description>Module for compiling expressions</description>
-    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

     <properties>
       <licensing.prepend.text>licensing/notice-agpl-prefix.txt</licensing.prepend.text>
```

2 enterprise/cypher/cypher/pom.xml

```
     <version>3.6.0-SNAPSHOT</version>
     <name>ONgDB - Enterprise Cypher</name>
     <description>ONgDB query language</description>
-    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

     <scm>
       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

| | 2 ▮▮▯ | ...ise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseRuntimeFactory.scala ⧉ |
|---|---|---|
| 24 | 24 | import org.neo4j.cypher.CypherRuntimeOption |
| 25 | 25 | import org.neo4j.cypher.CypherRuntimeOption |
| 26 | 26 | import org.neo4j.cypher.internal.compatibility.{CypherRuntime, FallbackRuntime, InterpretedRuntime, ProcedureCallOrSchemaCommandRuntime} |
| 27 | | - // See: https://github.com/neo4j/neo4j/blob/e95e701325c53995a186b9222ff8cca022410286/community/cypher/cypher/src/main/scala/org/neo4j/cypher/in |
| | 27 | + // See: https://github.com/graphfoundation/ongdb/blob/e95e701325c53995a186b9222ff8cca022410286/community/cypher/cypher/src/main/scala/org/neo4j |
| 28 | 28 | object EnterpriseRuntimeFactory { |
| 29 | 29 | val interpreted = new FallbackRuntime[EnterpriseRuntimeContext](List(ProcedureCallOrSchemaCommandRuntime, InterpretedRuntime), CypherRuntime( |
| 30 | 30 | val slotted = new FallbackRuntime[EnterpriseRuntimeContext](List(ProcedureCallOrSchemaCommandRuntime,SlottedRuntime), InterpretedRuntime), Cyp |

| | 2 ▮▮▯ | enterprise/cypher/morsel-runtime/pom.xml ⧉ |
|---|---|---|
| 15 | 15 | <version>3.6.0-SNAPSHOT</version> |
| 16 | 16 | <name>ONgDB - Cypher Morsel Runtime</name> |
| 17 | 17 | <description>Parallel runtime for Cypher</description> |
| 18 | | - <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url> |
| | 18 | + <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url> |
| 19 | 19 | |
| 20 | 20 | <properties> |
| 21 | 21 | <license-text.header>headers/AGPL-3-header.txt</license-text.header> |

| | 2 ▮▮▯ | enterprise/cypher/physical-planning/pom.xml ⧉ |
|---|---|---|
| 15 | 15 | <version>3.6.0-SNAPSHOT</version> |
| 16 | 16 | <name>ONgDB - Cypher Physical Planning</name> |
| 17 | 17 | <description>A runtime for Neo4j's query language</description> |
| 18 | | - <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url> |
| | 18 | + <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url> |
| 19 | 19 | |
| 20 | 20 | <properties> |
| 21 | 21 | <license-text.header>headers/GPL-3-header.txt</license-text.header> |

| | 2 ▮▮▯ | enterprise/cypher/pom.xml ⧉ |
|---|---|---|
| 15 | 15 | <packaging>pom</packaging> |
| 16 | 16 | <name>ONgDB - Enterprise Cypher Build</name> |
| 17 | 17 | <description>Project that builds the Neo4j Cypher modules as part of the Enterprise distribution.</description> |
| 18 | | - <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url> |

| | 18 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
|---|---|---|---|
| 19 | 19 | | |
| 20 | 20 | | `<properties>` |
| 21 | 21 | | `<licensing.prepend.text>licensing/notice-agpl-prefix.txt</licensing.prepend.text>` |

---

▾ 2 🟩🟥⬜⬜ enterprise/cypher/slotted-runtime/pom.xml 📋

| 15 | 15 | | `<version>3.6.0-SNAPSHOT</version>` |
|---|---|---|---|
| 16 | 16 | | `<name>ONgDB - Cypher Slotted Runtime</name>` |
| 17 | 17 | | `<description>Planner for the physical query plans</description>` |
| 18 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 18 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 19 | 19 | | |
| 20 | 20 | | `<properties>` |
| 21 | 21 | | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

---

▾ 2 🟩🟥⬜⬜ ...rc/main/scala/org/neo4j/cypher/internal/runtime/slotted/ArrayResultExecutionContext.scala 📋

| 109 | 109 | | `resultArray` |
|---|---|---|---|
| 110 | 110 | | `}` |
| 111 | 111 | | |
| 112 | | - | `// See: https://github.com/neo4j/neo4j/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/inter` |
| | 112 | + | `// See: https://github.com/graphfoundation/ongdb/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/run` |
| 113 | 113 | | `// We are just overriding it right now.` |
| 114 | 114 | | `override def copyCachedFrom(input: ExecutionContext): Unit = fail()` |
| 115 | 115 | | |

---

▾ 2 🟩🟥⬜⬜ ...me/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/SlottedExecutionContext.scala 📋

| 328 | 328 | | |
|---|---|---|---|
| 329 | 329 | | |
| 330 | 330 | | `// Overriding the 2 methods below.` |
| 331 | | - | `// See: https://github.com/neo4j/neo4j/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/inter` |
| | 331 | + | `// See: https://github.com/graphfoundation/ongdb/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/run` |
| 332 | 332 | | `/**` |
| 333 | 333 | | `*` |
| 334 | 334 | | `* @param input` |

N4J_019814



...main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/ValueHashJoinSlottedPipe.scala

```
27   27       import org.neo4j.cypher.internal.v3_5.util.attribution.Id
28   28       import org.neo4j.values.AnyValue
29   29       import org.neo4j.values.storable.Values.NO_VALUE
30      -      // See: https://github.com/neo4j/neo4j/blob/2df152552eae2164934ccc2f8f6174fe46848b5f/community/cypher/interpreted-runtime/src/main/scala/org/r
     30  +      // See: https://github.com/graphfoundation/ongdb/blob/2df152552eae2164934ccc2f8f6174fe46848b5f/community/cypher/interpreted-runtime/src/main/s
31   31       case class ValueHashJoinSlottedPipe(leftSide: Expression,
32   32                                           rightSide: Expression,
33   33                                           left: Pipe,
```



enterprise/deferred-locks/pom.xml

```
24   24           </properties>
25   25
26   26           <scm>
27      -             <url>https://github.com/neo4j/neo4j/tree/3.0/enterprise/deferred-locks</url>
     27  +             <url>https://github.com/graphfoundation/ongdb/tree/3.0/enterprise/deferred-locks</url>
28   28           </scm>
29   29
30   30           <licenses>
```

enterprise/ha/pom.xml

```
16   16           <description>This component provides the means to set up a cluster of Neo4j instances that act together
17   17             as a cluster, providing Master-Slave replication and other features.
18   18           </description>
19      -         <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
     19  +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
20   20           <packaging>jar</packaging>
21   21
22   22           <properties>
```



enterprise/management/README.txt

```
...  ...   @@ -1,3 +1,3 @@
1    1     This component extends the Neo4j JMX component with management support for
2    2     the Neo4j graph database.
3
```

N4J_019815

```
-  For more information, see http://components.neo4j.org/neo4j-management/
3  +  For more information, see https://ongdb.graphfoundation.org/neo4j-management/
```

**2 ▰▰ ▱▱  enterprise/management/pom.xml** 📋

```
13   13        <name>ONgDB - Graph DB Monitoring and Management tools</name>
14   14        <description>Management support using JMX.</description>
15   15
16   -          <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     16   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17   17
18   18        <packaging>jar</packaging>
19   19
```

**2 ▰▰ ▱▱  enterprise/neo4j-enterprise/pom.xml** 📋

```
14   14        <name>ONgDB - Enterprise</name>
15   15        <packaging>jar</packaging>
16   16
17   -          <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18        <description>A meta package containing the most used Neo4j Enterprise libraries. Intended use: as a Maven dependency.
19   19        </description>
20   20
```

**4 ▰▰▰ ▱  enterprise/neo4j-harness-enterprise/pom.xml** 📋

```
17   17        <name>ONgDB - Enterprise Test Harness</name>
18   18        <description>Components for writing integration tests with Neo4j.</description>
19   19
20   -          <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     20   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
21   21
22   22        <properties>
23   23            <license-text.header>headers/AGPL-3-header.txt</license-text.header>
26   26        </properties>
27   27
28   28        <scm>
29   -              <url>https://github.com/neo4j/neo4j/tree/master/enterprise/neo4j-harness</url>
     29   +          <url>https://github.com/graphfoundation/ongdb/tree/master/enterprise/neo4j-harness</url>
```

N4J_019816

Replacing Neo4j URLs with equivalent https://graphfoundation/ongdb.com GitHub

```
30    30            </scm>
31    31
32    32            <licenses>
```

### ⌄ 2 🟩🟥⬜ enterprise/pom.xml 📋

```
15    15            <name>ONgDB - Enterprise Build</name>
16    16            <packaging>pom</packaging>
17    17            <description>Project that builds the Neo4j Enterprise distribution.</description>
18    -             <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      18  +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19    19
20    20            <scm>
21    21                <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

### ⌄ 2 🟩🟥⬜ enterprise/procedure-compiler-enterprise-tests/pom.xml 📋

```
14    14            <name>ONgDB - Procedure Compiler Enterprise tests</name>
15    15            <description>ONgDB Stored Procedure compile-time annotation processor</description>
16    16
17    -             <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17  +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18
19    19            <properties>
20    20                <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

### ⌄ 2 🟩🟥⬜ enterprise/query-logging/pom.xml 📋

```
14    14            <name>ONgDB - Query Logging</name>
15    15            <description>Extension for logging queries to a separate query log file</description>
16    16            <packaging>jar</packaging>
17    -             <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17  +         <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18
19    19            <scm>
20    20                <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

### ⌄ 2 🟩🟥⬜ enterprise/server-enterprise/pom.xml 📋

```
14    14
```

N4J_019817







```
    <name>ONgDB - Enterprise Server</name>
    <description>Standalone Neo4j server application.</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <packaging>jar</packaging>

```

2 ...e/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.java

```
  import org.neo4j.server.database.GraphFactory;

  /**
-  * See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.ja
+  * See https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBoots
   */
  public class EnterpriseBootstrapper extends CommunityBootstrapper
  {
```

2 ...ise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java

```
  import org.neo4j.server.BlockingBootstrapper;
  import org.neo4j.server.Bootstrapper;
  import org.neo4j.server.ServerBootstrapper;
- // See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java
+ // See https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntry

  public class EnterpriseEntryPoint
  {
```

4 ...rise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java

```

  /**
   * See
-  * https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java
-  * https://github.com/neo4j/neo4j/blob/625e26f3f0a46a52085b5d65600c5521ca80a34d/community/server/src/main/java/org/neo4j/server/rest/managemen
+  * https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer
```

| | 27 | + | * https://github.com/graphfoundation/ongdb/blob/625e26f3f0a46a52085b5d65600c5521ca80a34d/community/server/src/main/java/org/neo4j/server/rest. |
| 28 | 28 | | */ |
| 29 | 29 | | public class EnterpriseNeoServer extends OpenEnterpriseNeoServer |
| 30 | 30 | | { |

---

2 ▮▮▮▮▮  .../server-enterprise/src/main/java/org/neo4j/server/enterprise/OpenEnterpriseNeoServer.java 📋

| 23 | 23 | | * https://neo4j.com/licensing/ |
| 24 | 24 | | */ |
| 25 | 25 | | /* |
| 26 | | - | * Note: Check for changes to how the server is registered here: https://github.com/neo4j/neo4j/blob/ba4e188d51e027a7e7870d511044ea940cf0455 |
| | 26 | + | * Note: Check for changes to how the server is registered here: https://github.com/graphfoundation/ongdb/blob/ba4e188d51e027a7e7870d511044e |
| 27 | 27 | | */ |
| 28 | 28 | | package org.neo4j.server.enterprise; |
| 29 | 29 | | |

---

6 ▮▮▮▮▮  packaging/standalone/pom.xml 📋

| 20 | 20 | | <description>This project assembles the Neo4j stand-alone distribution, |
| 21 | 21 | | pulling together all the deliverable artifacts and packaging them |
| 22 | 22 | | into a downloadable installer.</description> |
| 23 | | - | <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url> |
| | 23 | + | <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url> |
| 24 | 24 | | |
| 25 | 25 | | <scm> |
| 26 | 26 | | <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection> |
| 27 | | - | <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection> |
| 28 | | - | <url>https://github.com/neo4j/neo4j</url> |
| | 27 | + | <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection> |
| | 28 | + | <url>https://github.com/graphfoundation/ongdb</url> |
| 29 | 29 | | </scm> |
| 30 | 30 | | |
| 31 | 31 | | <modules> |

---

6 ▮▮▮▮▮  packaging/standalone/standalone-community/pom.xml 📋

| 18 | 18 | | pulling together all the deliverable artifacts and packaging them |
| 19 | 19 | | into a downloadable installer. |

N4J_019819



| 20 | 20 | `</description>` |
|---|---|---|
| 21 | | − `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 21 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 22 | 22 | |
| 23 | 23 | `<scm>` |
| 24 | 24 | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 25 | | − `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 26 | | − `<url>https://github.com/neo4j/neo4j</url>` |
| | 25 | + `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 26 | + `<url>https://github.com/graphfoundation/ongdb</url>` |
| 27 | 27 | `</scm>` |
| 28 | 28 | |
| 29 | 29 | `<properties>` |

⌄ 2 ▮▮▭▭ packaging/standalone/standalone-enterprise/pom.xml 📋

| 17 | 17 | `<description>This project assembles the Neo4j Enterprise stand-alone distribution,` |
|---|---|---|
| 18 | 18 | `pulling together all the deliverable artifacts and packaging them` |
| 19 | 19 | `into a downloadable installer.</description>` |
| 20 | | − `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 20 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 21 | 21 | |
| 22 | 22 | `<scm>` |
| 23 | 23 | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |

**0 comments on commit** `783efe2`

Please sign in to comment.

N4J_019820

**EXHIBIT 28**



**graphfoundation / ongdb**

<> Code    Issues 3    Pull requests 2    Actions    Projects    Wiki    Security    Insights

✓ **Replacing 'Neo4j' URLs with 'ONgDB' equivalents**                    Browse files

3.6 (#29)    3.6.0 ...  3.6.0.M2

bradnussbaum committed on Apr 14    1 parent 173b204    commit 783efe22cfb098df7cf1e8217a93e6013ea368b4

Showing **111 changed files** with **296 additions** and **296 deletions**.    Unified  Split

⌄ 2 ▇▇▇▇▇▇ README.asciidoc ⧉

⇅

**BUILD STATUS: SUCCESS**

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n` . We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests` .

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the ~~Neo4j~~ONgDB documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

N4J_019821



- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want, then:

```
6 ■■■■ build-resources/pom.xml

 9                                                       9
10      <name>ONgDB - Build resources</name>            10      <name>ONgDB - Build resources</name>
11      <description>Build resources for community      11      <description>Build resources for community
        build.</description>                                    build.</description>
12  -                                                    12  +
    <url>http://components.neo4j.org/${project.              <url>https://ongdb.graphfoundation.org/${project.
    artifactId}/${project.version}</url>                     artifactId}/${project.version}</url>
13                                                       13
14      <properties>                                     14      <properties>
15          <project.build.sourceEncoding>UTF-           15          <project.build.sourceEncoding>UTF-
    8</project.build.sourceEncoding>                         8</project.build.sourceEncoding>
16      </properties>                                    16      </properties>
17                                                       17
18      <scm>                                            18      <scm>
19                                                       19
    <connection>scm:git:git://github.com/graphfoundation     <connection>scm:git:git://github.com/graphfoundation
    /ongdb.git</connection>                                  /ongdb.git</connection>
20  -                                                    20  +
    <developerConnection>scm:git:git@github.com:neo4j/       <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    neo4j.git</developerConnection>                          developerConnection>
21  -        <url>https://github.com/neo4j/neo4j</url>   21  +        <url>https://github.com/graphfoundation/ongdb</url>
22      </scm>                                           22      </scm>
23                                                       23
24      <developers>                                     24      <developers>
```

```
8 ■■■■ community/annotation-processors/pom.xml
```

N4J_019822

```
21      <packaging>jar</packaging>                            21      <packaging>jar</packaging>
22      <name>ONgDB - Annotation Processors</name>           22      <name>ONgDB - Annotation Processors</name>
23      <description>Non-domain infrastructure code that is   23      <description>Non-domain infrastructure code that is
        common to many                                                common to many
Neo4j components.</description>                               Neo4j components.</description>
24  -                                                         24  +
<url>http://components.neo4j.org/${project.artifactId}/${project.versio    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
n}</url>                                                     version}</url>
25                                                            25
26      <scm>                                                 26      <scm>
27  -       <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   27  +
                                                              <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                              ion>
28  -                                                         28  +
<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
onnection>                                                   developerConnection>
29  -       <url>https://github.com/neo4j/neo4j</url>         29  +       <url>https://github.com/graphfoundation/ongdb</url>
30      </scm>                                                30      </scm>
31                                                            31
32      <licenses>                                            32      <licenses>
```

∨  8 ▮▮▮▮▮  community/codegen/pom.xml 🗐

```
20      <packaging>jar</packaging>                            20      <packaging>jar</packaging>
21      <name>ONgDB - Code Generator</name>                  21      <name>ONgDB - Code Generator</name>
22      <description>Simple library for generating code.</description>   22      <description>Simple library for generating code.</description>
23  -                                                         23  +
<url>http://components.neo4j.org/${project.artifactId}/${project.versio    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
n}</url>                                                     version}</url>
24                                                            24
25      <scm>                                                 25      <scm>
26  -       <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   26  +
                                                              <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                              ion>
27  -                                                         27  +
<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
onnection>                                                   developerConnection>
28  -       <url>https://github.com/neo4j/neo4j</url>         28  +       <url>https://github.com/graphfoundation/ongdb</url>
29      </scm>                                                29      </scm>
30                                                            30
31      <licenses>                                            31      <licenses>
```

N4J_019823

10/8/2020
Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 208 of 337
Displaying Neo4j URL occurrences equivalent graphfoundation/ongdb@eccb2c93 GitHub

8 ███ ▢▢ community/collections/pom.xml 📋

| | 20 | `        <packaging>jar</packaging>` | | 20 | `        <packaging>jar</packaging>` |
|---|----|---|---|----|---|
| | 21 | `        <name>ONgDB - Collections</name>` | | 21 | `        <name>ONgDB - Collections</name>` |
| | 22 | `        <description>Collections and collection utilities for Neo4j.` | | 22 | `        <description>Collections and collection utilities for Neo4j.` |
| | | `</description>` | | | `</description>` |
| 23 | | `-` | 23 | | `+` |
| | | `        <url>http://components.neo4j.org/${project.artifactId}/${project.versio` | | | `        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.` |
| | | `n}</url>` | | | `version}</url>` |
| | 24 | | | 24 | |
| | 25 | `        <scm>` | | 25 | `        <scm>` |
| 26 | | `-            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | | `+            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect` |
| | | | | | `ion>` |
| 27 | | `-` | 27 | | `+` |
| | | `            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC` | | | `            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</` |
| | | `onnection>` | | | `developerConnection>` |
| 28 | | `-            <url>https://github.com/neo4j/neo4j</url>` | 28 | | `+            <url>https://github.com/graphfoundation/ongdb</url>` |
| | 29 | `        </scm>` | | 29 | `        </scm>` |
| | 30 | | | 30 | |
| | 31 | `        <licenses>` | | 31 | `        <licenses>` |

8 ███ ▢▢ community/common/pom.xml 📋

| | 20 | `        <packaging>jar</packaging>` | | 20 | `        <packaging>jar</packaging>` |
|---|----|---|---|----|---|
| | 21 | `        <name>ONgDB - Common</name>` | | 21 | `        <name>ONgDB - Common</name>` |
| | 22 | `        <description>Non-domain infrastructure code that is common to many` | | 22 | `        <description>Non-domain infrastructure code that is common to many` |
| | | `Neo4j components.</description>` | | | `Neo4j components.</description>` |
| 23 | | `-` | 23 | | `+` |
| | | `        <url>http://components.neo4j.org/${project.artifactId}/${project.versio` | | | `        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.` |
| | | `n}</url>` | | | `version}</url>` |
| | 24 | | | 24 | |
| | 25 | `        <scm>` | | 25 | `        <scm>` |
| 26 | | `-            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 26 | | `+            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect` |
| | | | | | `ion>` |
| 27 | | `-` | 27 | | `+` |
| | | `            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC` | | | `            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</` |
| | | `onnection>` | | | `developerConnection>` |
| 28 | | `-            <url>https://github.com/neo4j/neo4j</url>` | 28 | | `+            <url>https://github.com/graphfoundation/ongdb</url>` |

Replacing neo4j URL with ongdb's equivalent · graphfoundation/ongdb@783 · GitHub

```
29        </scm>                                    29        </scm>
30                                                   30
31        <licenses>                                31        <licenses>
```

**6 ▮▮▮▮ community/community-it/algo-it/pom.xml** 📄

```
24        </properties>                             24        </properties>
25                                                  25
26        <scm>                                     26        <scm>
27  -   <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    27  +   <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -   <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>    28  +   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29  -       <url>https://github.com/neo4j/neo4j</url>    29  +       <url>https://github.com/graphfoundation/ongdb</url>
30        </scm>                                    30        </scm>
31                                                  31
32        <licenses>                                32        <licenses>
```

**2 ▮▮▮ ...ty/community-it/algo-it/src/test/java/org/neo4j/graphalgo/impl/path/TestShortestPath.java** 📄

```
65  public class TestShortestPath extends Neo4jAlgoTestCase    65  public class TestShortestPath extends Neo4jAlgoTestCase
66  {                                               66  {
67      // Attempt at recreating this issue without cypher    67      // Attempt at recreating this issue without cypher
68  -   // https://github.com/neo4j/neo4j/issues/4160    68  +   // https://github.com/graphfoundation/ongdb/issues/4160
69      @Test                                       69      @Test
70      public void shouldAbortAsSoonAsPossible()   70      public void shouldAbortAsSoonAsPossible()
71      {                                           71      {
```

**6 ▮▮▮▮ community/community-it/bolt-it/pom.xml** 📄

```
24        </properties>                             24        </properties>
25                                                  25
26        <scm>                                     26        <scm>
27  -   <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    27  +   <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -   <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    28  +   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
```

N4J_019825

Replacing neo4j URL with the equivalent legal graphfoundation/ongdb based GitHub

```
connection>
29  -          <url>https://github.com/neo4j/neo4j</url>          29  +          <url>https://github.com/graphfoundation/ongdb</url>
30            </scm>                                               30            </scm>
31                                                                 31
32            <licenses>                                           32            <licenses>
```

6 ■■■■ community/community-it/pom.xml 📋

```
24            </properties>                                        24            </properties>
25                                                                 25
26            <scm>                                                26            <scm>
27  -                                                              27  +
      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -                                                              28  +
      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29  -          <url>https://github.com/neo4j/neo4j</url>          29  +          <url>https://github.com/graphfoundation/ongdb</url>
30            </scm>                                               30            </scm>
31                                                                 31
32            <licenses>                                           32            <licenses>
```

6 ■■■■ community/community-it/consistency-it/pom.xml 📋

```
24            </properties>                                        24            </properties>
25                                                                 25
26            <scm>                                                26            <scm>
27  -                                                              27  +
      <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -                                                              28  +
      <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29  -          <url>https://github.com/neo4j/neo4j</url>          29  +          <url>https://github.com/graphfoundation/ongdb</url>
30            </scm>                                               30            </scm>
31                                                                 31
32            <licenses>                                           32            <licenses>
```

6 ■■■■ community/community-it/cypher-it/pom.xml 📋

N4J_019826

```
24        </properties>                              24        </properties>
25                                                   25
26        <scm>                                      26        <scm>
27  -                                                27  +
    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -                                                28  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29  -       <url>https://github.com/neo4j/neo4j</url>  29  +       <url>https://github.com/graphfoundation/ongdb</url>
30        </scm>                                     30        </scm>
31                                                   31
32        <licenses>                                 32        <licenses>
```

∨ 6 ▰▰▰▰▱ community/community-it/dbms-it/pom.xml 📋

```
24        </properties>                              24        </properties>
25                                                   25
26        <scm>                                      26        <scm>
27  -                                                27  +
    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -                                                28  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29  -       <url>https://github.com/neo4j/neo4j</url>  29  +       <url>https://github.com/graphfoundation/ongdb</url>
30        </scm>                                     30        </scm>
31                                                   31
32        <licenses>                                 32        <licenses>
```

∨ 6 ▰▰▰▰▱ community/community-it/import-it/pom.xml 📋

```
24        </properties>                              24        </properties>
25                                                   25
26        <scm>                                      26        <scm>
27  -                                                27  +
    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
28  -                                                28  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
```

N4J_019827

Replacing Neo4j URLs with their equivalent graphfoundation/ongdb... · graphfoundation/ongdb · GitHub

```
29  -          <url>https://github.com/neo4j/neo4j</url>              29  +          <url>https://github.com/graphfoundation/ongdb</url>
30          </scm>                                                   30          </scm>
31                                                                   31
32          <licenses>                                               32          <licenses>
```

⌄ 6 ■■■■ community/community-it/index-it/pom.xml 📋

```
24          </properties>                                            24          </properties>
25                                                                   25
26          <scm>                                                    26          <scm>
27  -                                                                27  +
    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                         ion>
28  -                                                                28  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    onnection>                                                           developerConnection>
29  -          <url>https://github.com/neo4j/neo4j</url>              29  +          <url>https://github.com/graphfoundation/ongdb</url>
30          </scm>                                                   30          </scm>
31                                                                   31
32          <licenses>                                               32          <licenses>
```

⌄ 6 ■■■■ community/community-it/it-test-support/pom.xml 📋

```
23          </properties>                                            23          </properties>
24                                                                   24
25          <scm>                                                    25          <scm>
26  -                                                                26  +
    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                         ion>
27  -                                                                27  +
    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC   <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
    onnection>                                                           developerConnection>
28  -          <url>https://github.com/neo4j/neo4j</url>              28  +          <url>https://github.com/graphfoundation/ongdb</url>
29          </scm>                                                   29          </scm>
30                                                                   30
31          <licenses>                                               31          <licenses>
```

⌄ 6 ■■■■ community/community-it/kernel-it/pom.xml 📋

N4J_019828

```
23         </properties>                                    23         </properties>
24                                                          24
25         <scm>                                            25         <scm>
26  -                                                       26  +
       <connection>scm:git:git://github.com/neo4j/neo4j          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
       .git</connection>                                         ion>
27  -                                                       27  +
       <developerConnection>scm:git:git@github.com:neo4j/neo4j      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
       .git</developerC                                          developerConnection>
       onnection>
28  -        <url>https://github.com/neo4j/neo4j</url>      28  +        <url>https://github.com/graphfoundation/ongdb</url>
29         </scm>                                           29         </scm>
30                                                          30
31         <licenses>                                       31         <licenses>
```

2 🟩🟥⬜⬜ community/community-it/kernel-it/src/test/java/org/neo4j/graphdb/LabelsAcceptanceTest.java 📋

```
94              MY_OTHER_LABEL                              94              MY_OTHER_LABEL
95          }                                               95          }
96                                                          96
97  -       /** https://github.com/neo4j/neo4j/issues/1279 */   97  +       /** https://github.com/graphfoundation/ongdb/issues/1279 */
98          @Test                                           98          @Test
99          public void shouldInsertLabelsWithoutDuplicatingThem()   99          public void shouldInsertLabelsWithoutDuplicatingThem()
100         {                                               100         {
```

8 🟩🟥🟥⬜ community/concurrent/pom.xml 📋

```
21         <packaging>jar</packaging>                       21         <packaging>jar</packaging>
22         <name>ONgDB - Concurrent</name>                 22         <name>ONgDB - Concurrent</name>
23         <description>A set of assorted utilities for concurrent computing.   23         <description>A set of assorted utilities for concurrent computing.
       </description>                                            </description>
24  -                                                       24  +
       <url>http://components.neo4j.org/${project.artifactId}/${project.versio     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
       n}</url>                                                  version}</url>
25                                                          25
26         <scm>                                            26         <scm>
27  -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   27  +
                                                                 <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                 ion>
28  -                                                       28  +
       <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
```

```
      onnection>
29 -        <url>https://github.com/neo4j/neo4j</url>              29 +        <url>https://github.com/graphfoundation/ongdb</url>
30        </scm>                                                   30        </scm>
31                                                                 31
32        <licenses>                                               32        <licenses>
```

∨ 8 🟩🟥🟥🟥 community/configuration/pom.xml 📋

```
20        <packaging>jar</packaging>                               20        <packaging>jar</packaging>
21        <name>ONgDB - Configuration</name>                      21        <name>ONgDB - Configuration</name>
22        <description>Code responsible for parsing the Neo4j     22        <description>Code responsible for parsing the Neo4j
          configuration.</description>                                      configuration.</description>
23 -    <url>http://components.neo4j.org/${project.artifactId}/    23 +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
        ${project.version}</url>                                         version}</url>
24                                                                 24
25        <scm>                                                    25        <scm>
26 -        <connection>scm:git:git://github.com/neo4j/neo4j.git   26 +
          </connection>                                                  <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                         ion>
27 -                                                               27 +
        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
        </developerConnection>                                           developerConnection>
28 -        <url>https://github.com/neo4j/neo4j</url>              28 +        <url>https://github.com/graphfoundation/ongdb</url>
29        </scm>                                                   29        </scm>
30                                                                 30
31        <licenses>                                               31        <licenses>
```

∨ 8 🟩🟥🟥🟥 community/consistency-check/pom.xml 📋

```
12        <name>ONgDB - Consistency Checker</name>                12        <name>ONgDB - Consistency Checker</name>
13        <description>Tool for checking consistency of a Neo4j   13        <description>Tool for checking consistency of a Neo4j data store.
          data store.</description>                                      </description>
14        <packaging>jar</packaging>                               14        <packaging>jar</packaging>
15 -    <url>http://components.neo4j.org/${project.artifactId}/    15 +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
        ${project.version}</url>                                         version}</url>
16                                                                 16
17        <properties>                                             17        <properties>
18        <license-text.header>headers/GPL-3-header.txt</license-  18        <license-text.header>headers/GPL-3-header.txt</license-
```

N4J_019830

Replacing Neo4j URLs with equivalent graphfoundation/ongdb ones. · graphfoundation/ongdb@783efe2 · GitHub

```
     text.header>                                          text.header>
21      </properties>                              21        </properties>
22                                                  22
23      <scm>                                       23        <scm>
24  -     <connection>scm:git:git://github.com/    24  +
        neo4j/neo4j.git</connection>                     <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                         ion>
25  -                                               25  +
        <developerConnection>scm:git:git@github.com:     <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
        neo4j/neo4j.git</developerC                      developerConnection>
        onnection>
26  -     <url>https://github.com/neo4j/neo4j</url> 26  +     <url>https://github.com/graphfoundation/ongdb</url>
27      </scm>                                      27        </scm>
28                                                  28
29      <licenses>                                  29        <licenses>
```

⌄ 8 🟩🟥🟥⬜ community/csv/pom.xml 📋

```
20      <packaging>jar</packaging>                  20        <packaging>jar</packaging>
21      <name>ONGDB - CSV reading and parsing</name> 21       <name>ONGDB - CSV reading and parsing</name>
22      <description>Efficient reading and parsing of CSV input streams. 22  <description>Efficient reading and parsing of CSV input streams.
        </description>                                    </description>
23  -                                               23  +
        <url>http://components.neo4j.org/${project.artifactId}/${project.versio   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
        n}/url>                                           version}</url>
24                                                  24
25      <scm>                                       25        <scm>
26  -     <connection>scm:git:git://github.com/    26  +
        neo4j/neo4j.git</connection>                     <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                         ion>
27  -                                               27  +
        <developerConnection>scm:git:git@github.com:     <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
        neo4j/neo4j.git</developerC                      developerConnection>
        onnection>
28  -     <url>https://github.com/neo4j/neo4j</url> 28  +     <url>https://github.com/graphfoundation/ongdb</url>
29      </scm>                                      29        </scm>
30                                                  30
31      <licenses>                                  31        <licenses>
```

⌄ 8 🟩🟥🟥⬜ community/cypher/acceptance-spec-suite/pom.xml 📋

```
16      <version>3.6-SNAPSHOT</version>             16        <version>3.6-SNAPSHOT</version>
```

N4J_019831

```
17          <name>ONGDB - Cypher Acceptance</name>                    17          <name>ONGDB - Cypher Acceptance</name>
18          <description>ONgDB Cypher Acceptance Specification         18          <description>ONgDB Cypher Acceptance Specification
        Suite</description>                                                Suite</description>
19   -                                                                 19   +
        <url>http://components.neo4j.org/${project.artifactId}/${project.versio        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
        n}</url>                                                            version}</url>
20                                                                     20
21          <scm>                                                     21          <scm>
22   -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   22   +
                                                                               <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                               ion>
23   -                                                                 23   +
        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
        onnection>                                                         developerConnection>
24   -          <url>https://github.com/neo4j/neo4j</url>              24   +          <url>https://github.com/graphfoundation/ongdb</url>
25          </scm>                                                     25          </scm>
26                                                                     26
27          <properties>                                              27          <properties>
```

⌄ 8 🟥🟥🟩🟩 community/cypher/compatibility-spec-suite/pom.xml 📋

```
16          <version>3.6-SNAPSHOT</version>                           16          <version>3.6-SNAPSHOT</version>
17          <name>ONGDB - Cypher Compatibility Specification Suite</name>   17          <name>ONGDB - Cypher Compatibility Specification Suite</name>
18          <description>ONgDB query language compatibility suite</description>   18          <description>ONgDB query language compatibility suite</description>
19   -                                                                 19   +
        <url>http://components.neo4j.org/${project.artifactId}/${project.versio        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.
        n}</url>                                                            version}</url>
20                                                                     20
21          <scm>                                                     21          <scm>
22   -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>   22   +
                                                                               <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connect
                                                                               ion>
23   -                                                                 23   +
        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerC        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</
        onnection>                                                         developerConnection>
24   -          <url>https://github.com/neo4j/neo4j</url>              24   +          <url>https://github.com/graphfoundation/ongdb</url>
25          </scm>                                                     25          </scm>
26                                                                     26
27          <properties>                                              27          <properties>
```

N4J_019832

Replacing Neo4j URLs with equivalent graphfoundation/ongdb, page 217 · GitHub

## 8 ▢▢▢ community/cypher/cypher-logical-plans-3.5/pom.xml 📋

| | | | |
|---|---|---|---|
| 14 | `<name>ONgDB - Cypher Logical Plans</name>` | 14 | `<name>ONgDB - Cypher Logical Plans</name>` |
| 15 | | 15 | |
| 16 | `<description>Cypher logical plans</description>` | 16 | `<description>Cypher logical plans</description>` |
| 17 | − `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 17 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 18 | | 18 | |
| 19 | `<properties>` | 19 | `<properties>` |
| 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |
| 21 | `<moduleName>org.neo4j.cypher.internal.v3_5.logical.plans</moduleName>` | 21 | `<moduleName>org.neo4j.cypher.internal.v3_5.logical.plans</moduleName>` |
| 22 | `</properties>` | 22 | `</properties>` |
| 23 | | 23 | |
| 24 | `<scm>` | 24 | `<scm>` |
| 25 | − `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 25 | + `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 26 | − `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 26 | + `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 27 | − `<url>https://github.com/neo4j/neo4j</url>` | 27 | + `<url>https://github.com/graphfoundation/ongdb</url>` |
| 28 | `</scm>` | 28 | `</scm>` |
| 29 | | 29 | |
| 30 | `<licenses>` | 30 | `<licenses>` |

## 8 ▢▢▢ community/cypher/cypher-planner-3.5/pom.xml 📋

| | | | |
|---|---|---|---|
| 13 | `<version>3.6.0-SNAPSHOT</version>` | 13 | `<version>3.6.0-SNAPSHOT</version>` |
| 14 | `<name>ONgDB - Cypher Planner</name>` | 14 | `<name>ONgDB - Cypher Planner</name>` |
| 15 | `<description>Planner for Cypher</description>` | 15 | `<description>Planner for Cypher</description>` |
| 16 | − `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` | 16 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 17 | | 17 | |
| 18 | `<properties>` | 18 | `<properties>` |
| 19 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` | 19 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |

N4J_019833

| 20 | | `<moduleName>org.neo4j.cypher.internal.compiler.v3_5</moduleName>` | 20 | | `<moduleName>org.neo4j.cypher.internal.compiler.v3_5</moduleName>` |
| 21 | | `</properties>` | 21 | | `</properties>` |
| 22 | | | 22 | | |
| 23 | | `<scm>` | 23 | | `<scm>` |
| 24 | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` | 24 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| 25 | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` | 25 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| 26 | - | `<url>https://github.com/neo4j/neo4j</url>` | 26 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 27 | | `</scm>` | 27 | | `</scm>` |
| 28 | | | 28 | | |
| 29 | | `<licenses>` | 29 | | `<licenses>` |

---

⌄ 2 ▭▭ `...org/neo4j/cypher/internal/compiler/v3_5/planner/logical/WithPlanningIntegrationTest.scala` 📋

| 310 | 310 | `}` |
| 311 | 311 | |
| 312 | 312 | `test("Complex star pattern with WITH in front should not trip up joinSolver"){` |
| 313 | | - `// created after https://github.com/neo4j/neo4j/issues/12212` |
| | 313 | + `// created after https://github.com/graphfoundation/ongdb/issues/12212` |
| 314 | 314 | |
| 315 | 315 | `val maxIterationTime = 1 // the goal here is to force compaction as fast as possible` |
| 316 | 316 | `val configurationThatForcesCompacting = cypherCompilerConfig.copy(idpIterationDuration = maxIterationTime)` |

---

⌄ 8 ▭▭▭ `community/cypher/cypher/pom.xml` 📋

| 13 | 13 | `<version>3.6.0-SNAPSHOT</version>` |
| 14 | 14 | `<name>ONGDB - Cypher</name>` |
| 15 | 15 | `<description>ONgDB query language</description>` |
| 16 | | - `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 16 | + `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 17 | 17 | |
| 18 | 18 | `<properties>` |
| 19 | 19 | `<moduleName>org.neo4j.cypher</moduleName>` |
| 20 | 20 | `<license-text.header>headers/GPL-3-header.txt</license-text.header>` |
| 21 | 21 | `</properties>` |
| 22 | 22 | |
| 23 | 23 | `<scm>` |

N4J_019834

```
24              -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
25              -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
26              -        <url>https://github.com/neo4j/neo4j</url>
        24      +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        25      +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        26      +        <url>https://github.com/graphfoundation/ongdb</url>
27      27           </scm>
28      28
29      29           <licenses>
```

8 🟩🟩🟩🟥🟥  community/cypher/expression-evaluator/pom.xml 📋

```
15      15           <name>ONgDB - Cypher Expression Evaluator</name>
16      16
17      17           <description>Cypher Expression Evaluator</description>
18              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        18      +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19      19
20      20           <scm>
21              -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
22              -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
23              -            <url>https://github.com/neo4j/neo4j</url>
        21      +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        22      +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        23      +            <url>https://github.com/graphfoundation/ongdb</url>
24      24           </scm>
25      25
26      26           <properties>
```

8 🟩🟩🟥🟥🟥  community/cypher/front-end/frontend/pom.xml 📋

```
26      26           See https://www.opencypher.org for more information on the openCypher project and query language.
27      27           </description>
28      28
29              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        29      +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
30      30
31      31           <scm>
32              -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
33              -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
```

```
 34              -        <url>https://github.com/neo4j/neo4j</url>
       32        +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
       33        +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
       34        +        <url>https://github.com/graphfoundation/ongdb</url>
 35    35                 </scm>
 36    36
 37    37                 <properties>
```

2 ▮▮ ░░ community/cypher/front-end/pom.xml 📋

```
 15    15                 <packaging>pom</packaging>
 16    16                 <name>openCypher Front End Parent</name>
 17    17                 <description>Project that builds the openCypher front end modules</description>
 18              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
       18        +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 19    19
 20    20                 <properties>
 21    21                     <licensing.prepend.text>licensing/notice-asl-prefix.txt</licensing.prepend.text>
```

2 ▮▮ ░░ community/cypher/front-end/util/pom.xml 📋

```
 14    14                 <name>openCypher Utils</name>
 15    15
 16    16                 <description>Cypher utilities</description>
 17              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
       17        +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 18    18
 19    19                 <properties>
 20    20                     <license-text.header>headers/ASL-2-header.txt</license-text.header>
```

8 ▮▮▮ ░ community/cypher/interpreted-runtime/pom.xml 📋

```
 14    14                 <name>ONgDB - Cypher Interpreted Runtime</name>
 15    15
 16    16                 <description>The traditional cypher interpreted runtime</description>
 17              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
       17        +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 18    18
 19    19                 <scm>
 20              -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
```

N4J_019836

```
21          -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22          -        <url>https://github.com/neo4j/neo4j</url>
      20    +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      21    +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      22    +        <url>https://github.com/graphfoundation/ongdb</url>
23    23            </scm>
24    24
25    25            <properties>
```

8 ■■■■ community/cypher/ir-3.5/pom.xml

```
14    14            <name>ONgDB - Cypher Intermediate Representation</name>
15    15
16    16            <description>The intermediate representations, such as the query graph</description>
17          -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17    +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18
19    19            <scm>
20          -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21          -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22          -        <url>https://github.com/neo4j/neo4j</url>
      20    +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      21    +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      22    +        <url>https://github.com/graphfoundation/ongdb</url>
23    23            </scm>
24    24
25    25            <properties>
```

8 ■■■■ community/cypher/planner-spi-3.5/pom.xml

```
14    14            <name>ONgDB - Cypher Planner SPI</name>
15    15
16    16            <description>Cypher planner SPI</description>
17          -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17    +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18
19    19            <scm>
20          -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21          -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22          -        <url>https://github.com/neo4j/neo4j</url>
```

N4J_019837

```
20 +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
21 +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
22 +        <url>https://github.com/graphfoundation/ongdb</url>
23 23       </scm>
24 24
25 25       <properties>
```

8 ▮▮▮▮ community/cypher/pom.xml 📋

```
15 15       <packaging>pom</packaging>
16 16       <name>ONgDB - Community Cypher Build</name>
17 17       <description>Project that builds the Neo4j Cypher modules as part of the Community distribution.</description>
18    -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
   18 +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19 19
20 20       <properties>
21 21         <licensing.prepend.text>licensing/notice-gpl-prefix.txt</licensing.prepend.text>
22 22         <license-text.header>headers/GPL-3-header.txt</license-text.header>
23 23       </properties>
24 24
25 25       <scm>
26    -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27    -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28    -        <url>https://github.com/neo4j/neo4j</url>
   26 +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
   27 +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
   28 +        <url>https://github.com/graphfoundation/ongdb</url>
29 29       </scm>
30 30
31 31       <profiles>
```

8 ▮▮▮▮ community/cypher/runtime-util/pom.xml 📋

```
14 14       <name>ONgDB - Cypher Runtime Utilities</name>
15 15
16 16       <description>Cypher runtime utilities</description>
17    -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
   17 +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18 18
19 19       <scm>
```

N4J_019838

```
20          -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
21          -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
22          -    <url>https://github.com/neo4j/neo4j</url>
     20     +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     21     +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     22     +    <url>https://github.com/graphfoundation/ongdb</url>
23   23        </scm>
24   24
25   25        <properties>
```

8 ▮▮▮▯▯ community/cypher/spec-suite-tools/pom.xml 📋

```
16   16        <version>3.6.0-SNAPSHOT</version>
17   17        <name>ONgDB - Cypher Specification Suite Tools</name>
18   18        <description>ONgDB query language test suite tools</description>
19          -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     19     +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
20   20
21   21        <scm>
22          -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
23          -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
24          -    <url>https://github.com/neo4j/neo4j</url>
     22     +    <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     23     +    <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     24     +    <url>https://github.com/graphfoundation/ongdb</url>
25   25        </scm>
26   26
27   27        <properties>
```

8 ▮▮▮▯▯ community/data-collector/pom.xml 📋

```
20   20        <packaging>jar</packaging>
21   21        <name>ONgDB - Data Collector</name>
22   22        <description>The Neo4j data collector daemon.</description>
23          -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     23     +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24   24
25   25        <scm>
26          -    <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27          -    <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
```

N4J_019839

```
28          -      <url>https://github.com/neo4j/neo4j</url>
      26    +      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27    +      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28    +      <url>https://github.com/graphfoundation/ongdb</url>
28    29          </scm>
30    30
31    31          <licenses>
```

∨  4 ■■■□  community/dbms/pom.xml  📋

```
21    21          <description>
22    22              This component provides management functionality and product surface for Neo4j instances.
23    23          </description>
24          -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
      24    +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
25    25          <packaging>jar</packaging>
26    26
27    27          <scm>
28          -          <url>https://github.com/neo4j/neo4j/tree/3.0/community/dbms</url>
      28    +          <url>https://github.com/graphfoundation/ongdb/tree/3.0/community/dbms</url>
29    29          </scm>
30    30
31    31          <licenses>
```

∨  8 ■■■□  community/diagnostics/pom.xml  📋

```
20    20          <packaging>jar</packaging>
21    21          <name>ONgDB - Diagnostics</name>
22    22          <description>Diagnostics registration and logging.</description>
23          -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
      23    +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
24    24
25    25          <scm>
26          -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27          -          <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28          -          <url>https://github.com/neo4j/neo4j</url>
      26    +          <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27    +          <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28    +          <url>https://github.com/graphfoundation/ongdb</url>
29    29          </scm>
```

N4J_019840

Replacing Neo4j' URL with the equivalent graphfoundation/ongdb GitHub ...

```
 30   30          <licenses>
 31   31      <licenses>
```

▼  6 ██ ██ community/fulltext-index/pom.xml 📋

```
 24   24          </properties>
 25   25
 26   26          <scm>
 27      -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 28      -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 29      -            <url>https://github.com/neo4j/neo4j</url>
      27 +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      28 +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      29 +            <url>https://github.com/graphfoundation/ongdb</url>
 30   30          </scm>
 31   31
 32   32          <licenses>
```

▼  8 ██ ██ community/graph-algo/pom.xml 📋

```
 23   23      <packaging>jar</packaging>
 24   24      <name>ONgDB - Graph Algorithms</name>
 25   25      <description>Graph algorithms for Neo4j.</description>
 26      -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      26 +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 27   27
 28   28      <scm>
 29      -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 30      -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 31      -            <url>https://github.com/neo4j/neo4j</url>
      29 +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      30 +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      31 +            <url>https://github.com/graphfoundation/ongdb</url>
 32   32      </scm>
 33   33
 34   34      <licenses>
```

▼  8 ██ ██ community/graphdb-api/pom.xml 📋

```
 20   20      <packaging>jar</packaging>
```

N4J_019841



```
21  21      <name>ONgDB - Graph Database API</name>
22  22      <description>Graph Database API for Neo4j.</description>
23      -   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    23  +   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

24  24
25  25      <scm>
26      -       <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27      -       <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28      -       <url>https://github.com/neo4j/neo4j</url>
    26  +       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27  +       <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28  +       <url>https://github.com/graphfoundation/ongdb</url>
29  29      </scm>
30  30
31  31      <licenses>
```

8 ▮▮▮▮ community/import-tool/pom.xml 🗋

```
20  20      <packaging>jar</packaging>
21  21      <name>ONgDB - Import Command Line Tool</name>
22  22      <description>Command line tool for importing data into Neo4j.</description>
23      -   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    23  +   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

24  24
25  25      <scm>
26      -       <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27      -       <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28      -       <url>https://github.com/neo4j/neo4j</url>
    26  +       <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27  +       <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28  +       <url>https://github.com/graphfoundation/ongdb</url>
29  29      </scm>
30  30
31  31      <licenses>
```

8 ▮▮▮▮ community/index/pom.xml 🗋

```
19  19      <packaging>jar</packaging>
20  20      <name>ONgDB - Native index</name>
21  21      <description>Native index for Neo4j.</description>
```



N4J_019842

| 22 | | - | `<url>`http://`components.neo4j`.org/${project.artifactId}/${project.version}`</url>` |
| | 22 | + | `<url>`https://`ongdb.graphfoundation`.org/${project.artifactId}/${project.version}`</url>` |
| 23 | 23 | | |
| 24 | 24 | | `<scm>` |
| 25 | | - | `<connection>`scm:git:git://github.com/`neo4j/neo4j`.git`</connection>` |
| 26 | | - | `<developerConnection>`scm:git:git@github.com:`neo4j/neo4j`.git`</developerConnection>` |
| 27 | | - | `<url>`https://github.com/`neo4j/neo4j`</url>` |
| | 25 | + | `<connection>`scm:git:git://github.com/`graphfoundation/ongdb`.git`</connection>` |
| | 26 | + | `<developerConnection>`scm:git:git@github.com:`graphfoundation/ongdb`.git`</developerConnection>` |
| | 27 | + | `<url>`https://github.com/`graphfoundation/ongdb`</url>` |
| 28 | 28 | | `</scm>` |
| 29 | 29 | | |
| 30 | 30 | | `<licenses>` |

∨ 8 ▩▩▩▩ community/io/pom.xml 📋

| 20 | 20 | | `<packaging>`jar`</packaging>` |
| 21 | 21 | | `<name>`ONgDB - IO`</name>` |
| 22 | 22 | | `<description>`Input/output abstraction layer for Neo4j.`</description>` |
| 23 | | - | `<url>`http://`components.neo4j`.org/${project.artifactId}/${project.version}`</url>` |
| | 23 | + | `<url>`https://`ongdb.graphfoundation`.org/${project.artifactId}/${project.version}`</url>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | - | `<connection>`scm:git:git://github.com/`neo4j/neo4j`.git`</connection>` |
| 27 | | - | `<developerConnection>`scm:git:git@github.com:`neo4j/neo4j`.git`</developerConnection>` |
| 28 | | - | `<url>`https://github.com/`neo4j/neo4j`</url>` |
| | 26 | + | `<connection>`scm:git:git://github.com/`graphfoundation/ongdb`.git`</connection>` |
| | 27 | + | `<developerConnection>`scm:git:git@github.com:`graphfoundation/ongdb`.git`</developerConnection>` |
| | 28 | + | `<url>`https://github.com/`graphfoundation/ongdb`</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

∨ 2 ▩▩▩ community/jmx/README.txt 📋

| ... | ... | | @@ -1,3 +1,3 @@ |
| 1 | 1 | | This component exposes a JMX interface to the Neo4j kernel. |
| 2 | 2 | | It is optional and loaded as a kernel extension. |
| 3 | | - | For more information, see http://`components.neo4j`.org/neo4j-management/ |

N4J_019843

```
  3          + For more information, see https://ongdb.graphfoundation.org/neo4j-management/
```

## ⌄ 8 ▮▮▮▯ community/jmx/pom.xml ▢

```
13    13          <name>ONgDB - JMX support</name>
14    14          <description>Management support using JMX.</description>
16        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      16    +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17    17
18    18          <properties>
19    19              <license-text.header>headers/GPL-3-header.txt</license-text.header>
24    24          <packaging>jar</packaging>
25    25
26    26          <scm>
27        -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28        -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29        -           <url>https://github.com/neo4j/neo4j</url>
      27    +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      28    +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      29    +           <url>https://github.com/graphfoundation/ongdb</url>
30    30          </scm>
31    31
32    32          <licenses>
```

## ⌄ 8 ▮▮▮▯ community/kernel-api/pom.xml ▢

```
20    20          <packaging>jar</packaging>
21    21          <name>ONgDB - Kernel API</name>
22    22          <description>Internal API of the Neo4j Kernel</description>
23        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23    +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24    24
25    25          <scm>
26        -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27        -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28        -           <url>https://github.com/neo4j/neo4j</url>
      26    +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27    +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28    +           <url>https://github.com/graphfoundation/ongdb</url>
```

N4J_019844

Replacing Neo4j URLs with equivalent legal graphfoundation/ongdb ... · GitHub

```
29   29        </scm>
30   30
31   31        <licenses>
```

#### ⌄ 8 ▣▣▣▫ community/kernel/pom.xml 📋

```
17   17        store data structured as graphs rather than tables. For more
18   18        information, see http://neo4j.org.
19   19        </description>
20    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     20   +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
21   21
22   22        <properties>
23   23            <license-text.header>headers/GPL-3-header.txt</license-text.header>
28   28        <packaging>jar</packaging>
29   29
30   30        <scm>
31    -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
32    -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
33    -            <url>https://github.com/neo4j/neo4j</url>
     31   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     32   +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     33   +            <url>https://github.com/graphfoundation/ongdb</url>
34   34        </scm>
35   35
36   36        <licenses>
```

#### ⌄ 8 ▣▣▣▫ community/legacy/pom.xml 📋

```
21   21        <packaging>jar</packaging>
22   22        <name>ONgDB - Legacy</name>
23   23        <description>Legacy code needed at runtime for compatibility reasons only.</description>
24    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     24   +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25   25
26   26        <scm>
27    -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28    -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29    -            <url>https://github.com/neo4j/neo4j</url>
     27   +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

N4J_019845

```
28      +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
29      +        <url>https://github.com/graphfoundation/ongdb</url>
30  30           </scm>
31  31
32  32           <licenses>
```

### 8 ▓▓▓░ community/logging/pom.xml 📋

```
20  20           <packaging>jar</packaging>
21  21           <name>ONgDB - Logging</name>
22  22           <description>Logging interfaces and basic logger implementations.</description>
23      -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    23  +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24  24
25  25           <scm>
26      -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27      -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28      -            <url>https://github.com/neo4j/neo4j</url>
    26  +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
    27  +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
    28  +            <url>https://github.com/graphfoundation/ongdb</url>
29  29           </scm>
30  30
31  31           <licenses>
```

### 8 ▓▓▓░ community/lucene-index/pom.xml 📋

```
13  13           <description>
14  14           Integration layer between Neo4j and Lucene, providing one possible implementation of the Index API.
15  15           </description>
16      -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    16  +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17  17
18  18           <properties>
19  19               <license-text.header>headers/GPL-3-header.txt</license-text.header>
24  24           <packaging>jar</packaging>
25  25
26  26           <scm>
27      -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28      -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
```

N4J_019846

```
 29              -        <url>https://github.com/neo4j/neo4j</url>
          27    +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
          28    +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
          29    +        <url>https://github.com/graphfoundation/ongdb</url>
 30       30             </scm>
 31       31
 32       32             <licenses>
```

```
  ∨  8  ▮▮▮▮▯  community/neo4j-community/pom.xml  📋
```

```
 13       13             <name>ONgDB - Community (Bill of Materials)</name>
 14       14             <packaging>pom</packaging>
 15       15
 16              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
          16    +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 17       17             <description>A project with bill-of-materials POM containing ONgDB Community Edition dependencies.</description>
 18       18
 19       19             <properties>
 22       22             </properties>
 23       23
 24       24             <scm>
 25              -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 26              -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 27              -            <url>https://github.com/neo4j/neo4j</url>
          25    +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
          26    +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
          27    +            <url>https://github.com/graphfoundation/ongdb</url>
 28       28             </scm>
 29       29
 30       30             <dependencies>
```

```
  ∨  8  ▮▮▮▮▯  community/neo4j-harness/pom.xml  📋
```

```
 17       17             <name>ONgDB - Test Harness</name>
 18       18             <description>Components for writing integration tests with Neo4j.</description>
 19       19
 20              -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
          20    +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 21       21
 22       22             <properties>
```

N4J_019847



```
23    23              <license-text.header>headers/GPL-3-header.txt</license-text.header>
26    26        </properties>
27    27
28    28        <scm>
29     -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
30     -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
31     -            <url>https://github.com/neo4j/neo4j</url>
      29     +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      30     +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      31     +            <url>https://github.com/graphfoundation/ongdb</url>
32    32        </scm>
33    33
34    34        <licenses>
```

> 8 🟩🟩🟩⬜  community/neo4j-slf4j/pom.xml 📋

```
20    20        <packaging>jar</packaging>
21    21        <name>ONgDB - SLF4J Neo4j Binding</name>
22    22        <description>SLF4J binding for Neo4j Logging.</description>
23     -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23     +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24    24
25    25        <scm>
26     -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27     -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28     -            <url>https://github.com/neo4j/neo4j</url>
      26     +            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27     +            <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28     +            <url>https://github.com/graphfoundation/ongdb</url>
29    29        </scm>
30    30
31    31        <licenses>
```



> 8 🟩🟩🟥⬜  community/neo4j/pom.xml 📋

```
13    13        <name>ONgDB - Community</name>
14    14        <packaging>jar</packaging>
15    15
16     -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      16     +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
```

N4J_019848

```
  17    17         <description>ONgDB Community Edition</description>
  18    18
  19    19         <properties>
  23    23         </properties>
  24    24
  25    25         <scm>
  26       -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
  27       -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
  28       -         <url>https://github.com/neo4j/neo4j</url>
        26 +         <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
        27 +         <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
        28 +         <url>https://github.com/graphfoundation/ongdb</url>
  29    29         </scm>
  30    30
  31    31         <licenses>
```

∨  2 ▓▓▓░░░  community/pom.xml  📋

```
  15    15         <name>ONgDB - Community Build</name>
  16    16         <packaging>pom</packaging>
  17    17         <description>Project that builds the ONgDB Community Edition distribution.</description>
  18       -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        18 +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
  19    19
  20    20         <properties>
  21    21             <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

∨  8 ▓▓▓▓░░  community/procedure-api/pom.xml  📋

```
  20    20         <packaging>jar</packaging>
  21    21         <name>ONgDB - Procedure API</name>
  22    22         <description>Procedure API for Neo4j.</description>
  23       -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
        23 +       <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
  24    24
  25    25         <scm>
  26       -         <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
  27       -         <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
  28       -         <url>https://github.com/neo4j/neo4j</url>
        26 +         <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

N4J_019849

| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

### ⌄ 8 ▇▇▇▇▢ community/procedure-compiler/pom.xml ⧉

| 18 | 18 | | `<name>ONgDB - Procedure Compiler Parent POM</name>` |
| 19 | 19 | | `<description>ONgDB Stored Procedure compile-time annotation processor</description>` |
| 20 | 20 | | |
| 21 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 21 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 22 | 22 | | |
| 23 | 23 | | `<scm>` |
| 24 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 25 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 26 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 24 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 25 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 26 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 27 | 27 | | `</scm>` |
| 28 | 28 | | |
| 29 | 29 | | `<licenses>` |

### ⌄ 8 ▇▇▇▇▢ community/push-to-cloud/pom.xml ⧉

| 13 | 13 | | `<name>ONgDB - Push To Cloud - Admin command</name>` |
| 14 | 14 | | `<description>ONgDB Admin command for pushing a database to the Neo4j cloud service</description>` |
| 15 | 15 | | `<packaging>jar</packaging>` |
| 16 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 16 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 17 | 17 | | |
| 18 | 18 | | `<properties>` |
| 19 | 19 | | `<licensing.prepend.text>licensing/notice-asl-prefix.txt</licensing.prepend.text>` |
| 22 | 22 | | `</properties>` |
| 23 | 23 | | |
| 24 | 24 | | `<scm>` |
| 25 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 26 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |

N4J_019850

Replacing Neo4j URL with ONgDB's equivalent graph foundation/ongdb repo on GitHub

```
27         -        <url>https://github.com/neo4j/neo4j</url>
      25   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      26   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      27   +        <url>https://github.com/graphfoundation/ongdb</url>
28    28          </scm>
29    29
30    30          <licenses>
```

> 8 ▮▮▮▯ community/random-values/pom.xml 📋

```
21    21          <packaging>jar</packaging>
22    22          <name>ONgDB - Random Value</name>
23    23          <description>Utility for generating random values</description>
24         -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      24   +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25    25
26    26          <scm>
27         -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28         -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29         -        <url>https://github.com/neo4j/neo4j</url>
      27   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      28   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      29   +        <url>https://github.com/graphfoundation/ongdb</url>
30    30          </scm>
31    31
32    32          <licenses>
```

> 8 ▮▮▮▯ community/resource/pom.xml 📋

```
20    20          <packaging>jar</packaging>
21    21          <name>ONgDB - Resource interface</name>
22    22          <description>Resource interface for Neo4j.</description>
23         -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23   +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24    24
25    25          <scm>
26         -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27         -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28         -        <url>https://github.com/neo4j/neo4j</url>
      26   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

N4J_019851

```
27    +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
28    +        <url>https://github.com/graphfoundation/ongdb</url>
29    29        </scm>
30    30
31    31        <licenses>
```

8 ■■■□□ community/security/pom.xml

```
20    20        <packaging>jar</packaging>
21    21        <name>ONgDB - Security</name>
22    22        <description>Authentication, Authorization, Encryption and related components.</description>
23    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23    +   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
24    24
25    25        <scm>
26    -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27    -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28    -            <url>https://github.com/neo4j/neo4j</url>
      26    +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27    +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28    +        <url>https://github.com/graphfoundation/ongdb</url>
29    29        </scm>
30    30
31    31        <licenses>
```

8 ■■■□□ community/server-api/pom.xml

```
14    14        <packaging>jar</packaging>
15    15        <name>ONgDB - Server API</name>
16    16        <description>Interfaces and baseclasses needed to create your own extensions.</description>
17    -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17    +   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18
19    19        <properties>
20    20            <license-text.header>headers/GPL-3-header.txt</license-text.header>
23    23        </properties>
24    24
25    25        <scm>
26    -            <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27    -            <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
```

N4J_019852

Replacing Neo4j URLs with their ONgDB equivalent · graphfoundation/ongdb@783efe2 · GitHub

| 28 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

∨ 6 ▰▰▰ community/server-plugin-test/pom.xml 📋

| 23 | 23 | | `<packaging>jar</packaging>` |
| 24 | 24 | | |
| 25 | 25 | | `<scm>` |
| 26 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 27 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 28 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 26 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |
| | 27 | + | `<developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>` |
| | 28 | + | `<url>https://github.com/graphfoundation/ongdb</url>` |
| 29 | 29 | | `</scm>` |
| 30 | 30 | | |
| 31 | 31 | | `<licenses>` |

∨ 8 ▰▰▰ community/server/pom.xml 📋

| 13 | 13 | | `<version>3.6.0-SNAPSHOT</version>` |
| 14 | 14 | | `<name>ONgDB - Server</name>` |
| 15 | 15 | | `<description>Standalone Neo4j server application.</description>` |
| 16 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 16 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 17 | 17 | | |
| 18 | 18 | | `<packaging>jar</packaging>` |
| 19 | 19 | | |
| 33 | 33 | | `</properties>` |
| 34 | 34 | | |
| 35 | 35 | | `<scm>` |
| 36 | | - | `<connection>scm:git:git://github.com/neo4j/neo4j.git</connection>` |
| 37 | | - | `<developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>` |
| 38 | | - | `<url>https://github.com/neo4j/neo4j</url>` |
| | 36 | + | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |

N4J_019853

```
 37   37  +      <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
 38   38  +      <url>https://github.com/graphfoundation/ongdb</url>
 39   39         </scm>
 40   40
 41   41         <licenses>
```

### 8 ▮▮▮▮ community/spatial-index/pom.xml 📋

```
 20   20         <packaging>jar</packaging>
 21   21         <name>ONgDB - Native Spatial Index</name>
 22   22         <description>Native spatial index for Neo4j.</description>
 23        -     <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23  +     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 24   24
 25   25         <scm>
 26        -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 27        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 28        -        <url>https://github.com/neo4j/neo4j</url>
      26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28  +        <url>https://github.com/graphfoundation/ongdb</url>
 29   29         </scm>
 30   30
 31   31         <licenses>
```

### 8 ▮▮▮▮ community/ssl/pom.xml 📋

```
 20   20         <packaging>jar</packaging>
 21   21         <name>ONgDB - SSL</name>
 22   22         <description>Common SSL functionality</description>
 23        -     <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      23  +     <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
 24   24
 25   25         <scm>
 26        -        <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
 27        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
 28        -        <url>https://github.com/neo4j/neo4j</url>
      26  +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
      27  +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
      28  +        <url>https://github.com/graphfoundation/ongdb</url>
```

N4J_019854





```
    </scm>

    <licenses>
```

8 community/udc/pom.xml

```
    <version>3.6.0-SNAPSHOT</version>

    <description>Collects simple statistics about server deployment.</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <properties>
      <license-text.header>headers/GPL-3-header.txt</license-text.header>
    <packaging>jar</packaging>

    <scm>
-     <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
-     <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
-     <url>https://github.com/neo4j/neo4j</url>
+     <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
+     <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
+     <url>https://github.com/graphfoundation/ongdb</url>
    </scm>

    <licenses>
```

2 community/unsafe/pom.xml

```
    <name>ONgDB - Unsafe Access</name>
    <description>Internal component that provides access to unsafe memory
      intrinsics</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <licenses>
      <license>
```

8 community/values/pom.xml

```
21   21        <packaging>jar</packaging>
22   22        <name>ONgDB - Value</name>
23   23        <description>ONgDB property value system.</description>
24     -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     24   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
25   25
26   26        <scm>
27     -          <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
28     -          <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
29     -          <url>https://github.com/neo4j/neo4j</url>
     27   +        <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     28   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     29   +        <url>https://github.com/graphfoundation/ongdb</url>
30   30        </scm>
31   31
32   32        <licenses>
```

### 2 ▮▮▯ enterprise/backup/pom.xml

```
14   14        <name>ONgDB - Backup Tool</name>
15   15        <description>Command line tool for grabbing backups from a running Neo4j instance</description>
16   16        <packaging>jar</packaging>
17     -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19        <properties>
20   20          <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

### 2 ▮▮▯ .../java/org/neo4j/backup/impl/OpenEnterpriseBackupSupportingClassesFactoryProviderTest.java

```
27   27        import static org.junit.Assert.assertEquals;
28   28        import static org.neo4j.backup.impl.OpenEnterpriseBackupSupportingClassesFactoryProvider.getProvidersByPriority;
29   29
30     -      // See: https://github.com/neo4j/neo4j/blob/3.4/enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupSupportingClassesFactoryProviderTe
     30   +      // See: https://github.com/graphfoundation/ongdb/blob/3.4/enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupSupportingClassesFactory
31   31        public class OpenEnterpriseBackupSupportingClassesFactoryProviderTest
32   32        {
33   33            public static Collection<BackupSupportingClassesFactoryProvider> allAvailableSupportingClassesFactories()
```

N4J_019856



4 enterprise/causal-clustering/pom.xml

```
        as a cluster, providing cluster with RAFT consensus for the core machines and eventual
        consistency for the read replicas.
    </description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
    <packaging>jar</packaging>

    <properties>
    </properties>

    <scm>
-       <url>https://github.com/neo4j/neo4j/tree/3.1/enterprise/causal-clustering</url>
+       <url>https://github.com/graphfoundation/ongdb/tree/3.1/enterprise/causal-clustering</url>
    </scm>

    <licenses>
```

2 ...g/src/main/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolver.java

```
 * More information is also available at:
 * https://neo4j.com/licensing/
 *
- * See: https://github.com/neo4j/neo4j/blob/3.5.0-beta03/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Initia
+ * See: https://github.com/graphfoundation/ongdb/blob/3.5.0-beta03/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/disco
 */
package org.neo4j.causalclustering.discovery;

```

2 ...ring/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastConfiguration.java

```
 * along with this program. If not, see <http://www.gnu.org/licenses/>.

 *
- * Modified from :  https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Ha
+ * Modified from :  https://github.com/graphfoundation/ongdb/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/di
 */

```

```
24   24        package org.neo4j.causalclustering.discovery;
```

**...ing/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastContextFactory.java**

```
17   17         * You should have received a copy of the GNU Affero General Public License
18   18         * along with this program. If not, see <http://www.gnu.org/licenses/>.
19   19         *
20      -        * Modified from https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Hazel
     20   +        * Modified from https://github.com/graphfoundation/ongdb/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/disco
21   21         */
22   22
23   23        package org.neo4j.causalclustering.discovery;
```

**.../causal-clustering/src/main/java/org/neo4j/commandline/dbms/UnbindFromClusterCommand.java**

```
66   66            {
67   67                return fromFile( configDir.resolve( Config.DEFAULT_CONFIG_FILE_NAME ) )
68   68                        .withSetting( GraphDatabaseSettings.active_database, databaseName )
69      -                    .withHome( homeDir )  // See https://github.com/neo4j/neo4j/blob/e645c5036342579c86ec29e9c8ee50d4e0203f75/community/io/src/test
     69   +                    .withHome( homeDir )  // See https://github.com/graphfoundation/ongdb/blob/e645c5036342579c86ec29e9c8ee50d4e0203f75/community/:
70   70                        .withConnectorsDisabled()
71   71                        .withNoThrowOnFileLoadFailure()
72   72                        .build();
```

**...ring/src/test/java/org/neo4j/causalclustering/core/OpenEnterpriseCoreEditionModuleIT.java**

```
14   14         * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15   15         * GNU Affero General Public License for more details.
16   16         *
17      -        * Reference: https://github.com/neo4j/neo4j/blob/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/EnterpriseCore
18      -        * https://github.com/neo4j/neo4j/blob/fc43ec9b0d751b2a1654866a6cd1927268294351/community/neo4j/src/test/java/org/neo4j/graphdb/factory/module/
     17   +        * Reference: https://github.com/graphfoundation/ongdb/blob/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/Ente
     18   +        * https://github.com/graphfoundation/ongdb/blob/fc43ec9b0d751b2a1654866a6cd1927268294351/community/neo4j/src/test/java/org/neo4j/graphdb/fact
19   19         */
20   20
21   21        package org.neo4j.causalclustering.core;
```

N4J_019858



2 enterprise/cluster/pom.xml

```
    <name>ONgDB - Clustering Infrastructure</name>
    <description>Library implementing Paxos and Heartbeat components required for High Availability Neo4j</description>
    <packaging>jar</packaging>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <properties>
      <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

2 enterprise/cypher/acceptance-spec-suite/pom.xml

```
    <version>3.6.0-SNAPSHOT</version>
    <name>ONgDB - Cypher Acceptance, enterprise edition</name>
    <description>ONgDB - Cypher Acceptance Specification Suite, enterprise edition</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <scm>
      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

2 enterprise/cypher/compatibility-spec-suite/pom.xml

```
    <version>3.6.0-SNAPSHOT</version>
    <name>ONgDB - Cypher Compatibility Specification Suite, enterprise edition</name>
    <description>ONgDB query language compatibility suite, enterprise edition</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>

    <scm>
      <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

2 enterprise/cypher/compiled-expressions/pom.xml

```
    <version>3.6.0-SNAPSHOT</version>
    <name>ONgDB - Compiled Expressions</name>
    <description>Module for compiling expressions</description>
-   <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
+   <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
```

Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 244 of 337

```
17  17        <properties>
18  18            <licensing.prepend.text>licensing/notice-agpl-prefix.txt</licensing.prepend.text>
19  19
```

**2 ▇▇ enterprise/cypher/cypher/pom.xml** 📋

```
15  15        <version>3.6.0-SNAPSHOT</version>
16  16        <name>ONgDB - Enterprise Cypher</name>
17  17        <description>ONgDB query language</description>
18   -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    18 +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19  19
20  20        <scm>
21  21            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

**2 ▇▇ ...ise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseRuntimeFactory.scala** 📋

```
24  24
25  25    import org.neo4j.cypher.CypherRuntimeOption
26  26    import org.neo4j.cypher.internal.compatibility.{CypherRuntime, FallbackRuntime, InterpretedRuntime, ProcedureCallOrSchemaCommandRuntime}
27   -  // See: https://github.com/neo4j/neo4j/blob/e95e701325c53995a186b9222ff8cca022410286/community/cypher/cypher/src/main/scala/org/neo4j/in
    27 +  // See: https://github.com/graphfoundation/ongdb/blob/e95e701325c53995a186b9222ff8cca022410286/community/cypher/cypher/src/main/scala/org/neo4j/in
28  28    object EnterpriseRuntimeFactory {
29  29        val interpreted = new FallbackRuntime[EnterpriseRuntimeContext](List(ProcedureCallOrSchemaCommandRuntime, InterpretedRuntime), CypherRuntime
30  30        val slotted = new FallbackRuntime[EnterpriseRuntimeContext](List(ProcedureCallOrSchemaCommandRuntime,SlottedRuntime, InterpretedRuntime), Cyp
```

**2 ▇▇ enterprise/cypher/morsel-runtime/pom.xml** 📋

```
15  15        <version>3.6.0-SNAPSHOT</version>
16  16        <name>ONgDB - Cypher Morsel Runtime</name>
17  17        <description>Parallel runtime for Cypher</description>
18   -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
    18 +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19  19
20  20        <properties>
21  21            <license-text.header>headers/AGPL-3-header.txt</license-text.header>
```

**2 ▇▇ enterprise/cypher/physical-planning/pom.xml** 📋

N4J_019860

Replacing Neo4j URL with ongdb's equivalent. · graphfoundation/ongdb@783efe2 · GitHub

```
15   15        <version>3.6.0-SNAPSHOT</version>
16   16        <name>ONgDB - Cypher Physical Planning</name>
17   17        <description>A runtime for Neo4j's query language</description>
18   -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19   19
20   20        <properties>
21   21            <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 ▣▣▢ enterprise/cypher/pom.xml

```
15   15        <packaging>pom</packaging>
16   16        <name>ONgDB - Enterprise Cypher Build</name>
17   17        <description>Project that builds the Neo4j Cypher modules as part of the Enterprise distribution.</description>
18   -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19   19
20   20        <properties>
21   21            <licensing.prepend.text>licensing/notice-agpl-prefix.txt</licensing.prepend.text>
```

2 ▣▣▢ enterprise/cypher/slotted-runtime/pom.xml

```
15   15        <version>3.6.0-SNAPSHOT</version>
16   16        <name>ONgDB - Cypher Slotted Runtime</name>
17   17        <description>Planner for the physical query plans</description>
18   -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
19   19
20   20        <properties>
21   21            <license-text.header>headers/GPL-3-header.txt</license-text.header>
```

2 ▣▣▢ ...rc/main/scala/org/neo4j/cypher/internal/runtime/slotted/ArrayResultExecutionContext.scala

```
109  109          resultArray
110  110        }
111  111
112  -      // See: https://github.com/neo4j/neo4j/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/inter
     112  +  // See: https://github.com/graphfoundation/ongdb/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/run
113  113        // We are just overriding it right now.
114  114        override def copyCachedFrom(input: ExecutionContext): Unit = fail()
```

N4J_019861



2 ...me/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/SlottedExecutionContext.scala

```

  // Overriding the 2 methods below.
- // See: https://github.com/neo4j/neo4j/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/inter
+ // See: https://github.com/graphfoundation/ongdb/blob/3.5.1/community/cypher/interpreted-runtime/src/main/scala/org/neo4j/cypher/internal/run
  /**
   *
   * @param input
```

2 ...main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/ValueHashJoinSlottedPipe.scala

```
import org.neo4j.cypher.internal.v3_5.util.attribution.Id
import org.neo4j.values.AnyValue
import org.neo4j.values.storable.Values.NO_VALUE
- // See:  https://github.com/neo4j/neo4j/blob/2df152552eae2164934ccc2f8f6174fe46848b5f/community/cypher/interpreted-runtime/src/main/scala/org/n
+ // See:  https://github.com/graphfoundation/ongdb/blob/2df152552eae2164934ccc2f8f6174fe46848b5f/community/cypher/interpreted-runtime/src/main/s
case class ValueHashJoinSlottedPipe(leftSide: Expression,
                                    rightSide: Expression,
                                    left: Pipe,
```

2 enterprise/deferred-locks/pom.xml

```
  </properties>

  <scm>
-   <url>https://github.com/neo4j/neo4j/tree/3.0/enterprise/deferred-locks</url>
+   <url>https://github.com/graphfoundation/ongdb/tree/3.0/enterprise/deferred-locks</url>
  </scm>

  <licenses>
```

2 enterprise/ha/pom.xml

```
16    16        <description>This component provides the means to set up a cluster of Neo4j instances that act together
17    17          as a cluster, providing Master-Slave replication and other features.
18    18        </description>
19       -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}/</url>
      19   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}/</url>
20    20        <packaging>jar</packaging>
21    21
22    22        <properties>
```

2 ▮▮▯ enterprise/management/README.txt 📋

```
...   ...   @@ -1,3 +1,3 @@
1     1     This component extends the Neo4j JMX component with management support for
2     2     the Neo4j graph database.
3     -     For more information, see http://components.neo4j.org/neo4j-management/
      3   +     For more information, see https://ongdb.graphfoundation.org/neo4j-management/
```

2 ▮▮▯ enterprise/management/pom.xml 📋



```
13    13        <name>ONgDB - Graph DB Monitoring and Management tools</name>
14    14        <description>Management support using JMX.</description>
15    15
16       -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      16   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
17    17
18    18        <packaging>jar</packaging>
19    19
```

2 ▮▮▯ enterprise/neo4j-enterprise/pom.xml 📋



```
14    14        <name>ONgDB - Enterprise</name>
15    15
16    16        <packaging>jar</packaging>
17       -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
      17   +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18    18        <description>A meta package containing the most used Neo4j Enterprise libraries. Intended use: as a Maven dependency.
19    19        </description>
20    20
```

N4J_019863



| | | | enterprise/neo4j-harness-enterprise/pom.xml |
|---|---|---|---|
| 17 | 17 | | `<name>ONgDB - Enterprise Test Harness</name>` |
| 18 | 18 | | `<description>Components for writing integration tests with Neo4j.</description>` |
| 19 | 19 | | |
| 20 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 20 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 21 | 21 | | |
| 22 | 22 | | `<properties>` |
| 23 | 23 | | `<license-text.header>headers/AGPL-3-header.txt</license-text.header>` |
| 26 | 26 | | `</properties>` |
| 27 | 27 | | |
| 28 | 28 | | `<scm>` |
| 29 | | - | `<url>https://github.com/neo4j/neo4j/tree/master/enterprise/neo4j-harness</url>` |
| | 29 | + | `<url>https://github.com/graphfoundation/ongdb/tree/master/enterprise/neo4j-harness</url>` |
| 30 | 30 | | `</scm>` |
| 31 | 31 | | |
| 32 | 32 | | `<licenses>` |



| | | | enterprise/pom.xml |
|---|---|---|---|
| 15 | 15 | | `<name>ONgDB - Enterprise Build</name>` |
| 16 | 16 | | `<packaging>pom</packaging>` |
| 17 | 17 | | `<description>Project that builds the Neo4j Enterprise distribution.</description>` |
| 18 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 18 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 19 | 19 | | |
| 20 | 20 | | `<scm>` |
| 21 | 21 | | `<connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>` |

| | | | enterprise/procedure-compiler-enterprise-tests/pom.xml |
|---|---|---|---|
| 14 | 14 | | |
| 15 | 15 | | `<name>ONgDB - Procedure Compiler Enterprise tests</name>` |
| 16 | 16 | | `<description>ONgDB Stored Procedure compile-time annotation processor</description>` |
| 17 | | - | `<url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>` |
| | 17 | + | `<url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>` |
| 18 | 18 | | |
| 19 | 19 | | `<properties>` |
| 20 | 20 | | `<license-text.header>headers/AGPL-3-header.txt</license-text.header>` |

N4J_019864

## 2 ▐▐ enterprise/query-logging/pom.xml 📋

```
14   14        <name>ONgDB - Query Logging</name>
15   15        <description>Extension for logging queries to a separate query log file</description>
16   16        <packaging>jar</packaging>
17      -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17  +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19        <scm>
20   20            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

## 2 ▐▐ enterprise/server-enterprise/pom.xml 📋

```
14   14        <name>ONgDB - Enterprise Server</name>
15   15        <description>Standalone Neo4j server application.</description>
16   16        <url>
17      -      <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     17  +      <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
18   18
19   19        <packaging>jar</packaging>
20   20
```

## 2 ▐▐ ...e/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.java 📋

```
32   32        import org.neo4j.server.database.GraphFactory;
33   33
34   34        /**
35      -      * See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.ja
     35  +      * See https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBoots
36   36        */
37   37        public class EnterpriseBootstrapper extends CommunityBootstrapper
38   38        {
```

## 2 ▐▐ ...ise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java 📋

```
20   20        import org.neo4j.server.BlockingBootstrapper;
21   21        import org.neo4j.server.Bootstrapper;
22   22        import org.neo4j.server.ServerBootstrapper;
23      -      // See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java
```

```
     23         23    +  // See https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntry
     24         24
     25         25       public class EnterpriseEntryPoint
     26         26       {
```

4 ■■■□ ...rise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java

```
     23         23       /**
     24         24        * See
     25         25
     26            -     * https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java
     27            -     * https://github.com/neo4j/neo4j/blob/625e26f3f0a46a52085b5d65600c5521ca80a34d/community/server/src/main/java/org/neo4j/server/rest/management
                26    +     * https://github.com/graphfoundation/ongdb/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer
                27    +     * https://github.com/graphfoundation/ongdb/blob/625e26f3f0a46a52085b5d65600c5521ca80a34d/community/server/src/main/java/org/neo4j/server/rest.
     28         28        */
     29         29       public class EnterpriseNeoServer extends OpenEnterpriseNeoServer
     30         30       {
```

2 ■■□□ .../server-enterprise/src/main/java/org/neo4j/server/enterprise/OpenEnterpriseNeoServer.java

```
     23         23        * https://neo4j.com/licensing/
     24         24        */
     25         25       /*
     26            -     * Note: Check for changes to how the server is registered here: https://github.com/neo4j/neo4j/blob/ba4e188d51e027a7e7870d511044ea940cf0455
                26    +     * Note: Check for changes to how the server is registered here: https://github.com/graphfoundation/ongdb/blob/ba4e188d51e027a7e7870d511044e
     27         27        */
     28         28       package org.neo4j.server.enterprise;
     29         29
```

6 ■■■□ packaging/standalone/pom.xml

```
     20         20          <description>This project assembles the Neo4j stand-alone distribution,
     21         21             pulling together all the deliverable artifacts and packaging them
     22         22             into a downloadable installer.</description>
     23            -        <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
                23    +        <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
     24         24
```

```
25   25        <scm>
26   26            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
27        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28        -        <url>https://github.com/neo4j/neo4j</url>
     27   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     28   +        <url>https://github.com/graphfoundation/ongdb</url>
29   29        </scm>
30   30
31   31        <modules>
```

---

**6** ▇▇▇ packaging/standalone/standalone-community/pom.xml 📋

```
18   18            pulling together all the deliverable artifacts and packaging them
19   19            into a downloadable installer.
20   20        </description>
21        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     21   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
22   22
23   23        <scm>
24   24            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
25        -        <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
26        -        <url>https://github.com/neo4j/neo4j</url>
     25   +        <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     26   +        <url>https://github.com/graphfoundation/ongdb</url>
27   27        </scm>
28   28
29   29        <properties>
```

---

**2** ▇▇ packaging/standalone/standalone-enterprise/pom.xml 📋

```
17   17        <description>This project assembles the Neo4j Enterprise stand-alone distribution,
18   18            pulling together all the deliverable artifacts and packaging them
19   19            into a downloadable installer.</description>
20        -    <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     20   +    <url>https://ongdb.graphfoundation.org/${project.artifactId}/${project.version}</url>
21   21
22   22        <scm>
23   23            <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
```

0 comments on commit 783efe2

N4J_019867

Please sign in to comment.

N4J_019868

**EXHIBIT 29**



# graphfoundation / ongdb

<> Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

bb3ac43867 ▾ | Go to file | Code ▾

**bradnussbaum** Replace Neo4j with ONgDB ... ✕ on Apr 17 | 61,361

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Replace Neo4j w/ ONgDB | 7 months ago |
| .mvn | Add the maven-profiler extension | 4 years ago |
| build-resources | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| build | Fixes to checkstyle | 6 months ago |
| community | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| enterprise | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| integrationtests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| packaging | Replacing 'Neo4j' URLs with 'ONgDB' equivalents | 6 months ago |
| stresstests | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| tools | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |
| .gitignore | Bump checkstyle version to 8.26 | 11 months ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 3 years ago |
| CONTRIBUTING.md | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 7 months ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate... | 2 years ago |
| README.asciidoc | Replace Neo4j with ONgDB | 6 months ago |
| pom.xml | Removing use of 'Neo4j in 'Neo4j Community Edition' and 'N... | 6 months ago |

## About

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits.

www.graphfoundation.org/project...

Readme

AGPL-3.0 License

## Releases 293

3.5.19 Latest
on Aug 12

+ 292 releases

## Packages

No packages published

## Contributors 182

README.asciidoc



+ 171 contributors

**Languages**

- **Java** 81.4%
- **Scala** 17.6%
- **PowerShell** 0.3%
- **Gherkin** 0.3%
- **Shell** 0.2%
- **Roff** 0.2%

BUILD STATUS: **SUCCESS**

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the |
| --- | --- |

N4J_019870

AGPLv3.

## Dependencies

Neo4j is built using [Apache Maven](#) version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"` .

macOS users need to have [Homebrew](#) installed.

### With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

[https://sdkman.io/](https://sdkman.io/)

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O https://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

N4J_019871

# Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [ONgDB documentation](#).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

# Running ONgDB

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want, then:

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run:

```
bin\neo4j start
```

N4J_019872

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start Neo4j.

## Neo4j Desktop

Neo4j Desktop is a convenient way for developers to work with local Neo4j databases.

To install Neo4j Desktop, go to Neo4j Download Center and follow the instructions.

## Licensing

ONgDB Community Edition is an open source product licensed under GPLv3.

ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB IDE code style configs can be found at http://neo4j.github.io/ or under the build/ folder of this repository.

**EXHIBIT 30**



graphfoundation / ongdb

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

# Replace Neo4j with ONgDB

3.6 | 3.6.0 ... 3.6.0.M2

Browse files

bradnussbaum committed on Apr 17 | 1 parent 156f7dc | commit bb3ac438672b7b8ef947c847d629dd7eae1abb6e

Showing 1 changed file with 4 additions and 4 deletions.

Unified | Split

8 README.asciidoc

| Old | Old content | New | New content |
|---|---|---|---|
| 12 | | 12 | |
| 13 | Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online]. | 13 | Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online]. |
| 14 | | 14 | |
| 15 | - == Extending ONgDB & Neo4j == | 15 | + == Extending ONgDB == |
| 16 | Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or https://console.neo4j.org[try online]. | 16 | Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or https://console.neo4j.org[try online]. |
| 17 | | 17 | |
| 18 | - We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. | 18 | + We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. |
| 19 | | 19 | |
| 20 | NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition (link:enterprise/[enterprise/]) is licensed under the AGPLv3. | 20 | NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition (link:enterprise/[enterprise/]) is licensed under the AGPLv3. |
| 21 | | 21 | |
| 65 | * If you are running into problems building on Windows you can try | 65 | * If you are running into problems building on Windows you can try |

```
 66      building Neo4j in a Ubuntu virtual machine.          66      building Neo4j in a Ubuntu virtual machine.
          * You may need to increase the memory available to Maven: `export              * You may need to increase the memory available to Maven: `export
         MAVEN_OPTS="-Xmx512m"`.                                    MAVEN_OPTS="-Xmx512m"`.
 67                                                          67
 68    - == Running ONgDB & Neo4j ==                         68    + == Running ONgDB ==
 69                                                          69
 70      After running a `mvn clean install`, `cd` into      70      After running a `mvn clean install`, `cd` into
         `packaging/standalone/target` and extract the version you want, then:    `packaging/standalone/target` and extract the version you want, then:
 71                                                          71
 99                                                          99
100                                                         100
101      == Misc ==                                         101      == Misc ==
102    - ONgDB & Neo4j IDE code style configs can be found at    102    + ONgDB IDE code style configs can be found at
103      http://neo4j.github.io/ or under the build/ folder of this    103      http://neo4j.github.io/ or under the build/ folder of this
         repository.                                                repository.
104                                                         104
```

**0 comments on commit** `bb3ac43`

Please sign in to comment.

N4J_019875

**EXHIBIT 31**



graphfoundation / ongdb

‹› Code    ⊙ Issues 3    ⑂ Pull requests 2    ▷ Actions    ▦ Projects    📖 Wiki    🛡 Security    📈 Insights

✕ **Replace Neo4j with ONgDB**                                              **Browse files**

⑂ 3.6    🏷 3.6.0   ...   3.6.0.M2

👤 bradnussbaum committed on Apr 17    1 parent 156f7dc    commit bb3ac438672b7b8ef947c847d629dd7eae1abb6e

📄 Showing 1 changed file with 4 additions and 4 deletions.                 Unified   Split

∨  8 🟩🟩🟥🟥▢  README.asciidoc 📋

                                        ⋰
                                        ⋮

BUILD STATUS: SUCCESS

## Using ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

| Extending ONgDB & Neo4j

| Extending ONgDB

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

N4J_019876



## Dependencies

Neo4j is built using [Apache Maven](#) version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.



- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [ONgDB documentation](#).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB & Neo4j

## Running ONgDB

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want, then:



## Misc

ONgDB ~~& Neo4j~~ IDE code style configs can be found at [http://neo4j.github.io/](http://neo4j.github.io/) or under the build/ folder of this repository.

**0 comments on commit** `bb3ac43`

Please sign in to comment.

N4J_019878

**EXHIBIT 32**



graphfoundation / **ongdb**

<> Code | Issues 3 | Pull requests | Actions | Projects | Wiki | Security | Insights

b13754c750 | ongdb / README.asciidoc | Go to file | ...

**bradnussbaum** Updating readme ✓ Latest commit b13754c on Apr 21 History

23 contributors +11

123 lines (76 sloc) | 5.18 KB Raw Blame

BUILD STATUS: SUCCESS

# ONgDB - fork of Neo4j Enterprise: Graphs for Everyone

Open Native Graph DB (ONgDB) is a fork of the neo4j project that continues development of the neo4j enterprise codebase as a fully open source project after Neo4j Inc's Open Core Shift that closed ongoing development and removed existing source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

Learn more about our open source mission at The Graph Foundation website.

## Using ONgDB

ONgDB is available as a standalone server, an embeddable component or a Docker image. You can download distributions from our CDN or pull images from DockerHub.

# Extending ONgDB

We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. The Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
| --- | --- |

# Dependencies

ONgDB is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

macOS users need to have Homebrew installed.

### With brew on macOS

```
brew install maven
```

Please note that we do not support building Debian packages on macOS.

### With apt-get on Ubuntu

### With SDKMan

Building ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

N4J_019880

On top of that, to build Debian packages:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
```

## Building ONgDB

Before you start running the unit and integration tests in the ONgDB Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [ONgDB documentation](#).

- If you are running into problems building on Windows you can try building ONgDB in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running ONgDB

After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want. If you are not building from source you can start from a [published release](#).

### Linux/macOS

On Linux/macOS you want to run:

```
bin/ongdb start
```

N4J_019881

in the extracted folder to start ONgDB on `localhost:7474` .

## Windows

On Windows you want to run:

```
bin\ongdb start
```

in the extracted folder to start ONgDB on `localhost:7474` .

## Maven

If you are not interested in the tarballs and just want to run ONgDB you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run:

```
mvn clean compile exec:java
```

to start ONgDB.

## Docker

To run with Docker execute the following:

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

to start `localhost:7474` . See DockerHub for published release tags and more details.

# Licensing

ONgDB Community Edition is an open source product licensed under GPLv3.

ONgDB Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository.

## Misc

ONgDB IDE code style configs can be found at under the build/ folder of this repository.

https://github.com/graphfoundation/ongdb/blob/b13754c7505b82cc63860d176344cd1da207cb7a/README.asciidoc

N4J_019883

**EXHIBIT 33**



graphfoundation / **ongdb**

Code | Issues 3 | Pull requests | Actions | Projects | Wiki | Security | Insights

## Updating readme

3.6 | 3.6.0 ... 3.6.0.M2

Browse files

**bradnussbaum** committed on Apr 21 1 parent bebf43d commit b13754c7505b82cc63860d176344cd1da207cb7a

Showing **1 changed file** with **49 additions** and **30 deletions**.

Unified Split

79 README.asciidoc

@@ -1,27 +1,36 @@

| Old | | New | |
|---|---|---|---|
| 1 | image::https://bamboo.graphfoundation.org/plugins/servlet/wittified/build-status/ONGDB-ONGDB[Build Status] | 1 | image::https://bamboo.graphfoundation.org/plugins/servlet/wittified/build-status/ONGDB-ONGDB[Build Status] |
| 2 | | 2 | |
| 3 | - = ONgDB - Neo4j Enterprise Fork: Graphs for Everyone = | 3 | + = ONgDB - fork of Neo4j Enterprise: Graphs for Everyone = |
| 4 | | 4 | |
| 5 | - https://neo4j.com[Neo4j] is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables -- yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs. | 5 | + https://graphfoundation.org/projects/ongdb/[Open Native Graph DB (ONgDB)] is a fork of the https://github.com/neo4j/neo4j[neo4j project] |
| | | 6 | + that continues development of the neo4j enterprise codebase as a fully open source project after |
| | | 7 | + https://graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/[Neo4j Inc's Open Core Shift] |
| | | 8 | + that closed ongoing development and removed existing source code. |
| 6 | | 9 | |
| 7 | - Learn more on the https://neo4j.com[Neo4j website]. | 10 | + ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, |
| | | 11 | + including high availability clustering, ACID transactions, and uses |

N4J_019884

| | | | | |
|---|---|---|---|---|
| | | 12 | + | the intuitive, pattern-centric open cypher query language. |
| | | | + | Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. |
| | | 13 | + | For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases. |
| 8 | | 14 | | |
| 9 | - | Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website] | 15 | + | Learn more about our open source mission at https://graphfoundation.org[The Graph Foundation website]. |
| 10 | | 16 | | |
| 11 | | == Using ONgDB == | 17 | | == Using ONgDB == |
| 12 | | 18 | | |
| 13 | - | Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online]. | 19 | + | ONgDB is available as a standalone server, an embeddable component or a Docker image. |
| | | | 20 | + | You can https://graphfoundation.org/projects/ongdb/[download distributions] from our CDN or |
| | | | 21 | + | https://hub.docker.com/r/graphfoundation/ongdb[pull images] from DockerHub. |
| 14 | | 22 | | |
| 15 | | == Extending ONgDB == | 23 | | == Extending ONgDB == |
| 16 | - | Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or https://console.neo4j.org[try online]. | 24 | + | We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, |
| | | | 25 | + | or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. |
| 17 | | 26 | | |
| 18 | - | We encourage experimentation with ONgDB. You can build extensions to ONgDB, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. | 27 | + | NOTE: This GitHub repository contains mixed GPL and AGPL code. The Community edition (in the link:community/[community/] directory) is GPLv3. |
| 19 | - | | 28 | + | The Enterprise edition (link:enterprise/[enterprise/]) is licensed under the AGPLv3. |
| 20 | - | NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition (link:enterprise/[enterprise/]) is licensed under the AGPLv3. | | | |
| 21 | | 29 | | |

N4J_019885

| | | | |
|---|---|---|---|
| 22 | == Dependencies == | 30 | == Dependencies == |
| 23 | | 31 | |
| 24 | - Neo4j is built using https://maven.apache.org/[Apache Maven] version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`. | 32 | + ONgDB is built using https://maven.apache.org/[Apache Maven] version 3.3 and a recent version of supported VM. |
| | | 33 | + Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`. |
| 25 | | 34 | |
| 26 | macOS users need to have https://brew.sh/[Homebrew] installed. | 35 | macOS users need to have https://brew.sh/[Homebrew] installed. |
| 27 | | 36 | |
| 36 | | 45 | |
| 37 | === With SDKMan === | 46 | === With SDKMan === |
| 38 | | 47 | |
| 39 | - Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. | 48 | + Building ONgDB can be tricky with other JDKs such as open JDK. |
| 40 | Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation. | 49 | Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation. |
| 41 | | 50 | |
| 42 | https://sdkman.io/ | 51 | https://sdkman.io/ |
| 46 | | 55 | |
| 47 | apt install maven openjdk-8-jdk | 56 | apt install maven openjdk-8-jdk |
| 48 | | 57 | |
| 49 | - On top of that, to build Debian packages and Neo4j Desktop: | 58 | + On top of that, to build Debian packages: |
| 50 | | 59 | |
| 51 | apt install debhelper devscripts dos2unix dpkg make xmlstarlet | 60 | apt install debhelper devscripts dos2unix dpkg make xmlstarlet |
| 52 | - # You will need a license for install4j, which is only needed for Neo4j Desktop | | |
| 53 | - curl -O https://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb | | |
| 54 | - dpkg -i install4j_linux_6_1_4.deb | | |
| 55 | | 61 | |
| 56 | == Building ONgDB == | 62 | == Building ONgDB == |
| 57 | | 63 | |
| 58 | - Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. | 64 | + Before you start running the unit and integration tests in the ONgDB Maven project on a Linux-like system, |
| | | 65 | + you should ensure your limit on open files is set to a reasonable |

Updating README - graphfoundation/ongdb@b13754c · GitHub

| | | | |
|---|---|---|---|
| | | 66 | + value.<br>+ You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. |
| 59 | | 67 | |
| 60 | * A plain `mvn clean install` will only build the individual jar files. | 68 | * A plain `mvn clean install` will only build the individual jar files. |
| 61 | * Test execution is, of course, part of the build. | 69 | * Test execution is, of course, part of the build. |
| 62 | * In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`. | 70 | * In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`. |
| 63 | * To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven. | 71 | * To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven. |
| 64 | * To build the documentation see the https://github.com/graphfoundation/ongdb-documentation/[ONgDB documentation]. | 72 | * To build the documentation see the https://github.com/graphfoundation/ongdb-documentation/[ONgDB documentation]. |
| 65 | - * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine. | 73 | + * If you are running into problems building on Windows you can try building ONgDB in a Ubuntu virtual machine. |
| 66 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. | 74 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. |
| 67 | | 75 | |
| 68 | == Running ONgDB == | 76 | == Running ONgDB == |
| 69 | | | |
| 70 | - After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want, then: | 78 | + After running a `mvn clean install`, `cd` into `packaging/standalone/target` and extract the version you want. |
| | | 79 | + If you are not building from source you can start from a https://github.com/graphfoundation/ongdb/releases[published release]. |
| | | 80 | + |
| | | 81 | + === Linux/macOS |
| | | 82 | + On Linux/macOS you want to run: |
| 71 | | 83 | |
| 72 | -   bin/neo4j start | 84 | +   bin/ongdb start |
| 73 | | 85 | |
| 74 | - in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run: | 86 | + in the extracted folder to start ONgDB on `localhost:7474`. |
| 75 | | 87 | |
| 76 | -   bin\neo4j start | 88 | + === Windows |
| | | 89 | + On Windows you want to run: |
| 77 | | 90 | |
| 78 | - instead. | 91 | +   bin\ongdb start |
| 79 | | 92 | |

N4J_019887

| 80 | - Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then `cd` into `community/server` and run: | 93 | + in the extracted folder to start ONgDB on `localhost:7474`. |
|---|---|---|---|
| | | 94 | + |
| | | 95 | + === Maven |
| | | 96 | + If you are not interested in the tarballs and just want to run ONgDB you can instead run a `mvn clean install -DminimalBuild` |
| | | 97 | + and then `cd` into `community/server` and run: |
| 81 | | 98 | |
| 82 | mvn clean compile exec:java | 99 | mvn clean compile exec:java |
| 83 | | 100 | |
| 84 | - to start Neo4j. | 101 | + to start ONgDB. |
| 85 | | 102 | |
| 86 | - == Neo4j Desktop == | 103 | + === Docker |
| | | 104 | + To run with Docker execute the following: |
| 87 | | 105 | |
| 88 | - Neo4j Desktop is a convenient way for developers to work with local Neo4j databases. | 106 | + docker run \ |
| | | 107 | + --publish=7474:7474 --publish=7687:7687 \ |
| | | 108 | + --volume=$HOME/ongdb/data:/data \ |
| | | 109 | + graphfoundation/ongdb:3.6 |
| 89 | | 110 | |
| 90 | - To install Neo4j Desktop, go to https://neo4j.com/download-center/[Neo4j Download Center] and follow the instructions. | 111 | + to start `localhost:7474`. See https://hub.docker.com/repository/docker/graphfoundation/ongdb[Docker Hub] for published release tags and more details. |
| 91 | | 112 | |
| 92 | == Licensing == | 113 | == Licensing == |
| 93 | | 114 | |
| 97 | | 118 | |
| 98 | ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository. | 119 | ONgDB Enterprise Edition consists of modules from ONgDB Community Edition and modules licensed under AGPLv3 in this repository. |
| 99 | | 120 | |
| 100 | - | | |
| 101 | == Misc == | 121 | == Misc == |
| 102 | - ONgDB IDE code style configs can be found at | 122 | + ONgDB IDE code style configs can be found at under the build/ folder of this repository. |
| 103 | - http://neo4j.github.io/ or under the build/ folder of this repository. | | |
| 104 | | 123 | |

**0 comments on commit** `b13754c`

Please sign in to comment.

N4J_019889

**EXHIBIT 34**



Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 280 of 337

graphfoundation / **ongdb**

Code | Issues 3 | Pull requests 2 | Actions | Projects | Wiki | Security | Insights

## Initial neo4j-oe integration. We are first integrating neo4j-oe keepi…

Browse files

…ng the class names, etc. The next step is to merge the OpenEnterprise* files into the counter parts they extended to be in line with how the code was before Neo4j Inc started it's behavior.

3.6 | 3.6.0 … 3.5.1

**jmsuhy** authored and **bradnussbaum** committed on Jan 17, 2019 · 1 parent efaffce · commit 9e7fc5af8290da97481c8e218c0ba8603bff179f

Showing 38 changed files with **1,962 additions** and **46 deletions**.

Unified | Split

6 build-resources/src/main/resources/checkstyle/checkstyle.xml

```diff
     <property name="charset" value="UTF-8"/>
     <property name="fileExtensions" value="java"/>

-    <!-- Require license headers (GPL, AGPL or Apache 2.0) -->
-    <module name="RegexpSingleline">
+    <!-- Require license headers (GPL, AGPL or Apache 2.0) with either Neo4j or GraphFoundation -->
+    <!--<module name="RegexpSingleline">
       <property name="format"
                 value="^(\s|\*)*Copyright \(c\) 2002-[0-9]{4} &quot;Neo4j,&quot;"/>
       <property name="minimum" value="1"/>
       <property name="maximum" value="1"/>
       <property name="message" value="Missing, wrong or duplicated license header"/>
-    </module>
+    </module>-->

     <!-- Prohibit tabs -->
     <module name="FileTabCharacter">
```

48 ...kup/src/main/java/org/neo4j/backup/impl/OpenEnterpriseBackupSupportingClassesFactory.java

N4J_019609

```
@@ -0,0 +1,48 @@
1   + /*
2   +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3   +  *
4   +  * The included source code can be redistributed and/or modified under the terms of the
5   +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6   +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7   +  *
8   +  * This program is distributed in the hope that it will be useful,
9   +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10  +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11  +  * GNU Affero General Public License for more details.
12  +  *
13  +  */
14  +
15  + package org.neo4j.backup.impl;
16  +
17  + import org.neo4j.causalclustering.handlers.PipelineWrapper;
18  + import org.neo4j.causalclustering.handlers.SecurePipelineWrapperFactory;
19  + import org.neo4j.kernel.configuration.Config;
20  + import org.neo4j.kernel.configuration.ssl.SslPolicyLoader;
21  + import org.neo4j.kernel.impl.enterprise.configuration.OnlineBackupSettings;
22  + import org.neo4j.kernel.impl.util.Dependencies;
23  +
24  + /**
25  +  * This file allows us to create our on SecurePipelineWrapperFactory object.
26  +  * The default BackupSupportingClassesFactory.createPipelineWrapper method returns a VoidPipelineWrapperFactory
27  +  * We simply create a SecurePipelineWrapper
28  +  */
29  + public class OpenEnterpriseBackupSupportingClassesFactory extends BackupSupportingClassesFactory
30  + {
31  +     OpenEnterpriseBackupSupportingClassesFactory( BackupModule backupModule )
32  +     {
33  +         super( backupModule );
34  +     }
35  +
36  +     /**
37  +      * @param config
38  +      * @return
```

N4J_019610

```
39    +    */
40    +    protected PipelineWrapper createPipelineWrapper( Config config )
41    +    {
42    +        SecurePipelineWrapperFactory factory = new SecurePipelineWrapperFactory();
43    +        Dependencies deps = new Dependencies();
44    +        deps.satisfyDependencies( new Object[]{SslPolicyLoader.create( config, this.logProvider )} );
45    +        return factory.forClient( config, deps, this.logProvider, OnlineBackupSettings.ssl_policy );
46    +    }
47    + }
48    +
```

<div>
  <span>⌄</span> 47 ■■■■ ...main/java/org/neo4j/backup/impl/OpenEnterpriseBackupSupportingClassesFactoryProvider.java  📋
</div>

```
...   ...   @@ -0,0 +1,47 @@
1     + /*
2     +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3     +  *
4     +  * The included source code can be redistributed and/or modified under the terms of the
5     +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6     +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7     +  *
8     +  * This program is distributed in the hope that it will be useful,
9     +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10    +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11    +  * GNU Affero General Public License for more details.
12    +  *
13    +  */
14    +
15    + package org.neo4j.backup.impl;
16    +
17    + /**
18    +  *
19    +  */
20    + public class OpenEnterpriseBackupSupportingClassesFactoryProvider extends BackupSupportingClassesFactoryProvider
21    + {
22    +     /**
23    +      *
24    +      */
25    +     public OpenEnterpriseBackupSupportingClassesFactoryProvider()
```

N4J_019611

```
26  +      {
27  +          super( "open-enterprise-backup-support-provider" );
28  +      }
29  +
30  +      /**
31  +       * @param backupModule
32  +       * @return
33  +       */
34  +      public BackupSupportingClassesFactory getFactory( BackupModule backupModule )
35  +      {
36  +          return new OpenEnterpriseBackupSupportingClassesFactory( backupModule );
37  +      }
38  +
39  +      /**
40  +       * @return
41  +       */
42  +      protected int getPriority()
43  +      {
44  +          return super.getPriority() + 100;
45  +      }
46  + }
47  +
```

52 ▬▬▬▬ .../java/org/neo4j/backup/impl/OpenEnterpriseBackupSupportingClassesFactoryProviderTest.java 📋

@@ -0,0 +1,52 @@

```
1   + package org.neo4j.backup.impl;
2   +
3   + /*
4   +  * Copyright (c) 2002-2018 "Neo4j,"
5   +  * Neo4j Sweden AB [http://neo4j.com]
6   +  *
7   +  * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
8   +  *
9   +  * See: https://github.com/neo4j/neo4j/blob/3.4/enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupSupportingClassesFactoryProviderTes
10  +  */
11  +
12  + import org.junit.Test;
13  +
```

N4J_019612

```java
14  +  import java.util.Collection;
15  +  import java.util.function.Predicate;
16  +
17  +  import static java.util.stream.Collectors.toList;
18  +  import static org.junit.Assert.assertEquals;
19  +  import static org.neo4j.backup.impl.OpenEnterpriseBackupSupportingClassesFactoryProvider.getProvidersByPriority;
20  +
21  +  public class OpenEnterpriseBackupSupportingClassesFactoryProviderTest
22  +  {
23  +      public static Collection<BackupSupportingClassesFactoryProvider> allAvailableSupportingClassesFactories()
24  +      {
25  +          return getProvidersByPriority().collect( toList() );
26  +      }
27  +
28  +      public static <DESIRED extends BackupSupportingClassesFactoryProvider> Collection<DESIRED> findInstancesOf( Class<DESIRED> desiredClass,
29  +              Collection<? extends BackupSupportingClassesFactoryProvider> collection )
30  +      {
31  +          return collection.stream().filter( isOfClass( desiredClass ) ).map( i -> (DESIRED) i ).collect( toList() );
32  +      }
33  +
34  +      private static Predicate<BackupSupportingClassesFactoryProvider> isOfClass( Class<? extends BackupSupportingClassesFactoryProvider> desired
35  +      {
36  +          return factory -> desiredClass.equals( factory.getClass() );
37  +      }
38  +
39  +      @Test
40  +      public void canLoadDefaultSupportingClassesFactory()
41  +      {
42  +
43  +          assertEquals( 1, findInstancesOf( OpenEnterpriseBackupSupportingClassesFactoryProvider.class, allAvailableSupportingClassesFactories()
44  +          assertEquals( 3, allAvailableSupportingClassesFactories().size() );
45  +      }
46  +
47  +      @Test
48  +      public void testDefaultModuleIsPrioritisedOverDummyModule()
49  +      {
50  +          assertEquals( OpenEnterpriseBackupSupportingClassesFactoryProvider.class, getProvidersByPriority().findFirst().get().getClass() );
51  +      }
52  +  }
```

N4J_019613

Case 5:19-cv-06226-EJD ... state/OpenEnterpriseCoreEditionModule.java ... We are doing integration neo4j ... graphfoundation/ongdb@9e7fc5af · GitHub

```
  91  ████  ...tering/src/main/java/org/neo4j/causalclustering/core/OpenEnterpriseCoreEditionModule.java
```

```
 ...   ...   @@ -0,0 +1,91 @@
   1   + /*
   2   +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
   3   +  *
   4   +  * The included source code can be redistributed and/or modified under the terms of the
   5   +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
   6   +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
   7   +  *
   8   +  * This program is distributed in the hope that it will be useful,
   9   +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
  10   +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
  11   +  * GNU Affero General Public License for more details.
  12   +  *
  13   +  */
  14   +
  15   + package org.neo4j.causalclustering.core;
  16   +
  17   + import org.neo4j.causalclustering.core.state.ClusterStateDirectory;
  18   + import org.neo4j.causalclustering.core.state.ClusteringModule;
  19   + import org.neo4j.causalclustering.discovery.DiscoveryServiceFactory;
  20   + import org.neo4j.causalclustering.discovery.SecureHazelcastDiscoveryServiceFactory;
  21   + import org.neo4j.causalclustering.handlers.DuplexPipelineWrapperFactory;
  22   + import org.neo4j.causalclustering.handlers.SecurePipelineWrapperFactory;
  23   + import org.neo4j.graphdb.factory.module.PlatformModule;
  24   + import org.neo4j.io.layout.DatabaseLayout;
  25   + import org.neo4j.kernel.configuration.ssl.SslPolicyLoader;
  26   + import org.neo4j.kernel.impl.enterprise.EnterpriseEditionModule;
  27   + import org.neo4j.kernel.impl.proc.Procedures;
  28   + import org.neo4j.kernel.impl.util.Dependencies;
  29   + import org.neo4j.ssl.SslPolicy;
  30   +
  31   + //import org.neo4j.kernel.api.bolt.BoltConnectionTracker;
  32   + //import org.neo4j.kernel.impl.enterprise.StandardBoltConnectionTracker;
  33   + //import org.neo4j.kernel.impl.factory.PlatformModule;
  34   +
  35   + /**
  36   +  *
```

10/8/2020                    Case 5:19-cv-06226-EJD    Document 89    Filed 11/25/20    Page 286 of 337 GitHub

Add CoreUpgradeIntegration. We are not integrating neo4j-tested... · graphfoundation/ongdb@9e7fc5a · GitHub

```java
37   + */
38   + public class OpenEnterpriseCoreEditionModule extends EnterpriseCoreEditionModule
39   + {
40   +     /**
41   +      * @param platformModule
42   +      * @param discoveryServiceFactory
43   +      */
44   +     OpenEnterpriseCoreEditionModule( PlatformModule platformModule, DiscoveryServiceFactory discoveryServiceFactory )
45   +     {
46   +         super( platformModule, discoveryServiceFactory );
47   +
48   +     }
49   +
50   +     /**
51   +      *
52   +      * @param platformModule
53   +      * @param procedures
54   +      */
55   +     public void createSecurityModule( PlatformModule platformModule, Procedures procedures )
56   +     {
57   +         EnterpriseEditionModule.createEnterpriseSecurityModule( this, platformModule, procedures );
58   +     }
59   +
60   +     /**
61   +      *
62   +      * @param platformModule
63   +      * @param discoveryServiceFactory
64   +      * @param clusterStateDirectory
65   +      * @param identityModule
66   +      * @param dependencies
67   +      * @param databaseLayout
68   +      * @return
69   +      */
70   +     protected ClusteringModule getClusteringModule( PlatformModule platformModule, DiscoveryServiceFactory discoveryServiceFactory,
71   +             ClusterStateDirectory clusterStateDirectory, IdentityModule identityModule, Dependencies dependencies, DatabaseLayout databaseLayou
72   +     {
73   +         SslPolicyLoader sslPolicyFactory = (SslPolicyLoader) dependencies.satisfyDependency( SslPolicyLoader.create( this.config, this.logProv
74   +         SslPolicy sslPolicy = sslPolicyFactory.getPolicy( (String) this.config.get( CausalClusteringSettings.ssl_policy ) );
75   +         if ( discoveryServiceFactory instanceof SecureHazelcastDiscoveryServiceFactory )
76   +         {
```

N4J_019615

ftr-core/pa...Degradation. We are still integrating neo4j ... dep ... gra ... foundation/ongdb@9e7fc5a · GitHub

```
77    +                   ((SecureHazelcastDiscoveryServiceFactory) discoveryServiceFactory).setSslPolicy( sslPolicy );
78    +               }
79    +
80    +               return new ClusteringModule( discoveryServiceFactory, identityModule.myself(), platformModule, clusterStateDirectory.get(), databaseLay
81    +           }
82    +
83    +           /**
84    +            * @return SecurePipelineWrapperFactory
85    +            */
86    +           protected DuplexPipelineWrapperFactory pipelineWrapperFactory()
87    +           {
88    +               return new SecurePipelineWrapperFactory();
89    +           }
90    +   }
91    +
```

⌄ 54 ▰▰▰▰ ...tering/src/main/java/org/neo4j/causalclustering/core/OpenEnterpriseCoreGraphDatabase.java 📋

... | ... | @@ -0,0 +1,54 @@

```
 1    + /*
 2    +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
 3    +  *
 4    +  * The included source code can be redistributed and/or modified under the terms of the
 5    +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
 6    +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
 7    +  *
 8    +  * This program is distributed in the hope that it will be useful,
 9    +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10    +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11    +  * GNU Affero General Public License for more details.
12    +  *
13    +  */
14    +
15    + package org.neo4j.causalclustering.core;
16    +
17    + import java.io.File;
18    + import java.util.function.Function;
19    +
```

ongdb/OpenEnterpriseCoreGraphDatabase.java at 9e7fc5af8290da97481c8e218c0ba8603bff179f · graphfoundation/ongdb · GitHub

```
20  + import org.neo4j.causalclustering.discovery.DiscoveryServiceFactory;
21  + import org.neo4j.causalclustering.discovery.SecureHazelcastDiscoveryServiceFactory;
22  + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory;
23  + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory.Dependencies;
24  + import org.neo4j.graphdb.factory.module.PlatformModule;
25  + import org.neo4j.graphdb.factory.module.edition.AbstractEditionModule;
26  + import org.neo4j.kernel.configuration.Config;
27  + import org.neo4j.kernel.impl.factory.DatabaseInfo;
28  +
29  + public class OpenEnterpriseCoreGraphDatabase extends CoreGraphDatabase
30  + {
31  +     /**
32  +      * @param storeDir
33  +      * @param config
34  +      * @param dependencies
35  +      */
36  +     public OpenEnterpriseCoreGraphDatabase( File storeDir, Config config, Dependencies dependencies )
37  +     {
38  +         this( storeDir, config, dependencies, new SecureHazelcastDiscoveryServiceFactory() );
39  +     }
40  +
41  +     /**
42  +      * @param storeDir
43  +      * @param config
44  +      * @param dependencies
45  +      * @param discoveryServiceFactory
46  +      */
47  +     public OpenEnterpriseCoreGraphDatabase( File storeDir, Config config, Dependencies dependencies, DiscoveryServiceFactory discoveryServiceFa
48  +     {
49  +         Function<PlatformModule,AbstractEditionModule> factory =
50  +             platformModule -> new OpenEnterpriseCoreEditionModule( platformModule, discoveryServiceFactory );
51  +
52  +         (new GraphDatabaseFacadeFactory( DatabaseInfo.CORE, factory )).initFacade( storeDir, config, dependencies, this );
53  +     }
54  + }
```

25 ▰▰▰▰ ...ing/src/main/java/org/neo4j/causalclustering/discovery/SecureDiscoveryServiceFactory.java

··· ···   @@ -0,0 +1,25 @@

10/8/2020

Case 5:19-cv-06326-EJD   Document 89   Filed 11/25/20   Page 289 of 337

ongdb-legacy/SecureDiscoveryServiceFactory.java at 9e7fc5af8290da97481c8e218c0ba8603bff179f · graphfoundation/ongdb-legacy · GitHub

```
1   + /*
2   + * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3   + *
4   + * The included source code can be redistributed and/or modified under the terms of the
5   + * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6   + * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7   + *
8   + * This program is distributed in the hope that it will be useful,
9   + * but WITHOUT ANY WARRANTY; without even the implied warranty of
10  + * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11  + * GNU Affero General Public License for more details.
12  + *
13  + */
14  + package org.neo4j.causalclustering.discovery;
15  +
16  + import org.neo4j.ssl.SslPolicy;
17  +
18  + /**
19  + * Implement an interface to allow for future expansion from just Hazelcast for clustering.
20  + */
21  + public interface SecureDiscoveryServiceFactory extends DiscoveryServiceFactory
22  + {
23  +     void setSslPolicy( SslPolicy sslPolicy );
24  + }
25  +
```

⌄ 50 ▮▮▮▮ ...ng/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastClientConnector.java 📋

... | ... | @@ -0,0 +1,50 @@

```
1   + /**
2   + * Copyright (c) 2018 "GraphFoundation" <https://graphfoundation.org>
3   + * <p>
4   + * Neo4j is free software: you can redistribute it and/or modify
5   + * it under the terms of the GNU Affero General Public License as
6   + * published by the Free Software Foundation, either version 3 of the
7   + * License, or (at your option) any later version.
8   + * <p>
9   + * This program is distributed in the hope that it will be useful,
10  + * but WITHOUT ANY WARRANTY; without even the implied warranty of
```

```
11   +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
12   +  * GNU Affero General Public License for more details.
13   +  * <p>
14   +  * You should have received a copy of the GNU Affero General Public License
15   +  * along with this program. If not, see <http://www.gnu.org/licenses/>.
16   +  **/
17   + package org.neo4j.causalclustering.discovery;
18   +
19   + import com.hazelcast.client.config.ClientNetworkConfig;
20   +
21   + import org.neo4j.kernel.configuration.Config;
22   + import org.neo4j.logging.LogProvider;
23   + import org.neo4j.ssl.SslPolicy;
24   +
25   + public class SecureHazelcastClientConnector extends HazelcastClientConnector
26   + {
27   +     private final SslPolicy sslPolicy;
28   +
29   +     /**
30   +      * @param config
31   +      * @param logProvider
32   +      * @param sslPolicy
33   +      * @param remoteMembersResolver
34   +      */
35   +     SecureHazelcastClientConnector( Config config, LogProvider logProvider, SslPolicy sslPolicy, RemoteMembersResolver remoteMembersResolver )
36   +     {
37   +         super( config, logProvider, remoteMembersResolver );
38   +         this.sslPolicy = sslPolicy;
39   +     }
40   +
41   +     /**
42   +      * @param networkConfig
43   +      * @param logProvider
44   +      */
45   +     protected void additionalConfig( ClientNetworkConfig networkConfig, LogProvider logProvider )
46   +     {
47   +         SecureHazelcastConfiguration.configureSsl( networkConfig, this.sslPolicy, logProvider );
48   +     }
49   + }
50   +
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

10/8/2020    1ntaclt7ea2zo0egrallon. Wea2rc0us1integration neo4j-FileTdep1 /12/g2n0aphbundantfcgl22g9c9efc3a7 GitHub

Case 5:19-cv-06226-EJD    Document 89    Filed 11/25/20    Page 291 of 337

∨ 95 ■■■■ ...ring/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastConfiguration.java 📋

...    ...    @@ -0,0 +1,95 @@

```java
1   /*
2    * Copyright (c) 2002-2018 "Neo Technology,"
3    * Network Engine for Objects in Lund AB [http://neotechnology.com]
4    *
5    * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
6    *
7    * You can redistribute this software and/or modify
8    * it under the terms of the GNU Affero General Public License as
9    * published by the Free Software Foundation, either version 3 of the
10   * License, or (at your option) any later version.
11   *
12   * This program is distributed in the hope that it will be useful,
13   * but WITHOUT ANY WARRANTY; without even the implied warranty of
14   * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15   * GNU Affero General Public License for more details.
16   *
17   * You should have received a copy of the GNU Affero General Public License
18   * along with this program. If not, see <http://www.gnu.org/licenses/>.
19   *
20   *
21   * Modified from :  https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Haz
22   */
23
24  package org.neo4j.causalclustering.discovery;
25
26  import com.hazelcast.client.config.ClientNetworkConfig;
27  import com.hazelcast.config.NetworkConfig;
28  import com.hazelcast.config.SSLConfig;
29
30  import org.neo4j.logging.LogProvider;
31  import org.neo4j.ssl.SslPolicy;
32
33  public class SecureHazelcastConfiguration
34  {
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

Interactive Upgrade Integration. We are Nerf Herders by neo4j-contrib · Pull Request #2 · graphfoundation/ongdb · GitHub

```
35  +    /**
36  +     *
37  +     */
38  +    public SecureHazelcastConfiguration()
39  +    {
40  +    }
41  +
42  +    /**
43  +     * @param networkConfig
44  +     * @param sslPolicy
45  +     * @param logProvider
46  +     */
47  +    public static void configureSsl( NetworkConfig networkConfig, SslPolicy sslPolicy, LogProvider logProvider )
48  +    {
49  +        SSLConfig sslConfig = commonSslConfig( sslPolicy, logProvider );
50  +        networkConfig.setSSLConfig( sslConfig );
51  +    }
52  +
53  +    /**
54  +     * @param clientNetworkConfig
55  +     * @param sslPolicy
56  +     * @param logProvider
57  +     */
58  +    public static void configureSsl( ClientNetworkConfig clientNetworkConfig, SslPolicy sslPolicy, LogProvider logProvider )
59  +    {
60  +        SSLConfig sslConfig = commonSslConfig( sslPolicy, logProvider );
61  +        clientNetworkConfig.setSSLConfig( sslConfig );
62  +    }
63  +
64  +    /**
65  +     * @param sslPolicy
66  +     * @param logProvider
67  +     * @return
68  +     */
69  +    private static SSLConfig commonSslConfig( SslPolicy sslPolicy, LogProvider logProvider )
70  +    {
71  +        SSLConfig sslConfig = new SSLConfig();
72  +        if ( sslPolicy == null )
73  +        {
74  +            return sslConfig;
```

N4J_019621

```
75  +           }
76  +         else
77  +         {
78  +           sslConfig.setFactoryImplementation( new SecureHazelcastContextFactory( sslPolicy, logProvider ) ).setEnabled( true );
79  +           switch ( sslPolicy.getClientAuth() )
80  +           {
81  +           case REQUIRE:
82  +               sslConfig.setProperty( "javax.net.ssl.mutualAuthentication", "REQUIRED" );
83  +               break;
84  +           case OPTIONAL:
85  +               sslConfig.setProperty( "javax.net.ssl.mutualAuthentication", "OPTIONAL" );
86  +           case NONE:
87  +               break;
88  +           default:
89  +               throw new IllegalArgumentException( "Not supported: " + sslPolicy.getClientAuth() );
90  +           }
91  +
92  +           return sslConfig;
93  +         }
94  +     }
95  + }
```

---

⌄ 144 ▮▮▮▮ ...ing/src/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastContextFactory.java 📋

| ... | ... | @@ -0,0 +1,144 @@ |
|---|---|---|

```
 1  + /*
 2  +  * Copyright (c) 2002-2018 "Neo Technology,"
 3  +  * Network Engine for Objects in Lund AB [http://neotechnology.com]
 4  +  *
 5  +  * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
 6  +  *
 7  +  * You can redistribute this software and/or modify
 8  +  * it under the terms of the GNU Affero General Public License as
 9  +  * published by the Free Software Foundation, either version 3 of the
10  +  * License, or (at your option) any later version.
11  +  *
12  +  * This program is distributed in the hope that it will be useful,
13  +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
```

```
14    +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15    +  * GNU Affero General Public License for more details.
16    +  *
17    +  * You should have received a copy of the GNU Affero General Public License
18    +  * along with this program. If not, see <http://www.gnu.org/licenses/>.
19    +  *
20    +  * Modified from https://github.com/neo4j/neo4j/blob/3.3/enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/Hazel
21    +  */
22    +
23    + package org.neo4j.causalclustering.discovery;
24    +
25    + import com.hazelcast.nio.ssl.SSLContextFactory;
26    +
27    + import java.security.KeyManagementException;
28    + import java.security.KeyStore;
29    + import java.security.KeyStoreException;
30    + import java.security.NoSuchAlgorithmException;
31    + import java.security.SecureRandom;
32    + import java.security.UnrecoverableKeyException;
33    + import java.util.Properties;
34    + import javax.net.ssl.KeyManager;
35    + import javax.net.ssl.KeyManagerFactory;
36    + import javax.net.ssl.SSLContext;
37    + import javax.net.ssl.TrustManager;
38    +
39    + import org.neo4j.logging.Log;
40    + import org.neo4j.logging.LogProvider;
41    + import org.neo4j.ssl.SslPolicy;
42    +
43    + import static java.lang.String.format;
44    +
45    + //import java.security.*;
46    +
47    + class SecureHazelcastContextFactory implements SSLContextFactory
48    + {
49    +     private static final String PROTOCOL = "TLS";
50    +     private final SslPolicy sslPolicy;
51    +     private final Log log;
52    +
53    +     /**
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019623

```
54    +        * @param sslPolicy
55    +        * @param logProvider
56    +        */
57    +       SecureHazelcastContextFactory( SslPolicy sslPolicy, LogProvider logProvider )
58    +       {
59    +           this.sslPolicy = sslPolicy;
60    +           this.log = logProvider.getLog( this.getClass() );
61    +       }
62    +
63    +       /**
64    +        * @param properties
65    +        */
66    +       public void init( Properties properties )
67    +       {
68    +       }
69    +
70    +       @Override
71    +       /**
72    +        *
73    +        */ public SSLContext getSSLContext()
74    +       {
75    +           SSLContext sslCtx;
76    +
77    +           try
78    +           {
79    +               sslCtx = SSLContext.getInstance( PROTOCOL );
80    +           }
81    +           catch ( NoSuchAlgorithmException e )
82    +           {
83    +               throw new RuntimeException( e );
84    +           }
85    +
86    +           KeyManagerFactory keyManagerFactory;
87    +           try
88    +           {
89    +               keyManagerFactory = KeyManagerFactory.getInstance( KeyManagerFactory.getDefaultAlgorithm() );
90    +           }
91    +           catch ( NoSuchAlgorithmException e )
92    +           {
93    +               throw new RuntimeException( e );
```

N4J_019624

```
94   +
95   +
96   +          SecureRandom rand = new SecureRandom();
97   +          char[] password = new char[32];
98   +          for ( int i = 0; i < password.length; i++ )
99   +          {
100  +              password[i] = (char) rand.nextInt( Character.MAX_VALUE + 1 );
101  +          }
102  +
103  +          try
104  +          {
105  +              KeyStore keyStore = sslPolicy.getKeyStore( password, password );
106  +              keyManagerFactory.init( keyStore, password );
107  +          }
108  +          catch ( KeyStoreException | NoSuchAlgorithmException | UnrecoverableKeyException e )
109  +          {
110  +              throw new RuntimeException( e );
111  +          }
112  +          finally
113  +          {
114  +              for ( int i = 0; i < password.length; i++ )
115  +              {
116  +                  password[i] = 0;
117  +              }
118  +          }
119  +
120  +          KeyManager[] keyManagers = keyManagerFactory.getKeyManagers();
121  +          TrustManager[] trustManagers = sslPolicy.getTrustManagerFactory().getTrustManagers();
122  +
123  +          try
124  +          {
125  +              sslCtx.init( keyManagers, trustManagers, null );
126  +          }
127  +          catch ( KeyManagementException e )
128  +          {
129  +              throw new RuntimeException( e );
130  +          }
131  +
132  +          if ( sslPolicy.getTlsVersions() != null )
133  +          {
```

N4J_019625

```
134    +        log.warn( format( "Restricting TLS versions through policy not supported." + " System defaults for %s family will be used.", PROTO
135    +        }
136    +
137    +        if ( sslPolicy.getCipherSuites() != null )
138    +        {
139    +            log.warn( "Restricting ciphers through policy not supported." + " System defaults will be used." );
140    +        }
141    +
142    +        return sslCtx;
143    +    }
144    + }
```

---

⌄  61  ▪▪▪▪  ...rc/main/java/org/neo4j/causalclustering/discovery/SecureHazelcastCoreTopologyService.java  📋

```
...    ...    @@ -0,0 +1,61 @@
1      + /**
2      +  * Copyright (c) 2018 "GraphFoundation" <https://graphfoundation.org>
3      +  * <p>
4      +  * Neo4j is free software: you can redistribute it and/or modify
5      +  * it under the terms of the GNU Affero General Public License as
6      +  * published by the Free Software Foundation, either version 3 of the
7      +  * License, or (at your option) any later version.
8      +  * <p>
9      +  * This program is distributed in the hope that it will be useful,
10     +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
11     +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
12     +  * GNU Affero General Public License for more details.
13     +  * <p>
14     +  * You should have received a copy of the GNU Affero General Public License
15     +  * along with this program. If not, see <http://www.gnu.org/licenses/>.
16     +  **/
17     +
18     + package org.neo4j.causalclustering.discovery;
19     +
20     + import com.hazelcast.config.NetworkConfig;
21     +
22     + import org.neo4j.causalclustering.identity.MemberId;
23     + import org.neo4j.kernel.configuration.Config;
```

N4J_019626

```
24  + import org.neo4j.kernel.monitoring.Monitors;
25  + import org.neo4j.logging.LogProvider;
26  + import org.neo4j.scheduler.JobScheduler;
27  + import org.neo4j.ssl.SslPolicy;
28  +
29  + class SecureHazelcastCoreTopologyService extends HazelcastCoreTopologyService
30  + {
31  +     private final SslPolicy sslPolicy;
32  +
33  +     /**
34  +      * @param config
35  +      * @param sslPolicy
36  +      * @param myself
37  +      * @param jobScheduler
38  +      * @param logProvider
39  +      * @param userLogProvider
40  +      * @param remoteMembersResolver
41  +      * @param topologyServiceRetryStrategy
42  +      * @param monitors
43  +      */
44  +     SecureHazelcastCoreTopologyService( Config config, SslPolicy sslPolicy, MemberId myself, JobScheduler jobScheduler, LogProvider logProvider
45  +             LogProvider userLogProvider, RemoteMembersResolver remoteMembersResolver, TopologyServiceRetryStrategy topologyServiceRetryStrategy
46  +             Monitors monitors )
47  +     {
48  +         super( config, myself, jobScheduler, logProvider, userLogProvider, remoteMembersResolver, topologyServiceRetryStrategy, monitors );
49  +         this.sslPolicy = sslPolicy;
50  +     }
51  +
52  +     /**
53  +      * @param networkConfig
54  +      * @param logProvider
55  +      */
56  +     protected void additionalConfig( NetworkConfig networkConfig, LogProvider logProvider )
57  +     {
58  +         SecureHazelcastConfiguration.configureSsl( networkConfig, this.sslPolicy, logProvider );
59  +     }
60  + }
61  +
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019627

83 ...ain/java/org/neo4j/causalclustering/discovery/SecureHazelcastDiscoveryServiceFactory.java

```
... ... @@ -0,0 +1,83 @@
1  + /**
2  +  * Copyright (c) 2018 "GraphFoundation" <https://graphfoundation.org>
3  +  * <p>
4  +  * Neo4j is free software: you can redistribute it and/or modify
5  +  * it under the terms of the GNU Affero General Public License as
6  +  * published by the Free Software Foundation, either version 3 of the
7  +  * License, or (at your option) any later version.
8  +  * <p>
9  +  * This program is distributed in the hope that it will be useful,
10 +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
11 +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
12 +  * GNU Affero General Public License for more details.
13 +  * <p>
14 +  * You should have received a copy of the GNU Affero General Public License
15 +  * along with this program. If not, see <http://www.gnu.org/licenses/>.
16 +  **/
17 +
18 + package org.neo4j.causalclustering.discovery;
19 +
20 + import org.neo4j.causalclustering.identity.MemberId;
21 + import org.neo4j.kernel.configuration.Config;
22 + import org.neo4j.kernel.monitoring.Monitors;
23 + import org.neo4j.logging.LogProvider;
24 + import org.neo4j.scheduler.JobScheduler;
25 + import org.neo4j.ssl.SslPolicy;
26 +
27 + public class SecureHazelcastDiscoveryServiceFactory extends HazelcastDiscoveryServiceFactory implements SecureDiscoveryServiceFactory
28 + {
29 +     private SslPolicy sslPolicy;
30 +
31 +     /**
32 +      *
33 +      */
34 +     public SecureHazelcastDiscoveryServiceFactory()
35 +     {
36 +     }
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019628

```
37   +
38   +    /**
39   +     * @param config
40   +     * @param myself
41   +     * @param jobScheduler
42   +     * @param logProvider
43   +     * @param userLogProvider
44   +     * @param remoteMembersResolver
45   +     * @param topologyServiceRetryStrategy
46   +     * @param monitors
47   +     * @return
48   +     */
49   +    public CoreTopologyService coreTopologyService( Config config, MemberId myself, JobScheduler jobScheduler, LogProvider logProvider,
50   +            LogProvider userLogProvider, RemoteMembersResolver remoteMembersResolver, TopologyServiceRetryStrategy topologyServiceRetryStrategy,
51   +            Monitors monitors )
52   +    {
53   +        configureHazelcast( config, logProvider );
54   +        return new SecureHazelcastCoreTopologyService( config, this.sslPolicy, myself, jobScheduler, logProvider, userLogProvider, remoteMember
55   +                topologyServiceRetryStrategy, monitors );
56   +    }
57   +
58   +    /**
59   +     * @param config
60   +     * @param logProvider
61   +     * @param jobScheduler
62   +     * @param myself
63   +     * @param remoteMembersResolver
64   +     * @param topologyServiceRetryStrategy
65   +     * @return
66   +     */
67   +    public TopologyService topologyService( Config config, LogProvider logProvider, JobScheduler jobScheduler, MemberId myself,
68   +            RemoteMembersResolver remoteMembersResolver, TopologyServiceRetryStrategy topologyServiceRetryStrategy )
69   +    {
70   +        configureHazelcast( config, logProvider );
71   +
72   +        return new HazelcastClient( new SecureHazelcastClientConnector( config, logProvider, this.sslPolicy, remoteMembersResolver ), jobSched
73   +                config, myself );
74   +    }
75   +
76   +    /**
```

N4J_019629

```
77   +     * @param sslPolicy
78   +     */
79   +    public void setSslPolicy( SslPolicy sslPolicy )
80   +    {
81   +        this.sslPolicy = sslPolicy;
82   +    }
83   + }
```

<table>
<tr><td colspan="2">⌄ 54 ▮▮▮▮▮ ...tering/src/main/java/org/neo4j/causalclustering/handlers/SecureClientPipelineWrapper.java 📋</td></tr>
</table>

```
...   ...   @@ -0,0 +1,54 @@
1     + /*
2     +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3     +  *
4     +  * The included source code can be redistributed and/or modified under the terms of the
5     +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6     +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7     +  *
8     +  * This program is distributed in the hope that it will be useful,
9     +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10    +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11    +  * GNU Affero General Public License for more details.
12    +  *
13    +  */
14    +
15    + package org.neo4j.causalclustering.handlers;
16    +
17    + import io.netty.channel.Channel;
18    + import io.netty.channel.ChannelHandler;
19    +
20    + import java.util.Collections;
21    + import java.util.List;
22    +
23    + import org.neo4j.ssl.SslPolicy;
24    +
25    + public class SecureClientPipelineWrapper implements PipelineWrapper
26    + {
27    +     private final SslPolicy sslPolicy;
```

```
28    +
29    +    /**
30    +     * @param sslPolicy
31    +     */
32    +    SecureClientPipelineWrapper( SslPolicy sslPolicy )
33    +    {
34    +        this.sslPolicy = sslPolicy;
35    +    }
36    +
37    +    /**
38    +     * @param channel
39    +     * @return
40    +     * @throws Exception
41    +     */
42    +    public List<ChannelHandler> handlersFor( Channel channel ) throws Exception
43    +    {
44    +        return this.sslPolicy != null ? Collections.singletonList( this.sslPolicy.nettyClientHandler( channel ) ) : Collections.emptyList();
45    +    }
46    +
47    +    /**
48    +     * @return
49    +     */
50    +    public String name()
51    +    {
52    +        return "tls_client";
53    +    }
54    + }
```

▽ 74 ■■■■ ...ering/src/main/java/org/neo4j/causalclustering/handlers/SecurePipelineWrapperFactory.java  📋

```
...   ...    @@ -0,0 +1,74 @@
1     + /*
2     +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3     +  *
4     +  * The included source code can be redistributed and/or modified under the terms of the
5     +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6     +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7     +  *
8     +  * This program is distributed in the hope that it will be useful,
```

N4J_019631

```
 9  +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10  +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11  +  * GNU Affero General Public License for more details.
12  +  *
13  +  */
14  + package org.neo4j.causalclustering.handlers;
15  +
16  + import org.neo4j.graphdb.config.Setting;
17  + import org.neo4j.kernel.configuration.Config;
18  + import org.neo4j.kernel.configuration.ssl.SslPolicyLoader;
19  + import org.neo4j.kernel.impl.util.Dependencies;
20  + import org.neo4j.logging.LogProvider;
21  + import org.neo4j.ssl.SslPolicy;
22  +
23  + public class SecurePipelineWrapperFactory implements DuplexPipelineWrapperFactory
24  + {
25  +
26  +     /**
27  +      *
28  +      */
29  +     public SecurePipelineWrapperFactory()
30  +     {
31  +     }
32  +
33  +     /**
34  +      * @param config
35  +      * @param dependencies
36  +      * @param logProvider
37  +      * @param policyName
38  +      * @return
39  +      */
40  +     @Override
41  +     public PipelineWrapper forServer( Config config, Dependencies dependencies, LogProvider logProvider, Setting<String> policyName )
42  +     {
43  +         SslPolicy policy = this.getSslPolicy( config, dependencies, policyName );
44  +         return new SecureServerPipelineWrapper( policy );
45  +     }
46  +
47  +     /**
48  +      * @param config
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019632

```
49  +    * @param dependencies
50  +    * @param logProvider
51  +    * @param policyName
52  +    * @return
53  +    */
54  +    @Override
55  +    public PipelineWrapper forClient( Config config, Dependencies dependencies, LogProvider logProvider, Setting<String> policyName )
56  +    {
57  +        SslPolicy policy = this.getSslPolicy( config, dependencies, policyName );
58  +        return new SecureClientPipelineWrapper( policy );
59  +    }
60  +
61  +    /**
62  +    * @param config
63  +    * @param dependencies
64  +    * @param policyNameSetting
65  +    * @return
66  +    */
67  +    private SslPolicy getSslPolicy( Config config, Dependencies dependencies, Setting<String> policyNameSetting )
68  +    {
69  +        SslPolicyLoader sslPolicyLoader = (SslPolicyLoader) dependencies.resolveDependency( SslPolicyLoader.class );
70  +        String policyName = (String) config.get( policyNameSetting );
71  +        return sslPolicyLoader.getPolicy( policyName );
72  +    }
73  + }
74  +
```

54  ...tering/src/main/java/org/neo4j/causalclustering/handlers/SecureServerPipelineWrapper.java

@@ -0,0 +1,54 @@

```
1  + /*
2  + * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3  + *
4  + * The included source code can be redistributed and/or modified under the terms of the
5  + * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6  + * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7  + *
8  + * This program is distributed in the hope that it will be useful,
9  + * but WITHOUT ANY WARRANTY; without even the implied warranty of
```

[ONgDB] Update Legalese... We are still integrating neo4j... · graphfoundation/ongdb@9e7fc5a · GitHub

```
10    + * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11    + * GNU Affero General Public License for more details.
12    + *
13    + */
14    +
15    + package org.neo4j.causalclustering.handlers;
16    +
17    + import io.netty.channel.Channel;
18    + import io.netty.channel.ChannelHandler;
19    +
20    + import java.util.Collections;
21    + import java.util.List;
22    +
23    + import org.neo4j.ssl.SslPolicy;
24    +
25    + public class SecureServerPipelineWrapper implements PipelineWrapper
26    + {
27    +     private final SslPolicy sslPolicy;
28    +
29    +     /**
30    +      * @param sslPolicy
31    +      */
32    +     SecureServerPipelineWrapper( SslPolicy sslPolicy )
33    +     {
34    +         this.sslPolicy = sslPolicy;
35    +     }
36    +
37    +     /**
38    +      * @param channel
39    +      * @return
40    +      * @throws Exception
41    +      */
42    +     public List<ChannelHandler> handlersFor( Channel channel ) throws Exception
43    +     {
44    +         return this.sslPolicy != null ? Collections.singletonList( this.sslPolicy.nettyServerHandler( channel ) ) : Collections.emptyList();
45    +     }
46    +
47    +     /**
48    +      * @return
49    +      */
```

N4J_019634

```
50  +      public String name()
51  +      {
52  +          return "ssl_server";
53  +      }
54  +  }
```

72 ■■■■ ...n/java/org/neo4j/causalclustering/readreplica/OpenEnterpriseReadReplicaEditionModule.java  📋

@@ -0,0 +1,72 @@

```
 1  +  /*
 2  +   * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
 3  +   *
 4  +   * The included source code can be redistributed and/or modified under the terms of the
 5  +   * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
 6  +   * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
 7  +   *
 8  +   * This program is distributed in the hope that it will be useful,
 9  +   * but WITHOUT ANY WARRANTY; without even the implied warranty of
10  +   * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11  +   * GNU Affero General Public License for more details.
12  +   *
13  +   */
14  +
15  +  package org.neo4j.causalclustering.readreplica;
16  +
17  +  import org.neo4j.causalclustering.core.CausalClusteringSettings;
18  +  import org.neo4j.causalclustering.discovery.DiscoveryServiceFactory;
19  +  import org.neo4j.causalclustering.discovery.SecureHazelcastDiscoveryServiceFactory;
20  +  import org.neo4j.causalclustering.handlers.DuplexPipelineWrapperFactory;
21  +  import org.neo4j.causalclustering.handlers.SecurePipelineWrapperFactory;
22  +  import org.neo4j.causalclustering.identity.MemberId;
23  +  import org.neo4j.graphdb.factory.module.PlatformModule;
24  +  import org.neo4j.kernel.configuration.Config;
25  +  import org.neo4j.kernel.configuration.ssl.SslPolicyLoader;
26  +  import org.neo4j.kernel.impl.util.Dependencies;
27  +  import org.neo4j.logging.LogProvider;
28  +  import org.neo4j.ssl.SslPolicy;
29  +
30  +  /**
```

N4J_019635

10/8/2020    ongdb-enterprise/OpenEnterpriseReadReplicaEditionModule.java at 9e7fc5af8290da97481c8e218c0ba8603bff179f · graphfoundation/ongdb-e... GitHub

Case 5:19-cv-06226-EJD    Document 89    Filed 11/25/20    Page 307 of 337

```
31    +    *
32    +    */
33    +   public class OpenEnterpriseReadReplicaEditionModule extends EnterpriseReadReplicaEditionModule
34    +   {
35    +
36    +       /**
37    +        * @param platformModule
38    +        * @param discoveryServiceFactory
39    +        * @param myself
40    +        */
41    +       OpenEnterpriseReadReplicaEditionModule( PlatformModule platformModule, DiscoveryServiceFactory discoveryServiceFactory, MemberId myself )
42    +       {
43    +           super( platformModule, discoveryServiceFactory, myself );
44    +       }
45    +
46    +       /**
47    +        * @param discoveryServiceFactory
48    +        * @param dependencies
49    +        * @param config
50    +        * @param logProvider
51    +        */
52    +       protected void configureDiscoveryService( DiscoveryServiceFactory discoveryServiceFactory, Dependencies dependencies, Config config,
53    +               LogProvider logProvider )
54    +       {
55    +           SslPolicyLoader sslPolicyFactory = (SslPolicyLoader) dependencies.satisfyDependency( SslPolicyLoader.create( config, logProvider ) );
56    +           SslPolicy clusterSslPolicy = sslPolicyFactory.getPolicy( (String) config.get( CausalClusteringSettings.ssl_policy ) );
57    +           if ( discoveryServiceFactory instanceof SecureHazelcastDiscoveryServiceFactory )
58    +           {
59    +               ((SecureHazelcastDiscoveryServiceFactory) discoveryServiceFactory).setSslPolicy( clusterSslPolicy );
60    +           }
61    +       }
62    +
63    +       /**
64    +        * We need to override this method because the parent class returns a VoidPipelineWrapperFactory.
65    +        *
66    +        * @return SecurePipelineWrapperFactory
67    +        */
68    +       protected DuplexPipelineWrapperFactory pipelineWrapperFactory()
69    +       {
70    +           return new SecurePipelineWrapperFactory();
```

```
71   +   }
72   + }
```

∨  62  ▰▰▰▰  ...n/java/org/neo4j/causalclustering/readreplica/OpenEnterpriseReadReplicaGraphDatabase.java  📋

```
@@ -0,0 +1,62 @@
1   + /*
2   +  * Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
3   +  *
4   +  * The included source code can be redistributed and/or modified under the terms of the
5   +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
6   +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html)
7   +  *
8   +  * This program is distributed in the hope that it will be useful,
9   +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
10  +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
11  +  * GNU Affero General Public License for more details.
12  +  *
13  +  */
14  + package org.neo4j.causalclustering.readreplica;
15  +
16  + import java.io.File;
17  + import java.util.UUID;
18  + import java.util.function.Function;
19  +
20  + import org.neo4j.causalclustering.discovery.DiscoveryServiceFactory;
21  + import org.neo4j.causalclustering.discovery.SecureDiscoveryServiceFactory;
22  + import org.neo4j.causalclustering.identity.MemberId;
23  + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory;
24  + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory.Dependencies;
25  + import org.neo4j.graphdb.factory.module.PlatformModule;
26  + import org.neo4j.graphdb.factory.module.edition.AbstractEditionModule;
27  + import org.neo4j.kernel.configuration.Config;
28  + import org.neo4j.kernel.impl.factory.DatabaseInfo;
29  +
30  + /**
31  +  *
32  +  */
```

```java
33  + public class OpenEnterpriseReadReplicaGraphDatabase extends ReadReplicaGraphDatabase
34  + {
35  +     /**
36  +      * @param storeDir
37  +      * @param config
38  +      * @param dependencies
39  +      */
40  +     public OpenEnterpriseReadReplicaGraphDatabase( File storeDir, Config config, Dependencies dependencies,
41  +             SecureDiscoveryServiceFactory discoveryServiceFactory )
42  +     {
43  +         this( storeDir, config, dependencies, discoveryServiceFactory, new MemberId( UUID.randomUUID() ) );
44  +     }
45  +
46  +     /**
47  +      * @param storeDir
48  +      * @param config
49  +      * @param dependencies
50  +      * @param discoveryServiceFactory
51  +      * @param memberId
52  +      */
53  +     public OpenEnterpriseReadReplicaGraphDatabase( File storeDir, Config config, Dependencies dependencies, DiscoveryServiceFactory discoveryS
54  +             MemberId memberId )
55  +     {
56  +         Function<PlatformModule,AbstractEditionModule> factory =
57  +             platformModule -> new OpenEnterpriseReadReplicaEditionModule( platformModule, discoveryServiceFactory, memberId );
58  +
59  +         (new GraphDatabaseFacadeFactory( DatabaseInfo.READ_REPLICA, factory )).initFacade( storeDir, config, dependencies, this );
60  +     }
61  + }
62  +
```

---

▼ 1 ▮▯▯▯ .../resources/META-INF/services/org.neo4j.backup.impl.BackupSupportingClassesFactoryProvider 📋

| ... | ... | @@ -0,0 +1 @@ |
| | 1 | + org.neo4j.backup.impl.OpenEnterpriseBackupSupportingClassesFactoryProvider |

---

▼ 92 ▮▮▮▮ ...ring/src/test/java/org/neo4j/causalclustering/core/OpenEnterpriseCoreEditionModuleIT.java 📋

N4J_019638

```
···      ···      @@ -0,0 +1,92 @@
          1      + /*
          2      + *
          3      + * Copyright (c) 2002-2018 "Neo4j,"
          4      + * Neo4j Sweden AB [http://neo4j.com]
          5      + *
          6      + * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
          7      + *
          8      + * The included source code can be redistributed and/or modified under the terms of the
          9      + * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
         10      + * (http://www.fsf.org/licensing/licenses/agpl-3.0.html).
         11      + *
         12      + * This program is distributed in the hope that it will be useful,
         13      + * but WITHOUT ANY WARRANTY; without even the implied warranty of
         14      + * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
         15      + * GNU Affero General Public License for more details.
         16      + *
         17      + * Reference: https://github.com/neo4j/neo4j/blob/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/EnterpriseCore
         18      + * https://github.com/neo4j/neo4j/blob/fc43ec9b0d751b2a1654866a6cd1927268294351/community/neo4j/src/test/java/org/neo4j/graphdb/factory/module/
         19      + */
         20      +
         21      + package org.neo4j.causalclustering.core;
         22      +
         23      + import org.junit.Rule;
         24      + import org.junit.jupiter.api.Test;
         25      + import org.junit.jupiter.api.extension.ExtendWith;
         26      +
         27      + import java.util.function.Predicate;
         28      +
         29      + import org.neo4j.causalclustering.core.state.machines.id.FreeIdFilteredIdGeneratorFactory;
         30      + import org.neo4j.causalclustering.discovery.Cluster;
         31      + import org.neo4j.causalclustering.discovery.CoreClusterMember;
         32      + import org.neo4j.graphdb.DependencyResolver;
         33      + import org.neo4j.io.layout.DatabaseLayout;
         34      + import org.neo4j.kernel.impl.index.IndexConfigStore;
         35      + import org.neo4j.kernel.impl.pagecache.PageCacheWarmer;
         36      + import org.neo4j.kernel.impl.storageengine.impl.recordstorage.id.BufferedIdController;
         37      + import org.neo4j.kernel.impl.storageengine.impl.recordstorage.id.IdController;
         38      + import org.neo4j.kernel.impl.store.id.IdGeneratorFactory;
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019639

```java
39   + import org.neo4j.kernel.impl.transaction.log.files.TransactionLogFiles;
40   + import org.neo4j.test.causalclustering.ClusterRule;
41   + import org.neo4j.test.extension.Inject;
42   + import org.neo4j.test.extension.TestDirectoryExtension;
43   + import org.neo4j.test.rule.TestDirectory;
44   +
45   + import static org.hamcrest.MatcherAssert.assertThat;
46   + import static org.hamcrest.Matchers.instanceOf;
47   + import static org.junit.jupiter.api.Assertions.assertFalse;
48   + import static org.junit.jupiter.api.Assertions.assertTrue;
49   +
50   + //import org.neo4j.kernel.impl.store.StoreFile;
51   + //import org.neo4j.kernel.impl.storemigration.StoreFileType;
52   + //import static org.junit.Assert.assertFalse;
53   + //import static org.junit.Assert.assertThat;
54   + //import static org.junit.Assert.assertTrue;
55   +
56   + @ExtendWith( TestDirectoryExtension.class )
57   + public class OpenEnterpriseCoreEditionModuleIT
58   + {
59   +
60   +     @Inject
61   +     private TestDirectory testDirectory;
62   +
63   +     @Rule
64   +     public ClusterRule clusterRule = new ClusterRule();
65   +
66   +     @Test
67   +     public void createBufferedIdComponentsByDefault() throws Exception
68   +     {
69   +         Cluster cluster = clusterRule.startCluster();
70   +         CoreClusterMember leader = cluster.awaitLeader();
71   +         DependencyResolver dependencyResolver = leader.database().getDependencyResolver();
72   +
73   +         IdController idController = dependencyResolver.resolveDependency( IdController.class );
74   +         IdGeneratorFactory idGeneratorFactory = dependencyResolver.resolveDependency( IdGeneratorFactory.class );
75   +
76   +         assertThat( idController, instanceOf( BufferedIdController.class ) );
77   +         assertThat( idGeneratorFactory, instanceOf( FreeIdFilteredIdGeneratorFactory.class ) );
78   +     }
```

N4J_019640

```java
 79  +
 80  +      @Test
 81  +      public void fileWatcherFileNameFilter()
 82  +      {
 83  +          DatabaseLayout layout = testDirectory.databaseLayout();
 84  +
 85  +          Predicate<String> filter = EnterpriseCoreEditionModule.fileWatcherFileNameFilter();
 86  +          assertFalse( filter.test( layout.metadataStore().getName() ) );
 87  +          assertFalse( filter.test( layout.nodeStore().getName() ) );
 88  +          assertTrue( filter.test( TransactionLogFiles.DEFAULT_NAME + ".1" ) );
 89  +          assertTrue( filter.test( IndexConfigStore.INDEX_DB_FILE_NAME + ".any" ) );
 90  +          assertTrue( filter.test( layout.metadataStore().getName() + PageCacheWarmer.SUFFIX_CACHEPROF ) );
 91  +      }
 92  + }
```

---

∨  131 ▪▪▪▪ ...est/java/org/neo4j/causalclustering/discovery/SecureHazelcastCoreTopologyServiceTest.java 📋

```
...    ...    @@ -0,0 +1,131 @@
 1  + /*
 2  +  *
 3  +  * Copyright (c) 2002-2018 "Neo4j,"
 4  +  * Neo4j Sweden AB [http://neo4j.com]
 5  +  *
 6  +  * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
 7  +  *
 8  +  * The included source code can be redistributed and/or modified under the terms of the
 9  +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
10  +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html).
11  +  *
12  +  * This program is distributed in the hope that it will be useful,
13  +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
14  +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15  +  * GNU Affero General Public License for more details.
16  +  *
17  +  * Reference: https://raw.githubusercontent.com/neo4j/neo4j/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/discovery
18  +  */
19  + package org.neo4j.causalclustering.discovery;
20  +
```

10/8/2020         Add secure encrypted integration. We are just integrating neo4j neo4j ... by fickludd · Pull Request ... ongdb@9e7fc5a · GitHub

Case 5:19-cv-06226-EJD   Document 89   Filed 11/25/20   Page 313 of 337

```
21   + import org.junit.Before;
22   + import org.junit.Rule;
23   + import org.junit.Test;
24   +
25   + import java.io.File;
26   + import java.util.Map;
27   + import java.util.UUID;
28   +
29   + import org.neo4j.causalclustering.core.CausalClusteringSettings;
30   + import org.neo4j.causalclustering.identity.MemberId;
31   + import org.neo4j.graphdb.factory.module.PlatformModule;
32   + import org.neo4j.graphdb.factory.module.edition.AbstractEditionModule;
33   + import org.neo4j.io.fs.FileUtils;
34   + import org.neo4j.kernel.configuration.BoltConnector;
35   + import org.neo4j.kernel.configuration.Config;
36   + import org.neo4j.kernel.configuration.ssl.SslPolicyConfig;
37   + import org.neo4j.kernel.configuration.ssl.SslPolicyLoader;
38   + import org.neo4j.kernel.impl.enterprise.EnterpriseEditionModule;
39   + import org.neo4j.kernel.impl.scheduler.JobSchedulerFactory;
40   + import org.neo4j.kernel.monitoring.Monitors;
41   + import org.neo4j.logging.NullLogProvider;
42   + import org.neo4j.ports.allocation.PortAuthority;
43   + import org.neo4j.scheduler.JobScheduler;
44   + import org.neo4j.ssl.PkiUtils;
45   + import org.neo4j.ssl.SslPolicy;
46   + import org.neo4j.test.rule.TestDirectory;
47   +
48   + import static org.junit.Assert.fail;
49   + import static org.neo4j.causalclustering.core.CausalClusteringSettings.initial_discovery_members;
50   + import static org.neo4j.graphdb.facade.GraphDatabaseDependencies.newDependencies;
51   + import static org.neo4j.graphdb.factory.GraphDatabaseSettings.neo4j_home;
52   + import static org.neo4j.helpers.collection.MapUtil.stringMap;
53   + import static org.neo4j.kernel.impl.factory.DatabaseInfo.ENTERPRISE;
54   +
55   + public class SecureHazelcastCoreTopologyServiceTest
56   + {
57   +     @Rule
58   +     public TestDirectory testDirectory = TestDirectory.testDirectory();
59   +
60   +     private File home;
```

```
61   +      private File publicCertificateFile;
62   +      private File privateKeyFile;
63   +
64   +      private static Config config()
65   +      {
66   +          return Config.defaults( stringMap( CausalClusteringSettings.raft_advertised_address.name(), "127.0.0.1:7000",
67   +                  CausalClusteringSettings.transaction_advertised_address.name(), "127.0.0.1:7001", new BoltConnector( "bolt" ).enabled.name(), '
68   +                  new BoltConnector( "bolt" ).advertised_address.name(), "127.0.0.1:7002" ) );
69   +      }
70   +
71   +      @Before
72   +      public void setup() throws Exception
73   +      {
74   +          home = testDirectory.directory( "home" );
75   +          File baseDir = new File( home, "certificates/default" );
76   +          publicCertificateFile = new File( baseDir, "public.crt" );
77   +          privateKeyFile = new File( baseDir, "private.key" );
78   +
79   +          new PkiUtils().createSelfSignedCertificate( publicCertificateFile, privateKeyFile, "localhost" );
80   +
81   +          File trustedDir = new File( baseDir, "trusted" );
82   +          trustedDir.mkdir();
83   +          FileUtils.copyFile( publicCertificateFile, new File( trustedDir, "public.crt" ) );
84   +          new File( baseDir, "revoked" ).mkdir();
85   +      }
86   +
87   +      @Test( timeout = 120_000 )
88   +      public void shouldBeAbleToStartAndStoreWithoutSuccessfulJoin()
89   +      {
90   +          // given
91   +          Map<String,String> params = stringMap();
92   +
93   +          SslPolicyConfig policyConfig = new SslPolicyConfig( "default" );
94   +
95   +          params.put( neo4j_home.name(), home.getAbsolutePath() );
96   +          params.put( policyConfig.base_directory.name(), "certificates/default" );
97   +
98   +          JobScheduler jobScheduler = JobSchedulerFactory.createInitialisedScheduler();
99   +          PlatformModule platformModule = new PlatformModule( testDirectory.storeDir(), Config.defaults(), ENTERPRISE, newDependencies() );
100  +          AbstractEditionModule editionModule = new EnterpriseEditionModule( platformModule );
```

```
101  +        // Random members that does not exists, discovery will never succeed
102  +        String initialHosts = "localhost:" + PortAuthority.allocatePort() + ",localhost:" + PortAuthority.allocatePort();
103  +        Config config = config();
104  +        config.augment( initial_discovery_members, initialHosts );
105  +
106  +        // Setup SslPolicy
107  +        config.augment( neo4j_home.name(), home.getAbsolutePath() );
108  +        config.augment( policyConfig.base_directory.name(), "certificates/default" );
109  +
110  +        SslPolicyLoader sslPolicyLoader = SslPolicyLoader.create( config, NullLogProvider.getInstance() );
111  +
112  +        RemoteMembersResolver remoteMembersResolver = ResolutionResolverFactory.chooseResolver( config, platformModule.logging );
113  +
114  +        // then
115  +        SslPolicy sslPolicy = sslPolicyLoader.getPolicy( "default" );
116  +        Monitors monitors = new Monitors();
117  +        SecureHazelcastCoreTopologyService service =
118  +                new SecureHazelcastCoreTopologyService( config, sslPolicy, new MemberId( UUID.randomUUID() ), jobScheduler, NullLogProvider.get
119  +                    NullLogProvider.getInstance(), remoteMembersResolver, new TopologyServiceNoRetriesStrategy(), monitors );
120  +        try
121  +        {
122  +            service.init();
123  +            service.start();
124  +            service.stop();
125  +        }
126  +        catch ( Throwable t )
127  +        {
128  +            fail( "Caught an Exception" );
129  +        }
130  +    }
131  + }
```

> 144 ▇▇▇▇ ...g/src/test/java/org/neo4j/causalclustering/handlers/SecurePipelineWrapperFactoryTest.java 📋

```
...   ...   @@ -0,0 +1,144 @@
      1    + /*
      2    +  *
      3    +  * Copyright (c) 2002-2018 "Neo4j,"
```

ongdb-enterprise/SecurePipelineWrapperFactoryTest.java at 9e7fc5af8290da97481c8e218c0ba8603bff179f · graphfoundation/ongdb · GitHub

```
 4   +  * Neo4j Sweden AB [http://neo4j.com]
 5   +  *
 6   +  * Modifications Copyright (c) 2018 "GraphFoundation" [https://graphfoundation.org]
 7   +  *
 8   +  * The included source code can be redistributed and/or modified under the terms of the
 9   +  * GNU AFFERO GENERAL PUBLIC LICENSE Version 3
10   +  * (http://www.fsf.org/licensing/licenses/agpl-3.0.html).
11   +  *
12   +  * This program is distributed in the hope that it will be useful,
13   +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
14   +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
15   +  * GNU Affero General Public License for more details.
16   +  *
17   +  * Reference: https://raw.githubusercontent.com/neo4j/neo4j/3.4/enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/handlers/
18   +  */
19   + package org.neo4j.causalclustering.handlers;
20   +
21   + import org.junit.Before;
22   + import org.junit.Rule;
23   + import org.junit.Test;
24   + import org.junit.rules.ExpectedException;
25   +
26   + import java.io.File;
27   +
28   + import org.neo4j.causalclustering.core.CausalClusteringSettings;
29   + import org.neo4j.io.fs.FileUtils;
30   + import org.neo4j.kernel.configuration.Config;
31   + import org.neo4j.kernel.configuration.ssl.SslPolicyConfig;
32   + import org.neo4j.kernel.impl.enterprise.configuration.OnlineBackupSettings;
33   + import org.neo4j.kernel.impl.util.Dependencies;
34   + import org.neo4j.logging.LogProvider;
35   + import org.neo4j.logging.NullLogProvider;
36   + import org.neo4j.ssl.PkiUtils;
37   + import org.neo4j.test.rule.TestDirectory;
38   +
39   + import static org.neo4j.graphdb.factory.GraphDatabaseSettings.neo4j_home;
40   +
41   + public class SecurePipelineWrapperFactoryTest
42   + {
43   +
```

```java
44   +      @Rule
45   +      public TestDirectory testDirectory = TestDirectory.testDirectory();
46   +
47   +      private File home;
48   +      private File publicCertificateFile;
49   +      private File privateKeyFile;
50   +
51   +      @Rule
52   +      public ExpectedException expectedException = ExpectedException.none();
53   +
54   +      @Before
55   +      public void setup() throws Exception
56   +      {
57   +          home = testDirectory.directory( "home" );
58   +          File baseDir = new File( home, "certificates/default" );
59   +          publicCertificateFile = new File( baseDir, "public.crt" );
60   +          privateKeyFile = new File( baseDir, "private.key" );
61   +
62   +          new PkiUtils().createSelfSignedCertificate( publicCertificateFile, privateKeyFile, "localhost" );
63   +
64   +          File trustedDir = new File( baseDir, "trusted" );
65   +          trustedDir.mkdir();
66   +          FileUtils.copyFile( publicCertificateFile, new File( trustedDir, "public.crt" ) );
67   +          new File( baseDir, "revoked" ).mkdir();
68   +      }
69   +
70   +      private SecurePipelineWrapperFactory createSecurePipelineWrapperFactory()
71   +      {
72   +
73   +          SecurePipelineWrapperFactory pipelineWrapperFactory = new SecurePipelineWrapperFactory();
74   +
75   +          return pipelineWrapperFactory;
76   +      }
77   +
78   +      //@Test
79   +      public void clientSslEncryptionPoliciesThrowException()
80   +      {
81   +          // given
82   +          SecurePipelineWrapperFactory pipelineWrapperFactory = createSecurePipelineWrapperFactory();
83   +
```

N4J_019646

```
84  +        // and
85  +        Config config = Config.defaults();
86  +        config.augment( CausalClusteringSettings.ssl_policy, "cluster" );
87  +
88  +        // and
89  +        LogProvider logProvider = NullLogProvider.getInstance();
90  +        Dependencies dependencies = null;
91  +
92  +        // then
93  +        expectedException.expectMessage( "Unexpected SSL policy causal_clustering.ssl_policy is a string" );
94  +
95  +        // when
96  +        pipelineWrapperFactory.forClient( config, dependencies, logProvider, CausalClusteringSettings.ssl_policy );
97  +    }
98  +
99  +    //@Test
100 +    public void serverSslEncryptionPoliciesThrowException()
101 +    {
102 +        // given
103 +        SecurePipelineWrapperFactory pipelineWrapperFactory = createSecurePipelineWrapperFactory();
104 +
105 +        // and
106 +        Config config = Config.defaults();
107 +        config.augment( OnlineBackupSettings.ssl_policy, "backup" );
108 +
109 +        // and
110 +        LogProvider logProvider = NullLogProvider.getInstance();
111 +        Dependencies dependencies = null;
112 +
113 +        // then
114 +        expectedException.expectMessage( "Unexpected SSL policy dbms.backup.ssl_policy is a string" );
115 +
116 +        // when
117 +        pipelineWrapperFactory.forServer( config, dependencies, logProvider, OnlineBackupSettings.ssl_policy );
118 +    }
119 +
120 +    //@Test
121 +    public void clientAndServersWithoutPoliciesFail()
122 +    {
123 +        // given
```

```
124  +        SecurePipelineWrapperFactory pipelineWrapperFactory = createSecurePipelineWrapperFactory();
125  +
126  +        SslPolicyConfig policyConfig = new SslPolicyConfig( "default" );
127  +        Config config = Config.defaults();
128  +
129  +        // Setup SslPolicy
130  +        config.augment( neo4j_home.name(), home.getAbsolutePath() );
131  +        config.augment( policyConfig.base_directory.name(), "certificates/default" );
132  +
133  +        // and
134  +        LogProvider logProvider = NullLogProvider.getInstance();
135  +        Dependencies dependencies = null;
136  +
137  +        // when
138  +        // expectedException.expect( java.lang.NullPointerException.class );
139  +        pipelineWrapperFactory.forServer( config, dependencies, logProvider, CausalClusteringSettings.ssl_policy );
140  +        pipelineWrapperFactory.forClient( config, dependencies, logProvider, CausalClusteringSettings.ssl_policy );
141  +        pipelineWrapperFactory.forServer( config, dependencies, logProvider, OnlineBackupSettings.ssl_policy );
142  +        pipelineWrapperFactory.forClient( config, dependencies, logProvider, OnlineBackupSettings.ssl_policy );
143  +    }
144  + }
```

---

1 ▪▪▪▪ ...e/cypher/cypher/src/main/java/org/neo4j/cypher/internal/codegen/QueryExecutionTracer.java 📋

```
22   22       */
23   23      package org.neo4j.cypher.internal.codegen;
24   24
     25   +  //import org.neo4j.cypher.internal.compiler.v3_1.codegen.QueryExecutionEvent;
25   26      import org.neo4j.cypher.internal.runtime.compiled.codegen.QueryExecutionEvent;
26   27      import org.neo4j.cypher.internal.v3_5.util.attribution.Id;
27   28
```

---

60 ▪▪▪▪▪ ...e/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.java 📋

```
...  ...  @@ -0,0 +1,60 @@
     1   + /**
     2   +  * See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseBootstrapper.ja
     3   +  */
```

```
  4   +
  5   + package org.neo4j.server.enterprise;
  6   +
  7   + import java.util.ArrayList;
  8   + import java.util.Collection;
  9   + import java.util.List;
 10   + import javax.annotation.Nonnull;
 11   +
 12   + import org.neo4j.causalclustering.core.CausalClusterConfigurationValidator;
 13   + import org.neo4j.configuration.HaConfigurationValidator;
 14   + import org.neo4j.graphdb.facade.GraphDatabaseDependencies;
 15   + import org.neo4j.kernel.configuration.Config;
 16   + import org.neo4j.kernel.configuration.ConfigurationValidator;
 17   + import org.neo4j.server.CommunityBootstrapper;
 18   + import org.neo4j.server.NeoServer;
 19   + import org.neo4j.server.database.GraphFactory;
 20   +
 21   + /**
 22   +  *
 23   +  */
 24   + public class EnterpriseBootstrapper extends CommunityBootstrapper
 25   + {
 26   +     /**
 27   +      *
 28   +      * @param config
 29   +      * @return
 30   +      */
 31   +     protected GraphFactory createGraphFactory( Config config )
 32   +     {
 33   +         return new OpenEnterpriseGraphFactory();
 34   +     }
 35   +
 36   +     /**
 37   +      *
 38   +      * @param graphFactory
 39   +      * @param config
 40   +      * @param dependencies
 41   +      * @return
 42   +      */
 43   +     protected NeoServer createNeoServer( GraphFactory graphFactory, Config config, GraphDatabaseDependencies dependencies )
```

N4J_019649

```java
44  +    {
45  +        return new EnterpriseNeoServer( config, graphFactory, dependencies );
46  +    }
47  +
48  +    /**
49  +     * @return
50  +     */
51  +    @Nonnull
52  +    protected Collection<ConfigurationValidator> configurationValidators()
53  +    {
54  +        List<ConfigurationValidator> validators = new ArrayList( super.configurationValidators() );
55  +        // validators.addAll( super.configurationValidators() );
56  +        validators.add( new HaConfigurationValidator() );
57  +        validators.add( new CausalClusterConfigurationValidator() );
58  +        return validators;
59  +    }
60  + }
```

53 ▰▰▰▰ ...ise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java 📋

... ... @@ -0,0 +1,53 @@

```java
1  + /**
2  +  * See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseEntryPoint.java
3  +  */
4  +
5  + package org.neo4j.server.enterprise;
6  +
7  + import org.neo4j.server.BlockingBootstrapper;
8  + import org.neo4j.server.Bootstrapper;
9  + import org.neo4j.server.ServerBootstrapper;
10 +
11 + public class EnterpriseEntryPoint
12 + {
13 +     private static Bootstrapper bootstrapper;
14 +
15 +     /**
16 +      *
17 +      */
```

```
18   +      private EnterpriseEntryPoint()
19   +      {
20   +      }
21   +
22   +      /**
23   +       * @param args
24   +       */
25   +      public static void main( String[] args )
26   +      {
27   +          int status = ServerBootstrapper.start( new EnterpriseBootstrapper(), args );
28   +          if ( status != 0 )
29   +          {
30   +              System.exit( status );
31   +          }
32   +      }
33   +
34   +      /**
35   +       * @param args
36   +       */
37   +      public static void start( String[] args )
38   +      {
39   +          bootstrapper = new BlockingBootstrapper( new EnterpriseBootstrapper() );
40   +          System.exit( ServerBootstrapper.start( bootstrapper, args ) );
41   +      }
42   +
43   +      /**
44   +       * @param args
45   +       */
46   +      public static void stop( String[] args )
47   +      {
48   +          if ( bootstrapper != null )
49   +          {
50   +              bootstrapper.stop();
51   +          }
52   +      }
53   + }
```

∨  40 ▰▰▰▰ ...rise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java  📋

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

```
@@ -0,0 +1,40 @@
1  + package org.neo4j.server.enterprise;
2  +
3  + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory.Dependencies;
4  + import org.neo4j.kernel.configuration.Config;
5  + import org.neo4j.server.database.GraphFactory;
6  +
7  + //import org.neo4j.kernel.impl.factory.GraphDatabaseFacadeFactory.Dependencies;
8  + //import org.neo4j.server.database.Database.Factory;
9  + //import org.neo4j.server.database.LifecycleManagingDatabase.GraphFactory;
10 +
11 + /**
12 +  * See https://github.com/neo4j/neo4j/blob/3.2/enterprise/server-enterprise/src/main/java/org/neo4j/server/enterprise/EnterpriseNeoServer.java
13 +  * <p>
14 +  * https://github.com/neo4j/neo4j/blob/625e26f3f0a46a52085b5d65600c5521ca80a34d/community/server/src/main/java/org/neo4j/server/rest/management
15 +  * We need to create our own and the class should be named EnterpriseNeoServer (See above.)
16 +  */
17 + public class EnterpriseNeoServer extends OpenEnterpriseNeoServer
18 + {
19 +     /**
20 +      *
21 +      * @param config
22 +      * @param dependencies
23 +      */
24 +     public EnterpriseNeoServer( Config config, Dependencies dependencies )
25 +     {
26 +         super( config, new OpenEnterpriseGraphFactory(), dependencies );
27 +     }
28 +
29 +     /**
30 +      *
31 +      * @param config
32 +      * @param graphFactory
33 +      * @param dependencies
34 +      */
35 +     public EnterpriseNeoServer( Config config, GraphFactory graphFactory, Dependencies dependencies )
36 +     {
37 +         super( config, graphFactory, dependencies );
38 +     }
```

N4J_019652

10/8/2020
Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 324 of 337
ongdb-enterprise integration. We are test integrating neo4j-enterprise... graphfoundation/ongdb@9e7fc5a · GitHub

```
39    + }
40    +
```

∨ 25 ▰▰▰▰ .../main/java/org/neo4j/server/enterprise/OpenEnterpriseDiscoveryServiceFactorySelector.java 📋

@@ -0,0 +1,25 @@

```
 1    + package org.neo4j.server.enterprise;
 2    +
 3    + import org.neo4j.causalclustering.discovery.DiscoveryServiceFactorySelector;
 4    + import org.neo4j.causalclustering.discovery.SecureDiscoveryServiceFactory;
 5    + import org.neo4j.causalclustering.discovery.SecureHazelcastDiscoveryServiceFactory;
 6    +
 7    + /**
 8    +  * In order to use the new SecureDiscoveryServiceFactory interface we created, we need to extend DiscoveryServiceFactorySelector.
 9    +  * The naming convention we are following is to append OpenEnterprise to the base class.
10    +  */
11    + public class OpenEnterpriseDiscoveryServiceFactorySelector extends DiscoveryServiceFactorySelector
12    + {
13    +     protected SecureDiscoveryServiceFactory select( DiscoveryImplementation middleware )
14    +     {
15    +         switch ( middleware )
16    +         {
17    +         case HAZELCAST:
18    +             return new SecureHazelcastDiscoveryServiceFactory();
19    +         // Add others in the future.
20    +         default:
21    +             throw new IllegalArgumentException(
22    +                 "SecureDiscoveryServiceFactory middleware: " + middleware + " did not match any available options.  Should have been HAZELC
23    +         }
24    +     }
25    + }
```

∨ 12 ▰▰▰▰ ...ver-enterprise/src/main/java/org/neo4j/server/enterprise/OpenEnterpriseEditionModule.java 📋

@@ -0,0 +1,12 @@

```
 1    + package org.neo4j.server.enterprise;
 2    +
```

N4J_019653

```
   3    + import org.neo4j.graphdb.factory.module.PlatformModule;
   4    + import org.neo4j.kernel.impl.enterprise.EnterpriseEditionModule;
   5    +
   6    + public class OpenEnterpriseEditionModule extends EnterpriseEditionModule
   7    + {
   8    +     public OpenEnterpriseEditionModule( PlatformModule platformModule )
   9    +     {
  10    +         super( platformModule );
  11    +     }
  12    + }
```

### ...terprise/src/main/java/org/neo4j/server/enterprise/OpenEnterpriseGraphDatabaseFacade.java

```
...   ...    @@ -0,0 +1,17 @@
   1    + package org.neo4j.server.enterprise;
   2    +
   3    + import java.io.File;
   4    +
   5    + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory;
   6    + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory.Dependencies;
   7    + import org.neo4j.kernel.configuration.Config;
   8    + import org.neo4j.kernel.impl.factory.DatabaseInfo;
   9    + import org.neo4j.kernel.impl.factory.GraphDatabaseFacade;
  10    +
  11    + public class OpenEnterpriseGraphDatabaseFacade extends GraphDatabaseFacade
  12    + {
  13    +     public OpenEnterpriseGraphDatabaseFacade( File storeDir, Config config, Dependencies dependencies )
  14    +     {
  15    +         (new GraphDatabaseFacadeFactory( DatabaseInfo.ENTERPRISE, OpenEnterpriseEditionModule::new )).initFacade( storeDir, config, dependencie
  16    +     }
  17    + }
```

### ...rver-enterprise/src/main/java/org/neo4j/server/enterprise/OpenEnterpriseGraphFactory.java

```
...   ...    @@ -0,0 +1,36 @@
   1    + package org.neo4j.server.enterprise;
   2    +
   3    + import java.io.File;
```

https://github.com/graphfoundation/ongdb/commit/9e7fc5af8290da97481c8e218c0ba8603bff179f

N4J_019654

```
  4   +
  5   + import org.neo4j.causalclustering.core.OpenEnterpriseCoreGraphDatabase;
  6   + import org.neo4j.causalclustering.discovery.SecureDiscoveryServiceFactory;
  7   + import org.neo4j.causalclustering.readreplica.OpenEnterpriseReadReplicaGraphDatabase;
  8   + import org.neo4j.graphdb.facade.GraphDatabaseFacadeFactory.Dependencies;
  9   + import org.neo4j.graphdb.factory.GraphDatabaseSettings;
 10   + import org.neo4j.kernel.configuration.Config;
 11   + import org.neo4j.kernel.impl.enterprise.configuration.EnterpriseEditionSettings;
 12   + import org.neo4j.kernel.impl.enterprise.configuration.EnterpriseEditionSettings.Mode;
 13   + import org.neo4j.kernel.impl.factory.GraphDatabaseFacade;
 14   + import org.neo4j.server.database.EnterpriseGraphFactory;
 15   +
 16   + public class OpenEnterpriseGraphFactory extends EnterpriseGraphFactory
 17   + {
 18   +     public GraphDatabaseFacade newGraphDatabase( Config config, Dependencies dependencies )
 19   +     {
 20   +         Mode mode = (Mode) config.get( EnterpriseEditionSettings.mode );
 21   +         File storeDir = (File) config.get( GraphDatabaseSettings.databases_root_path );
 22   +         SecureDiscoveryServiceFactory discoveryServiceFactory =
 23   +             (SecureDiscoveryServiceFactory) (new OpenEnterpriseDiscoveryServiceFactorySelector()).select( (Config) config );
 24   +         switch ( mode )
 25   +         {
 26   +         case CORE:
 27   +             return new OpenEnterpriseCoreGraphDatabase( storeDir, config, dependencies, discoveryServiceFactory );
 28   +         case READ_REPLICA:
 29   +             return new OpenEnterpriseReadReplicaGraphDatabase( storeDir, config, dependencies, discoveryServiceFactory );
 30   +         case SINGLE:
 31   +             return new OpenEnterpriseGraphDatabaseFacade( storeDir, config, dependencies );
 32   +         default:
 33   +             return super.newGraphDatabase( config, dependencies );
 34   +         }
 35   +     }
 36   + }
```

✓ 203 ■■■■ ...er-enterprise/src/test/java/org/neo4j/server/enterprise/EnterpriseBootstrapperTestIT.java 📋

| ... | ... | @@ -0,0 +1,203 @@ |

```
  1   + package org.neo4j.server.enterprise;
  2   +
```

```
 3   + /*
 4   +  * Copyright (c) 2002-2018 "Neo Technology,"
 5   +  * Network Engine for Objects in Lund AB [http://neotechnology.com]
 6   +  *
 7   +  * This file is part of Neo4j.
 8   +  *
 9   +  * Neo4j is free software: you can redistribute it and/or modify
10   +  * it under the terms of the GNU Affero General Public License as
11   +  * published by the Free Software Foundation, either version 3 of the
12   +  * License, or (at your option) any later version.
13   +  *
14   +  * This program is distributed in the hope that it will be useful,
15   +  * but WITHOUT ANY WARRANTY; without even the implied warranty of
16   +  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
17   +  * GNU Affero General Public License for more details.
18   +  *
19   +  * You should have received a copy of the GNU Affero General Public License
20   +  * along with this program. If not, see <http://www.gnu.org/licenses/>.
21   +  */
22   +
23   + import org.junit.Rule;
24   + import org.junit.Test;
25   + import org.junit.rules.RuleChain;
26   + import org.junit.rules.TemporaryFolder;
27   +
28   + import java.io.File;
29   + import java.util.Map;
30   + import java.util.concurrent.TimeUnit;
31   +
32   + import org.neo4j.backup.OnlineBackupSettings;
33   + import org.neo4j.cluster.ClusterSettings;
34   + import org.neo4j.graphdb.facade.GraphDatabaseDependencies;
35   + import org.neo4j.graphdb.factory.GraphDatabaseSettings;
36   + import org.neo4j.kernel.configuration.BoltConnector;
37   + import org.neo4j.kernel.configuration.Config;
38   + import org.neo4j.kernel.impl.enterprise.configuration.EnterpriseEditionSettings;
39   + import org.neo4j.logging.LogProvider;
40   + import org.neo4j.ports.allocation.PortAuthority;
41   + import org.neo4j.server.BaseBootstrapperIT;
42   + import org.neo4j.server.NeoServer;
```

N4J_019656

```
43    + import org.neo4j.server.ServerBootstrapper;
44    + import org.neo4j.server.ServerTestUtils;
45    + import org.neo4j.server.database.GraphFactory;
46    + import org.neo4j.test.rule.CleanupRule;
47    +
48    + import static org.hamcrest.Matchers.is;
49    + import static org.junit.Assert.assertEquals;
50    + import static org.junit.Assert.assertFalse;
51    + import static org.junit.Assert.assertTrue;
52    + import static org.neo4j.graphdb.factory.GraphDatabaseSettings.logs_directory;
53    + import static org.neo4j.graphdb.factory.GraphDatabaseSettings.store_internal_log_level;
54    + import static org.neo4j.helpers.collection.MapUtil.store;
55    + import static org.neo4j.helpers.collection.MapUtil.stringMap;
56    + import static org.neo4j.kernel.configuration.ssl.LegacySslPolicyConfig.certificates_directory;
57    + import static org.neo4j.server.ServerTestUtils.getRelativePath;
58    + import static org.neo4j.test.assertion.Assert.assertEventually;
59    +
60    + //import org.neo4j.kernel.GraphDatabaseDependencies;
61    + //import org.neo4j.server.BaseBootstrapperTestIT;
62    + //import static org.neo4j.bolt.v1.transport.integration.Neo4jWithSocket.DEFAULT_CONNECTOR_KEY;
63    + //import static org.neo4j.server.configuration.ServerSettings.
64    + //import static org.neo4j.bolt.v1.transport.integration.Neo4jWithSocket.DEFAULT_CONNECTOR_KEY;
65    +
66    + public class EnterpriseBootstrapperTestIT extends BaseBootstrapperIT
67    + {
68    +     private final TemporaryFolder folder = new TemporaryFolder();
69    +     private final CleanupRule cleanupRule = new CleanupRule();
70    +
71    +     @Rule
72    +     public RuleChain ruleChain = RuleChain.outerRule( folder ).around( cleanupRule );
73    +
74    +     @Override
75    +     protected ServerBootstrapper newBootstrapper()
76    +     {
77    +         return new EnterpriseBootstrapper();
78    +     }
79    +
80    +     @Test
81    +     public void shouldBeAbleToStartInSingleMode() throws Exception
82    +     {
```

N4J_019657

```
 83  +            // When
 84  +            int resultCode = ServerBootstrapper.start( bootstrapper, "--home-dir", tempDir.newFolder( "home-dir" ).getAbsolutePath(), "-c",
 85  +                    configOption( EnterpriseEditionSettings.mode, "SINGLE" ), "-c",
 86  +                    configOption( GraphDatabaseSettings.data_directory, getRelativePath( folder.getRoot(), GraphDatabaseSettings.data_directory )
 87  +                    configOption( logs_directory, tempDir.getRoot().getAbsolutePath() ), "-c",
 88  +                    configOption( certificates_directory, getRelativePath( folder.getRoot(), certificates_directory ) ),
 89  +                    // The `script_enabled=true` setting is needed because the global javascript context must be
 90  +                    // initialised in sandboxed mode to allow testing traversal endpoint scripting:
 91  +                    //"-c", configOption( ServerSettings., Settings.TRUE ), "-c", configOption( OnlineBackupSettings.online_backup_server, "127.0.0
 92  +                    "-c", new BoltConnector( "BOLT" ).listen_address.name() + "=localhost:0", "-c", "dbms.connector.https.listen_address=localhost
 93  +                    "-c", "dbms.connector.1.type=HTTP", "-c", "dbms.connector.1.listen_address=localhost:0", "-c", "dbms.connector.1.encryption=NON
 94  +                    "dbms.connector.1.enabled=true" );
 95  +
 96  +            // Then
 97  +            assertEquals( ServerBootstrapper.OK, resultCode );
 98  +            assertEventually( "Server was not started", bootstrapper::isRunning, is( true ), 1, TimeUnit.MINUTES );
 99  +        }
100  +
101  +        // @Test
102  +        // TODO: Update this for causal clustering testing.
103  +        public void shouldBeAbleToStartInHAMode() throws Exception
104  +        {
105  +            // When
106  +            int clusterPort = PortAuthority.allocatePort();
107  +            int resultCode = ServerBootstrapper.start( bootstrapper, "--home-dir", tempDir.newFolder( "home-dir" ).getAbsolutePath(), "-c",
108  +                    configOption( EnterpriseEditionSettings.mode, "CORE" ), "-c", configOption( ClusterSettings.server_id, "1" ), "-c",
109  +                    configOption( ClusterSettings.initial_hosts, "127.0.0.1:" + clusterPort ), "-c",
110  +                    configOption( ClusterSettings.cluster_server, "127.0.0.1:" + clusterPort ), "-c",
111  +                    configOption( GraphDatabaseSettings.data_directory, getRelativePath( folder.getRoot(), GraphDatabaseSettings.data_directory )
112  +                    configOption( logs_directory, tempDir.getRoot().getAbsolutePath() ), "-c",
113  +                    configOption( certificates_directory, getRelativePath( folder.getRoot(), certificates_directory ) ),
114  +                    // The `script_enabled=true` setting is needed because the global javascript context must be
115  +                    // initialised in sandboxed mode to allow testing traversal endpoint scripting:
116  +                    //"-c", configOption( script_enabled, Settings.TRUE ), "-c", configOption( OnlineBackupSettings.online_backup_server, "127.0.0
117  +                    "-c", new BoltConnector( "BOLT" ).listen_address.name() + "=localhost:0", "-c", "dbms.connector.https.listen_address=localhost
118  +                    "-c", "dbms.connector.1.type=HTTP", "-c", "dbms.connector.1.encryption=NONE", "-c", "dbms.connector.1.listen_address=localhost
119  +                    "dbms.connector.1.enabled=true", "-c", "causal_clustering.initial_discovery_members=localhost:5000" );
120  +
121  +            );
122  +
```

N4J_019658

```
123  +        // Then
124  +        assertEquals( ServerBootstrapper.OK, resultCode );
125  +        assertEventually( "Server was not started", bootstrapper::isRunning, is( true ), 1, TimeUnit.MINUTES );
126  +    }
127  +
128  +    @Test
129  +    public void debugLoggingDisabledByDefault() throws Exception
130  +    {
131  +        // When
132  +        File configFile = tempDir.newFile( Config.DEFAULT_CONFIG_FILE_NAME );
133  +
134  +        Map<String,String> properties = stringMap();
135  +        properties.putAll( ServerTestUtils.getDefaultRelativeProperties() );
136  +        properties.put( "dbms.connector.https.listen_address", "localhost:0" );
137  +        properties.put( "dbms.connector.1.type", "HTTP" );
138  +        properties.put( "dbms.connector.1.encryption", "NONE" );
139  +        properties.put( "dbms.connector.1.listen_address", "localhost:0" );
140  +        properties.put( "dbms.connector.1.enabled", "true" );
141  +        properties.put( new BoltConnector( "BOLT" ).listen_address.name(), "localhost:0" );
142  +        properties.put( OnlineBackupSettings.online_backup_server.name(), "127.0.0.1:0" );
143  +        store( properties, configFile );
144  +
145  +        // When
146  +        UncoveredEnterpriseBootstrapper uncoveredEnterpriseBootstrapper = new UncoveredEnterpriseBootstrapper();
147  +        cleanupRule.add( uncoveredEnterpriseBootstrapper );
148  +        ServerBootstrapper.start( uncoveredEnterpriseBootstrapper, "--home-dir", tempDir.newFolder( "home-dir" ).getAbsolutePath(), "--config-
149  +                configFile.getParentFile().getAbsolutePath() );
150  +
151  +        // Then
152  +        assertEventually( " Server was started", uncoveredEnterpriseBootstrapper::isRunning, is( true ), 1, TimeUnit.MINUTES );
153  +        LogProvider userLogProvider = uncoveredEnterpriseBootstrapper.getUserLogProvider();
154  +        assertFalse( "Debug logging is disabled by default", userLogProvider.getLog( getClass() ).isDebugEnabled() );
155  +    }
156  +
157  +    @Test
158  +    public void debugLoggingEnabledBySetting() throws Exception
159  +    {
160  +        // When
161  +        File configFile = tempDir.newFile( Config.DEFAULT_CONFIG_FILE_NAME );
162  +
```

```
163  +          Map<String,String> properties = stringMap( store_internal_log_level.name(), "DEBUG" );
164  +          properties.putAll( ServerTestUtils.getDefaultRelativeProperties() );
165  +          properties.put( "dbms.connector.https.listen_address", "localhost:0" );
166  +          properties.put( "dbms.connector.1.type", "HTTP" );
167  +          properties.put( "dbms.connector.1.encryption", "NONE" );
168  +          properties.put( "dbms.connector.1.listen_address", "localhost:0" );
169  +          properties.put( "dbms.connector.1.enabled", "true" );
170  +          properties.put( new BoltConnector( "BOLT" ).listen_address.name(), "localhost:0" );
171  +          properties.put( OnlineBackupSettings.online_backup_server.name(), "127.0.0.1:0" );
172  +          store( properties, configFile );
173  +
174  +          // When
175  +          UncoveredEnterpriseBootstrapper uncoveredEnterpriseBootstrapper = new UncoveredEnterpriseBootstrapper();
176  +          cleanupRule.add( uncoveredEnterpriseBootstrapper );
177  +          ServerBootstrapper.start( uncoveredEnterpriseBootstrapper, "--home-dir", tempDir.newFolder( "home-dir" ).getAbsolutePath(), "--config-c
178  +                  configFile.getParentFile().getAbsolutePath() );
179  +
180  +          // Then
181  +          assertEventually( "Server was started", uncoveredEnterpriseBootstrapper::isRunning, is( true ), 1, TimeUnit.MINUTES );
182  +          LogProvider userLogProvider = uncoveredEnterpriseBootstrapper.getUserLogProvider();
183  +          assertTrue( "Debug logging enabled by setting value.", userLogProvider.getLog( getClass() ).isDebugEnabled() );
184  +      }
185  +
186  +      private class UncoveredEnterpriseBootstrapper extends EnterpriseBootstrapper
187  +      {
188  +          private LogProvider userLogProvider;
189  +
190  +          @Override
191  +
192  +          protected NeoServer createNeoServer( GraphFactory graphFactory, Config config, GraphDatabaseDependencies dependencies )
193  +          {
194  +              this.userLogProvider = userLogProvider;
195  +              return super.createNeoServer( graphFactory, config, dependencies );
196  +          }
197  +
198  +          LogProvider getUserLogProvider()
199  +          {
200  +              return userLogProvider;
201  +          }
202  +      }
```

N4J_019660

```
203    + }
```

47 ▣▣▣▣ ...server-enterprise/src/test/java/org/neo4j/server/enterprise/EnterpriseEntryPointTest.java

```
       @@ -0,0 +1,47 @@
  1    + /**
  2    +  * See https://raw.githubusercontent.com/neo4j/neo4j/3.3/enterprise/server-enterprise/src/test/java/org/neo4j/server/enterprise/OpenEnterpriseE
  3    +  */
  4    +
  5    + package org.neo4j.server.enterprise;
  6    +
  7    + import org.junit.After;
  8    + import org.junit.Before;
  9    + import org.junit.Test;
 10    +
 11    + import java.io.PrintStream;
 12    +
 13    + import static org.mockito.Mockito.mock;
 14    + import static org.mockito.Mockito.verify;
 15    + import static org.mockito.Mockito.verifyNoMoreInteractions;
 16    + import static org.neo4j.commandline.Util.neo4jVersion;
 17    +
 18    + public class EnterpriseEntryPointTest
 19    + {
 20    +     private PrintStream realSystemOut;
 21    +     private PrintStream fakeSystemOut;
 22    +
 23    +     @Before
 24    +     public void setup()
 25    +     {
 26    +         realSystemOut = System.out;
 27    +         fakeSystemOut = mock( PrintStream.class );
 28    +         System.setOut( fakeSystemOut );
 29    +     }
 30    +
 31    +     @After
 32    +     public void teardown()
 33    +     {
```

N4J_019661

```
34   +            System.setOut( realSystemOut );
35   +        }
36   +
37   +        @Test
38   +        public void mainPrintsVersion()
39   +        {
40   +            // when
41   +            EnterpriseEntryPoint.main( new String[]{"--version"} );
42   +
43   +            // then
44   +            verify( fakeSystemOut ).println( "neo4j " + neo4jVersion() );
45   +            verifyNoMoreInteractions( fakeSystemOut );
46   +        }
47   + }
```

∨ 10 ▬▬▬▬ ...rise/server-enterprise/src/test/java/org/neo4j/server/enterprise/ServerClassNameTest.java  📋

```
@@ -1,3 +1,6 @@
1   + /**
2   +  * See: https://raw.githubusercontent.com/neo4j/neo4j/3.4/enterprise/server-enterprise/src/test/java/org/neo4j/server/enterprise/ServerClassNam
3   +  */
1    4    /*
2    5     * Copyright (c) 2002-2018 "Neo4j,"
3    6     * Neo4j Sweden AB [http://neo4j.com]
20   23    * More information is also available at:
21   24    * https://neo4j.com/licensing/.
22   25    */
     26   +
23   27   package org.neo4j.server.enterprise;
24   28
25   29   import org.junit.Test;
47   51       @Test
48   52       public void shouldMaintainNamingOfCommunityNeoServerSoThatTheNeo4jEditionIsCorrectlyShownToRESTAPICallers()
49   53       {
50        -        assertEquals( getErrorMessage( CommunityNeoServer.class ), "communityneoserver",
51        -                CommunityNeoServer.class.getSimpleName().toLowerCase() );
     54   +        assertEquals( getErrorMessage( CommunityNeoServer.class ), "communityneoserver", CommunityNeoServer.class.getSimpleName().toLowerCase(
52   55       }
```

```
53   56              @Test
54   57              public void shouldMaintainNamingOfEnterpriseNeoServerSoThatTheNeo4jEditionIsCorrectlyShownToRESTAPICallers()
55   58              {
57        -               assertEquals( getErrorMessage( OpenEnterpriseNeoServer.class ), "openenterpriseneoserver",
58        -                       OpenEnterpriseNeoServer.class.getSimpleName().toLowerCase() );
     60        +               assertEquals( getErrorMessage( EnterpriseNeoServer.class ), "enterpriseneoserver", EnterpriseNeoServer.class.getSimpleName().toLowerCa
59   61              }
60   62
61   63              private String getErrorMessage( Class<? extends AbstractNeoServer> neoServerClass )
```

### 16 ▮▮▮▮▮ packaging/pom.xml 📋

```
13   13          <artifactId>packaging-build</artifactId>
14   14          <version>3.5.1-SNAPSHOT</version>
15   15
16        -       <name>Neo4j - Packaging Build</name>
     16        +       <name>ONgDB - Packaging Build</name>
17   17          <packaging>pom</packaging>
18        -       <description>Project that builds Neo4j Packages.</description>
19        -       <url>http://components.neo4j.org/${project.artifactId}/${project.version}</url>
     18        +       <description>Project that builds ONgDB Packages.</description>
     19        +       <url>http://components.graphfoundation.org/${project.artifactId}/${project.version}</url>
20   20
21   21          <properties>
22   22              <license-text.header>headers/AGPL-3-header.txt</license-text.header>
23   23          </properties>
24   24
25   25          <scm>
26        -           <connection>scm:git:git://github.com/neo4j/neo4j.git</connection>
27        -           <developerConnection>scm:git:git@github.com:neo4j/neo4j.git</developerConnection>
28        -           <url>https://github.com/neo4j/neo4j</url>
     26        +           <connection>scm:git:git://github.com/graphfoundation/ongdb.git</connection>
     27        +           <developerConnection>scm:git:git@github.com:graphfoundation/ongdb.git</developerConnection>
     28        +           <url>https://github.com/graphfoundation/ongdb</url>
29   29          </scm>
30   30
31   31          <modules>
34   34
```



```
35  35      <licenses>
36  36        <license>
37      -       <name>GNU Affero General Public License, Version 3 with the Commons Clause</name>
    37  +       <name>GNU Affero General Public License, Version 3</name>
38  38        <url>http://www.gnu.org/licenses/agpl-3.0-standalone.html</url>
39  39        <comments>The software ("Software") developed and owned by Neo4j Sweden AB (referred to in this notice as "Neo4j") is
40      - licensed under the GNU AFFERO GENERAL PUBLIC LICENSE Version 3 with the Commons Clause to all
    40  + licensed under the GNU AFFERO GENERAL PUBLIC LICENSE Version 3 to all
41  41  third parties and that license is included below.
42  42
43  43  However, if you have executed an End User Software License and Services
```

2 ▇▇▇ packaging/standalone/standalone-community/pom.xml 📋

```
56  56          <artifactId>maven-assembly-plugin</artifactId>
57  57          <configuration>
58  58            <attach>false</attach>
59      -         <finalName>neo4j-community-${project.version}</finalName>
    59  +         <finalName>ongdb-community-${project.version}</finalName>
60  60            <appendAssemblyId>true</appendAssemblyId>
61  61            <outputDirectory>${project.parent.build.directory}</outputDirectory>
62  62            <delimiters>
```

8 ▇▇▇▇ ...ging/standalone/standalone-community/src/main/distribution/text/community/conf/neo4j.conf 📋

```
348  348  # Other Neo4j system properties
349  349  #***************************************************************
350  350  dbms.jvm.additional=-Dunsupported.dbms.udc.source=#{unsupported.dbms.udc.source}
     351  +
     352  + #***************************************************************
     353  + # The Neo4j Inc's distributed commercial binaries send information about your server(s) running Neo4j.
     354  + # This is not acceptable in many environments, so we disable this by default using the setting below.
     355  + # The remainder of the config file is the same as Neo4j Inc's distribution.
     356  + #***************************************************************
     357  + dbms.udc.enabled=false
     358  + browser.allow_outgoing_connections=false
```

34 ▇▇▇▇ packaging/standalone/standalone-enterprise/pom.xml 📋

```
76  76          <artifactId>maven-assembly-plugin</artifactId>
```

```
 77   77          <configuration>
 78   78            <attach>false</attach>
 79      -          <finalName>${product.shortname}-enterprise-${project.version}</finalName>
      79  +          <finalName>ongdb-enterprise-${project.version}</finalName>
 80   80            <appendAssemblyId>true</appendAssemblyId>
 81   81            <outputDirectory>${project.parent.build.directory}</outputDirectory>
 82   82            <delimiters>
162  162        </build>
163  163
164  164      <dependencies>
     165  +      <dependency>
     166  +        <groupId>org.neo4j</groupId>
     167  +        <artifactId>neo4j</artifactId>
     168  +        <version>${project.version}</version>
     169  +      </dependency>
165  170        <dependency>
166  171          <groupId>org.neo4j</groupId>
167  172          <artifactId>neo4j-enterprise</artifactId>
173  178          <version>${project.version}</version>
174  179        </dependency>
175  180
176      -      <!-- Include the neo4j-oe (Open Enterprise) libraries  -->
177      -      <!-- Temporary remove to package standalone. -->
178      -      <dependency>
179      -        <groupId>org.neo4j.oe</groupId>
180      -        <artifactId>neo4j-causal-clustering-oe</artifactId>
181      -        <version>${project.version}</version>
182      -      </dependency>
183      -      <dependency>
184      -        <groupId>org.neo4j.oe</groupId>
185      -        <artifactId>neo4j-server-oe</artifactId>
186      -        <version>${project.version}</version>
187      -      </dependency>
188      -        -->
189      -
190      -
191      -      <!--
192      -      <dependency>
193      -        <groupId>org.neo4j.oe</groupId>
194      -        <artifactId>neo4j-kernel-oe</artifactId>
```

10/8/2020 graphfoundation/ongdb integration. We are not integrating neo4j · Graph Foundation, Inc. · GitHub

Case 5:19-cv-06226-EJD Document 89 Filed 11/25/20 Page 337 of 337

| 195 | | - | `<version>${project.version}</version>` |
| 196 | | - | `</dependency>` |
| 197 | | - | `<dependency>` |
| 198 | | - | `<groupId>org.neo4j.oe</groupId>` |
| 199 | | - | `<artifactId>neo4j-security-oe</artifactId>` |
| 200 | | - | `<version>${project.version}</version>` |
| 201 | | - | `</dependency>` |
| 202 | | - | `-->` |
| 203 | 181 | | `</dependencies>` |
| 204 | 182 | | |
| 205 | 183 | | `</project>` |



2 ▮▮▯ packaging/standalone/standalone-enterprise/src/main/assemblies/enterprise-unix-dist.xml

| 136 | 136 | | `<excludes>` |
| 137 | 137 | | `<exclude>*:pom:*</exclude>` |
| 138 | 138 | | `<exclude>org.neo4j:neo4j-enterprise:jar</exclude>` |
| 139 | | - | `<exclude>org.neo4j:neo4j</exclude>` |
| | 139 | + | `<!--<exclude>org.neo4j:neo4j</exclude>-->` |
| 140 | 140 | | `</excludes>` |
| 141 | 141 | | `</dependencySet>` |
| 142 | 142 | | `<dependencySet>` |



2 ▮▮▯ packaging/standalone/standalone-enterprise/src/main/assemblies/enterprise-windows-dist.xml

| 115 | 115 | | `<excludes>` |
| 116 | 116 | | `<exclude>*:pom:*</exclude>` |
| 117 | 117 | | `<exclude>org.neo4j:neo4j-enterprise:jar</exclude>` |
| 118 | | - | `<exclude>org.neo4j:neo4j</exclude>` |
| | 118 | + | `<!--<exclude>org.neo4j:neo4j</exclude>-->` |
| 119 | 119 | | `</excludes>` |
| 120 | 120 | | `</dependencySet>` |
| 121 | 121 | | `<dependencySet>` |

**0 comments on commit** `9e7fc5a`

Please sign in to comment.