| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Jeffrey M. Ratinoff, Bar No. 197241 |
|   | jratinoff@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 4 | The Letitia Building |
|   | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |
|   | *mailing address:* |
| 6 | P.O. Box 1469 |
|   | San Jose, CA 95109-1469 |
| 7 | Telephone:     (408) 286-9800 |
|   | Facsimile:      (408) 998-4790 |

Attorneys for Plaintiffs and Counter-Defendants
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO. 5:18-CV-07182-EJD |
| Plaintiffs, | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL** |
| v. | |
| PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO.  5:19-CV-06226-EJD |
| Plaintiffs, | |
| v. | |
| GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation, | |
| Defendants. | |

842\3660281.3

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF AND EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS UNDER SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

Now before the Court is Plaintiffs Neo4j, Inc. and Neo4j Sweden AB's (collectively "Plaintiffs") Administrative Motion to File Portions of and Exhibits to Plaintiffs' Motion for Summary Judgment and Supporting Declarations Under Seal ("Administrative Motion"). Having considered the Administrative Motion and all papers submitted by Plaintiffs in support of the Administrative Motion and good cause appearing, the Court finds that:

1. There exists a compelling overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

2.

| Identification of Materials to be Sealed | Designating Party Information |
|---|---|
| Redactions to Plaintiffs' Memorandum of Points and Authorities in support of Consolidated Motion for Summary Judgment at 6:9-11 and 6:14-15. | Neo4j, Inc. and Neo4j Sweden AB's (collectively "Plaintiffs") containing confidential information drawn from **Exhibits 6 and 7** to the Ratinoff MSJ Decl. |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment ("Ratinoff MSJ Decl.") at ¶ 8, **Exhibit 6** in its entirety. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Ratinoff MSJ Decl. at ¶ 9, **Exhibit 7** in its entirety. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Ratinoff MSJ Decl. at ¶ 29, portions of **Exhibit 27** from Bates stamp IGOV00000298.0002-IGOV00000298.0006 | Plaintiffs' private, confidential, and commercially sensitive business information |
| Ratinoff MSJ Decl. at ¶ 128, **Exhibit 126** in its entirety. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Declaration of John Broad in Support of Plaintiff's Consolidated Motion for Summary Judgment ("Broad MSJ Decl.") at ¶ 8, **Exhibit 3** in its entirety. | Plaintiffs' contractual obligation owed to third party copyright holder |

842\3660281.3                                           - 1 -
[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF AND EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS UNDER SEAL
5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

| | |
|---|---|
| Broad MSJ Decl. at ¶ 22, **Exhibit 12** in its entirety. | Plaintiffs' private, confidential, and commercially sensitive business information |
| Broad MSJ Decl. at ¶ 23, **Exhibit 13** in its entirety. | Plaintiffs' private, confidential, and commercially sensitive business information |

3. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

4. The proposed sealing is narrowly tailored; and

5. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Plaintiffs' Administrative Motion is GRANTED with respect to the documents set forth above.

**IT IS SO ORDERED.**

Dated:_____, 2021

_____
Honorable Edward J. Davila

842\3660281.4 - 2 -
[[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATIONS UNDER SEAL; CASE NOS. 5:18-CV-07182-EJD; AND 5:19-CV-06226-EJD

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO