1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
8  Facsimile:      (408) 998-4790

9  Attorneys for Plaintiffs and Counter-Defendants
   NEO4J, INC. and NEO4J SWEDEN AB

10

                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12

13  NEO4J, INC., a Delaware corporation, and      CASE NO.  5:18-cv-07182-EJD
    NEO4J SWEDEN AB, a Swedish
14  corporation,                                   **DECLARATION OF PHILIP RATHLE IN
                                                   SUPPORT OF PLAINTIFFS'**
                       Plaintiffs,                 **CONSOLIDATED MOTION FOR
15                                                 SUMMARY JUDGMENT**
            v.
16                                                 Date:       March 25, 2021
    PURETHINK LLC, a Delaware limited             Time:       9:00 a.m.
17  liability company, IGOV INC., a Virginia      Dept.:      Courtroom 4, 5th Floor
    corporation, and JOHN MARK SUHY, an           Judge:      Hon. Edward J. Davila
18  individual,

                       Defendants.
19

20  AND RELATED COUNTERCLAIM.

21
    NEO4J, INC., a Delaware corporation, and      CASE NO.  5:19-CV-06226-EJD
22  NEO4J SWEDEN AB, a Swedish
    corporation,
23
                       Plaintiffs,
24
            v.
25
    GRAPH FOUNDATION, INC., an Ohio
26  corporation, GRAPHGRID, INC., an Ohio
    corporation, and ATOMRAIN INC., a
27  Nevada corporation,

                       Defendants.
28

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3655474.7
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

I, Philip Rathle, declare as follows:

1.      I am the Vice President of Products at Neo4j, Inc. ("Neo4j USA").  I have held that position since December 2013 and prior to that worked in a similar position as Senior Director of Products at Neo4j USA, beginning May 2012.  I am responsible for product management of the Neo4j product portfolio, which includes the Neo4j® graph database platform ("Neo4j® Platform"). My responsibilities include product strategy and product roadmap, including specifying what features are to be built in successive versions of the Neo4j® Platform, as well as the design and behaviors of those features. My team and I work closely with the Neo4j Product Engineering team who are responsible for building and testing each successive version of the Neo4j® Platform and who comprise of over 100 engineers primarily employed by Neo4j Sweden AB.

2.      I submit this declaration on behalf of Plaintiffs in support of their Consolidated Motion for Summary Judgment.  The facts stated in this declaration are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      Neo4j USA is the parent corporation of Neo4j Sweden AB ("Neo4j Sweden"), which in turn is as a wholly owned subsidiary of Neo4j USA.  As Vice President of Products for Neo4j USA, I work with Neo4j Sweden and other subsidiaries world-wide as referenced above. This includes working with Neo4j Sweden's continuing development of the source code underlying the software for the Neo4j® Platform and various quality assurance and testing on software package builds compiled from this source code.  I also work closely with Neo4j Marketing, Developer Relations, Field Engineering, Support, Customer Success, and Professional Services, to ensure they understand the Neo4j® Platform and its capabilities, and can communicate about it and use it as appropriate to their role. I also spend a great deal of time meeting with customers about their use of the Neo4j® Platform and their needs.

4.      As Vice President of Products for Neo4j USA, I have been involved in strategic decisions concerning the world-wide licensing strategy for the Neo4j® Platform.  Neo4j Sweden

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3655474.7                                             - 1 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

is the owner of all copyrights related to the Neo4j® Platform, including the source code, and has licensed those copyrights to Neo4j USA in connection with the making, use, creation of derivative works, sale, offer to sell, importation, performance, display, reproduction and distribution of the copyrighted material, and the sublicensing of such rights in the United States. This includes Neo4j USA being solely responsible for the commercial licensing of Neo4j® Platform products and managing the Neo4j Solution Partner program in the United States.

5.      From 2010 until present, Neo4j Sweden and Neo4j USA's business model followed the "multi-licensing" model in the software industry. In this scenario, one option is a proprietary software license, which allows the possibility of creating proprietary applications derived from it, while the other license is a "copyleft" open-source license, which requires public release under the same open-source license of any derived work.  Under this model, Plaintiffs offered two products, Neo4j® Community Edition ("Neo4j® CE") along with a richer and more feature-robust Enterprise Edition ("Neo4j® EE") designed for commercial deployment, both products engineered by Neo4j Sweden.

6.      Neo4j® CE is offered by Plaintiffs for royalty-free use, subject to the terms of the GNU General Public License version 3 ("GPL") license and provides a limited feature set.  For example, Neo4j® CE limits the ability to operate on only one machine at a time (i.e. no clustering), work with only one database at a time (i.e. no "multi-database" capability).  It also has limited operational features, security features, and is offered without support contracts or warranties from Neo4j USA and Neo4j Sweden (collectively, "Plaintiffs").

7.      Neo4j® offers its EE under commercial licensing terms, including technical support, and is the primary source of revenue for Plaintiffs. Neo4j® EE provides customers with added advanced scalability, availability, security, and operational features. Users requiring those additional features for more advanced commercial operation, including unlimited number of user databases, together with support, license use of the Neo4j® Platform through Neo4j® EE under commercial terms.  Commercial users benefit from a turn-key solution with the assistance of authorized Neo4j solution partners, typically avoiding drawn-out development processes. Neo4j® EE is a full superset of Neo4j® CE, containing significant additional functionality intended for

Hopkins & Carley
Attorneys At Law
San Jose ♦ Palo Alto

842\3655474.7                                    - 2 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

commercial use. In the United States, a commercial license to Neo4j® EE entitled the purchaser to use it in a custom setting composed of proprietary modules with industry standard terms, receive support or professional services from Neo4j USA, and the right to receive periodic software updates, which included feature updates, bug and security fixes and assistance. Both Neo4j® EE and Neo4j® CE undergo extensive testing and review as described below.

8.    Plaintiffs originally offered Neo4j® EE  under a paid-for commercial license and also made the source code available under the GNU Affero General Public License, version 3 ("AGPL"), to allow testing and trial use, and non-commercial use, following well-accepted dual-licensing model that has been, or is being, used by software companies, such as Oracle (with MySQL), IBM (with Linux), and MongoDB.

9.    Purchasing a commercial license supported the continued development and improvement of Neo4j® EE and the Neo4j® Platform as a whole, including the development of source code for proprietary modules made for enterprise uses and overall improvements to the source code underlying Neo4j® CE.  Importantly, the commercial license for Neo4j® EE also relieved customers of the "copyleft" obligations included in the AGPLv3, which obligated end users to open source any applications that access the database either locally or over a network. Attached hereto as **Exhibit 1** is a true and correct copy of an exemplar of the AGPL as previously used by Neo4j Sweden for Neoj4® EE version 3.3 (and earlier versions), which is still available on Plaintiffs' GitHub repository.[1]

10.    Neo4j® EE version 3.3 was the first version of Neo4j® EE to include a small number of closed-source features for increased security as needed by commercial users of the Neo4j® Platform, namely Kerberos and intra-cluster encryption. The source code for those two features were not included in Neo4j's public GitHub source code repository, but were instead built and managed inside a private repository. All of the tests to Neo4j® EE version 3.3

---

[1] GitHub provides hosting for software development and version control. It offers software distributed version control, source code management, as well as access control and collaboration features such as bug tracking, feature requests, task management, and continuous integration. GitHub offers its basic services free of charge. Its more advanced professional and enterprise services are available on commercial terms.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3655474.7                                                                 - 3 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1  conducted by Plaintiff were done so specifically accounting for these features and the interplay

2  between that functionality and the other classes of code within the software.

3        11.    In May 2018, Plaintiffs released Neo4j® EE version 3.4, which they continued to

4  offer under a dual license.  Attached hereto as **Exhibit 2** is a true and correct copy of a May 17,

5  2018 announcement I published on Neo4j USA's website regarding the release of Neo4j® CE

6  and Neo4j® EE version 3.4.  However, Neo4j Sweden replaced the AGPLv3 with a stricter

7  license, which included the terms of the AGPLv3 with additional restrictions and further

8  information about the owner and author of the copyrights underlying the source code (the "Neo4j

9  Sweden Software License"), which in relevant part stated:

10        NOTICE

11        This package contains software licensed under different licenses, please refer
          to the NOTICE.txt file for further information and LICENSES.txt for full
12        license texts. Neo4j Enterprise object code can be licensed independently from
          the source under separate commercial terms. Email inquiries can be directed to:
13        licensing@neo4j.com.      More       information      is      also      available
          at:https://neo4j.com/licensing/   The software ("Software") is developed and
14        owned by Neo4j Sweden AB (referred to in this notice as "Neo4j") and is
          subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
15        Version 3, with the Commons Clause as follows:

                                    * * *
16        "Commons Clause" License Condition

17        The Software is provided to you by the Licensor under the License, as defined
18        below, subject to the following condition. Without limiting other conditions in
          the License, the grant of rights under the License will not include, and the
          License does not grant to you, the right to Sell the Software.  For purposes of
19        the foregoing, "Sell" means practicing any or all of the rights granted to you
20        under the License to provide to third parties, for a fee or other consideration, a
          product or service that consists, entirely or substantially, of the Software or the
21        functionality of the Software. Any license notice or attribution required by the
          License must also include this Commons Cause License Condition notice.

22  Attached hereto as **Exhibit 3** is a true and correct copy of an exemplar of the Neo4j Sweden

23  Software License used with Neo4j® EE version 3.4, which is still available on Plaintiffs' GitHub

24  repository.

25        12.    This marked an important transition for newer versions of the source code for

26  Neo4j® EE: from being "open source", to being "source available." More specifically: while

27  allowing code to be publicly viewable and used within a certain limited scope of usage, the Neo4j

28  Sweden Software License imposes commercial restrictions that included third-party resale and

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3655474.7                                    - 4 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

services activity. This new license, applied to Neo4j® EE version 3.4 and several pre-release versions of Neo4j® EE version 3.5, and are sufficiently restrictive so as to no longer qualify as "open source" under industry-accepted definitions of open source.   Plaintiffs made the decision to modify the license terms used to distribute Neo4j® EE to prevent third parties from monetizing its software while not contributing back to the software or companies who are producers of the software.  Plaintiffs also wanted to be able to control their reputation and brand by certifying and approving services partners working with the flagship commercial version of its product.

13.    In November 2018, Plaintiffs officially released Neo4j® EE version 3.5 solely under a proprietary and commercial license, while they continued to offer the source code for Neo4j® CE under the GPL open source license.  This meant that Plaintiffs were no longer publishing source code for new versions of Neo4j® EE to their public GitHub repository.  This was done to simplify the Neo4j® Platform's licensing model, as well as to more clearly communicate the commercial intent of the Neo4j® EE product, and prevent third parties from engaging parasitic behavior and diverting funds from the Plaintiff to themselves in closed, proprietary commercial projects. Attached hereto as **Exhibit 4** is a true and correct copy of November 15, 2018 announcement regarding the release of Neo4j® CE and Neo4j® EE version 3.5 that I published on Neo4j USA's website.

14.    Prior to its official release, Plaintiffs published several beta versions of the source code for Neo4j® EE v3.5 via their GitHub repository subject to the Neo4j Sweden Software License.  Plaintiffs did so in order to obtain user input and to make it easier to identify potential bugs that could be fixed prior to its official release.  Neo4j® EE version 3.5.0-RC1 was the last pre-release beta version made available via GitHub.  Thereafter, Plaintiffs only made the source code for Neo4j® CE available under the GPL via Github and only distributed Neo4j® EE as executable object code under a commercial license.

15.    Both Neo4j® EE and Neo4j® CE have been subject to trademark policies and guidelines published on Plaintiffs' website.  These policies made clear that to the extent any authorized modifications are made to Neo4j® Software, such modified software should indicate so and no longer bear the Neo4j® Mark. Neo4j USA did this to ensure that consumers knew

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3655474.7                                        - 5 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   when they were receiving genuine Neo4j® Software that was quality assured by Plaintiffs rather

2   than third-party modified open source versions thereof.

3       16.    Attached hereto as **Exhibit 5** is a true and correct copy of a July 10, 2017 capture

4   of Neo4j USA's Trademark Policy located at https://neo4j.com/trademark-policy/, which was

5   downloaded from the Wayback Machine website, a digital archive of the World Wide Web

6   (https://web.archive.org).  This version of Neo4j USA's Trademark Guidelines was updated on

7   October 13, 2015, and to my knowledge publicly available on Neo4j USA's website between

8   October 15, 2015 and April 2, 2019.

9       17.    Attached hereto as **Exhibit 6** is a true and correct copy of a September 26, 2019

10  printout of Neo4j USA's Trademark Guidelines.  This version of Neo4j USA's Trademark

11  Guidelines has been publicly available on Neo4j USA's website since April 3, 2019.

12      18.    Attached hereto as **Exhibit 7** is a true and correct copy of an August 8, 2020

13  capture of Neo4j USA's Trademark Guidelines located at https://neo4j.com/trademark-policy/,

14  which was downloaded from the Wayback Machine website, a digital archive of the World Wide

15  Web (https://web.archive.org).  Again, this version of Neo4j USA's Trademark Guidelines has

16  been publicly available on Neo4j USA's website since April 3, 2019.

17      19.    As Vice President of Products, I am also involved in and work with Neo4j Sweden

18  AB's continuing development of the source code underlying the software for the Neo4j®

19  Platform and various quality assurance and testing on software package builds compiled from this

20  source code.  Neo4j Sweden AB ("Neo4j Sweden") relies on more than 100 engineers, dozens of

21  engineering-years of build and test infrastructure, and millions of dollars annually in

22  infrastructure costs alone in continuing to improve Neo4j® EE.

23      20.    Included in our tests is approximately 150,000 unit and integration tests that run

24  automatically on every code change to each new version of both Neo4j® CE and Neo4j® EE. We

25  also have an extensive suite of stress and robustness tests, which subject the database product

26  artifacts that we build to complex randomized scenarios that include deliberately-induced

27  machine outages, to ensure that  distributed computing ("clustering") features, which are unique

28  to Neo4j® EE, adequately protect customers and their data from the kinds of network, server, and

Hopkins & Carley
Attorneys At Law
San Jose ◆ Palo Alto

842\3655474.7                                    - 6 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1  software outages that occur in real-world customer environments, providing resilience in the face

2  of technical adversity.

3      21.   Another important kind of test that we have is end-to-end soak testing, which is

4  based on an infrastructure was expensive and time consuming to build.  Plaintiffs have had a team

5  of engineers that are dedicated to building and maintaining this testing framework since at least

6  2014.  This test is only performed on Neo4j® EE releases and not independently performed on

7  Neoj4® CE release. This layer, like the others, leverages a complex proprietary automation suite

8  that simulates how end users would automate and run Neo4j® EE. It access a Neo4j® EE cluster

9  through Neo4j's programmatic software drivers, running realistic load through the system for

10 days at a time, to ensure stable operation over extended periods, simulating customer usage.

11 Neo4j also has a complex benchmarking suite that is run with every candidate release of the

12 Neo4j® EE software, designed to ensure that there are no performance regressions in between

13 releases of software. This includes micro benchmarks, which are highly localized and fine

14 grained; macro benchmarks, which use larger data sets, some of which are obfuscated and

15 anonymized data sets provided by customers for this purpose; and full workloads, which test

16 databases of different size with mixed workloads with high levels of concurrency.

17     22.   In addition to all of the automated testing outlined above, Neo4j USA and Neo4j

18 Sweden's customer-facing technical experts, including Customer Support, Field Engineering

19 (pre-sales), Professional Services (consulting), Product Management (my own team that has

20 included employees of both Neo4j USA and Neo4j Sweden), carry out manual testing of releases

21 as part of our certification process, before they are deemed ready to be shipped to customers.

22     23.   In or about September 2017, I learned that John Mark Suhy had formed a new

23 company called iGov Inc., and that a group within Internal Revenue Service intended to award

24 PureThink a sole-source contract for their so-called "iGov Graph Database" software, which

25 appeared to be compiled using the source code from a version of Neo4j® EE licensed under the

26 AGPL.  On September 19, 2017, Neo4j USA filed a protest objecting to the sole source

27 justification of the intended award.

28 / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3655474.7                                    - 7 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

24.     In or about October 2017, I learned from iGov's website, www.igovsol.com, that John Mark Suhy was recompiling binaries allegedly from source code underlying Neo4j® EE v3.3, which he called "Neo4j Enterprise" and was advertised as being identical to Plaintiffs' official Neo4j® EE v3.3 binaries.  I downloaded this version distributed by iGov from https://igovsol.com/downloads.htm and found that this software as compiled by Mr. Suhy was not of the same quality as official binary compiled by Neo4j Sweden, and did not include several closed-sourced features and corresponding source code.

25.     In particular, I learned the following from the inspection of Mr. Suhy's recompiled version of Neo4j® EE v3.3:

- Mr. Suhy was using modified versions of older build scripts to assemble iGov's Government Package for Neo4j/Neo4j Enterprise.

- Mr. Suhy did not include key security feature such as kerberos and intra-cluster encryption, which were only available in the official Neo4j® EE v3.3 release.

- Neo4j® EE includes many components ("jar" files). The version made available by Mr. Suhy included many but not all of the components, calling into question whether the software would operate to the same level of capability and quality as Neo4j Sweden's official release of the software. Specifically, two commercial-only libraries, neo4j-server-commercial-3.3.0.jar and neo4j-causal-clustering-commercial-3.3.0.jar did not exist in Mr. Suhy's version of "Neo4j Enterprise."

26.     By recompiling Neo4j® EE v3.3 in the foregoing manner, Mr. Suhy introduced modifications that Plaintiffs would not consider to be of the same quality as if were compiled by Neo4j Sweden.  Mr. Suhy's intermixing of scripts from older versions of Neo4j® EE increased the likelihood of stability issues for end-user customers and the co-mingling of divergent code increases the risk of environment failure and/or loss of database and/or data availability.

27.     After Plaintiffs released Neo4j® EE version 3.4, I learned from iGov's website that it was promoting what it called open source "Neo4j Enterprise" version 3.4.  I downloaded a copy of this software and found that similar to the software iGov released supposedly based on Neo4j® EE version 3.3, this "version 3.4" had been built with older versions of build scripts

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

842\3655474.7

- 8 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1    modified by Mr. Suhy, and that the Neo4j Sweden Software License had also been replaced with

2    a generic copy of the APGL in the LICENSE.txt files accompanying iGov's versions of what it

3    called version 3.4 of its own offering it called "Neo4j Enterprise" and ONgDB.

4         28.    Since Plaintiffs were no longer offering the binaries for Neo4j® EE version 3.4

5    under a non-commercial license, iGov's version of what it called "Neo4j Enterprise v3.4" it

6    would be highly unlikely that it would be of the same quality as if were compiled by Neo4j

7    Sweden AB, which is subject to the extensive proprietary testing described above beyond what is

8    publicly available in Neo4j® CE.

9         29.    On or about September 20, 2019, I inspected a copy of ONgDB v3.5.9 that GFI

10   claimed was licensed under the AGPL and purported to mirror Neo4j® EE version 3.5.9, which I

11   obtained from Defendant Graph Foundation's GitHub repository.  Plaintiffs never offered this

12   version of the software as either open source under the AGPL, nor as source available.  ONgDB

13   version 3.5.9 contained 247 Java classes that were released for the first time under the Neo4j

14   Sweden Software License either in (a) Neo4j® EE version 3.4 and were incorporated into

15   Neo4j® EE version 3.5; or (b) Neo4j® EE version 3.5.0-RC1, and were therefore never

16   previously licensed under the AGPLv3.  Additionally, the full underlying source code for the

17   enterprise-only components of Neo4j® EE version 3.5.9 was never made available or released

18   under the Neo4j Sweden Software License, or any open source license.  Specifically, Neo4j® EE

19   version 3.5.9 includes ten versions worth of discrete advances (fixes & improvements critical to

20   the reliable function of the software) not present in the last version of restricted source available

21   software that I understand that ONgDB used as the basis for its software.

22        30.    Also as part of my inspection,  I also reviewed a commit

23   (https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e883

24   74) authored by John Mark Suhy in the ONgDB Github repository where he replaced at least 28

25   LICENSE.txt files that contained the Neo4j® Sweden Software License covering the

26   aforementioned source code files and replaced it with the AGPL.

27        31.    As described above, Neo4j Sweden employs significant propriety testing and

28   quality assurances beyond what is publicly available in Neo4j® CE to create and build Neo4j®

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

EE version 3.5.  The substantially complex nature of those scripts and tests, combined with the significant multi-year investment in said infrastructure, the large team involved in operating these tests and knowledge and training required to maintain and evolve them, the high cost of running these tests (over $1M/year in infrastructure costs alone), the complex nature of the Neo4j® EE software itself, and the lack of visibility into the code changes being made in all versions subsequent to Neo4j® EE version 3.5-RC, make it improbable that any third party, including John Mark Suhy (iGov & PureThink), Brad Nussbaum and Ben Nussbaum of the Graph Foundation (and AtomRain and GraphGrid), would be able to replicate the same level of reliability, quality, or features of subsequent releases of Neo4j® EE 3.5.x by Plaintiffs.  As a result, there would be an increased potential for instability and compatibility issues in ONgDB software that is compiled in this manner, and that fails to include incremental improvements to the proprietary software.

32.    Given the number of engineers that work on developing Neo4j® EE, the amount of man hours they put in and the rigors of Neo4j Sweden's proprietary development and testing protocols, and the long period of onboarding required for each engineer to become familiar with the code and quality processes, it would be virtually impossible for Graph Foundation replicate this.  Consequently, neither Neo4j USA nor Neo4j Sweden would consider ONgDB v3.5.9 to be the exact equivalent both in function and quality as the same version of official Neo4j® EE v3.5.9, and this would be true for any other version of ONgDB 3.5.x that Graph Foundation claims to be the equivalent version of Neo4j EE v3.5.x.

33.    When Neo4j Sweden closed off the enterprise source code after Neo4j® EE version 3.5.0-RC1, any changes or additions it made to that code that were not mirrored in Neo4j® CE would not available to developers and end users of Neo4j® EE v3.5.x.  This includes Neo4j 3.5.0, which was the first version certified for General Availability by Plaintiff, and collectively includes critical fixes and other ongoing improvements in closed-off enterprise code, a substantial number of which are in the clustering layer of the software, which is now closed source.  Thus, Graph Foundation would not have received such fixes and improvements, nor have been aware of the precise nature of all of the fixes. As of the date of this declaration, the latest

Hopkins & Carley
Attorneys At Law
San Jose ◆ Palo Alto

842\3655474.7                                     - 10 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   version of Neo4j® EE is 4.2.1; and the latest version of the Neo4j® EE 3.5 code line is Neo4j

2   3.5.25. *See* https://neo4j.com/release-notes/.  With over twenty proprietary patch releases

3   differentiating the underlying code line of Neo4j® EE 3.5.25, any versions of ONgDB relying on

4   older code would be meaningfully different from version 3.5.0-RC1, the pre-general availability

5   release candidate upon which ONgDB is based.

6          34.    Examples include multiple critical patches introduced by Neo4j Sweden that were

7   only included in the closed enterprise code for Neo4j® EE 3.5.x and were never publicly release

8   under the Neo4j Sweden Software License or the AGPL, or otherwise made publicly accessible or

9   available via Neo4® CE. The specific fixes to the closed Neo4j® EE source code consisted of

10  security and functionality fixes crucial to proper operation of clustering and other commercial-

11  only features. These patches were necessary to increase the stability and functionality of Neo4j®

12  EE, and in particular to avoid the risk that customers using the software might face risks and

13  instabilities with their data and operation of the software, including risk of unplanned downtime,

14  data corruption, returning incorrect results for certain queries, and risks the reliable operation of

15  backups.  The absence of these Neo4j-developed and tested patches in ONgDB software leaves

16  users vulnerable to these and other problems, for which Plaintiff is uniquely positioned and has

17  uniquely invested in addressing.

18          I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct, and that this declaration was executed on this 10th day of December

20  2020, at San Mateo, California

21

22

23  Philip Rathle

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE •PALO ALTO

842\3655474.7                                                       - 11 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

**EXHIBIT 1**

NOTICE
This package contains software licensed under different
licenses, please refer to the NOTICE.txt file for further
information and LICENSES.txt for full license texts.

The software ("Software") is developed and owned by Network Engine
for Objects in Lund AB (referred to in this notice as "Neo Technology").
If you have executed an End User Software License and Services Agreement,
an OEM Software License and Support Services Agreement, or another
commercial license agreement (including an Evaluation Agreement) with
Neo Technology or one of its affiliates (each, a "Commercial Agreement"),
you may use the Software solely pursuant to the terms of the relevant
Commercial Agreement.

If you have not executed a Commercial Agreement with Neo Technology, the
Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3, as follows:


                 GNU AFFERO GENERAL PUBLIC LICENSE
                    Version 3, 19 November 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                           Preamble

  The GNU Affero General Public License is a free, copyleft license
for software and other kinds of works, specifically designed to ensure
cooperation with the community in the case of network server software.

  The licenses for most software and other practical works are
designed to take away your freedom to share and change the works.  By
contrast, our General Public Licenses are intended to guarantee your
freedom to share and change all versions of a program--to make sure it
remains free software for all its users.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  Developers that use our General Public Licenses protect your rights
with two steps: (1) assert copyright on the software, and (2) offer
you this License which gives you legal permission to copy, distribute
and/or modify the software.

  A secondary benefit of defending all users' freedom is that
improvements made in alternate versions of the program, if they
receive widespread use, become available for other developers to
incorporate.  Many developers of free software are heartened and
encouraged by the resulting cooperation.  However, in the case of
software used on network servers, this result may fail to come about.
The GNU General Public License permits making a modified version and
letting the public access it on a server without ever releasing its
source code to the public.

  The GNU Affero General Public License is designed specifically to
ensure that, in such cases, the modified source code becomes available
to the community.  It requires the operator of a network server to
provide the source code of the modified version running there to the
users of that server.  Therefore, public use of a modified version, on
a publicly accessible server, gives the public access to the source
code of the modified version.

  An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

  The precise terms and conditions for copying, distribution and
modification follow.

                      TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU Affero General Public
License.

  "Copyright" also means copyright-like laws that apply to other kinds
of works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

Case 5:19-cv-06226-EJD   Document 93-3   Filed 12/11/20   Page 15 of 81

To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

A "covered work" means either the unmodified Program or a work based
on the Program.

To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of

your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

   4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

   A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

   6. Conveying Non-Source Forms.

   You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the

product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.

d) Convey the object code by offering access from a designated
place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
Corresponding Source.  Regardless of what server hosts the
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

e) Convey the object code using peer-to-peer transmission, provided
you inform other peers where the object code and Corresponding
Source of the work are being offered to the general public at no
charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

  a) Disclaiming warranty or limiting liability differently from the
  terms of sections 15 and 16 of this License; or

  b) Requiring preservation of specified reasonable legal notices or
  author attributions in that material or in the Appropriate Legal
  Notices displayed by works containing it; or

  c) Prohibiting misrepresentation of the origin of that material, or
  requiring that modified versions of such material be marked in
  reasonable ways as different from the original version; or

  d) Limiting the use for publicity purposes of names of licensors or
  authors of the material; or

  e) Declining to grant rights under trademark law for use of some
  trade names, trademarks, or service marks; or

  f) Requiring indemnification of licensors and authors of that
  material by anyone who conveys the material (or modified versions of
  it) with contractual assumptions of liability to the recipient, for
  any liability that these contractual assumptions directly impose on
  those licensors and authors.

All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term.  If a license document contains a further
restriction but permits relicensing or conveying under this License, you
may add to a covered work material governed by the terms of that license
document, provided that the further restriction does not survive such
relicensing or conveying.

If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do

https://raw.githubusercontent.com/neo4j/neo4j/3.3/packaging/standalone/LICENSE.txt

not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.

   Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

   An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

   You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

   11. Patents.

   A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

   A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

   Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

   In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

   If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

   If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

   A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that

contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

  Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

  12. No Surrender of Others' Freedom.

  If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

  13. Remote Network Interaction; Use with the GNU General Public License.

  Notwithstanding any other provision of this License, if you modify the
Program, your modified version must prominently offer all users
interacting with it remotely through a computer network (if your version
supports such interaction) an opportunity to receive the Corresponding
Source of your version by providing access to the Corresponding Source
from a network server at no charge, through some standard or customary
means of facilitating copying of software.  This Corresponding Source
shall include the Corresponding Source for any work covered by version 3
of the GNU General Public License that is incorporated pursuant to the
following paragraph.

  Notwithstanding any other provision of this License, you have permission
to link or combine any covered work with a work licensed under version 3
of the GNU General Public License into a single combined work, and to
convey the resulting work.  The terms of this License will continue to
apply to the part which is the covered work, but the work with which it is
combined will remain governed by version 3 of the GNU General Public
License.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU Affero General Public License from time to time.  Such new
versions will be similar in spirit to the present version, but may differ
in detail to address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU Affero
General Public License "or any later version" applies to it, you have
the option of following the terms and conditions either of that
numbered version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number
of the GNU Affero General Public License, you may choose any version
ever published by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU Affero General Public License can be used, that
proxy's public statement of acceptance of a version permanently
authorizes you to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

```
  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU Affero General Public License as
    published by the Free Software Foundation, either version 3 of the
    License, or (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU Affero General Public License for more details.

    You should have received a copy of the GNU Affero General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If your software can interact with users remotely through a computer
network, you should also make sure that it provides a way for users to
get its source.  For example, if your program is a web application, its
interface could display a "Source" link that leads users to an archive
of the code.  There are many ways you could offer source, and different
solutions will be better for different programs; see section 13 for the
specific requirements.

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU AGPL, see
<http://www.gnu.org/licenses/>.
```

**EXHIBIT 2**





(Neo4j Blog)←[:BACK]

# Neo4j Graph Database 3.4 GA Release: Everything You Need to Know



Philip Rathle, VP of Products

May 17, 2018  ·  8 mins read

---

*Author's note: What a hectic week in the world of Neo4j! In addition to finalizing the delivery of Neo4j 3.4, we simultaneously built the* GQL Manifesto*, a call to support a common, unified Graph Query Language. Thank you to the graph community for your strong vote of support!* If you have not already voted, please do so*.*

The Neo4j graph database has always been the technology closest to the core of our mission: *to help the world make sense of data.*



With today's general availability release of Neo4j Graph Database version 3.4, we believe that mission is advanced further than ever before.

The native graph database is the foundation around which the rest of the Neo4j Graph Platform is built, and we're proud to be releasing this version that will delight both longstanding community developers and enterprise DBAs alike.

| 3.4 Features By Edition | Community | Enterprise |
|---|---|---|
| **Data Types** | | |
| Date/Time data type | ☐ | ☐ |
| 3D Geospatial data types | ☐ | ☐ |
| **Performance Improvements** | | |
| Native String Indexes – up to 5x faster writes | ☐ | ☐ |
| Fast Backups | ☐ | **2x Faster** |
| Enterprise Cypher Runtime up to 70% faster | – | ☐ |
| 100B+ Bulk Importer | ☐ | **Resumable** |
| **Enterprise Scaling & Administration** | | |
| Multi-Clustering (partition of clusters) | – | ☐ |
| Automatic Cache Warming | – | ☐ |
| Rolling Upgrades | – | ☐ |
| Resumable Copy/restore cluster member | – | ☐ |

| | | |
|---|---|---|
| New diagnostic metrics and support tools | – | ☐ |
| Property Blacklisting | – | ☐ |

Here is a closer look at the release-defining features of Neo4j Database 3.4:

# Multi-Clustering

Multi-Clustering is the flagship feature of Neo4j Database 3.4, advancing the Graph Platform in scale, expanded uses and performance.



With Multi-Clustering, you can create and manage multiple domain-specific database clusters, effectively

partitioning the graph into independent parts. We view this as a step in our march toward fully-sharded horizontal scaling of graph data.

Multi-Clustering can be used to logically partition graphs; create highly-available, large-scale multi-tenant SaaS systems; or oversee multiple graph implementations across the enterprise. For example, Multi-Clustering is perfect for building GDPR-compliant data lineage systems by country, or segmenting a graph database according to product line or division.

## Directory Service

Multi-Clustering comes with a new directory service that manages a routing table of locations for each named database cluster. The directory service lives within lower levels of Bolt drivers at the same level as cluster load balancing and routing logic, all of which saves developers innumerable headaches.

## Multi-Clustering Scalability Use Cases & Strategies

Here are just a few scalability use cases of Multi-Clustering we initially imagined (we're sure you'll surprise us with even more):

## 1. Physical Graph Partitioning

For the horizontal scaling of databases with logically distinct graphs, Multi-Clustering can be used to adopt a strategy of physical graph partitioning.

Physical graph partitioning might include naming and managing graphs according to geography (e.g., country), customer ID, products, use cases, versions, or data center as individual clustered instances. Or, you could use this approach for the creation and storage of multiple analytic graphs derived from graph-based analysis.

Physical graph partitioning is a cloud-friendly model, especially considering server-to-server encryption, multi-

data center or zone support in conjunction with the above-mentioned strategies.

## 2. Cluster-Based Multi-Tenancy

Using Multi-Clustering for a cluster-based multi-tenant strategy allows you to define baseline schemas and data templates independent of a given tenant. You can also name graph data according to tenant ID and route it accordingly.

This strategy allows SaaS providers to deploy tenants as triplets of cloud instances that both separates individual customer data and provides high availability and customer-centric security – all without disturbing the top-level behavior and operation of the application or service.

## 3. Multi-Graph Operations within the Enterprise

Finally, Multi-Clustering can be used to combine oversight of use-specific graphs within an enterprise organization, such as metadata, GDPR compliance services, identity management, network topology management and Customer 360 experience data.

# New Data Types

Neo4j Database introduces two brand-new data types: **date/time** data and **three-dimensional geospatial** data. These new data types enable optimized Cypher queries for searches across time or space.

## Temporal Data in Neo4j

The introduction of date/time data expands graph-based thinking into other types of temporal (time-situated) logic and queries that matches modern research happening at leading universities across the globe. Temporal data is also important for Internet of Things (IoT) use cases, versioning and other changes-over-time implementations.

With the new date/time data types, you can more easily tap into a variety of use cases, such as:

- Time trees

- Change logs

- Temporal incentives ("Offer this coupon until this date.")

- Complements to spatial queries ("Optimize route based on commute hour.")

The new date/time data includes a variety of formats and conforms to a familiar SQL-like model.

## 3D Spatial Data in Neo4j

In addition to traditional latitude and longitude, the new geospatial data types in Neo4j also include Cartesian coordinates (x, y, z), radial distances, altitude, depth and slope.



```
Query Example: "Find all coffee shops within 100m"

WITH point({latitude: 55.612149, longitude: 12.995090}) AS poi
MATCH (l:Location)<-[:AT]-(b:Business)-[:OF]->(c:Category)
  WHERE c.name = "coffee"
    AND distance(l.location, poi) < 100
RETURN distance(l.location, poi) as distance, b.name as coffee_shop
  ORDER BY distance DESC
```

**Neo4j Database 3.4 now supports three-dimensional geospatial search as a data type and in Cypher queries.**

These new data types greatly expand the types of searches and use cases for graph data, including location-based searches ("Find me a coffee shop within 100 meters") and 3D routing requests ("Route the delivery to the 3rd floor").

Another example: Using these new data formats, you could build a real-time bike-messenger delivery system that could not only locate addresses, but also specify time of delivery and elevation changes for the rider.



**Another 3D geospatial search example: Recommend a shirt available in a multi-floor store close by in the men's department. In Neo4j 3.4, Cypher queries now support the data types necessary to complete such searches and recommendations.**

# Performance Improvements

Neo4j 3.4 is faster in terms of both reads and writes, and these overall performance improvements are

proportionally reflected in both Community and Enterprise Editions (with some differences).

The 3.4 release removes multiple layers of APIs between the kernel, interpreters and compilers, producing impressive performance improvements that other graph-layered products will find challenging to reproduce.

## Blazing-Fast Writes

- **Writes are now up to 5x faster** for nodes with indexed string properties, thanks to native string indexes and lessening dependence on third-party libraries.
- A **new kernel API** streamlines internal instructions.
- Bulk imports can handle over a 100 billion nodes and relationships.
- **Transaction states consume less memory** thanks to various efficiency improvements (including native indexing) working together.

### Writes with Native String Indexes

Writes are now up to 5x faster for nodes with indexed string properties, thanks to native string indexes. This reduces Neo4j's dependency on the popular external indexing library Lucene, and gives Neo4j finer-grained control over index response times.

## Speedy Reads

- Internal testing shows that **Cypher runtime is 20% faster** than for Neo4j 3.3 Community Edition and **Cypher runtime is 50-70% faster** than Neo4j 3.3 Enterprise Edition.



Internal testing shows that Cypher runtime is 50-70% faster in Neo4j 3.4 Enterprise Edition than in Neo4j 3.3 Enterprise Edition.

# New Administrator Features

Database administrators, DevOps and other support staff have had an important voice in strengthening Neo4j both in the past and in the 3.4 release. Some of the key highlights include:

- **Hot backups are now twice as fast** as in previous releases.

- After restart or restore, **active cache warming** now automatically warms the page cache to its previous operational state, getting servers back online in record time. This active warm-up exercise also cascades to Read Replicas within that Causal Cluster. The effect is that applications enjoy the peak operational responsiveness – immediately.

- A **new diagnostic utility** (dump tool) improves the speed and accuracy of collaboration support cases

between customers and Neo4j Support.

## Cluster Member Management

- **Data store copy and catch-up** features to enable a new empty instance to join a cluster and become operational in no time. This feature adds full transaction history as well as bulk-load historic data and transaction leftovers.
- **Catch-up functions** can be stopped and resumed, and also include ongoing raft log updates to complete making a new instance fully armed and operational.

## Rolling Upgrades

- Rolling upgrades allow for **updating older instances while keeping other members stable** and without requiring a restart of the environment.
- All **new patch, minor and major versions** will support rolling upgrades starting from Neo4j 3.4.
- Rolling upgrades will operate with **both read-only and read/write instances**.



**Neo4j 3.4 now supports rolling upgrades so you can update older instances while keeping other members stable and without requiring a restart of the environment.**

# Database Security Advancements

As with past releases, the Neo4j Database 3.4 release continues to robustly uphold modern database security principles, often not available in competing graph stores or other NoSQL databases.

Our current database security features include:

- User- and role-based security within the database

- LDAP and AD directory integration

- Kerberos authentication (ticket-based)

- HTTPS access to all user-facing interfaces

- TLS encrypted traffic among cluster routing, cluster members, including through Bolt application drivers and across data centers

- Encrypted data at rest via file-system encryption

With Neo4j 3.4, administrators can now implement **property blacklisting by name or role**, securing property visibility. This feature is similar to SQL-centric column level security without impacting performance.



With Neo4j 3.4, administrators can now implement property security by name, blacklisting properties for users.

# Conclusion

As the core of the Neo4j Graph Platform, this 3.4 release of the Neo4j Graph Database indicates an upgrade

for the entire platform that relies on it. We're confident that the upgrades in Neo4j 3.4 will deliver stunning spillover results into all of the new products and features of the Graph Platform as they roll out later this year.



**Neo4j Database 3.4 is just one of many recent or soon-to-be-released upgrades to the Neo4j Graph Platform.**

We encourage you to download Neo4j Database 3.4 and try it out for yourself – whether as part of Neo4j Desktop or as part of your Enterprise Edition license.

While we know some of the most clear and obvious ways that this release will help you harness your data connections, we're even more excited to hear how our millions of users worldwide will use these new features to build applications beyond the limits of our wildest imagination.

For all of the Neo4j team,

–Philip Rathle

**Start pushing boundaries today:**
**Download Neo4j Desktop right now and see for yourself what you can do with the leading platform for connected data.**

Download Neo4j 3.4

| cache warming | Cartesian coordinates | cypher | database security | DevOps | graph database | hot backups |

| native graph database | neo4j | Neo4j 3.4 |

  

Neo4j Community Disclaimer



Author

## Philip Rathle, VP of Products

Philip Rathle has a passion for building great products that help users solve tomorrow's challenges. He spent the first decade of his career building information solutions for some of the world's largest companies: first with Accenture, then with Tanning Technology, one of the world's top database consultancies of the time, ...
know more

## Related Articles

The Lean-In Moment: 5-Minute Interview with Paul Westcott

Oct 16 · 3 mins read

5-Minute Interview: Graph Databases For Dummies with Dr. Jim Webber and Rik Van Bruggen

Oct 15 · 5 mins read



Fixing Your Microservices Architecture Using Graph Analysis

Oct 07 · 13 mins read

# Comments (2)

## Leave a Reply

Your email address will not be published.

 **Satish**
Nov 6, 2018

Hi, is there any article describing: how ne04j works with a bigdata cluster which ingests 10 billion events per day and data needs to be visualized with a graph visualization like keylines?

Reply

 **Sebastien DOLLAR**
May 6, 2019

We are trying to have some DB on same cluster like Production DB, copy of it as dev side data

It can be possible and with what way ?



Reply

PRODUCTS
USE CASES
PARTNERS

CUSTOMERS
LEARN
DEVELOPERS

Why Graph Databases?
Graph Databases vs RDBMS
What's New in Neo4j
Graphdatabases.com

Company
News
Awards
Careers
Staff

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 1 73 23 56 07

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

**EXHIBIT 3**

NOTICE
This package contains software licensed under different
licenses, please refer to the NOTICE.txt file for further
information and LICENSES.txt for full license texts.

Neo4j Enterprise object code can be licensed independently from
the source under separate commercial terms. Email inquiries can be
directed to: licensing@neo4j.com. More information is also
available at:https://neo4j.com/licensing/

The software ("Software") is developed and owned by Neo4j Sweden AB
(referred to in this notice as "Neo4j") and is subject to the terms
of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:


                    GNU AFFERO GENERAL PUBLIC LICENSE
                       Version 3, 19 November 2007

    Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
    Everyone is permitted to copy and distribute verbatim copies
    of this license document, but changing it is not allowed.

                            Preamble

    The GNU Affero General Public License is a free, copyleft license
for software and other kinds of works, specifically designed to ensure
cooperation with the community in the case of network server software.

    The licenses for most software and other practical works are
designed to take away your freedom to share and change the works.  By
contrast, our General Public Licenses are intended to guarantee your
freedom to share and change all versions of a program--to make sure it
remains free software for all its users.

    When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

    Developers that use our General Public Licenses protect your rights
with two steps: (1) assert copyright on the software, and (2) offer
you this License which gives you legal permission to copy, distribute
and/or modify the software.

    A secondary benefit of defending all users' freedom is that
improvements made in alternate versions of the program, if they
receive widespread use, become available for other developers to
incorporate.  Many developers of free software are heartened and
encouraged by the resulting cooperation.  However, in the case of
software used on network servers, this result may fail to come about.
The GNU General Public License permits making a modified version and
letting the public access it on a server without ever releasing its
source code to the public.

    The GNU Affero General Public License is designed specifically to
ensure that, in such cases, the modified source code becomes available
to the community.  It requires the operator of a network server to
provide the source code of the modified version running there to the
users of that server.  Therefore, public use of a modified version, on
a publicly accessible server, gives the public access to the source
code of the modified version.

    An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

    The precise terms and conditions for copying, distribution and
modification follow.

                       TERMS AND CONDITIONS

  0. Definitions.

    "This License" refers to version 3 of the GNU Affero General Public
License.

    "Copyright" also means copyright-like laws that apply to other kinds
of works, such as semiconductor masks.

    "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

    To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an

exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

   To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.

   The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

   The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

   The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

   The Corresponding Source for a work in source code form is that
same work.

   2. Basic Permissions.

   All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

   You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under

the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

   4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

     a) The work must carry prominent notices stating that you modified
     it, and giving a relevant date.

     b) The work must carry prominent notices stating that it is
     released under this License and any conditions added under section
     7.  This requirement modifies the requirement in section 4 to
     "keep intact all notices".

     c) You must license the entire work, as a whole, under this
     License to anyone who comes into possession of a copy.  This
     License will therefore apply, along with any applicable section 7
     additional terms, to the whole of the work, and all its parts,
     regardless of how they are packaged.  This License gives no
     permission to license the work in any other way, but it does not
     invalidate such permission if you have separately received it.

     d) If the work has interactive user interfaces, each must display
     Appropriate Legal Notices; however, if the Program has interactive
     interfaces that do not display Appropriate Legal Notices, your
     work need not make them do so.

   A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

   6. Conveying Non-Source Forms.

   You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

     a) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by the
     Corresponding Source fixed on a durable physical medium
     customarily used for software interchange.

     b) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by a
     written offer, valid for at least three years and valid for as
     long as you offer spare parts or customer support for that product
     model, to give anyone who possesses the object code either (1) a
     copy of the Corresponding Source for all the software in the
     product that is covered by this License, on a durable physical
     medium customarily used for software interchange, for a price no
     more than your reasonable cost of physically performing this

conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

  c) Convey individual copies of the object code with a copy of the
  written offer to provide the Corresponding Source.  This
  alternative is allowed only occasionally and noncommercially, and
  only if you received the object code with such an offer, in accord
  with subsection 6b.

  d) Convey the object code by offering access from a designated
  place (gratis or for a charge), and offer equivalent access to the
  Corresponding Source in the same way through the same place at no
  further charge.  You need not require recipients to copy the
  Corresponding Source along with the object code.  If the place to
  copy the object code is a network server, the Corresponding Source
  may be on a different server (operated by you or a third party)
  that supports equivalent copying facilities, provided you maintain
  clear directions next to the object code saying where to find the
  Corresponding Source.  Regardless of what server hosts the
  Corresponding Source, you remain obligated to ensure that it is
  available for as long as needed to satisfy these requirements.

  e) Convey the object code using peer-to-peer transmission, provided
  you inform other peers where the object code and Corresponding
  Source of the work are being offered to the general public at no
  charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of

it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term.  If a license document contains a further
restriction but permits relicensing or conveying under this License, you
may add to a covered work material governed by the terms of that license
document, provided that the further restriction does not survive such
relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

  If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

  A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

12. No Surrender of Others' Freedom.

If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

13. Remote Network Interaction; Use with the GNU General Public License.

Notwithstanding any other provision of this License, if you modify the
Program, your modified version must prominently offer all users
interacting with it remotely through a computer network (if your version
supports such interaction) an opportunity to receive the Corresponding
Source of your version by providing access to the Corresponding Source
from a network server at no charge, through some standard or customary
means of facilitating copying of software.  This Corresponding Source
shall include the Corresponding Source for any work covered by version 3
of the GNU General Public License that is incorporated pursuant to the
following paragraph.

Notwithstanding any other provision of this License, you have permission
to link or combine any covered work with a work licensed under version 3
of the GNU General Public License into a single combined work, and to
convey the resulting work.  The terms of this License will continue to
apply to the part which is the covered work, but the work with which it is
combined will remain governed by version 3 of the GNU General Public
License.

14. Revised Versions of this License.

The Free Software Foundation may publish revised and/or new versions of
the GNU Affero General Public License from time to time.  Such new
versions will be similar in spirit to the present version, but may differ
in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU Affero
General Public License "or any later version" applies to it, you have
the option of following the terms and conditions either of that
numbered version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number
of the GNU Affero General Public License, you may choose any version
ever published by the Free Software Foundation.

If the Program specifies that a proxy can decide which future
versions of the GNU Affero General Public License can be used, that
proxy's public statement of acceptance of a version permanently
authorizes you to choose that version for the Program.

Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

15. Disclaimer of Warranty.

THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

16. Limitation of Liability.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

17. Interpretation of Sections 15 and 16.

If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,

```
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU Affero General Public License as
    published by the Free Software Foundation, either version 3 of the
    License, or (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU Affero General Public License for more details.

    You should have received a copy of the GNU Affero General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

   If your software can interact with users remotely through a computer
network, you should also make sure that it provides a way for users to
get its source.  For example, if your program is a web application, its
interface could display a "Source" link that leads users to an archive
of the code.  There are many ways you could offer source, and different
solutions will be better for different programs; see section 13 for the
specific requirements.

   You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU AGPL, see
<http://www.gnu.org/licenses/>.


"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as
defined below, subject to the following condition. Without limiting
other conditions in the License, the grant of rights under the License
will not include, and the License does not grant to you, the right to
Sell the Software.  For purposes of the foregoing, "Sell" means
practicing any or all of the rights granted to you under the License
to provide to third parties, for a fee or other consideration,
a product or service that consists, entirely or substantially,
of the Software or the functionality of the Software. Any license
notice or attribution required by the License must also include
this Commons Cause License Condition notice.
```

**EXHIBIT 4**





(Neo4j Blog)←[:BACK]

# Simplicity Wins: We're Shifting to an Open Core Licensing Model for Neo4j Enterprise Edition



Philip Rathle, VP of Products

Nov 15, 2018   ·   2 mins read

**TL;DR:** Starting with Neo4j 3.5, Enterprise Edition source code will no longer be published to the open source commons, including future versions.



- This does not impact Neo4j Community Edition. We will continue to deliver the world's best and most comprehensive graph database as open source.

- This does not affect customers, partners, OEMs or Neo4j Desktop users.

- Code contributions from outside Neo4j remain available as open source in earlier versions.

## Neo4j Is Going Open Core

Today we are announcing an important change to the licensing of Neo4j Enterprise Edition: **Beginning with Neo4j 3.5 release candidates, Enterprise Edition is available solely under a commercial license.** (Read

Simplicity Wins: We're Shifting to an Open Core Licensing Model for Neo4j Enterprise Edition

our FAQ here for all the nitty-gritty details.)

We are doing this to clarify our licensing model and so that we can continue to offer you the most powerful graph database technology that we can offer: both commercially and across the wide range of open source projects to which we remain strongly committed. In essence, Neo4j is moving to a more industry-standard "open core" licensing model.

Neo4j Community Edition – the core of the Neo4j Graph Platform – will continue to be provided under an open source GPLv3 license, as it has been for years. In order minimize business confusion around what portion of our IP we sell and what portion we offer as free open source, we will no longer make Neo4j Enterprise Edition source code publicly available.

This move brings Neo4j in line with industry norms – most of the popular open source databases use an open core model – and it clearly delineates the licensing choices between Neo4j Enterprise and Community Editions.

What this **does not** affect:

- **Neo4j Community Edition.** This does not impact Community Edition in any way. The vast majority of new features have always landed into both editions, and we intend to continue investing in it.

- **Any software that you have received (or will receive) from us.** The Neo4j Enterprise distribution that you download from Neo4j.com, Docker Hub, etc. is not undergoing any change. Those binaries are already licensed under a commercial license. This move doesn't affect that.

- **Startup, Educational, Developer, Data Journalism and other free Enterprise Edition licenses.** Neo4j Enterprise Edition is available under a commercial license and is, in many cases, free.

- **Contributors.** More than 99% of Enterprise Edition code was authored by Neo4j employees and contractors. We have reached out to the few who make up the fractional <1% to affirm their contributions are given proper due, as well as to confirm their contributions are still freely available in past versions.

- **Older versions of Neo4j Enterprise.** Any version of Neo4j that's already been published is going to remain on GitHub.

What this *does* affect:

- **The source code we publish.** In the past, we've published our Enterprise Edition code to GitHub alongside the Neo4j Community Edition source that we publish. Starting today, we will only publish source for Neo4j Community Edition.

- **Neo4j-dependent open source projects.** We've reached out to the few open source projects we know are based on Neo4j Enterprise Edition, and we are working with them to make sure they have a way forward. These are few and far between (we know of five globally) as the AGPLv3 is a rather restrictive license, and because many projects qualify for free use under the Startup license. Please get in touch with us if you feel you fall under this category.

## Reasons Behind Our Move to Open Core

Neo4j Enterprise Edition has always unambiguously been Neo4j's commercial edition, just like Neo4j Community Edition has always clearly been intended for broad free use by the community under the GPLv3.

Our choice to license our commercially-destined, commercially-produced IP as AGPLv3 was made for a number of reasons that were right for the time. However, times have changed.

The right decision for us today is to make the commercial portion of our product closed source – but not the rigorously open and extensively capable Neo4j Community Edition database core.

This change clarifies what has always been our intent. The move to a clearer and more commonplace model comes from numerous cases over the years where we saw confusion, misunderstanding and misinterpretation.

Any customer, user or partner who feels this change will directly affect them should reach out to us by contacting Neo4j Support.

## Final Thoughts: We Love Open Source

We are narrowing the scope of our open source contributions in one specific area, but if you take a step back and look at all of the work that we're doing today, we're making *more FOSS contributions than ever, across a wider range of projects than ever, with more permissive licenses than ever.*

We are committed to continuing to invest in and to offer the largest, most comprehensive graph technology stack available, as open source.

Today this includes the following projects and products:

- **Neo4j Community Edition** (GPLv3) – the best open source graph database in the world which is the core of the Neo4j ecosystem and platform;

- **openCypher** (Apache 2.0) – the graph query language and future of Neo4j Cypher via the openCypher project and the GQL standardization initiative;

- **Native language drivers** (Apache 2.0) for Java, JavaScript, Python, .NET and Go; as well as Neo4j's JDBC driver and a variety of connectors (for Elasticsearch, GraphQL, et al);

- **Graph Algorithms** (GPLv3) – more than 20 iterative graph algorithms for finding communities and clusters, centrality, similarities and paths;

- **Neo4j APOC Library** (Apache 2.0) – a collection of hundreds of procedures ("Awesome Procedures on Cypher") that work with both editions of Neo4j;

- **Cypher for Apache Spark** (Apache 2.0) and **Cypher for Gremlin** (Apache 2.0) – extending the Cypher language to other graph engines besides Neo4j.

If you'd like to know more of the details about our move to an open core licensing model, please read more on our published FAQ page. Thank you so much for your understanding, and let's stay connected!

–Philip

cypher    graph algorithms    graph database    graph technology    neo4j    Neo4j Community    Neo4j Desktop

Neo4j Graph Platform    open core    open source



Neo4j Community Disclaimer

Author

## Philip Rathle, VP of Products

Philip Rathle has a passion for building great products that help users solve tomorrow's challenges. He spent the first decade of his career building information solutions for some of the world's largest companies: first with Accenture, then with Tanning Technology, one of the world's top database consultancies of the time, ...

know more

Related Articles



Graphistania Podcast: Authors Discuss Graph Databases For Dummies

Oct 27 · 2 mins read



#GraphCast: Graph Data Science Library

Oct 23 ·  < 1 min read



Announcing: Graph-Native Machine Learning in Neo4j!

Oct 21 · 6 mins read

# Comments ()

## Leave a Reply

Your email address will not be published.



PRODUCTS

USE CASES

PARTNERS

CUSTOMERS

LEARN

DEVELOPERS

Why Graph Databases?

Graph Databases vs RDBMS

What's New in Neo4j

Graphdatabases.com

Company

News

Awards

Careers

Staff

CONTACT US →

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 1 73 23 56 07

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j®
Bloom™ and Neo4j® Aura™ are registered trademarks
of Neo4j, Inc. All other marks are owned by their
respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

**EXHIBIT 5**



# Trademark Policy

The name and trademarks of Neo Technology, Inc. and its subsidiaries ("Neo Technology") signals a quality scalable graph database. Neo Technology is proud of its reputation for excellent software products, and wishes to maintain that reputation for the benefit of Neo Technology and its open source community. This trademark policy (the "Trademark Policy") describes the ways in which all of the trademarks, service marks, and logos of Neo Technology relating to the Neo Technology products such as Neo4j ("Trademark(s)") may or may not be used. The Trademarks are:

- Neo4j
- Cypher
- Neo Technology

If you use any of the Trademarks, you must abide by this Trademark Policy. We encourage communication to prevent misunderstandings. If you have any questions or comments, please contact us as described at the end of the Trademark Policy.

Neo Technology's Trademark Policy attempts to balance two competing interests: Neo Technology's need to ensure that its Trademarks remain reliable indicators of quality, and Neo Technology's desire to permit community members to contribute to the development and success of the Neo Technology software. Striking a proper balance can be difficult, and we hope this Trademark Policy will help us to do that.

Underlying Neo Technology's Trademark Policy is the general law of trademarks. Trademarks exist to help consumers identify the source or origin of products. When a company makes a good product or a bad one, consumers begin to associate those qualities with the name and trademarks of that company. The reputation of a company can be a key factor in a user deciding to use one product or another. Allowing others to place a company's trademarks on other people's products can affect this reputation. Trademark law exists, at least in part, to help users avoid being confused about the source and quality of the goods they are using.

Witness:
John Mark Suhy
Exhibit 06
10/22/2020  B Gerald

Neo Technology software, which is created and/or distributed by Neo Technology and thus properly bears the Trademarks, is the software in the exact binary form that it is distributed by Neo Technology, without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Trademarks. The public has a right to know when it is receiving a genuine Neo Technology product that is quality assured by Neo Technology.

Uses that Are Not Approved by This Trademark Policy

The following uses are not allowed. If you feel you need to use the Trademarks as described below, and have a legitimate reason to do so, please contact us. Some such uses may be acceptable under a separate written license agreement between you and Neo Technology. However, Neo Technology will decide this at its discretion on a case-by-case basis.

- **Certain web uses**. You must not use any Trademark in a web page title, titletag, metatag, or other manner with the intent or the likely effect of influencing search engine rankings or results listings.
- **Combination marks**. You must not use any Trademark in a manner that creates a "combined mark," or use that integrates other wording with the Trademark in a way that the public may think of the use as a new mark (e.g., SuperNeo4j, or Neo4j Lite by me)
- **Company names**. You must not use any Trademarks as part of your company name, trademark, or logo.
- **Domain names**. If you want to include all or part of a Neo Technology Trademark in a domain name, you must first receive written permission from Neo Technology. This includes uses for user groups, developer groups, or international groups. We may approve many such uses, but we need to do this on a case-by-case basis.
- **Misuse**. You must not use the Trademarks in a manner that is unethical, offensive, disparaging, illegal, or in bad taste.

Uses Permitted Under This Trademark Policy

In all cases you must use the Trademark only as permitted by this Trademark Policy and only as authorized in, and subject to, a separate written license agreement between you and Neo Technology. Also, if you use the Trademarks in violation of this Trademark Policy in any way, Neo Technology may revoke your right to use the Trademarks.

Services Related to Neo Technology Software

If you offer services related to Neo Technology software, unless you have entered into a separate written license agreement between you and Neo Technology, you may only use Neo Technology's Trademarks in word form to describe and advertise your services, so long as you do not suggest that you are the origin of the Neo Technology software or have otherwise been authorized by Neo Technology to provide services related to the Neo Technology software. For example, your web site might say "Training services for the

Neo Technology software available here." It must not say "Neo Technology services sold here," or "custom Neo Technology software available here."

Proper trademark use

If you use the Trademarks as described in this Trademark Policy, here is how they should be used.

- **Proper form.** Neo Technology's Trademarks should be used in their exact form, neither abbreviated nor combined with any other word or words. Do not vary the spelling, add hyphens, make one word into two, or use possessive or plural forms of the Trademarks. Do not abbreviate a trademark to create an acronym. When using a logo, you must never modify the design, add or delete any words, or change any colors or proportions. The logo may only be scaled proportionally. The logo may in it's entirely be displayed using the exact colors used by Neo Technology or shown at http://neo4j.com/style-guide.
- **Use of word mark.** We encourage you to use the word form of the Trademark (as opposed to the logo), because using the word form is easier to do without violating this policy. You may use the word form of the Trademarks – Neo4j and Cypher. No other capitalization should be used. Use of the word form of the trademark should be in the same font and style as the surrounding text.
- **Trademarks are adjectives.** Always use the Trademarks as adjectives, and not as a verb or noun or in the possessive or plural forms. Examples of proper use: Neo4j Software, Neo4j Software application. Examples of improper use: Custom Neo4j or I Neo4j-ed my system.
- **Accompanying symbol**. The first or most prominent mention of a Neo Technology Trademark should be accompanied by a symbol indicating whether the mark is a registered trademark ("R") or an unregistered trademark ("tm").
- **Attribution**. The fact that the Trademarks are owned by Neo Technology should be stated (e.g., "[Neo4j] is a trademark of Neo Technology, Inc.") in a footnote or similar place, in reasonably legible position and size.
- **Separation**. The Neo Technology logos must be used as standalone icons, without any other third-party logos and/or trademarks combined or associated with them. A margin of at least the size of [describe letter or graphical feature of the logo] on the logo should be left empty around the logo in the background color of the displayed logo.

**Possible Infringements.** Please help us by reporting any possible infringement of any Trademark by contacting us at the e-mail address below.

webinfo@neotechnology.com

Policy Updates

Neo Technology reserves the right to modify this Trademark Policy at any time. You should review this Trademark Policy from time to time so that you will be aware of any updates. Any updates will apply as soon as they are posted on this page.

## Questions

Neo Technology has tried to make this Trademark Policy as comprehensive and understandable as possible. If you are considering a use of a Trademark that is not covered by the policy, and you are unsure whether that use would run afoul of this Trademark Policy, please feel free to  contact us. Also, we welcome your suggestions as to how to make this Trademark Policy better and more workable for our community. We like hearing from you!

*Updated October 13, 2015*



PRODUCTS

CUSTOMERS

COMPANY

News

SOLUTIONS

LEARN

Awards

Jobs

PARTNERS

DEVELOPERS

Staff

© 2017 Neo Technology, Inc.

Terms | Privacy | Sitemap

Neo4j®, Cypher®, and Neo Technology® are registered trademarks of Neo Technology, Inc.

GET NEO4J NEWS

Keep up with the latest graph database trends, tips & events.

CONTACT US →

1-855-636-4532 US ⬜

+44 808 189 0493 UK ⬜

Please email: Germany ⬜

+33 (0) 8 05 08 03 44 France ⬜

CONTACT SALES: 1.855.636.4532

EMAIL A GRAPH EXPERT

**EXHIBIT 6**



Skip to content

Company ⌄      Support      Contact Us      🔍

PRODUCTS      SOLUTIONS      CUSTOMERS      PARTNERS      RESOURCES

▼                    ▼                  ▼      DEVELOPERS      DOWNLOAD NEO4J

# Trademark Guidelines                              ▼

## Legal Notices



[Terms](#)
[California Privacy Rights](#)
[Privacy Policy](#)
Trademark Policy

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

Case 5:19-cv-06226-EJD   Document 13-2   Filed 10/01/19   Page 69 of 81
Case 5:19-cv-06226   Document 1-2   Filed 10/01/19   Page 8 of 6

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™
   Neo Technology®



2. Our logos (the "Logos")



3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version

of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

<u>Always use the Marks in their Exact Form and Distinguishable from Other Text</u>. Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

|                CORRECT                |              INCORRECT              |
|---------------------------------------|-------------------------------------|
| Neo4j®                                | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

|                CORRECT                |              INCORRECT              |
|---------------------------------------|-------------------------------------|

Case 5:19-cv-06226   Trademark-Policy   Document 23-2   Filed 10/01/19   Page 8 of 1

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | Neo4j® is widely used. |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | We use the Neo4j. |
| | I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

<u>Mark Attribution and Notices</u>

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

<u>Possible Infringement</u>

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

9/26/2019                                    Neo4j Trademark Policy - Neo4j Graph Database Platform

Case 5:19-cv-06226-EJD   Document 33-8   Filed 10/11/20   Page 72 of 81
Case 5:19-cv-06226   Document 1-2   Filed 10/01/19   Page 3 of 5

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as they are posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

- *PRODUCTS*
- *SOLUTIONS*
- *PARTNERS*

- *CUSTOMERS*
- *LEARN*
- *DEVELOPERS*

- *Why Graph Databases?*
- *Graph Databases vs RDBMS*
- *What's New in Neo4j*
- *Graphdatabases.com*

- *Company*
- *News*
- *Awards*
- *Careers*
- *Staff*

    

*© 2019 Neo4j, Inc.*
*Terms | Privacy | Sitemap*

*Neo4j®, Neo Technology® and Cypher®*
*are registered trademarks*
*of Neo4j, Inc.*

**Contact Us →**

*US: 1-855-636-4532*
*Sweden +46 171 480 113*
*UK: +44 20 3868 3223*
*France: +33 (0) 8 05 08 03 44*
*Germany: +49 (0)89 26204 6300*

*Contact Sales: 1.855.636.4532* *Email a graph expert*

**EXHIBIT 7**



## Legal Notices

Terms

California Privacy
Rights

Privacy Policy

Trademark Policy

Modern Slavery
Statement

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can

N4J_019936

be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™

N4J_019937

Neo Technology®

2. Our logos (the "Logos")





3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j®

N4J_019938

community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

Always use the Marks in their Exact Form and Distinguishable from Other Text. Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

N4J_019939

| CORRECT | INCORRECT |
|---------|-----------|
| Neo4j® | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph platform is widely used in many industries.<br><br>I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software.<br><br>I downloaded the Neo4j® database from neo4j.com.<br><br>Cypher® query language | Neo4j® is widely used.<br><br>We use the Neo4j.<br><br>I use Cypher.<br><br>I load data into and out of Neo4j. |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph database | Neo4j's storage |

N4J_019940

| | |
|---|---|
| software presents and stores data natively as a graph. | presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

N4J_019941

Mark Attribution and Notices

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

Possible Infringement

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they as posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

N4J_019942

PRODUCTS

USE CASES

PARTNERS

CUSTOMERS

LEARN

DEVELOPERS

Why Graph Databases?

Graph Databases vs RDBMS

What's New in Neo4j

Graphdatabases.com

Company

News

Awards

Careers

Staff

CONTACT US →

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 8 05 08 03 44

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
registered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

N4J_019943