JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:     (408) 291-6200
Facsimile:      (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation<br><br>Plaintiffs,<br><br>vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., and ATOMRAIN, INC., a Nevada corporation<br><br>Defendants. | Case No. 5:19-CV-06226-EJD<br><br>**STIPULATION EXTENDING BRIEFING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER** |

Plaintiffs Neo4J, Inc. and Neo4j Sweden AB ("Plaintiffs"), and Defendant Graph Foundation, Inc. ("GFI"), by and through their attorneys of record (collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, GFI filed its Answer to the Amended Complaint on November 30, 2020.

WHEREAS, on January 7, 2021, Plaintiff filed its Motion to Strike the Fifth Affirmative Defense of GFI's Answer to the Amended Complaint. The hearing on the Motion to Strike is currently set for February 11, 2021.

WHEREAS, GFI's Opposition to the Motion to Strike is currently due on January 21, 2021.

WHEREAS, Plaintiffs Reply in support of the Motion to Strike is currently due on January 28, 2021.

WHEREAS, GFI has requested, and Plaintiff has agreed to modest extensions of the deadline for GFI's Opposition to the Motion to Strike.

WHEREAS, the parties have agreed to forego a hearing and oral argument on the Motion to Strike and for the Court to rule on the motion once all briefing is complete.

IT IS HEREBY STIPULATED THAT:

1. The deadline for GFI to file its opposition to Plaintiff's Motion to Strike is extended from January to February 4, 2021.

2. The deadline for Plaintiff to file its reply to GFI's opposition to Plaintiff's Motion to Strike is extended to February 18, 2021.

3. The February 11, 2021 hearing on the Motion to Strike be taken off-calendar, and Plaintiff's Motion to Strike shall be submitted on the papers and ruled on by the Court without resetting the hearing or holding oral argument.

Dated: January 20, 2021                                  BERGESON, LLP

                                                         By: /s/ John D. Pernick
                                                             John D. Pernick
                                                             Attorneys for Defendant
                                                             GRAPH FOUNDATION, INC.

Dated: January 20, 2021                                     HOPKINS & CARLEY

                                           By: */s/ Jeffrey M. Ratinoff*
                                                  John V. Picone III
                                                  Jeffrey M. Ratinoff
                                                  Attorneys for Plaintiff
                                                  NEO4J, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____      _____
                                                    United States District Judge

## **ATTESTATION**

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING BRIEFING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated: January 20, 2021            By: */s/ John D. Pernick*
                                                   John D. Pernick

842\3692636.1