1   JOHN D. PERNICK, SBN 155468
    jpernick@be-law.com
2   BERGESON, LLP
    111 North Market Street, Suite 600
3   San Jose, CA  95113
    Telephone:     (408) 291-6200
4   Facsimile:     (408) 297-6000

5   Attorneys for Defendant
    GRAPH FOUNDATION, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11   NEO4J, INC., a Delaware corporation, and      Case No. 5:19-CV-06226-EJD
     NEO4J SWEDEN AB, a Swedish corporation
12                                                 **STIPULATION EXTENDING BRIEFING
                              Plaintiffs,          DEADLINES ON MOTION TO STRIKE
13                                                 AND [PROPOSED] ORDER**
             vs.
14
     GRAPH FOUNDATION, INC., an Ohio
15   corporation, GRAPHGRID, INC., and
     ATOMRAIN, INC., a Nevada corporation
16

17

18                            Defendants.

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Neo4J, Inc. and Neo4j Sweden AB ("Plaintiffs"), and Defendant Graph

2 Foundation, Inc. ("GFI"), by and through their attorneys of record (collectively, the "Parties"),

3 HEREBY STIPULATE AS FOLLOWS:

4    WHEREAS, GFI filed its Answer to the Amended Complaint on November 30, 2020.

5    WHEREAS, on January 7, 2021, Plaintiff filed its Motion to Strike the Fifth Affirmative

6 Defense of GFI's Answer to the Amended Complaint.  The hearing on the Motion to Strike is

7 currently set for February 11, 2021.

8    WHEREAS, GFI's Opposition to the Motion to Strike is currently due on January 21,

9 2021.

10    WHEREAS, Plaintiffs Reply in support of the Motion to Strike is currently due on January

11 28, 2021.

12    WHEREAS, GFI has requested, and Plaintiff has agreed to modest extensions of the

13 deadline for GFI's Opposition to the Motion to Strike.

14    WHEREAS, the parties have agreed to forego a hearing and oral argument on the Motion

15 to Strike and for the Court to rule on the motion once all briefing is complete.

16    IT IS HEREBY STIPULATED THAT:

17    1.    The deadline for GFI to file its opposition to Plaintiff's Motion to Strike is

18 extended from January to February 4, 2021.

19    2.    The deadline for Plaintiff to file its reply to GFI's opposition to Plaintiff's Motion

20 to Strike is extended to February 18, 2021.

21    3.    The February 11, 2021 hearing on the Motion to Strike be taken off-calendar, and

22 Plaintiff's Motion to Strike shall be submitted on the papers and ruled on by the Court without

23 resetting the hearing or holding oral argument.

24 Dated:  January 20, 2021                           BERGESON, LLP

25

26                                         By:___/s/  John D. Pernick_____
                                                John D. Pernick
27                                              Attorneys for Defendant
                                                GRAPH FOUNDATION, INC.

28
STIPULATION EXTENDING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER
Case No.: 5:19-CV-06226-EJD

Dated:  January 20, 2021                               HOPKINS & CARLEY

By:  /s/ Jeffrey M. Ratinoff
                                                                John V. Picone III
                                                                Jeffrey M. Ratinoff
                                                                Attorneys for Plaintiff
                                                                NEO4J, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 21, 2021

                                                                United States District Judge

## ATTESTATION

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING BRIEFING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER.**  In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:  January 20, 2021                 By:  /s/ John D. Pernick
                                                                John D. Pernick

842\3692636.1