JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Telephone:     (408) 291-6200
Facsimile:      (408) 297-6000

Attorneys for Defendant
GRAPH FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., and ATOMRAIN, INC., a Nevada corporation<br><br>　　　　　Defendants. | Case No. 5:19-CV-06226-EJD<br><br>**STIPULATION EXTENDING BRIEFING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER** |

Plaintiffs Neo4J, Inc. and Neo4j Sweden AB ("Plaintiffs"), and Defendant Graph Foundation, Inc. ("GFI"), by and through their attorneys of record (collectively, the "Parties"), HEREBY STIPULATE AS FOLLOWS:

WHEREAS, GFI filed its Answer to the Amended Complaint on November 30, 2020.

WHEREAS, on January 7, 2021, Plaintiff filed its Motion to Strike the Fifth Affirmative Defense of GFI's Answer to the Amended Complaint.

WHEREAS, pursuant to the Court's Order on the parties' prior stipulation [Dkt. 103], GFI's Opposition to the Motion to Strike is currently due on February 4, 2021 and Plaintiffs Reply in support of the Motion to Strike is currently due on February 18, 2021.

WHEREAS, pursuant to the Court's Order on the parties' prior stipulation, there shall be no hearing or argument on the Motion to Strike and for the Court to rule on the motion once all briefing is complete.

WHEREAS, GFI has requested, and Plaintiff has agreed to a further modest extension of the deadline for GFI's Opposition to the Motion to Strike.

IT IS HEREBY STIPULATED THAT:

1. The deadline for GFI to file its opposition to Plaintiff's Motion to Strike is extended from February 4, 2021 to February 10, 2021.

2. The deadline for Plaintiff to file its reply to GFI's opposition to Plaintiff's Motion to Strike is extended to February 24, 2021.

Dated: February 2, 2021              BERGESON, LLP

                                     By:  /s/ John D. Pernick
                                          John D. Pernick
                                          Attorneys for Defendant
                                          GRAPH FOUNDATION, INC.

Dated: February 2, 2021              HOPKINS & CARLEY

                                     By:  /s/ Jeffrey M. Ratinoff
                                          John V. Picone III
                                          Jeffrey M. Ratinoff
                                          Attorneys for Plaintiff
                                          NEO4J, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
United States District Judge

### ATTESTATION

I, John D. Pernick, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING BRIEFING DEADLINES ON MOTION TO STRIKE AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:  February 2, 2021         By:   */s/ John D. Pernick*
                                          John D. Pernick

842\3692636.1