John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>    Defendants. | CASE NO.  5:19-cv-06226-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:          Hon. Edward J. Davila<br>Action Filed:  October 1, 2019 |

1  PLEASE TAKE NOTICE that Plaintiffs Neo4j, Inc. and Neo4j Sweden AB ("NEO4J") and Defendants Graph Foundation, Inc., GraphGrid, Inc., and AtomRain Inc. ("Defendants") wish to advise this Court that they have executed a Confidential Settlement Agreement and related documents in the above-captioned matter. A Stipulated Judgment and Permanent Injunction will be filed on or before February 15, 2021.

Dated: February 12, 2021

HOPKINS & CARLEY
A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
John V. Picone III
Jeffrey M. Ratinoff
Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

Dated: February 12, 2021

BERGESON, LLP


By: */s/ John D. Pernick*
John D. Pernick
Attorneys for Defendant
GRAPH FOUNDATION, INC.

Dated: February 12, 2021

SKAGGS FAUCETTE LLP


By: */s/ Jeffrey E. Faucette*
Jeffrey E. Faucette
Attorneys for Defendants
GRAPHGRID, INC. and ATOMRAIN INC.

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  February 12, 2021

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Plaintiffs
    NEO4J, INC. and NEO4J SWEDEN AB